UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

------------------------------------------------------------x
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

                              Plaintiff,

v.                                    **INDEX OF EXHIBITS**

UNIVERSAL HEALTH GROUP, INC.
A/K/A MICHIGAN SPINE AND REHAB,
UHG MANAGEMENT, LLC,
PROFESSIONAL HEALTH SYSTEMS,
LLC A/K/A PROFESSIONAL MEDICAL
BILLING, LLC, SCOTT P. ZACK, D.C.,
DAVID M. KATZ, D.C.,
LOREN C. CHUDLER, D.O.,
JOSEPH F. DESANTO, HORIZON
IMAGING, LLC, CLEAR IMAGING, LLC,
JEFF S. PIERCE, D.O.,
THOMAS D. CARUSO, D.O., and
KATHERINE H. KARO, D.O.,

                              Defendants.
------------------------------------------------------------x

| | |
|---|---|
| Ex. 1 | Universal Chiropractors' and Chudler's Initial Evaluations |
| Ex. 2 | Universal Physical Therapy Assessments |
| Ex. 3 | Summary of Chiropractic and Physical Therapy Treatments |
| Ex. 4 | Clear and Horizon MRIs |
| Ex. 5 | Dr. Jeff Pierce EDX Tests |
| Ex. 6 | Dr. Thomas Caruso EDX Tests |
| Ex. 7 | Dr. Katherine Karo EDX Tests |

| | |
|---|---|
| Ex. 8 | Dr. Aria Sabit Affidavit |
| Ex. 9 | Dr. Bharat Tolia Affidavit |
| Ex. 10 | Sample Universal Chiropractic Initial Evaluations |
| Ex. 11 | Sample Dr. Loren Chudler Initial Evaluations |
| Ex. 12 | Sample Universal Chiropractic Re-Evaluations |
| Ex. 13 | Sample Universal Physical Therapy Assessments and Re-Evaluations |
| Ex. 14 | Professional Health Systems Management and Locations |
| Ex. 15 | Sample MRI Reports |
| Ex. 16 | AANEM Policy Statement |
| Ex. 17 | Electrodiagnostic Testing – Impossible Findings |
| Ex. 18 | Sample Dr. Jeff Pierce EDX Reports |
| Ex. 19 | Sample Dr. Thomas Caruso EDX Reports |
| Ex. 20 | Sample Dr. Katherine Karo EDX Reports |
| Ex. 21 | Rico Event Identification |