# ***Exhibit 2***

# Exhibit 2 - Lumbar Physical Therapy Assessment

| | | | Problem List | | | | | | Treatment Plan | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Patient | Date of Loss | Date of Evaluation | Weakness | Positive Neurological Findings | Impaired Activities of Daily Life | Limited ROM | Awakens Due to Pain | Inability to Return to Work W/O Restrictions | Hot/Cold Packs | Electical Stimulation | Manual Therapy | Exercises | Ultrasound | Maximum Initial Duration (30 days) | Short Term Goals Not Met |
| MW | 9/18/2007 | 8/21/2008 | A | A | A | A | A | A | A | A | A | A | A | A | X |
| KH | 3/1/2008 | 12/11/2008 | X | X | X | X | X | X | X | X | X | X | | X | X |
| RT | 10/21/2007 | 12/16/2008 | X | X | X | X | X | X | X | X | X | X | | X | X |
| CS | 7/25/2007 | 2/17/2009 | X | X | | X | | | X | | | | | | A |
| SM | 6/12/2008 | 3/2/2009 | X | X | X | X | X | X | X | X | X | X | | X | X |
| JJ | 3/4/2008 | 3/19/2009 | X | | X | X | X | X | | | X | X | | X | X |
| CJ | 3/4/2008 | 4/7/2009 | A | A | A | A | A | A | A | A | A | A | A | A | X |
| AD | 7/2/2009 | 9/9/2009 | A | A | A | A | A | A | A | A | A | A | A | A | X |
| BD | 10/27/2008 | 9/17/2009 | A | A | A | A | A | A | A | A | A | A | A | A | X |
| AK | 12/3/2008 | 10/12/2009 | A | A | A | A | A | A | A | A | A | A | A | A | X |
| DK | 12/3/2008 | 10/19/2009 | A | A | A | A | A | A | A | A | A | A | A | A | X |
| CC | 2/28/2008 | 10/28/2009 | X | | X | X | X | X | X | X | X | X | | X | X |
| SG | 12/3/2009 | 2/1/2010 | X | X | X | X | X | X | X | X | X | X | | X | X |
| SL | 11/26/2008 | 2/12/2010 | X | X | X | X | X | X | X | X | X | X | | X | X |
| TP | 7/15/2009 | 2/17/2010 | X | X | X | X | X | X | X | X | X | X | | X | X |
| ND | 1/11/2010 | 3/10/2010 | X | X | X | X | X | X | X | X | X | X | | X | X |
| JM | 6/15/2009 | 3/22/2010 | A | A | A | A | A | A | A | A | A | A | A | A | X |
| KK | 8/11/2009 | 3/22/2010 | X | X | | X | X | | X | X | X | X | | X | X |
| OF | 7/8/2009 | 4/27/2010 | X | | X | X | X | X | X | X | X | X | | X | X |
