*Exhibit 4*

## Exhibit 4 - Clear and Horizon MRIs

| Patient | MRI Date of Service | MRIs Performed | | | | | MRI Interpretations | | | | Amount Billed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Cervical MRI | Lumbar MRI | Thoracic MRI | Other Joint MRI | Brain MRI | Abnormal Lordosis | Related to Injury/Spasm | Multiple Abnormal Results | Spasm/ Sprain DX | |
| **Clear Imaging** | | | | | | | | | | | |
| AW | 8/23/2010; 10/14/2010 | X | X | X | | | X | X | X | X | $15,900.00 |
| AL | 7/12/2010 | X | X | X | | | X | X | X | X | $15,900.00 |
| BS | 3/14/2011; 4/25/2011 | X | X | X | | X | X | X | X | X | $22,900.00 |
| BT | 3/9/2011 | X | X | X | | | X | X | X | X | $15,900.00 |
| CR | 10/1/2010 | X | X | X | | | X | X | X | X | $15,900.00 |
| CC | 8/15/2011; 8/2/2011 | X | X | X | | X | X | X | X | | $22,900.00 |
| DB | 8/16/2010; 10/4/2010 | X | X | X | X | | X | X | X | X | $20,000.00 |
| DA | 11/11/2010 | X | X | X | | | X | X | X | X | $15,900.00 |
| DH | 7/11/2011 | X | X | X | | | X | X | X | | $15,900.00 |
| FT | 12/7/2010; 3/8/2011 | X | X | X | | X | X | X | X | X | $22,900.00 |
| AA | 10/1/2010 | X | X | X | | | X | | X | X | $15,900.00 |
| AV | 9/14/2011 | X | X | X | | | X | X | X | | $15,900.00 |
| IJ | 3/21/2010 | X | X | X | | | X | X | X | X | $15,900.00 |
| JC | 4/25/2011; 4/18/2011 | X | X | X | | X | X | X | X | X | $22,900.00 |
| JS | 8/2/2010 | X | X | X | | | X | X | X | X | $15,900.00 |
| JS | 11/15/2011 | X | X | X | | | X | X | X | | $15,900.00 |
| LC | 9/20/2011; 10/18/2011 | X | X | X | | | X | X | X | | $15,900.00 |
| ND | 3/7/2010 | X | X | X | | | X | X | X | X | $15,900.00 |
| OB | 9/19/2011 | X | X | X | X | X | X | X | X | | $27,000.00 |
| QW | 6/9/2010 | X | X | X | | | X | X | X | X | $15,900.00 |
| RS | 7/28/2010; 8/30/2010 | X | X | X | | X | X | X | X | | $22,900.00 |
| RH | 1/10/2011 | X | X | X | X | | X | X | X | X | $20,000.00 |
| SH | 10/21/2010 | X | X | X | | | X | X | X | X | $15,900.00 |
| TJ | 1/24/2012; 11/30/2011 | X | X | X | | X | X | X | X | | $22,975.00 |
| TS | 10/18/2010 | X | X | X | | | X | X | X | X | $15,900.00 |
| TD | 7/26/2010 | X | X | X | | | X | X | X | X | $15,900.00 |
| TT | 6/30/2010 | X | X | X | | | X | X | X | X | $15,900.00 |
| YA | 9/20/2010; 11/8/2010; 11/11/2011 | X | X | X | X | X | X | X | X | X | $27,000.00 |
| YE | 11/23/2010 | X | X | X | | | X | X | X | X | $15,900.00 |
| CR | 8/18/2010 | X | X | X | | | X | X | X | X | $15,900.00 |
| NM | 6/30/2010; 5/18/2011; 8/18/2010 | X | X | X | | X | X | X | X | X | $28,200.00 |
| WS | 8/2/2010 | X | X | X | | | X | X | X | X | $15,900.00 |
| KA | 11/11/2010 | X | X | X | | | X | X | X | X | $15,900.00 |

