*Exhibit 5*

## Exhibit 5 - Dr. Pierce EDX Tests

| Patient | Date of Loss | Date of Service | NCV TESTS | | | | | EMG TESTS | | | Radiculopathy Diagnosis | Amount Billed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Total Nerves Billed | Total Nerves Tested | Double Billing | Same Nerves Tested | Fails to Comment on Abnormality | Total Muscles Tested | Repeated Muscles | Only 1+ Abnormal Values | | |
| **4 LIMBS** | | | | | | | | | | | | |
| JM | 2/23/2011 | 6/17/2011 | 20 | 14 | X | X | X | 69 | X | X | X | $5,730 |
| DH | 12/11/2010 | 7/27/2011 | 20 | 14 | X | X | X | 71 | X | X | X | $7,280 |
| BH | 4/27/2011 | 8/3/2011 | 20 | 14 | X | X | X | 71 | X | X | X | $7,280 |
| DW | 5/20/2011 | 8/3/2011 | 20 | 14 | X | X | X | 69 | X | X | X | $7,280 |
| AA | 5/17/2011 | 8/10/2011 | 20 | 14 | X | X | X | 71 | X | X | X | $7,280 |
| JA | 5/17/2011 | 8/10/2011 | 20 | 14 | X | X | X | 70 | X | X | X | $7,280 |
| DB | 5/7/2011 | 8/17/2011 | 20 | 14 | X | X | X | 69 | X | X | X | $7,280 |
| LT | 11/14/2010 | 8/24/2011 | 20 | 14 | X | X | X | 70 | X | X | X | $7,280 |
| EW | 7/29/2010 | 8/26/2011 | 20 | 14 | X | X | X | 69 | X | X | X | $7,280 |
| KW | 5/17/2011 | 9/14/2011 | 20 | 14 | X | X | X | 69 | X | X | X | $7,280 |
| SC | 6/22/2011 | 9/14/2011 | 14 | 14 | | X | X | 34 | X | X | X | $4,660 |
| JR | 4/12/2011 | 9/16/2011 | 20 | 14 | X | X | X | 70 | X | X | X | $7,280 |
| JC | 5/15/2011 | 9/23/2011 | 20 | 14 | X | X | X | 71 | X | X | X | $7,280 |
| RM | 7/28/2011 | 9/23/2011 | 20 | 14 | X | X | X | 72 | X | X | X | $7,280 |
| JB | 5/18/2011 | 10/10/2011 | 20 | 14 | X | X | X | 70 | X | X | X | $7,280 |
| AD | 6/15/2011 | 10/10/2011 | 20 | 14 | X | X | X | B | B | B | X | $7,280 |
| MT | 2/25/2011 | 10/10/2011 | 20 | 14 | X | X | X | 74 | X | X | X | $7,280 |
| DB | 8/19/2011 | 10/19/2011 | 20 | 14 | X | X | X | 70 | X | X | X | $7,280 |
| MS | 4/15/2011 | 10/19/2011 | 20 | 14 | X | X | X | 70 | X | X | X | $7,280 |
| JM | 7/14/2011 | 10/21/2011 | 22 | 14 | X | X | X | 69 | X | X | X | $7,830 |
| GP | 4/29/2011 | 11/11/2011 | 24 | 14 | X | X | X | 71 | X | X | X | $8,080 |
| MW | 7/5/2011 | 12/5/2011 | 20 | 14 | X | X | X | 70 | X | X | X | $8,080 |
| SL | 11/1/2011 | 1/9/2012 | 40 | 14 | X | X | X | 70 | X | X | X | $9,155 |
| TJ | 9/7/2011 | 3/16/2012 | 20 | 14 | X | X | X | 71 | X | X | X | $9,540 |
| KA | 1/29/2012 | 7/11/2012 | 16 | 14 | X | X | X | 72 | X | X | X | $8,170 |
| **UPPER** | | | | | | | | | | | | |
| JZ | 5/14/2009 | 8/11/2010 | 14 | 10 | X | X | X | 34 | X | X | X | $3,510 |
| BV | 10/16/2010 | 1/7/2011 | 14 | 10 | X | X | X | 33 | X | $1^+ -- 2^+$ | X | $3,510 |
| JB | 8/21/2009 | 1/7/2011 | 12 | 10 | X | X | X | 33 | X | X | X | $3,010 |
| TH | 9/24/2010 | 1/19/2011 | 14 | 10 | X | X | X | 33 | X | X | X | $3,540 |
| DC | 7/31/2010 | 2/4/2011 | 12 | 10 | X | X | X | 33 | X | X | X | $3,010 |
| KS | 8/21/2010 | 2/4/2011 | 12 | 10 | X | X | X | 35 | X | X | X | $3,010 |
| DR | 8/16/2010 | 2/4/2011 | 12 | 10 | X | X | X | 34 | X | X | X | $3,010 |
| TJ | 10/31/2010 | 2/4/2011 | 12 | 10 | X | X | X | 34 | X | X | X | $3,010 |
| LH | 12/13/2010 | 2/9/2011 | 12 | 10 | X | X | X | 33 | X | X | X | $3,010 |
| WH | 9/2/2010 | 2/16/2011 | 14 | 10 | X | X | X | 33 | X | X | X | $3,510 |
| SK | 11/30/2010 | 3/2/2011 | 12 | 10 | X | X | X | 34 | X | X | X | $3,010 |

