*Exhibit 6*

# Exhibit 6 - Dr. Caruso EDX

| Patient | Date of Loss | Date of Service | NCV TESTS ||||| EMG TESTS ||| Amount Billed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Total Nerves Billed | Total Nerves Tested | Double Billing | Same Nerves Tested | Fails to Comment on Abnormality | Total Muscles Tested | Only 1+ Abnormal Values | Radiculopathy Diagnosis | |
| **4 LIMB** |||||||||||||
| AA | 10/28/2011 | 1/18/2012 | 20 | 14 | X | X | X | 70 | X | X | $9,155.00 |
| DO | 10/11/2011 | 2/13/2012 | 20 | 14 | X | X | X | 72 | X | X | $9,155.00 |
| LW | 1/30/2012 | 3/28/2012 | 20 | 14 | X | X | X | 70 | X | X | $9,540.00 |
| MP | 12/21/2011 | 2/24/2012 | 20 | 14 | X | X | X | 72 | X | X | $9,540.00 |
| TP | 6/1/2011 | 12/9/2011 | 20 | 14 | X | X | X | 74 | X | X | $7,695.00 |
| MC | 1/30/2012 | 4/25/2012 | 14 | 10 | X | X | | 71 | X | X | $7,560.00 |
| BR | 5/27/2012 | 7/18/2012 | 14 | 14 | | X | | 72 | X | X | $7,585.00 |
| JB | 4/24/2012 | 10/10/2012 | 14 | 14 | | X | X | 72 | X | X | $7,560.00 |
| **UPPER** |||||||||||||
| CH | 12/24/2011 | 3/14/2012 | 14 | 10 | X | X | X | 32 | | | $5,660.00 |
| CW | 11/11/2011 | 1/4/2012 | 14 | 10 | X | X | X | 35 | X | X | $5,660.00 |
| KC | 7/31/2011 | 1/18/2012 | 14 | 10 | X | X | X | 33 | | | $5,660.00 |
| RM | 9/22/2011 | 12/7/2011 | 14 | 10 | X | X | X | 33 | X | X | $5,175.00 |
| SG | 11/6/2011 | 1/23/2012 | 14 | 10 | X | X | | 33 | | | $5,660.00 |
| SW | 10/15/2011 | 1/11/2012 | 14 | 10 | X | X | X | 32 | X | X | $5,660.00 |
| SC | 8/11/2011 | 1/11/2012 | 14 | 10 | X | X | X | 33 | | | $5,660.00 |
| TC | 8/21/2011 | 12/7/2011 | 14 | 10 | X | X | X | 33 | X | X | $5,175.00 |
| **LOWER** |||||||||||||
| CV | 7/26/2011 | 2/8/2012 | 6 | 4 | X | X | X | 38 | X | X | $3,495.00 |
| EA | 11/29/2011 | 2/8/2012 | 6 | 4 | X | X | X | 37 | X | X | $3,495.00 |
| JW | 12/15/2011 | 2/8/2012 | 6 | 4 | X | X | X | 36 | | | $3,495.00 |
| JS | 9/8/2011 | 1/4/2012 | 6 | 4 | X | X | X | 38 | X | X | $3,495.00 |
| LR | 10/29/2011 | 1/11/2012 | 6 | 4 | X | X | X | 38 | | | $3,495.00 |
| SG | 11/6/2011 | 1/18/2012 | 6 | 4 | X | X | X | 37 | X | X | $3,880.00 |
| RB | 1/26/2012 | 4/25/2012 | 4 | 4 | | X | | 36 | X | X | $3,220.00 |
| | | | | | | | | | | **TOTAL** | **$136,675.00** |