*Exhibit 7*

# Exhibit 7 - Dr. Karo EDX

| Patient | Date of Loss | Date of Service | NCV TESTS | | EMG TESTS | | Paraspinals Only | Highly Improbable/ Impossible Data | Fails to Comment on Improbable or Abnormal Data | Bilateral Radiculitis | Amount Billed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Total Nerves Tested | Same Nerves Tested | Total Muscles Tested | Exact Bilateral Symptoms | | | | | |
| 4 LIMB | | | | | | | | | | | |
| DT | 9/8/2011 | 11/23/2011 | 16 | X | 36 | X | X | X | X | X | $8,080.00 |
| FK | 6/1/2011 | 11/23/2011 | 16 | | 36 | X | X | X | X | X | $3,010.00 |
| AS | 5/15/2011 | 12/28/2011 | 16 | X | 36 | X | X | X | X | X | $9,350.00 |
| TW | 12/10/2010 | 1/26/2012 | 16 | X | 36 | X | X | X | X | X | $10,810.00 |
| KJ | 12/1/2011 | 2/23/2012 | 16 | X | 32 | X | X | X | X | X | $10,610.00 |
| SW | 1/2/2012 | 3/1/2012 | 16 | X | 32 | X | X | X | X | X | $7,970.00 |
| KR | 11/16/2010 | 3/22/2012 | 16 | X | 36 | X | X | X | X | X | $10,610.00 |
| MM | 1/29/2012 | 4/5/2012 | 16 | X | 30 | X | X | X | X | X | $10,410.00 |
| TP | 1/21/2012 | 4/6/2012 | 16 | X | 32 | X | X | X | X | X | $10,410.00 |
| BC | 1/17/2012 | 4/12/2012 | 16 | X | 32 | X | X | X | X | X | $10,410.00 |
| RE | 1/13/2012 | 4/12/2012 | 16 | X | 32 | X | X | X | X | X | $10,410.00 |
| GR | 3/7/2012 | 5/3/2012 | 16 | X | 32 | X | X | X | X | X | $7,970.00 |
| TF | 12/29/2011 | 5/3/2012 | 16 | X | 32 | X | X | X | X | X | $7,970.00 |
| FS | 11/12/2011 | 6/11/2012 | 16 | X | 26 | X | X | X | X | X | $7,535.00 |
| HM | 11/12/2011 | 6/11/2012 | 16 | X | 26 | X | X | X | X | X | $7,385.00 |
| PB | 4/3/2012 | 6/28/2012 | 16 | X | 26 | X | X | X | X | X | $7,385.00 |
| CS | 12/3/2011 | 7/3/2012 | 16 | X | 14 | X | X | X | X | X | $6,770.00 |
| MW | 4/24/2012 | 7/12/2012 | 16 | X | 24 | X | X | X | X | X | $7,770.00 |
| ZU | 7/13/2011 | 7/12/2012 | 16 | X | 24 | X | X | X | X | X | $7,770.00 |
| FS | 4/7/2012 | 7/31/2012 | 16 | X | 20 | X | X | X | X | X | $6,770.00 |
| RB | 2/11/2012 | 8/6/2012 | 16 | X | 24 | | X | X | X | | $7,770.00 |
| JA | 6/26/2012 | 8/16/2012 | 16 | X | 24 | X | X | X | X | X | $7,770.00 |
| DJ | 5/16/2012 | 8/16/2012 | 16 | X | 24 | X | X | X | X | X | $7,770.00 |
| LM | 12/3/2011 | 8/28/2012 | 16 | X | 24 | X | X | X | X | X | $7,770.00 |
| MT | 12/3/2011 | 9/25/2012 | 16 | X | 24 | | X | | | | $7,945.00 |
| LR | 4/27/2012 | 10/4/2012 | 16 | X | 24 | X | X | X | X | X | $7,945.00 |
| DM | 6/13/2012 | 10/4/2012 | 16 | X | 24 | X | X | X | X | X | $7,945.00 |
| GS | 7/12/2012 | 10/15/2012 | 16 | X | 24 | X | X | X | X | X | $7,945.00 |
| OS | 9/10/2012 | 10/23/2012 | 16 | X | 24 | X | X | X | X | X | $7,945.00 |
| RS | 7/21/2012 | 11/12/2012 | 16 | X | 24 | X | X | X | X | | $7,945.00 |
| JD | 7/6/2012 | 12/6/2012 | 16 | X | 24 | X | X | X | X | X | $7,770.00 |
| DJ | 9/17/2012 | 12/6/2012 | 16 | X | 24 | X | X | X | X | X | $7,770.00 |
| AD | 8/13/2012 | 12/13/2012 | 16 | X | 24 | X | X | X | X | X | $7,945.00 |
| CA | 9/13/2012 | 12/18/2012 | 16 | X | 24 | X | X | X | X | X | $7,945.00 |
| EJ | 2/5/2011 | 12/18/2012 | 16 | X | 24 | X | X | X | X | X | $7,945.00 |
| DB | 9/11/2012 | 12/20/2012 | 16 | X | 24 | X | X | X | X | X | $7,945.00 |
| MS | 5/11/2012 | 1/3/2013 | 16 | X | 24 | X | X | X | X | X | $11,045.00 |