| WD | 7/8/2009 | 4/27/2010 | X | | X | X | X | X | X | X | X | X | | X | X |
| KS | 6/4/2008 | 5/7/2010 | X | X | X | X | X | X | X | X | X | X | | X | X |
| SN | 5/1/2010 | 5/28/2010 | X | | X | X | X | | X | X | X | X | X | X | X |
| CP | 12/18/2009 | 6/2/2010 | X | X | X | X | X | X | X | X | X | X | | X | X |
| MH | 12/25/2009 | 6/2/2010 | X | | X | X | X | X | X | X | X | X | | X | X |
| SM | 6/20/2008 | 6/22/2010 | A | A | A | A | A | A | A | A | A | A | A | A | X |
| RB | 3/23/2010 | 6/23/2010 | X | X | X | X | X | X | X | X | X | X | | X | X |
| JB | 8/21/2009 | 6/24/2010 | X | X | X | X | X | X | X | X | X | X | | X | X |
| QW | 4/7/2010 | 6/24/2010 | X | X | X | X | X | X | X | X | X | X | | X | X |
| AR | 12/5/2009 | 6/30/2010 | X | | | X | | | X | X | X | X | X | X | X |
| KL | 3/28/2009 | 7/14/2010 | X | X | X | X | X | X | X | X | X | X | | X | X |
| BM | 12/5/2009 | 8/10/2010 | A | A | A | A | A | A | A | A | A | A | A | A | X |
| WW | 11/6/2009 | 8/13/2010 | A | A | A | A | A | A | A | A | A | A | A | A | X |
| TT | 5/1/2010 | 8/13/2010 | A | A | A | A | A | A | A | A | A | A | A | A | X |
| NM | 5/1/2010 | 8/17/2010 | X | X | X | X | X | X | X | | X | X | | X | X |
| JS | 6/5/2010 | 8/25/2010 | X | | X | X | X | X | X | | X | X | | X | X |
| AL | 5/1/2010 | 9/2/2010 | X | X | X | X | X | X | X | X | X | X | | X | X |
| JB | 6/13/2010 | 9/3/2010 | A | A | A | A | A | A | A | A | A | A | A | A | X |
| KK | 4/19/2010 | 9/10/2010 | X | X | X | X | X | | X | X | X | X | | X | X |
| DJ | 10/21/2009 | 10/4/2010 | X | | X | X | | | X | X | X | X | | X | X |
| KA | 6/8/2010 | 10/6/2010 | X | X | X | X | X | X | X | X | X | X | | X | X |
| AK | 7/2/2010 | 10/6/2010 | A | A | A | A | A | A | A | A | A | A | A | A | A |
| CM | 3/1/2010 | 10/7/2010 | X | X | X | X | X | X | X | X | X | X | | X | X |
| JC | 6/20/2010 | 10/7/2010 | X | X | X | X | X | | X | X | X | X | | X | X |
| EW | 7/29/2010 | 10/20/2010 | X | | X | X | X | | X | X | X | X | | X | X |