## Exhibit 4 - Clear and Horizon MRIs

| Patient | MRI Date of Service | MRIs Performed | | | | | MRI Interpretations | | | | Amount Billed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Cervical MRI | Lumbar MRI | Thoracic MRI | Other Joint MRI | Brain MRI | Abnormal Lordosis | Related to Injury/Spasm | Multiple Abnormal Results | Spasm/ Sprain DX | |
| KL | 5/2/2010 | X | X | X | | | X | X | X | X | $15,900.00 |
| TW | 5/12/2010 | X | X | X | | | X | X | | X | $15,900.00 |
| AS | 8/2/2010; 9/22/2010 | X | X | X | | | | | X | | $15,900.00 |
| AB | 2/21/2012 | X | X | X | | | | | X | | $15,900.00 |
| DS | 4/17/2012 | X | X | X | | | X | X | X | | $15,900.00 |
| AF | 8/8/2011 | X | X | | | | X | X | | | $10,600.00 |
| AR | 2/5/2010 | X | X | | | | X | | X | X | $10,600.00 |
| AW | 8/22/2011 | X | X | | | | X | X | X | | $10,600.00 |
| BL | 10/21/2011 | X | X | | | | X | X | | | $10,600.00 |
| BJ | 3/21/2010 | X | X | | | | X | X | X | X | $10,600.00 |
| BS | 5/19/2010 | X | X | | | | X | X | X | X | $10,600.00 |
| CP | 3/7/2010 | X | X | | | | | | X | | $10,600.00 |
| CM | 6/13/2011; 7/13/2011 | X | X | | | X | X | X | X | | $18,575.00 |
| DJ | 8/23/2010 | X | X | | | | X | X | X | X | $10,600.00 |
| DE | 5/16/2011 | X | X | | | | X | X | X | | $10,600.00 |
| DR | 11/22/2010 | X | X | | | | X | X | X | | $10,600.00 |
| DN | 5/19/2010 | X | X | | | | X | X | X | X | $10,600.00 |
| EW | 9/20/2010 | X | X | | | | X | X | X | X | $10,600.00 |
| EL | 3/7/2010 | X | X | | | | X | X | X | X | $10,600.00 |
| EG | 12/7/2011; 4/30/2012; 5/23/2012 | X | X | | | X | | | | | $24,600.00 |
| FK | 7/20/2011 | X | X | | | | X | X | X | | $10,600.00 |
| FW | 9/1/2010 | X | X | | | | X | X | X | X | $10,600.00 |
| JB | 2/13/2010 | X | X | | | | | | X | | $10,600.00 |
| JS | 7/18/2011 | X | X | | | | X | X | X | | $10,600.00 |
| JP | 9/26/2011; 10/25/2011 | X | X | | | X | X | X | X | | $22,900.00 |
| JW | 12/16/2011 | X | X | | | | | | X | | $10,600.00 |
| KK | 5/26/2010; 6/9/2010 | X | X | | | | X | X | X | | $10,600.00 |
| KK | 7/8/2010 | X | X | | | | X | X | X | X | $10,600.00 |
| KG | 3/7/2010 | X | X | | | | X | X | X | X | $14,700.00 |
| KJ | 3/7/2011 | X | X | | | | X | X | X | X | $10,600.00 |
| KB | 4/8/2011; 5/18/2011; 6/15/2011 | X | X | | | X | X | X | X | X | $25,875.00 |
| KH | 8/18/2010 | X | X | | | | X | X | X | X | $10,600.00 |
| LH | 5/12/2010 | X | X | | | | X | X | X | X | $10,600.00 |
| LD | 3/21/2010 | X | X | | | | X | X | X | X | $10,600.00 |
| MJ | 12/2/2011 | X | X | | | | X | X | | | $10,600.00 |