Page 1

## Exhibit 5 - Dr. Pierce EDX Tests

| Patient | Date of Loss | Date of Service | NCV TESTS | | | | | EMG TESTS | | | | Amount Billed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Total Nerves Billed | Total Nerves Tested | Double Billing | Same Nerves Tested | Fails to Comment on Abnormality | Total Muscles Tested | Repeated Muscles | Only 1+ Abnormal Values | Radiculopathy Diagnosis | |
| SR | 5/17/2010 | 3/16/2011 | 12 | 10 | X | X | X | 43 | | | | $3,010 |
| KH | 7/2/2010 | 3/30/2011 | 12 | 10 | X | X | X | 33 | X | | | $3,010 |
| FA | 9/10/2010 | 4/6/2011 | 12 | 10 | X | X | X | 32 | | X | X | $3,010 |
| SW | 8/11/2010 | 4/20/2011 | 12 | 10 | X | X | X | B | B | B | | $3,010 |
| KB | 1/6/2011 | 4/20/2011 | 12 | 9 | X | X | X | 33 | X | X | X | $3,010 |
| KH | 12/13/2010 | 4/27/2011 | 12 | 10 | X | X | X | 33 | X | X | X | $3,010 |
| JE | 5/3/2010 | 5/4/2011 | 12 | 10 | X | X | X | 33 | X | X | X | $3,010 |
| RO | 9/19/2010 | 5/4/2011 | 14 | 10 | X | X | X | 34 | X | X | X | $3,510 |
| WD | 10/6/2010 | 5/11/2011 | 12 | 10 | X | X | X | 33 | | X | X | $3,010 |
| SP | 6/5/2011 | 8/24/2011 | 14 | 14 | X | X | X | 33 | X | X | X | $4,660 |
| LG | 12/19/2010 | 9/7/2011 | 14 | 10 | X | X | X | 32 | | X | X | $5,010 |
| AB | 6/28/2011 | 9/21/2011 | 14 | 10 | X | X | X | 32 | | | | $4,660 |
| MB | 10/28/2010 | 10/5/2011 | 14 | 10 | X | X | X | 33 | X | X | X | $4,660 |
| AW | 4/27/2011 | 10/21/2011 | 16 | 10 | X | X | X | 34 | X | X | X | $5,210 |
| LS | 8/13/2011 | 11/16/2011 | 14 | 10 | X | X | X | 36 | X | X | X | $5,175 |
| EA | 11/29/2011 | 2/17/2012 | 14 | 10 | X | X | A | 33 | X | X | X | $5,660 |
| LOWER | | | | | | | | | | | | |
| EW | 7/29/2010 | 12/17/2010 | 6 | 4 | X | X | X | A | A | A | A | $2,220 |
| SS | 9/1/2010 | 12/22/2010 | 6 | 4 | X | X | X | 36 | | | | $2,045 |
| JB | 8/21/2009 | 12/27/2010 | 6 | 4 | X | X | X | 37 | X | 1+ -- 2+ | X | $2,045 |
| CR | 11/23/2009 | 1/12/2011 | 6 | 4 | X | X | X | 38 | X | | | $2,045 |
| KK | 4/19/2010 | 1/12/2011 | 6 | 4 | X | X | X | 38 | X | X | X | $2,045 |
| MF | 7/26/2010 | 1/12/2011 | 6 | 4 | X | X | X | 37 | X | X | X | $2,045 |
| KS | 8/21/2010 | 1/12/2011 | 6 | 3 | X | X | X | 37 | | X | X | $2,045 |
| PC | 9/30/2010 | 1/19/2011 | 6 | 4 | X | X | X | 36 | X | X | X | $2,045 |
| BW | 10/3/2010 | 1/21/2011 | 6 | 3 | X | X | X | 37 | X | X | X | $2,045 |
| PO | 10/7/2010 | 2/9/2011 | 6 | 4 | X | X | X | 37 | X | X | X | $2,045 |
| FT | 10/17/2010 | 2/9/2011 | 6 | 4 | X | X | X | 37 | | X | X | $2,045 |
| SM | 7/4/2010 | 2/16/2011 | 6 | 4 | X | X | X | 38 | X | X | X | $2,045 |
| SK | 11/30/2010 | 2/18/2011 | 6 | 4 | X | X | X | 37 | | X | X | $2,045 |
| DR | 9/16/2010 | 2/23/2011 | 14 | 4 | X | X | | 37 | X | X | X | $3,510 |
| DM | 1/2/2011 | 3/2/2011 | 6 | 6 | | X | X | 33 | X | X | X | $2,045 |
| SW | 8/11/2010 | 4/27/2011 | 6 | 4 | X | X | X | 37 | X | X | X | $2,045 |
| KH | 12/13/2010 | 5/4/2011 | 6 | 4 | X | X | X | 37 | X | X | X | $2,045 |
| PJ | 2/5/2011 | 5/11/2011 | 6 | 4 | X | X | X | 36 | | | | $2,045 |
| JC | 4/12/2011 | 5/25/2011 | 6 | 4 | X | X | X | 37 | X | X | X | $2,045 |
| RZ | 12/13/2010 | 6/1/2011 | 6 | 4 | X | X | X | 37 | X | X | X | $2,045 |
| AI | 10/25/2008 | 6/15/2011 | 6 | 4 | X | X | X | 36 | | X | X | $2,220 |