# Exhibit 7 - Dr. Karo EDX

| Patient | Date of Loss | Date of Service | NCV TESTS Total Nerves Tested | Same Nerves Tested | EMG TESTS Total Muscles Tested | Exact Bilateral Symptoms | Paraspinals Only | Highly Improbable/ Impossible Data | Fails to Comment on Improbable or Abnormal Data | Bilateral Radiculitis | Amount Billed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **UPPER** | | | | | | | | | | | |
| TK | 2/7/2011 | 12/20/2011 | 10 | X | 18 | | X | X | X | | $5,175.00 |
| SM | 11/8/2011 | 12/28/2011 | 4 | X | | | | | | | $5,175.00 |
| JS | 9/8/2011 | 1/5/2012 | 10 | X | 18 | X | X | X | X | X | $5,660.00 |
| RL | 8/27/2011 | 1/26/2012 | 10 | X | 8 | | | | | | $5,460.00 |
| TV | 11/4/2011 | 1/26/2012 | 10 | X | 14 | X | X | X | X | X | $5,460.00 |
| PA | 6/13/2010 | 2/2/2012 | 10 | X | 14 | X | X | X | X | X | $5,460.00 |
| HW | 2/3/2012 | 3/22/2012 | 10 | X | 14 | X | X | X | X | X | $5,460.00 |
| BH | 2/3/2012 | 3/29/2012 | 10 | X | 14 | X | X | X | X | X | $5,460.00 |
| HS | 1/10/2012 | 3/29/2012 | 10 | X | 14 | X | X | X | X | X | $5,460.00 |
| ED | 1/17/2012 | 4/5/2012 | 10 | X | 14 | X | X | X | X | X | $5,460.00 |
| NA | 1/4/2012 | 4/12/2012 | 10 | X | 14 | X | X | X | X | X | $5,460.00 |
| AM | 3/22/2012 | 5/17/2012 | 10 | X | 14 | X | X | X | X | X | $4,140.00 |
| PR | 2/23/2012 | 5/24/2012 | 10 | X | 12 | X | X | X | X | X | $4,140.00 |
| SL | 2/17/2012 | 7/3/2012 | 10 | X | 12 | X | X | X | X | X | $4,140.00 |
| GT | 1/14/2012 | 7/9/2012 | 10 | X | 12 | X | X | X | X | X | $4,140.00 |
| SJ | 4/26/2012 | 7/12/2012 | 10 | X | 12 | X | X | X | X | X | $4,140.00 |
| KM | 5/19/2012 | 8/9/2012 | 10 | X | 12 | X | X | X | X | X | $4,140.00 |
| CS | 7/4/2012 | 9/17/2012 | 10 | X | 12 | X | X | X | X | X | $4,140.00 |
| RB | 5/17/2010 | 9/17/2012 | 10 | X | 12 | X | X | X | X | X | $4,140.00 |
| DM | 6/7/2012 | 9/20/2012 | 10 | X | 12 | X | X | X | X | X | $4,140.00 |
| CB | 8/6/2012 | 10/29/2012 | 10 | X | 12 | | | | | | $4,315.00 |
| MD | 10/1/2012 | 11/8/2012 | 10 | X | 12 | X | X | X | X | X | $4,315.00 |
| RC | 6/12/2012 | 11/20/2012 | 9 | | 12 | X | X | X | X | X | $4,010.00 |
| AB | 8/16/2012 | 12/6/2012 | 10 | X | 12 | X | X | X | X | X | $4,315.00 |
| LH | 7/13/2012 | 12/11/2012 | 10 | X | 12 | | | X | X | | $4,315.00 |
| **LOWER** | | | | | | | | | | | |
| GS | 9/14/2011 | 11/29/2011 | 4 | | 16 | X | X | X | X | X | $3,010.00 |
| BL | 6/18/2011 | 12/15/2011 | 6 | X | 16 | | X | X | X | | $4,280.00 |
| TK | 2/7/2011 | 12/15/2011 | 6 | X | 12 | X | X | | | X | $4,280.00 |
| RD | 12/17/2011 | 2/2/2012 | 6 | X | 16 | X | X | X | X | X | $5,150.00 |
| CH | 12/24/2011 | 2/16/2012 | 6 | X | 16 | X | X | X | X | X | $5,150.00 |
| SL | 2/17/2012 | 5/15/2012 | 6 | X | 14 | X | X | X | X | X | $3,245.00 |
| ME | 2/7/2011 | 7/5/2012 | 6 | X | 12 | X | X | X | X | X | $3,245.00 |
| BB | 5/12/2012 | 8/28/2012 | 6 | X | 12 | X | X | X | X | X | $3,630.00 |
| DG | 9/1/2012 | 11/8/2012 | 6 | X | 12 | | | | | | $3,805.00 |
| VB | 11/7/2011 | 12/10/2012 | 6 | X | 12 | X | X | X | X | X | $3,805.00 |
| JS | 5/2/2012 | 12/10/2012 | 6 | X | 12 | | X | X | X | X | $3,805.00 |
| | | | | | | | | | **TOTAL** | | **$468,145.00** |