# Exhibit 2 - Lumbar Physical Therapy Assessment

| | | | Problem List | | | | | | Treatment Plan | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Patient | Date of Loss | Date of Evaluation | Weakness | Positive Neurological Findings | Impaired Activities of Daily Life | Limited ROM | Awakens Due to Pain | Inability to Return to Work W/O Restrictions | Hot/Cold Packs | Electical Stimulation | Manual Therapy | Exercises | Ultrasound | Maximum Initial Duration (30 days) | Short Term Goals Not Met |
| KH | 7/2/2010 | 10/22/2010 | X | X | | X | X | X | X | X | X | X | | X | X |
| TS | 8/12/2010 | 11/5/2010 | | X | | | X | X | X | X | X | X | | X | X |
| SF | 9/26/2009 | 12/7/2010 | X | | X | X | X | X | X | X | X | X | | X | X |
| BW | 10/3/2010 | 12/13/2010 | X | X | X | X | X | X | X | X | X | X | | X | X |
| YE | 8/24/2010 | 1/4/2011 | X | | | X | X | | X | X | X | X | | X | X |
| TH | 9/24/2010 | 1/10/2011 | X | X | X | X | X | | X | X | X | X | | X | X |
| MC | 10/28/2009 | 1/12/2011 | X | X | X | X | X | X | X | X | X | X | | X | X |
| FT | 10/17/2010 | 1/18/2011 | X | X | X | X | X | X | X | X | X | X | | X | X |
| SS | 12/10/2010 | 1/18/2011 | X | X | X | X | X | X | X | | | | | X | X |
| KM | 8/18/2010 | 1/21/2011 | X | | X | X | | X | X | X | X | X | X | X | X |
| DI | 12/3/2010 | 1/24/2011 | X | | | X | X | X | X | X | X | X | | X | X |
| AI | 10/25/2008 | 3/2/2011 | X | X | X | X | X | X | X | X | X | X | | X | X |
| H( | 1/9/2010 | 3/3/2011 | A | A | A | A | A | A | A | A | A | A | A | A | X |
| JP | 1/6/2011 | 4/5/2011 | X | X | X | X | X | | X | X | X | X | X | X | X |
| PO | 10/7/2010 | 4/5/2011 | X | | | X | X | X | X | X | X | X | X | X | X |
| DR | 9/16/2010 | 4/18/2011 | A | A | A | A | A | A | A | A | A | A | A | A | X |
| RL | 8/11/2010 | 4/21/2011 | A | A | A | A | A | A | A | A | A | A | A | A | X |
| KE | 2/26/2011 | 4/22/2011 | X | | X | X | X | | X | X | X | X | | X | X |
| RZ | 12/13/2010 | 4/22/2011 | A | A | A | A | A | A | A | A | A | A | A | A | X |
| DM | 1/2/2011 | 4/28/2011 | X | X | X | X | | X | X | | X | X | | X | X |
| KG | 12/10/2010 | 5/10/2011 | X | | X | X | | | X | X | X | X | X | X | X |
| TD | 11/9/2010 | 5/12/2011 | X | X | X | X | X | X | X | X | X | X | X | X | X |
| LD | 1/28/2011 | 5/13/2011 | X | | X | X | | | X | X | X | X | | X | X |
| SS | 9/1/2010 | 5/17/2011 | X | | X | X | | | X | X | X | X | X | X | X |
| DB | 10/21/2010 | 5/19/2011 | A | A | A | A | A | A | A | A | A | A | A | A | X |
| JT | 1/21/2011 | 5/23/2011 | X | X | | X | X | X | X | X | X | X | | X | X |
| RR | 2/18/2011 | 5/23/2011 | A | A | A | A | A | A | A | A | A | A | A | A | X |
| BS | 2/7/2010 | 6/21/2011 | X | X | X | X | X | X | X | X | X | X | | X | X |
| LH | 12/13/2010 | 6/21/2011 | X | X | X | X | X | X | X | X | X | X | | X | X |
| AC | 3/7/2011 | 6/23/2011 | X | | X | X | X | X | X | X | X | X | X | X | A |
| KS | 8/21/2010 | 7/6/2011 | X | | X | X | X | | X | X | X | X | X | X | X |
| YM | 4/12/2011 | 7/8/2011 | X | X | X | X | X | X | X | X | X | X | X | X | X |
| TK | 4/15/2011 | 7/11/2011 | X | X | X | X | X | X | X | X | X | X | X | X | X |
| FH | 5/31/2010 | 7/12/2011 | X | | X | X | X | X | X | X | X | X | X | X | X |
| LB | 1/11/2008 | 7/14/2011 | A | A | A | A | A | A | A | A | A | A | A | A | X |
| JS | 5/7/2011 | 7/19/2011 | X | | X | X | X | | X | X | X | X | X | X | X |
| PR | 1/20/2011 | 7/19/2011 | X | X | X | X | X | X | X | X | X | X | X | X | X |
| SD | 8/2/2010 | 7/21/2011 | A | A | A | A | A | A | A | A | A | A | A | A | X |
| JI | 1/29/2011 | 7/28/2011 | X | X | X | X | X | | X | X | X | X | X | X | X |
| TB | 3/22/2011 | 8/1/2011 | X | | X | X | X | X | X | X | X | X | X | X | X |
| MR | 3/5/2011 | 8/5/2011 | A | A | A | A | A | A | A | A | A | A | A | A | X |
| AD | 3/19/2011 | 8/8/2011 | A | A | A | A | A | A | A | A | A | A | A | A | X |
| VB | 8/3/2010 | 8/10/2011 | X | | X | X | X | X | X | X | X | X | X | X | X |
| LC | 3/26/2011 | 8/23/2011 | X | | X | X | X | X | X | X | X | X | X | X | X |