## Exhibit 4 - Clear and Horizon MRIs

| Patient | MRI Date of Service | MRIs Performed | | | | | MRI Interpretations | | | | Amount Billed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Cervical MRI | Lumbar MRI | Thoracic MRI | Other Joint MRI | Brain MRI | Abnormal Lordosis | Related to Injury/Spasm | Multiple Abnormal Results | Spasm/ Sprain DX | |
| MH | 3/7/2010 | X | X | | | | X | X | X | X | $10,600.00 |
| MJ | 10/26/2011 | X | X | | | | X | X | X | | $10,600.00 |
| ML | 3/16/2011 | X | X | | | | X | X | X | X | $10,600.00 |
| MF | 9/30/2010 | X | X | | | | | X | X | X | $10,600.00 |
| MS | 12/7/2010 | X | X | | | | X | X | X | X | $10,600.00 |
| MB | 3/21/2010 | X | X | | | | X | X | X | X | $10,600.00 |
| MS | 7/26/2011; 8/2/2011 | X | X | | | X | X | X | X | | $17,600.00 |
| RR | 3/16/2011 | X | X | | | | X | X | X | X | $10,600.00 |
| RH | 6/2/2010 | X | X | | | | X | X | X | X | $10,600.00 |
| RT | 9/30/2010; 10/25/2010 | X | X | | X | | X | X | X | X | $9,400.00 |
| RB | 4/11/2010 | X | X | | | | X | X | X | | $10,600.00 |
| RC | 7/12/2011; 6/17/2011 | X | X | | | X | | | X | | $17,600.00 |
| SG | 11/29/2011 | X | X | | | | X | X | X | | $10,600.00 |
| SM | 12/16/2011 | X | X | | | | X | X | | | $10,600.00 |
| SL | 7/12/2010 | X | X | | | | X | X | X | X | $14,700.00 |
| TN | 9/12/2011 | X | X | | | | X | X | X | | $10,600.00 |
| VP | 6/13/2011 | X | X | | | | X | X | X | | $10,600.00 |
| JM | 3/30/2011; 4/8/2011 | X | X | | | | X | X | X | X | $15,900.00 |
| AM | 4/18/2012; 5/15/2012 | X | X | | | X | X | X | X | | $17,600.00 |
| AC | 5/8/2012 | X | X | | | | X | X | X | | $10,600.00 |
| BR | 6/4/2012; 7/24/2012 | X | X | | X | X | X | X | X | | $21,700.00 |
| CO | 3/9/2012 | X | X | | | | X | X | X | | $10,600.00 |
| CJ | 10/22/2012 | X | X | | | | X | X | X | | $10,600.00 |
| CT | 10/22/2012 | X | X | | | | X | X | X | | $10,600.00 |
| DM | 8/21/2012 | X | X | | X | | | | X | | $15,900.00 |
| DG | 7/31/2012; 8/31/2012 | X | X | | | X | X | X | X | | $17,600.00 |
| DG | 10/12/2012; 11/9/2012 | X | X | | | X | X | X | X | | $17,300.00 |
| EA | 1/17/2012 | X | X | | | | X | X | X | | $10,600.00 |
| GS | 10/9/2012 | X | X | | | | X | | X | | $10,600.00 |
| JS | 8/20/2012; 9/17/2012 | X | X | | | X | X | | X | X | $17,600.00 |
| JA | 7/31/2012; 8/7/2012 | X | X | (D) | (D) | X | (D) | (D) | (D) | (D) | $17,600.00 |
| JC | 7/11/2011; 2/1/2012 | X | X | | | X | X | X | X | | $18,275.00 |
| JD | 10/1/2012 | X | X | | | X | X | X | X | | $17,600.00 |
| KM | 5/29/2012; 7/11/2012; 8/31/2012 | X | X | | X | X | X | X | X | | $21,700.00 |
| KB | 3/23/2012 | X | X | | | | | | X | | $10,600.00 |