## Exhibit 5 - Dr. Pierce EDX Tests

| Patient | Date of Loss | Date of Service | NCV TESTS | | | | | EMG TESTS | | | Radiculopathy Diagnosis | Amount Billed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Total Nerves Billed | Total Nerves Tested | Double Billing | Same Nerves Tested | Fails to Comment on Abnormality | Total Muscles Tested | Repeated Muscles | Only 1+ Abnormal Values | | |
| GW | 3/17/2009 | 7/27/2011 | 6 | 4 | X | X | | 37 | X | | | $2,720 |
| MB | 6/5/2011 | 8/19/2011 | 6 | 4 | X | X | | 37 | X | | | $2,720 |
| AC | 5/21/2011 | 8/26/2011 | 6 | 4 | X | X | X | 36 | | X | X | $2,720 |
| SC | 6/22/2011 | 9/16/2011 | 6 | 4 | X | X | X | 37 | X | X | X | $2,720 |
| CA | 6/17/2011 | 9/23/2011 | 6 | 4 | X | X | X | 37 | | | B | $2,720 |
| JI | 1/29/2011 | 9/28/2011 | 6 | 4 | X | X | X | 37 | X | X | X | $2,720 |
| LB | 1/11/2008 | 10/5/2011 | 6 | 4 | X | X | X | 37 | X | | | $2,720 |
| MJ | 9/6/2011 | 10/14/2011 | 6 | 4 | X | X | X | 37 | X | X | X | $2,720 |
| SR | 6/29/2011 | 11/9/2011 | 6 | 4 | X | X | | 37 | X | | | $3,010 |
| SG | 11/1/2011 | 12/14/2011 | 6 | 4 | X | X | | 37 | X | X | B | $2,625 |
| AV | 7/26/2011 | 1/4/2012 | 12 | 4 | X | X | X | 37 | | X | X | $3,495 |
| SW | 9/23/2011 | 1/4/2012 | 12 | 4 | X | X | X | 37 | | X | X | $3,495 |
| CW | 11/11/2011 | 2/15/2012 | 12 | 4 | X | X | X | 39 | X | X | X | $3,880 |
| NA | 1/4/2012 | 4/4/2012 | 6 | 4 | X | X | X | 36 | X | X | X | $3,880 |
| RL | 7/21/2012 | 9/5/2012 | 4 | 4 | | X | X | 38 | X | X | X | $3,220 |
| | | | | | NO DATA ON EXTREMITIES TESTED | | | | | | | |
| KL | 3/28/2009 | 6/30/2010 | 6 | A | A | A | A | A | A | A | A | $2,220 |
| CL | 6/1/2011 | 10/26/2011 | 6 | A | A | A | A | A | A | A | A | $2,720 |
| SG | 11/1/2011 | 1/25/2012 | 14 | A | A | A | A | A | A | A | A | $5,660 |
| | | | | | | | | | | | TOTAL | $383,495 |

(A) Report Missing.
(B) Defendants submitted an incomplete or illegible copy of the report for this service