# Exhibit 2 - Lumbar Physical Therapy Assessment

| | | | Problem List | | | | | | Treatment Plan | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Patient | Date of Loss | Date of Evaluation | Weakness | Positive Neurological Findings | Impaired Activities of Daily Life | Limited ROM | Awakens Due to Pain | Inability to Return to Work W/O Restrictions | Hot/Cold Packs | Electical Stimulation | Manual Therapy | Exercises | Ultrasound | Maximum Initial Duration (30 days) | Short Term Goals Not Met |
| DB | 5/7/2011 | 8/29/2011 | X | | | X | X | | X | X | X | X | X | X | X |
| DS | 4/27/2011 | 8/30/2011 | | | X | X | X | X | X | X | X | X | X | X | X |
| SC | 6/22/2011 | 9/7/2011 | X | X | X | X | X | | X | X | X | X | | X | X |
| GW | 3/17/2009 | 9/8/2011 | X | | | X | X | X | X | X | X | X | X | X | X |
| KW | 5/17/2011 | 9/8/2011 | | X | X | X | | | X | X | X | X | X | X | X |
| BH | 4/27/2011 | 9/12/2011 | X | X | X | X | X | X | | X | X | X | X | X | X |
| LK | 5/17/2010 | 9/14/2011 | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | X |
| CA | 5/12/2011 | 9/20/2011 | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | X |
| KH | 12/13/2010 | 9/20/2011 | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | X |
| HH | 4/5/2011 | 9/26/2011 | X | | X | X | X | | X | X | X | X | X | X | X |
| MO | 11/14/2010 | 9/29/2011 | X | | X | X | | | X | X | X | X | X | X | X |
| SZ | 4/2/2011 | 9/29/2011 | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | X |
| TI | 7/2/2011 | 9/29/2011 | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | X |
| CA | 6/17/2011 | 9/30/2011 | X | X | X | X | X | X | X | X | X | X | X | X | X |
| DH | 12/11/2010 | 10/3/2011 | X | X | X | X | | | X | X | X | X | X | X | X |
| DE | 7/8/2011 | 10/5/2011 | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | X |
| CH | 2/23/2011 | 10/10/2011 | X | X | X | X | X | | X | X | X | X | | X | X |
| CM | 4/14/2011 | 10/14/2011 | X | X | X | X | X | | | | X | X | | X | X |
| FC | 9/5/2011 | 10/14/2011 | X | | X | X | X | | X | X | X | X | X | X | X |
| MS | 10/17/2010 | 10/19/2011 | X | | X | X | X | | X | X | X | X | X | X | X |
| DH | 6/3/2011 | 10/20/2011 | X | X | X | X | | X | X | X | X | X | X | X | X |
| KB | 2/20/2011 | 10/21/2011 | X | X | X | X | X | X | X | X | X | X | X | X | X |
| AV | 7/26/2011 | 10/24/2011 | X | X | X | X | X | | X | X | X | X | X | X | X |
| DC | 4/1/2011 | 10/24/2011 | X | | X | X | X | | X | X | X | X | X | X | X |
| GC | 4/1/2011 | 10/24/2011 | X | | X | X | X | | X | X | X | X | X | X | X |
| LM | 4/12/2011 | 10/25/2011 | X | X | X | X | X | | X | X | X | X | X | X | X |
| ZU | 7/13/2011 | 10/26/2011 | X | X | X | X | X | X | X | X | | X | | X | X |
| FK | 6/1/2011 | 11/3/2011 | X | X | X | X | X | X | X | X | X | X | X | X | X |
| MJ | 9/6/2011 | 11/9/2011 | X | X | X | X | X | | X | X | X | X | X | X | X |
| JA | 5/17/2011 | 11/15/2011 | X | X | X | X | X | X | | | X | X | | X | X |
| SG | 11/6/2011 | 12/1/2011 | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | X |
| JC | 6/27/2011 | 12/6/2011 | X | X | X | X | X | X | X | X | X | X | X | X | X |
| PG | 3/5/2011 | 12/6/2011 | X | X | X | X | X | | X | X | X | X | X | X | X |
| FW | 6/29/2010 | 12/8/2011 | X | X | | X | X | X | X | X | X | X | X | X | X |
| LW | 8/6/2011 | 12/9/2011 | X | X | X | X | X | X | X | X | X | X | X | X | X |
| DT | 9/8/2011 | 12/12/2011 | X | X | X | X | | | X | X | X | X | X | X | X |
| JM | 7/14/2011 | 12/13/2011 | X | X | X | X | X | | X | X | X | X | X | X | X |
| ME | 2/7/2011 | 12/15/2011 | X | X | X | X | X | X | X | X | X | X | X | X | X |
| TK | 2/7/2011 | 12/15/2011 | X | X | X | X | X | X | X | X | X | X | X | X | X |
| DF | 10/26/2011 | 12/26/2011 | X | X | X | X | X | X | X | X | X | X | X | X | X |
| RB | 5/18/2011 | 12/28/2011 | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | X |
| RT | 6/28/2010 | 12/29/2011 | X | X | X | X | X | X | X | X | X | X | | X | X |
| JS | 9/14/2011 | 1/3/2012 | X | X | X | X | X | X | X | X | X | X | X | X | X |
| PB | 11/29/2011 | 1/9/2012 | X | X | X | X | X | X | X | X | X | X | X | X | X |