## Exhibit 4 - Clear and Horizon MRIs

| Patient | MRI Date of Service | MRIs Performed | | | | | MRI Interpretations | | | | Amount Billed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Cervical MRI | Lumbar MRI | Thoracic MRI | Other Joint MRI | Brain MRI | Abnormal Lordosis | Related to Injury/Spasm | Multiple Abnormal Results | Spasm/ Sprain DX | |
| PR | 8/3/2012; 8/14/2012 | X | X | | | X | X | X | X | | $17,600.00 |
| RE | 2/3/2012 | X | X | | | | X | X | X | | $10,600.00 |
| RN | 5/16/2012 | X | X | | | | X | X | X | | $10,600.00 |
| RB | 3/12/2012; 4/10/2012 | X | X | | | X | X | X | X | | $17,600.00 |
| RL | 8/28/2012 | X | X | | | | X | X | X | | $10,600.00 |
| RS | 9/14/2012 | X | X | | | | X | X | X | | $10,600.00 |
| SB | 7/17/2012 | X | X | | | | X | X | X | | $10,600.00 |
| TP | 1/27/2012; 5/1/2012 | X | X | | | X | X | X | X | | $17,600.00 |
| WP | 10/8/2012 | X | X | | X | | | | X | | $14,700.00 |
| ZA | 1/8/2013 | X | X | | | | X | X | X | | $10,600.00 |
| BW | 1/25/2013 | X | X | | | | X | X | X | | $10,600.00 |
| ZU | 8/23/2011, 2/13/2013 | X | X | | | | X | X | X | | $15,900.00 |
| RC | 1/18/2013 | X | X | | | | X | | X | | $10,600.00 |
| BS | 11/29/2010 | X | | X | | | X | X | X | X | $10,600.00 |
| CA | 12/23/2011; 4/17/2012 | X | | X | | X | X | X | X | | $17,600.00 |
| DB | 4/9/2012 | X | | X | | | X | X | | | $10,600.00 |
| KJ | 10/21/2010 | X | | X | | | X | X | X | X | $10,600.00 |
| MA | 9/8/2010 | X | | X | | | X | X | X | | $10,600.00 |
| RM | 8/31/2011; 9/19/2011 | X | | X | | X | X | X | X | | $17,600.00 |
| SG | 1/11/2012 | X | | X | | | | | | | $10,600.00 |
| MH | 2/21/2012 | X | | X | | | X | X | X | | $10,600.00 |
| DM | 3/7/2010; 5/2/2010 | X | | | X | | X | X | X | X | $9,400.00 |
| GK | 6/6/2011 | X | | | X | | X | X | X | | $9,400.00 |
| EB | 6/29/2011 | X | | | | | X | X | X | | $5,300.00 |
| HB | 6/27/2011 | X | | | | | X | X | X | | $5,300.00 |
| IE | 3/21/2010 | X | | | | | X | X | X | X | $5,300.00 |
| KB | 3/9/2011 | X | | | | | X | X | X | | $5,300.00 |
| MM | 7/21/2010 | X | | | | | X | X | X | X | $5,300.00 |
| RS | 8/1/2011 | X | | | | | X | X | X | | $5,300.00 |
| RM | 7/12/2010 | X | | | | | | | X | | $5,300.00 |
| RL | 10/29/2010 | X | | | | | X | X | | X | $5,300.00 |
| FS | 6/3/2011 | X | | | | | X | X | X | | $5,300.00 |
| CB | 9/19/2012 | X | | | | | X | | X | | $5,300.00 |
| DN | 8/3/2012 | X | | | | | X | X | X | | $5,300.00 |
| DJ | 9/14/2012 | X | | | | | X | | X | | $5,300.00 |