# Exhibit 2 - Lumbar Physical Therapy Assessment

| | | | Problem List | | | | | | Treatment Plan | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Patient | Date of Loss | Date of Evaluation | Weakness | Positive Neurological Findings | Impaired Activities of Daily Life | Limited ROM | Awakens Due to Pain | Inability to Return to Work W/O Restrictions | Hot/Cold Packs | Electical Stimulation | Manual Therapy | Exercises | Ultrasound | Maximum Initial Duration (30 days) | Short Term Goals Not Met |
| SL | 11/1/2011 | 1/27/2012 | X | | X | X | X | X | X | X | X | X | X | X | X |
| JT | 10/26/2011 | 2/1/2012 | X | X | X | X | X | X | X | X | X | X | X | X | X |
| WH | 4/15/2011 | 2/8/2012 | X | X | X | X | X | | X | | X | X | X | X | X |
| EK | 1/3/2012 | 2/14/2012 | X | | X | X | X | X | X | X | X | X | X | X | X |
| LL | 11/1/2011 | 2/15/2012 | X | X | X | X | | | | | X | X | | X | X |
| TP | 1/21/2012 | 2/17/2012 | X | | X | X | X | | X | X | X | X | X | X | X |
| RJ | 10/27/2011 | 2/20/2012 | A | A | A | A | A | A | A | A | A | A | A | A | X |
| TF | 12/29/2011 | 3/1/2012 | X | | X | X | X | X | X | X | X | X | | X | X |
| ED | 2/3/2012 | 3/9/2012 | A | A | A | A | A | A | A | A | A | A | A | A | X |
| AW | 7/15/2010 | 3/26/2012 | X | X | X | X | X | | X | X | X | X | | X | X |
| WS | 10/25/2011 | 3/27/2012 | A | A | A | A | A | A | A | A | A | A | A | A | X |
| KC | 8/11/2011 | 3/30/2012 | X | X | | X | X | X | X | X | X | X | | X | X |
| KB | 2/11/2012 | 4/2/2012 | A | A | A | A | A | A | A | A | A | A | A | A | A |
| HW | 2/3/2012 | 4/9/2012 | | X | | X | | X | X | X | X | X | | X | X |
| SJ | 3/8/2012 | 4/10/2012 | X | X | | X | | X | X | X | X | X | | X | X |
| JG | 7/17/2011 | 4/11/2012 | A | A | A | A | A | A | A | A | A | A | A | A | X |
| CT | 2/10/2012 | 4/16/2012 | X | | X | X | X | | X | X | X | X | | X | X |
| LW | 1/30/2012 | 4/17/2012 | X | X | X | X | X | | X | X | X | X | | X | X |
| BC | 1/17/2012 | 4/19/2012 | X | X | | X | X | X | X | X | X | X | X | X | X |
| MB | 6/16/2011 | 4/24/2012 | X | X | X | X | X | | X | X | X | X | | X | X |
| DS | 12/31/2011 | 4/25/2012 | X | | X | X | | | X | X | X | X | | X | X |
| RB | 1/26/2012 | 4/26/2012 | X | X | X | X | X | | X | X | X | X | X | X | X |
| SK | 3/25/2012 | 4/26/2012 | A | A | A | A | A | A | A | A | A | A | A | A | X |
| CH | 12/24/2011 | 5/2/2012 | X | X | X | X | X | X | | | X | X | | X | X |
| EA | 11/29/2011 | 5/3/2012 | X | | | X | | | X | X | X | X | | X | X |
| RW | 9/17/2011 | 5/11/2012 | X | | | X | | | X | X | X | X | | X | X |
| KR | 2/23/2012 | 5/14/2012 | X | | X | X | X | | X | X | X | X | X | X | X |
| MF | 2/6/2012 | 5/24/2012 | X | X | X | X | X | | X | | X | X | X | X | X |
| CS | 11/2/2011 | 5/24/2012 | A | A | A | A | A | A | A | A | A | A | A | A | X |
| KM | 5/19/2012 | 6/11/2012 | A | A | A | A | A | A | A | A | A | A | A | A | X |
| DS | 3/6/2012 | 6/18/2012 | A | A | A | A | A | A | A | A | A | A | A | A | X |
| AM | 3/22/2012 | 6/25/2012 | X | X | | X | X | X | X | X | X | X | X | X | X |
| CL | 1/13/2012 | 6/28/2012 | A | A | A | A | A | A | A | A | A | A | A | A | X |
| JA | 6/26/2012 | 7/16/2012 | A | A | A | A | A | A | A | A | A | A | A | A | X |
| LE | 5/12/2009 | 7/17/2012 | X | X | X | X | | | X | | X | X | | X | X |
| AC | 4/18/2012 | 7/24/2012 | A | A | A | A | A | A | A | A | A | A | A | A | X |
| BR | 5/27/2012 | 7/27/2012 | A | A | A | A | A | A | A | A | A | A | A | A | X |
| LH | 7/13/2012 | 8/20/2012 | A | A | A | A | A | A | A | A | A | A | A | A | A |
| DM | 6/7/2012 | 9/14/2012 | X | X | X | X | | | X | | X | X | | X | X |
| LG | 3/3/2012 | 10/3/2012 | A | A | A | A | A | A | A | A | A | A | A | A | X |
| DG | 6/4/2012 | 10/4/2012 | A | A | A | A | A | A | A | A | A | A | A | A | X |
| RL | 7/21/2012 | 10/5/2012 | A | A | A | A | A | A | A | A | A | A | A | A | B |
| TM | 7/19/2012 | 10/8/2012 | X | | X | X | X | X | X | X | X | X | | X | X |
| DM | 8/23/2012 | 10/24/2012 | A | A | A | A | A | A | A | A | A | A | A | A | A |