## Exhibit 4 - Clear and Horizon MRIs

| Patient | MRI Date of Service | MRIs Performed | | | | | MRI Interpretations | | | | Amount Billed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Cervical MRI | Lumbar MRI | Thoracic MRI | Other Joint MRI | Brain MRI | Abnormal Lordosis | Related to Injury/Spasm | Multiple Abnormal Results | Spasm/ Sprain DX | |
| EJ | 11/14/2012 | X | | | | | X | X | X | | $5,300.00 |
| EG | 9/24/2012 | X | | | | | X | | X | | $5,300.00 |
| MA | 4/11/2012 | X | | | | | X | X | X | | $5,300.00 |
| MA | 6/19/2012 | X | | | | X | X | X | X | | $12,300.00 |
| PR | 4/13/2012 | X | | | | | X | X | X | | $5,300.00 |
| RH | 8/14/2012 | X | | | | | X | X | X | | $5,300.00 |
| SJ | 8/6/2012 | X | | | | | X | X | X | | $5,300.00 |
| TB | 9/19/2012 | X | | | | | X | X | X | | $5,300.00 |
| LH | 11/12/2012 | X | | | | | X | X | X | | $5,300.00 |
| EA | 9/8/2010 | | X | X | | | X | X | X | | $10,600.00 |
| JC | 8/9/2010 | | X | X | | | (C) | (C) | X | | $10,600.00 |
| KM | 10/14/2010 | | X | X | | | (C) | (C) | X | | $10,600.00 |
| KC | 10/11/2011 | | X | X | | | (C) | (C) | X | | $10,600.00 |
| LE | 1/18/2011 | | X | X | | | (C) | (C) | X | | $10,600.00 |
| SS | 10/11/2010; 7/19/2011 | | X | X | | X | (C) | (C) | X | | $17,600.00 |
| BC | 2/17/2012; 3/9/2012 | | X | X | | X | (C) | (C) | X | | $17,600.00 |
| DJ | 10/19/2012 | | X | X | | X | X | (C) | X | | $17,600.00 |
| DS | 3/6/2012 | | X | X | | | X | X | X | | $10,600.00 |
| LG | 6/22/2012 | | X | X | | | (C) | (C) | X | | $10,600.00 |
| PT | 7/25/2011; 6/8/2012 | | X | X | | | (C) | (C) | X | | $10,600.00 |
| HH | 8/22/2011; 9/9/2011 | | X | | X | | (C) | (C) | | | $9,400.00 |
| BB | 8/25/2010 | | X | | | X | X | X | X | | $12,300.00 |
| JR | 8/12/2011 | | X | | | X | (C) | (C) | X | | $12,300.00 |
| SG | 12/9/2011 | | X | | | X | (C) | (C) | | | $12,300.00 |
| AM | 7/25/2011 | | X | | | | (C) | (C) | X | | $5,300.00 |
| BM | 2/5/2010 | | X | | | | (C) | (C) | X | | $5,300.00 |
| DC | 8/1/2011 | | X | | | | (C) | (C) | X | | $5,300.00 |
| DG | 10/29/2010 | | X | | | | (C) | (C) | X | | $5,300.00 |
| DT | 10/14/2010 | | X | | | | (C) | (C) | | | $5,300.00 |
| GM | 7/21/2010 | | X | | | | (C) | (C) | X | | $5,300.00 |
| JD | 2/13/2010 | | X | | | | (C) | (C) | X | | $5,300.00 |
| JM | 10/7/2011 | | X | | | | (C) | (C) | X | | $5,300.00 |
| JT | 3/18/2011 | | X | | | | X | X | X | | $5,300.00 |
| LL | 1/13/2012 | | X | | | | (C) | (C) | | | $5,300.00 |
| NK | 7/14/2010 | | X | | | | (C) | (C) | X | | $5,300.00 |