# Exhibit 2 - Lumbar Physical Therapy Assessment

| | | | Problem List | | | | | | Treatment Plan | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Patient | Date of Loss | Date of Evaluation | Weakness | Positive Neurological Findings | Impaired Activities of Daily Life | Limited ROM | Awakens Due to Pain | Inability to Return to Work W/O Restrictions | Hot/Cold Packs | Electical Stimulation | Manual Therapy | Exercises | Ultrasound | Maximum Initial Duration (30 days) | Short Term Goals Not Met |
| MD | 10/1/2012 | 11/7/2012 | X | X | X | X | X | X | X | X | X | X | X | X | X |
| TG | 8/25/2012 | 11/14/2012 | | | X | X | X | X | X | X | X | X | X | X | X |
| BD | 10/3/2012 | 11/15/2012 | X | X | X | X | X | | X | X | X | X | X | X | A |
| SL | 3/2/2012 | 12/11/2012 | A | A | A | A | A | A | A | A | A | A | A | A | X |
| AR | 9/24/2012 | 1/18/2013 | X | X | X | X | X | X | X | X | X | X | X | X | X |
| TP | 6/1/2011 | 10/11/2011; 5/11/2012 | X | X | X | X | X | X | X | X | X | X | X | X | X |
| SL | 7/22/2009 | 10/22/2009; 2/9/2010 | X | | | X | | | X | X | | X | | X | X |
| JW | 7/8/2011 | 12/15/2011; 9/10/2012 | X | X | X | X | X | | X | X | X | X | X | X | X |
| CV | 6/19/2009 | 2/24/2010; 7/26/2010 | X | | X | X | X | X | X | X | X | X | | X | X |
| SB | 11/7/2008 | 2/27/2009; 8/11/2009 | X | X | X | X | X | X | X | X | X | X | | X | X |
| BT | 1/26/2011 | 5/16/2011; 12/16/2011 | X | | X | X | | X | X | X | X | X | X | X | X |
| MM | 8/27/2008 | 5/6/2009; 1/9/2009 | X | | X | X | | | X | X | X | X | | X | X |
| SW | 8/11/2010 | 5/9/2011; 6/5/2012 | X | | X | X | X | X | X | X | X | X | | X | X |
| KJ | 2/23/2011 | 6/16/2011; 11/3/2011 | X | X | X | X | X | X | X | X | X | X | X | X | X |
| SF | 4/21/2010 | 6/9/2010; 8/10/2010 | X | X | X | X | X | X | X | X | X | X | | X | X |
| EH | 5/13/2011 | 8/17/2011; 8/13/2012 | X | X | X | X | X | X | X | X | X | X | X | X | X |
| AK | 6/16/2007 | 9/19/2007 | B | B | B | B | B | B | B | B | B | B | B | B | B |
| SA | 10/7/2007 | 11/7/2007 | B | B | B | B | B | B | B | B | B | B | B | B | B |
| SY | 9/8/2004 | 11/19/2007 | B | B | B | B | B | B | B | B | B | B | B | B | B |
| SK | 11/21/2007 | 1/14/2008 | B | B | B | B | B | B | B | B | B | B | B | B | B |
| HK | 11/21/2007 | 1/14/2008 | B | B | B | B | B | B | B | B | B | B | B | B | B |
| CF | 5/2/2007 | 1/21/2008 | B | B | B | B | B | B | B | B | B | B | B | B | B |
| LP | 12/30/2007 | 2/13/2008 | B | B | B | B | B | B | B | B | B | B | B | B | B |
| MA | 5/24/2007 | 4/3/2008 | B | B | B | B | B | B | B | B | B | B | B | B | B |
| NA | 7/22/2005 | 4/8/2008 | B | B | B | B | B | B | B | B | B | B | B | B | B |
| JK | 3/7/2008 | 4/18/2008 | B | B | B | B | B | B | B | B | B | B | B | B | B |
| DP | 12/22/2007 | 4/25/2008 | B | B | B | B | B | B | B | B | B | B | B | B | B |
| TM | 3/19/2008 | 4/29/2008 | B | B | B | B | B | B | B | B | B | B | B | B | B |
| SB | 3/19/2008 | 6/26/2008 | B | B | B | B | B | B | B | B | B | B | B | B | B |
| DJ | 9/17/2012 | 5/28/2013 | | | | X | | | X | X | X | X | | X | B |