## Exhibit 4 - Clear and Horizon MRIs

| Patient | MRI Date of Service | MRIs Performed | | | | | MRI Interpretations | | | | Amount Billed |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Cervical MRI | Lumbar MRI | Thoracic MRI | Other Joint MRI | Brain MRI | Abnormal Lordosis | Related to Injury/Spasm | Multiple Abnormal Results | Spasm/ Sprain DX | |
| QG | 3/8/2011 | | X | | | | X | X | X | | $5,300.00 |
| SF | 8/18/2010 | | X | | | | (C) | (C) | X | | $9,400.00 |
| SF | 2/13/2010 | | X | | | | X | X | X | | $5,300.00 |
| SN | 9/12/2011 | | X | | | | (C) | (C) | X | | $5,300.00 |
| TF | 8/12/2011 | | X | | | | (C) | (C) | X | | $5,300.00 |
| WH | 2/3/2012 | | X | | | | (C) | (C) | | | $5,300.00 |
| AE | 7/9/2012 | | X | | | | (C) | (C) | X | | $5,300.00 |
| JG | 9/7/2012; 10/1/2012 | | X | | | X | (C) | (C) | X | | $12,300.00 |
| JS | 5/29/2012 | | X | | | | X | X | X | | $5,300.00 |
| KA | 2/24/2012 | | X | | | | (C) | (C) | X | | $5,300.00 |
| KR | 4/13/2012 | | X | | | | (C) | (C) | X | | $5,300.00 |
| KC | 1/24/2012 | | X | | | | (C) | (C) | X | | $5,300.00 |
| SK | 5/11/2012 | | X | | | | (C) | (C) | X | | $5,300.00 |
| SL | 12/14/2012 | | X | | | | (C) | (C) | X | | $5,300.00 |
| TC | 8/17/2012 | | X | | | | (C) | (C) | X | | $5,300.00 |
| AR | 1/2/2013 | | X | | | | (C) | (C) | X | | $5,300.00 |
| KD | 1/4/2013 | | X | | | | (C) | (C) | X | | $5,300.00 |
| DF | 1/25/2012 | | | X | | | (C) | (C) | | | $5,300.00 |
| GW | 4/29/2011 | | | X | | | (C) | (C) | X | | $5,300.00 |
| JF | 10/1/2010 | | | X | | | (C) | (C) | X | | $5,300.00 |
| LD | 4/22/2011 | | | X | | | (C) | (C) | X | | $5,300.00 |
| VG | 2/13/2010 | | | X | | | (C) | (C) | X | | $5,300.00 |
| AH | 3/26/2012 | | | X | | | (C) | (C) | X | | $5,300.00 |
| TM | 9/24/2012 | | | X | | | (C) | (C) | X | | $5,300.00 |
| JB | 1/30/2012 | | | | | X(A) | (C) | (C) | | | $7,000.00 |
| KD | 2/5/2010 | | | | X | | (C) | (C) | X | | $4,100.00 |
| OB | 9/24/2010 | | | | | X(A) | (C) | (C) | | | $7,000.00 |
| SP | 8/22/2011 | | | | X | | (C) | (C) | | | $4,100.00 |
| TH | 1/25/2011; 1/27/2012 | | | | X | X(A) | (C) | (C) | X | | $11,100.00 |
| CC | 7/19/2011 | | | | X | | (C) | (C) | | | $4,100.00 |
| MD | 10/15/2012 | | | | | X(A) | (C) | (C) | | | $7,000.00 |
| DP | 10/8/2012; 11/12/2012 | | | | X | | (C) | (C) | | | $9,400.00 |
| DH | 8/27/2012 | | | | X | | (C) | (C) | | | $4,100.00 |

## Exhibit 4 - Clear and Horizon MRIs

| Patient | MRI Date of Service | MRIs Performed | | | | | MRI Interpretations | | | | Amount Billed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Cervical MRI | Lumbar MRI | Thoracic MRI | Other Joint MRI | Brain MRI | Abnormal Lordosis | Related to Injury/Spasm | Multiple Abnormal Results | Spasm/ Sprain DX | |
| Horizon Imaging | | | | | | | | | | | |
| BV | 12/3/2010 | X | X | X | | | X | X | X | X | $15,900.00 |
| BH | 6/16/2011 | X | X | X | | | X | X | X | X | $15,900.00 |
| CF | 11/5/2010 | X | X | X | | | X | X | X | | $15,900.00 |
| DS | 6/16/2011 | X | X | X | | | X | X | X | X | $15,900.00 |
| MF | 11/5/2010 | X | X | X | | | | | | | $15,900.00 |
| PO | 12/17/2010 | X | X | X | | | X | X | X | X | $15,900.00 |
| TW | 8/24/2011; 9/8/2011 | X | X | X | | | X | X | X | X | $15,900.00 |
| MD | 11/1/2012; 12/6/2012 | X | X | X | | | X | | X | | $15,900.00 |
| DH | 8/12/2011 | X | X | | | | X | X | X | | $10,600.00 |
| EH | 6/22/2011 | X | X | | | | | | X | | $10,600.00 |
| HP | 3/25/2011 | X | X | | | | X | X | X | X | $10,600.00 |
| IL | 5/6/2011 | X | X | | | | X | X | X | | $10,600.00 |
| JP | 2/25/2011 | X | X | | X | | X | X | X | X | $14,700.00 |
| KG | 3/24/2011 | X | X | | | | X | X | X | X | $10,600.00 |
| KH | 2/24/2011; 6/10/2011 | X | X | | | X | X | X | X | X | $17,600.00 |
| KH | 12/30/2010; 2/3/2011 | X | X | | | | X | X | X | X | $10,600.00 |
| LH | 12/30/2010 | X | X | | | | X | X | X | X | $10,600.00 |
| ML | 11/12/2010 | X | X | | | | | | X | X | $10,600.00 |
| MB | 6/24/2011 | X | X | | | | X | X | X | | $10,600.00 |
| NB | 12/30/2010 | X | X | | | | X | X | X | X | $10,600.00 |
| PR | 4/21/2011 | X | X | | | | | | | | $10,600.00 |
| RF | 3/11/2011; 5/5/2011 | X | X | | X | | X | X | X | | $14,700.00 |
| SK | 2/3/2011; 7/29/11; 3/18/11 | X | X | | | X | X | X | X | X | $30,935.00 |
| TB | 6/17/2011 | X | X | | | | X | X | X | | $10,600.00 |
| FC | 4/7/2011 | X | X | | | | X | X | X | X | $10,600.00 |
| TD | 4/1/2011 | X | X | | | | X | X | X | X | $10,600.00 |
| TK | 7/8/2011 | X | X | | | | X | X | X | | $10,600.00 |
| AB | 8/17/2011; 9/8/2011 | X | X | | X | | X | X | X | X | $14,700.00 |
| HS | 2/1/2012 | X | X | | | | X | X | X | X | $10,600.00 |
| SJ | 4/19/2012 | X | X | | | | | | X | | $10,600.00 |
| KW | 7/15/2011 | X | X | | | | X | X | X | | $10,600.00 |
| KD | 8/16/2012 | X | | | | | X | X | X | | $5,300.00 |
| AT | 1/14/2011 | X | | | | | X | X | X | X | $5,300.00 |
| CR | 5/13/2011 | X | | | | | X | X | X | | $5,300.00 |