**(Exhibit 3 continues on next page)**

# Exhibit 2 - Cervical Physical Therapy Assessment

| | | | Problem List | | | | | | | | Treatment Plan | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Patient | Date of Loss | Date of Evaluation | Weakness | Positive Radicular Signs and Symptoms | Unable to Check Blind Spot While Driving | Unable to Look Up at the Ceiling | Impaired Activities of Daily Life | Limited ROM | Awakens Due to Pain | Inability to Return to Work W/O Restrictions | Hot/Cold Packs | Electical Stimulation | Manual Therapy | Ultrasound | Exercises | Maximum Initial Duration (30 days) | Short Term Goals Not Met |
| VK | 8/18/2007 | 11/4/2008 | X | X | X | X | X | X | X | X | X | X | X | | X | X | X |
| AC | 1/15/2009 | 2/6/2009 | X | X | X | X | X | X | X | X | X | X | X | | X | X | X |
| CM | 2/2/2009 | 8/6/2009 | | | | | X | X | | | X | | X | X | X | X | X |
| MS | 10/2/2008 | 8/25/2009 | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | X |
| KD | 5/11/2009 | 9/28/2009 | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | X |
| BM | 9/28/2008 | 10/2/2009 | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | X |
| RW | 5/11/2009 | 10/27/2009 | X | X | | | X | X | | | X | X | | | X | X | X |
| KL | 6/17/2008 | 11/10/2009 | X | X | X | X | X | X | | X | X | X | X | | X | X | X |
| EW | 1/1/2010 | 1/12/2010 | X | X | X | X | X | X | X | X | X | X | X | | X | X | X |
| TC | 9/18/2009 | 2/10/2010 | X | X | X | X | X | X | X | | X | X | | | | X | X |
| CM | 7/15/2009 | 3/3/2010 | X | | | | | X | X | | X | X | | | X | X | X |
| BS | 8/11/2009 | 3/15/2010 | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | X |
| MC | 10/11/2009 | 3/17/2010 | X | | | X | X | X | X | X | X | X | X | | X | X | X |
| ED | 8/26/2009 | 3/23/2010 | X | | X | X | | X | X | | X | X | X | | X | X | X |
| KK | 5/1/2010 | 5/28/2010 | X | X | X | X | X | X | X | | X | X | X | | X | X | X |
| WL | 6/8/2010 | 6/29/2010 | X | X | | | | X | | | X | X | X | | X | X | X |
| JZ | 5/14/2009 | 7/21/2010 | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | X |
| TD | 6/4/2010 | 8/12/2010 | X | X | | | X | X | X | | X | X | X | | X | ^ | X |
| RM | 3/1/2010 | 8/12/2010 | X | X | | | | | | | X | X | X | | X | X | X |
| CR | 6/22/2010 | 9/8/2010 | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | X |
| KS | 8/21/2010 | 9/15/2010 | X | | X | X | X | X | X | X | X | X | X | | X | X | X |
| FA | 10/27/2008 | 10/18/2010 | X | | X | X | | X | X | X | X | X | X | | X | X | X |
| JF | 11/23/2009 | 10/21/2010 | X | X | X | X | X | X | X | | X | X | X | | X | X | X |
| CR | 11/23/2009 | 10/21/2010 | X | X | | | X | | X | | | X | X | | X | X | X |
| RT | 6/28/2010 | 11/1/2010 | X | X | X | | X | X | X | | X | X | X | | X | X | X |
| EJ | 10/25/2010 | 11/4/2010 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| PC | 9/30/2010 | 1/3/2011 | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | X |
| NL | 11/21/2008 | 1/20/2011 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| WD | 10/6/2010 | 4/7/2011 | X | X | X | X | X | X | X | | X | X | X | X | X | X | X |
| JB | 12/10/2010 | 4/8/2011 | X | X | X | X | X | X | | X | X | X | X | X | X | X | X |
| GK | 3/7/2011 | 4/29/2011 | X | | X | X | X | X | X | X | X | X | X | | X | X | X |
| RF | 2/18/2011 | 5/3/2011 | X | X | X | X | | X | X | X | X | X | | | X | X | X |
| JM | 2/23/2011 | 7/1/2011 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| MB | 6/5/2011 | 7/26/2011 | X | | X | X | X | X | X | | X | X | X | X | X | X | X |
| MM | 5/15/2010 | 8/1/2011 | X | X | X | X | X | X | X | | | X | X | X | X | X | X |
| RD | 2/7/2011 | 8/3/2011 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| FM | 11/4/2010 | 8/3/2011 | X | X | X | X | X | X | X | | X | | X | X | X | X | X |
| RM | 7/17/2011 | 8/18/2011 | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | X |
| GP | 4/29/2011 | 8/22/2011 | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | ^ | X |
| KA | 4/8/2011 | 8/24/2011 | X | X | X | X | X | X | X | X | X | X | | X | | X | X |
| DW | 5/20/2011 | 9/8/2011 | X | X | X | X | X | X | | X | X | X | X | X | X | X | X |
| RD | 7/9/2009 | 9/8/2011 | X | X | X | X | X | X | X | | X | X | X | X | X | X | X |
| AW | 4/27/2011 | 9/23/2011 | X | X | X | X | X | X | X | | X | X | X | X | X | X | X |
| SR | 6/29/2011 | 10/11/2011 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| TF | 6/20/2011 | 10/13/2011 | X | X | X | X | X | X | X | | X | X | X | X | X | X | X |
| MT | 2/25/2011 | 10/17/2011 | X | | X | X | X | X | X | X | X | X | X | X | X | X | X |
| GC | 4/12/2011 | 10/17/2011 | X | X | X | X | X | X | X | | X | X | X | X | X | X | X |