## Exhibit 4 - Clear and Horizon MRIs

| Patient | MRI Date of Service | MRIs Performed ||||| MRI Interpretations |||| Amount Billed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Cervical MRI | Lumbar MRI | Thoracic MRI | Other Joint MRI | Brain MRI | Abnormal Lordosis | Related to Injury/Spasm | Multiple Abnormal Results | Spasm/ Sprain DX | |
| DM | 3/31/2011 | X | | | | | X | X | | | $5,300.00 |
| GC | 6/15/2011 | X | | | | | | | X | | $5,300.00 |
| JB | 3/4/2011 | X | | | | | X | X | X | | $5,300.00 |
| NA | 4/7/2011 | X | | | | | | | | | $5,300.00 |
| OB | 10/29/2010 | X | | | | | X | X | X | X | $5,300.00 |
| SR | 8/17/2011 | X | | | | | X | X | X | X | $5,300.00 |
| TH | 2/24/2011 | X | | | | | X | X | X | X | $5,300.00 |
| PB | 4/19/2012 | X | | | | | | | | | $5,300.00 |
| WD | 11/19/2010; 2/4/2011 | X | | | | X | X | X | X | X | $12,300.00 |
| AS | 8/17/2011 | | X | | | | (C) | (C) | X | | $5,300.00 |
| AH | 7/21/2011 | | X | | | | (C) | (C) | X | | $5,300.00 |
| BW | 10/29/2010 | | X | | | | (C) | (C) | X | | $5,300.00 |
| CH | 2/4/2011 | | X | | | | (C) | (C) | X | | $5,300.00 |
| RZ | 2/4/2011; 2/11/2011 | | X | | X | | (C) | (C) | X | | $9,400.00 |
| YM | 6/2/2011 | | X | X | | | (C) | (C) | X | | $10,600.00 |
| FW | 11/5/2010 | | | | X(B) | | (C) | (C) | | | $4,100.00 |
| MP | 3/18/2011 | | | | X | | (C) | (C) | | | $4,100.00 |
| VT | 5/6/2011 | | | | X | | (C) | (C) | X | | $4,100.00 |
| TT | 7/11/2012 | | | | X | | (C) | (C) | | | $4,100.00 |
| | | | | | | | | | | Total | $2,912,035.00 |

(A) Cervical, Thoracic, or Lumbar MRI was performed at Horizon Imaging.
(B) Cervical, Thoracic, or Lumbar MRI was performed at Clear Imaging.
(C ) No Cervical MRI was performed.
(D) Report Missing.