# Exhibit 2 - Cervical Physical Therapy Assessment

| | | | Problem List | | | | | | | | Treatment Plan | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Patient | Date of Loss | Date of Evaluation | Weakness | Positive Radicular Signs and Symptoms | Unable to Check Blind Spot While Driving | Unable to Look Up at the Ceiling | Impaired Activities of Daily Life | Limited ROM | Awakens Due to Pain | Inability to Return to Work W/O Restrictions | Hot/Cold Packs | Electical Stimulation | Manual Therapy | Ultrasound | Exercises | Maximum Initial Duration (30 days) | Short Term Goals Not Met |
| AW | 7/15/2010 | 10/17/2011 | X | X | X | X | X | X | X | | X | X | X | X | X | X | X |
| MW | 7/5/2011 | 11/2/2011 | | X | X | X | X | X | X | | X | X | X | X | X | X | X |
| AD | 6/15/2011 | 11/22/2011 | X | | X | X | X | X | X | | X | X | | X | X | X | X |
| TJ | 3/6/2000 | 11/28/2011 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| SG | 11/1/2011 | 12/23/2011 | X | X | X | X | X | X | X | X | X | X | X | | X | X | X |
| JJ | 11/10/2011 | 1/6/2012 | A | A | A | A | A | A | A | A | A | A | A | A | A | A | X |
| RM | 9/22/2011 | 1/10/2012 | X | | X | X | X | X | X | | X | | X | X | X | X | X |
| CA | 6/17/2011 | 1/13/2012 | X | X | X | X | X | X | X | | X | X | X | X | X | X | X |
| MA | 1/8/2012 | 4/13/2012 | X | X | X | X | X | X | X | | X | | X | | X | X | X |
| PB | 2/14/2012 | 4/26/2012 | | | X | X | X | X | X | | X | X | X | X | X | X | X |
| LE | 5/12/2009 | 5/22/2012 | X | X | X | X | X | X | X | | X | X | X | X | X | X | X |
| KH | 3/31/2012 | 5/25/2012 | X | | X | X | X | X | | | X | X | X | X | X | A | A |
| PR | 2/23/2012 | 5/30/2012 | X | | X | | | X | X | | X | X | X | | X | X | X |
| HS | 1/10/2012 | 6/7/2012 | X | X | X | X | | X | X | X | X | X | X | X | X | X | X |
| YA | 8/26/2010 | 6/26/2012 | A | A | A | A | A | A | A | A | A | A | A | A | A | A | X |
| WH | 4/18/2012 | 7/24/2012 | X | | X | X | X | X | X | X | X | X | X | | X | X | X |
| SB | 7/6/2012 | 8/3/2012 | X | X | X | X | X | X | X | | X | X | | X | X | X | A |
| MA | 5/30/2012 | 9/12/2012 | X | X | X | X | | X | X | X | X | X | | X | X | X | X |
| SJ | 4/26/2012 | 9/14/2012 | | | X | X | X | X | X | | X | X | X | X | x | X | X |
| AL | 9/6/2012 | 9/20/2012 | X | | | X | X | X | | | X | X | X | | X | X | X |
| KD | 7/6/2012 | 9/24/2012 | X | | | | X | X | | X | X | X | X | X | X | X | X |
| JG | 8/7/2012 | 10/5/2012 | X | | | X | | X | | X | X | X | X | | X | X | X |
| RS | 5/19/2012 | 11/2/2012 | X | X | | | X | X | | | X | X | X | X | X | X | A |
| DG | 9/1/2012 | 11/20/2012 | X | | X | X | X | X | X | X | X | X | X | X | X | X | B |
| SC | 8/11/2011 | 11/30/2011; 8/16/2012 | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| GB | 12/3/2008 | 3/29/2010; 9/16/2009 | X | X | X | X | X | X | X | X | X | X | X | | X | X | X |
| KG | 11/23/2009 | 4/26/2010; 7/23/2010 | X | X | X | X | X | X | X | X | X | X | X | | X | X | X |
| KJ | 11/1/2008 | 7/24/2009; 10/23/2009 | X | | | | X | X | | X | X | | X | | X | X | X |
| SD | 10/22/2006 | 5/29/2008 | B | B | B | B | B | B | B | B | B | B | B | B | B | B | B |
| MW | 9/18/2007 | 8/21/2008 | B | B | B | B | B | B | B | B | B | B | B | B | B | B | B |
| BP | 10/3/2006 | 10/13/2008 | B | B | B | B | B | B | B | B | B | B | B | B | B | B | B |
| PD | 6/30/2008 | 11/3/2008 | B | B | B | B | B | B | B | B | B | B | B | B | B | B | X |
| LH | 12/25/2012 | 8/1/2013 | B | B | B | B | B | X | | | X | X | X | X | X | X | B |

(A) Intitial Physical Therapy assessment form or progress notes missing.
(B) Universal changed to evaluation forms that did not capture this information.