# *Exhibit 10*

22A915984

### INITIAL REPORT

Patient Name: Redacted

Date of Birth:

Date of Accident: 11/27/08

Initial Evaluation Date: 12/22/08

Claim Number: 22A915984

Insurance Company: State Farm

### HISTORY OF CURRENT CONDITION

Date of Onset: 11/27/2008

(Driver)/ Passenger:

(Front Seat)/ Back Seat:

Airbag Deployment: Yes/ (No)

Wearing Seatbelt: Yes/ (No)

Type of Auto: Van/ (Truck)/ Sedan

Type of Other Vehicle Involved: TOW TRUCK

Type of Collision: Front End/ (Rear End)/ Driver Side/ Passenger Side

Did Vehicle Hit anything Else after Collision? NO.

Primary Cause of Collision: Tow truck driver says he did not see her.

Amount of Damage to Vehicle:

*Handwritten note (right side):* sitting at a light, want to make a U turn, saw a tow truck coming up from behind, did not slow down, gunned the car to get out of the way. tow truck hit back of drivers side of her car. pushed tow truck then a yard, pushed over curb. the car. she woke up next day could not move, while a side of my back hurt. went to chiropractor, OR. scanner, has had therapy 3x a week for 1 month.

Body Injuries in Vehicle:  Head on Steering Wheel/ Dashboard

Loss of Consciousness: NO

Immediate Pain after Collision: Yes/ No/ Hours Later/ Next Day

Police Came to Scene: Yes/(No) — med at two-three yard

EMS came to scene: Yes/(No)

Transportation to Hospital by Ambulance: Yes/(No)

Anyone Other than Ambulance?

Emergency Room Treatment:  Xrays/ CT Scan/ MRI/ Medicine/ Admitted/
Released/ Kept for Observation

Follow Up: Doctor's/ Testing — saw Chiro, an occure, y week, 8x week.

**SYMPTOMS:**

Neck Pain/ Mid Back/ Low Back Pain — mostly a (0)

**Upper Extremity**
(Numbness) (Tingling) Cold/ Right/(Left) Both
Hands: Fingers:

**Lower Extremity**
(Numbness) (Tingling) Cold / Right/(Left) Both
Buttocks/ Feet/ Toes

2

Headaches: Yes/No     Frequency: everyday .     Duration:
Dizziness/ Memory Loss:

Bowel/ Bladder Dysfxn:

Jaw Pain/ Tinnitus:

Head Pain/ Elbow Pain (R/L)/ Knee Pain(R/L)/ Ankle Pain (R/L) / Foot Pain (R/L)

Abdominal Pain: Location:

Chest Pain: Location:

## PREVIOUS MEDICAL HISTORY

Asthma/ Diabetes/ Cancer/ Hypertension/ Heart Disease/ High Cholesterol:
Other:
Acute/ Chronic Medical Condition:     see medical History Form

Previous Surgeries:

Previous Auto/ Work Accidents:          Year: 2003

Treatment for Auto/ Work Accident:  MRI/ CT/ Surgeries
       saw chiropr now p , (R) shar pw .
Resolved/ Not Resolved:

## SOCIAL HISTORY

Married/ Divorced/ Widowed/ Single/ Separated

Children:  4          Ages:          Live At Home/ Away:  /

5

Smoke: Yes/No          Alcohol: Yes/No          Recreational Drugs: Yes/No
How much:              How much:                How much:

## EMPLOYMENT

Employed at the time of Accident: Yes No

Currently Employed: Yes No

Date of Last Employment: current

Employer: Detroit Media Partnership

Job Title: Newspaper delivery

Other:

## PHYSICAL EXAM-APPEARANCE

Age: 55

Male/ Female:

White/ Black:

Height: 5'4

Weight: 132

Right Handed/ Left Handed:

Difficulty Standing: Yes No
Notes:

Difficulty Getting In/Out of Chair: Yes / No
Notes:

**NECK EXAM:**

Neck Spasms: Yes / No    Right Side / Left Side / Suboccipitals

ROM:  | Extension / Flexion / | Right Lateral Flex / | Left Lateral Flex | Right/ Left Rotation      *mero  on  Corr.*

Decrease Muscle Strength:  Right/ Left Upper Extremity

Decrease Grip Strength:  Right/ Left Upper Extremity

Cervical Compression Test: (+) / –

Cervical Distraction Test: (+) / –

Shoulder Depression Test: (+) / –

Valsalva's Test: (+)

Palpatory Tenderness:

C-Spine: 1 2 3 4 5 6 7
T-Spine: 1 2 3 4  5 6 7 8 9  10  11  12

**LUMBAR EXAM**

Low Back Spasm: Yes / No    Right Side / Left Side

ROM:  | Extension / Flexion / | Right Lateral Flex / | Left Lateral Flex/ | Right/ Left Rotation      *mero  on  O*

Decrease Muscle Strength: Right/ Left Lower Extremity

SLR: (+)  on  L

Palpatory Tenderness:  L-Spine: 1  2 3 4 5 6

## INITIAL IMPRESSION DIAGNOSIS
C/Sprain/ Ligament Injury

T/Sprain/ Ligament Injury

L/Sprain/ Ligament Injury

C Radiculitis/ Radiculopathy: R/L

L Radiculitis/ Radiculopathy: R/L

Headaches:

Dizziness:  Y/N          Tinnitus: Y/N

Shoulder Pain: R/L

Elbow Pain:  R/L

Knee Pain:  R/L

Ankle Pain:  R/L

Foot Pain:  R/L

## DISABILITY
Employment: Yes/ No

Restrictions:

Household: Yes/ No

Attendant Care:

Transportation: Yes/ No

## RECOMMENDATIONS
X-rays:  C/S  T/S  L/S - waits from chro for x-rays

6

Back School:

Home Treatment (ice, heat):

Back Support:

Neck Support:

Manipulation: (C/S) T/S) L/S

Moist Hot Packs: (C/S) T/S (L/S)

Ice Packs: C/S  T/S  L/S

Therapeutic Exercise: Williams/Mackenzie Exercises/ Shoulder Shrugs/ Shoulder Squeeze/ Wall Walks (shoulder)/ E/S Flex-Ext-Rot-Lat Flex

Further Diagnostic Tests: *yes — mri*

## GOALS

Decrease Pain: ✓

Increase Pain Mobility: ✓

Increase Strength: ✓

Restore Activities of Daily Living: ✓

Initiation of Independent Home Exercises Program: ✓

## PROGNOSIS

Good/ Guarded/ Poor:

Will Depend on Further Testing: ✓

Will Depend on Further Treatment: ✓

Awaiting Test Results:

7

STATE FARM INSURANCE
P.O. BOX 2361
BLOOMINGTON IL 61702-2361

## HEALTH INSURANCE CLAIM FORM

1. MEDICARE ☐ (Medicare #)  MEDICAID ☐ (Medicaid #)  CHAMPUS ☐ (Sponser's SSN)  CHAMPVA ☐ (VA File #)  GROUP HEALTH PLAN ☒ (SSN or ID)  FECA BLK LUNG ☐ (SSN)  OTHER ☐ (ID)

1a. INSURED'S I.D. NUMBER   (FOR PROGRAM IN ITEM 1)
**22A915984**

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
Redacted

3. PATIENT'S BIRTH DATE   SEX
Redacted   M ☐  F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
Redacted

6. PATIENT RELATIONSHIP TO INSURED
Self ☒  Spouse ☐  Child ☐  Other ☐

7. 

8. PATIENT STATUS
Single ☐  Married ☒  Other ☐
Employed ☐  Full-Time Student ☐  Part-Time Student ☐

5. 

10. IS PATIENT'S CONDITION RELATED TO:

a. EMPLOYMENT? (CURRENT or PREVIOUS)
☐ YES  ☒ NO

b. AUTO ACCIDENT?   PLACE (State)
☐ YES  ☒ NO

c. OTHER ACCIDENT?
☐ YES  ☒ NO

11. INSURED'S POLICY GROUP OR FECA NUMBER
**NONE**

a. INSURED'S DATE OF BIRTH   SEX
Redacted   M ☐  F ☒

b. EMPLOYER'S NAME OR SCHOOL NAME

c. INSURANCE PLAN NAME OR PROGRAM NUMBER
**STATE FARM INSURANCE**

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
☒ YES  ☐ NO   If yes, return to and complete item 9 a-d.

c. EMPLOYER'S NAME OR SCHOOL NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME
**BCBSM**

10d. RESERVED FOR LOCAL USE

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED **SIGNATURE ON FILE**   DATE **01 / 05 / 2009**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED **SIGNATURE ON FILE**

14. DATE OF CURRENT   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE **12 22 2008**

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM   TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE
17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
FROM   TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   $ CHARGES
☐ YES  ☒ NO   **$0.00**

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 or 4 TO ITEM 24E BY LINE)
1. **839 06**   3. **839 20**
2. **839 21**   4.

22. MEDICAID RESUBMISSION
CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From | To | B. Place of Service | C. EMG | D. PROCEDURES, SERVICES OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 22 08 | 12 22 08 | 11 | | 99205 | | 1 | 125.00 | 1 | | NPI | 1013964451 |
| 12 23 08 | 12 23 08 | 11 | | 97010 | 59 | 1 | 35.00 | 1 | | NPI | 1013964451 |
| 12 23 08 | 12 23 08 | 11 | | 97012 | 59 | 1 | 50.00 | 1 | | NPI | 1013964451 |
| 12 23 08 | 12 23 08 | 11 | | 98941 | | 1,2,3 | 60.00 | 1 | | NPI | 1013964451 |

25. FEDERAL TAX I.D. NUMBER   SSN ☐ EIN ☒
**205918486**

26. PATIENT'S ACCOUNT NO.
**00000953**

27. ACCEPT ASSIGNMENT?
☒ YES  ☐ NO

28. TOTAL CHARGE
**$270.00**

29. AMOUNT PAID

30. BALANCE DUE
**$270.00**

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
**SCOTT ZACK**
SIGNED **DC**   **01/05/2009**

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
**UNIVERSAL HEALTH GROUP, INC.**
**8191 N. WAYNE ROAD**
**WESTLAND MI 48185**
**1588832653**

33. PHYSICIAN'S SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE PHONE #
**UNIVERSAL HEALTH GROUP, INC.**
**5761 WEST MAPLE ROAD**
**WEST BLOOMFIELD MI 48322   734 722-1500**
**1588832653**

whcfa150   *PLEASE PRINT OR TYPE*

BECAUSE THIS FORM IS USED BY VARIOUS GOVERNMENT AND PRIVATE HEALTH PROGRAMS, SEE SEPARATE INSTRUCTIONS ISSUED BY APPLICABLE PROGRAMS.

NOTICE: Any person who knowingly files a statement of claim containing any misrepresentation or any false, incomplete or misleading information may be guilty of a criminal act punishable under law and may be subject to civil penalties.

## REFERS TO GOVERNMENT PROGRAMS ONLY

MEDICARE AND CHAMPUS PAYMENTS: A patient's signature requests that payment be made and authorizes release of any information necessary to process the claim and certifies that the information provided in Blocks 1 through 12 is true, accurate and complete. In the case of a Medicare claim, the patient's signature authorizes any entity to release to Medicare medical and nonmedical information, including employment status, and whether the person has employer group health insurance, liability, no-fault, worker's compensation or other insurance which is responsible to pay for the services for which the Medicare claim is made. See 42 CFR 411.24(a). If item 9 is completed, the patient's signature authorizes release of the information to the health plan or agency shown. In Medicare assigned or CHAMPUS participation cases, the physician agrees to accept the charge determination of the Medicare carrier or CHAMPUS fiscal intermediary as the full charge, and the patient is responsible only for the deductible, coinsurance and noncovered services. Coinsurance and the deductible are based upon the charge determination of the Medicare carrier or CHAMPUS fiscal intermediary if this is less than the charge submitted. CHAMPUS is not a health insurance program but makes payment for health benefits provided through certain affiliations with the Uniformed Services. Information on the patient's sponsor should be provided in those items captioned in "Insured"; i.e., items 1a, 4, 6, 7, 9, and 11.

### BLACK LUNG AND FECA CLAIMS

The provider agrees to accept the amount paid by the Government as payment in full. See Black Lung and FECA instructions regarding required procedure and diagnosis coding systems.

### SIGNATURE OF PHYSICIAN OR SUPPLIER (MEDICARE, CHAMPUS, FECA AND BLACK LUNG)

I certify that the services shown on this form were medically indicated and necessary for the health of the patient and were personally furnished by me or were furnished incident to my professional service by my employee under my immediate personal supervision, except as otherwise expressly permitted by Medicare or CHAMPUS regulations.

For services to be considered as "incident" to a physician's professional service, 1) they must be rendered under the physician's immediate personal supervision by his/her employee, 2) they must be an integral, although incidental part of a covered physician's service, 3) they must be of kinds commonly furnished in physician's offices, and 4) the services of nonphysicians must be included on the physician's bills.

For CHAMPUS claims, I further certify that I (or any employee) who rendered services am not an active duty member of the Uniformed Services or a civilian employee of the United States Government or a contract employee of the United States Government, either civilian or military (refer to 5 USC 5536). For Black-Lung claims, I further certify that the services performed were for a Black Lung-related disorder.

No Part B Medicare benefits may be paid unless this form is received as required by existing law and regulations (42 CFR 424.32).

NOTICE: Any one who misrepresents or falsifies essential information to receive payment from Federal funds requested by this form may upon conviction be subject to fine and imprisonment under applicable Federal laws.

### NOTICE TO PATIENT ABOUT THE COLLECTION AND USE OF MEDICARE, CHAMPUS, FECA, AND BLACK LUNG INFORMATION
(PRIVACY ACT STATEMENT)

We are authorized by CMS, CHAMPUS and OWCP to ask you for information needed in the administration of the Medicare, CHAMPUS, FECA, and Black Lung programs. Authority to collect information is in section 205(a), 1862, 1872 and 1874 of the Social Security Act as amended, 42 CFR 411.24(a) and 424.5(a) (6), and 44 USC 3101;41 CFR 101 et seq and 10 USC 1079 and 1086; 5 USC 8101 et seq; and 30 USC 901 et seq; 38 USC 613; E.O. 9397.

The information we obtain to complete claims under these programs is used to identify you and to determine your eligibility. It is also used to decide if the services and supplies you received are covered by these programs and to insure that proper payment is made.

The information may also be given to other providers of services, carriers, intermediaries, medical review boards, health plans, and other organizations or Federal agencies, for the effective administration of Federal provisions that require other third parties payers to pay primary to Federal program, and as otherwise necessary to administer these programs. For example, it may be necessary to disclose information about the benefits you have used to a hospital or doctor. Additional disclosures are made through routine uses for information contained in systems of records.

FOR MEDICARE CLAIMS: See the notice modifying system No. 09-70-0501, titled, 'Carrier Medicare Claims Record,' published in the Federal Register, Vol 55 No. 177, page 37549, Wed. Sept. 12, 1990, or as updated and republished.

FOR OWCP CLAIMS: Department of Labor, Privacy Act of 1974, "Republication of Notice of Systems of Records," Federal Register Vol. 55 No. 40, Wed Feb 28, 1990. See ESA-5, ESA-6, ESA-12, ESA-13, ESA-30, or as updated and republished.

FOR CHAMPUS CLAIMS: PRINCIPLE PURPOSE(S). To evaluate eligibility for medical care provided by civilian sources and to issue payment upon establishment of eligibility and determination that the services/supplies received are authorized by law.

ROUTINE USE(S): Information from claims and related documents may be given to the Dept. of Veterans Affairs, the Dept. of Health and Human Services and/or the Dept. of Transportation consistent with their statutory administrative responsibilities under CHAMPUS/CHAMPVA; to the Dept. of Justice for representation of the Secretary of Defense in civil actions; to the Internal Revenue Service, private collection agencies, and consumer reporting agencies in connection with recoupment claims; and to Congressional Offices in response to inquiries made at the request of the person to whom a record pertains. Appropriate disclosures may be made to other federal, state, local, foreign government agencies, private business entities, and individual providers of care, on matters relating to entitlement, claims adjudication, fraud, program abuse, utilization review, quality assurance, peer review, program integrity, third-party liability, coordination of benefits and civil and criminal litigation related to the operation of CHAMPUS.

DISCLOSURES: Voluntary; however, failure to provide information will result in delay in payment or may result in denial of claim. With the one exception discussed below, there are no penalties under these programs for refusing to supply information. However, failure to furnish information regarding the medical services rendered or the amount charged would prevent payment of claims under these programs. Failure to furnish any other information, such as name or claim number, would delay payment of the claim. Failure to provide medical information under FECA could be deemed an obstruction.

It is mandatory that you tell us if you know that another party is responsible for paying for your treatment. Section 1128B of the Social Security Act and 31 USC 3801-3812 provide penalties for withholding this information.

You should be aware that P.L. 100-503, the "Computer Matching and Privacy Protection Act of 1988", permits the government to verify information by way of computer matches.

### MEDICAID PAYMENTS (PROVIDER CERTIFICATION)

I hereby agree to keep such records as are necessary to disclose fully the extent of services provided to individuals under the State's Title XIX plan and to furnish information regarding any payments claimed for providing such services as the State Agency or Dept. of Health and Human Services may request.

I further agree to accept, as payment in full, the amount paid by the Medicaid program for those claims submitted for payment under that program, with the exception of authorized deductible, coinsurance, co-payment or similar cost-sharing charge.

SIGNATURE OF PHYSICIAN (OR SUPPLIER): I certify that the services listed above were medically indicated and necessary to the health of this patient and were personally furnished by me or my employee under my personal direction.

NOTICE: This is to certify that the foregoing information is true, accurate and complete. I understand that payment and satisfaction of this claim will be from Federal and State funds, and that any false claims, statements, or documents, or concealment of a material fact, may be prosecuted under applicable Federal or State laws.

---

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-0999. The time required to complete this information collection is estimated to average 10 minutes per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have any comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: CMS, Attn. PRA Reports Clearance Officer 7500 Security Boulevard, Baltimore, Maryland 21244-1850. This address is for comments and/or suggestions only. DO NOT MAIL COMPLETED CLAIM FORMS TO THIS ADDRESS

22·A974·715

## INITIAL REPORT

**Patient Name:** Redacted

**Date of Birth:**

**Claim Number:** 22A974715

**Insurance Company:** StateFarm

**Date of Accident:** 4/4/09

**Initial Evaluation Date:** 4/13/09

## HISTORY OF CURRENT CONDITION

**Date of Onset:** 4-4-09

**Driver/Passenger:** (Driver circled)

**Front Seat/Back Seat:** (Front Seat circled)

**Airbag Deployment:** Yes / No (No circled)

**Wearing Seatbelt:** Yes / No (Yes circled)

**Type of Auto:** Van/Truck/Sedan

**Type of Other Vehicle Involved:**

**Type of Collision:** Front End / Rear End / Driver Side / Passenger Side (Front End, Rear End circled)

**Did Vehicle Hit anything Else after Collision?** CAR IN FRONT OF HER.

**Primary Cause of Collision:** Rear ends.

**Amount of Damage to Vehicle:** Unknown

*(Handwritten narrative, right side):*
PT. DRIVING AT MCDOUGAL / MICHIGAN AVE, AT A RED LIGHT, WAS REAR-ENDED BY DRIVING ONHER, WHICH CAUSED HER TO HIT CAR INFRONT OF HER. CAR PHT HIT HER, FELT SORE, BUT WAS CANT... WENT TO POLICE STATION MADE A REPORT, WENT HOME, WAS IN SHOCK. WOKE UP NEXT DAY IN PAIN, WENT TO ER WAS TREATED. X-RAY / CT SCAN PERFORMED, THEN RELEASED.



Body Injuries in Vehicle: Head on Steering Wheel/ Dashboard

Loss of Consciousness: NO

Immediate Pain after Collision: (Yes)/ No/ Hours Later/ Next Day

Police Came to Scene: Yes/(No) - went to station to make a report

EMS came to scene: Yes/(No)

Transportation to Hospital by Ambulance: Yes/(No)

Anyone Other than Ambulance?
Emergency Room Treatment:(X-rays/ CT Scan) MRI/(Medicine) Admitted/
Released/ Kept for Observation

Follow Up: Doctor's/ Testing NONE

**SYMPTOMS**

(Neck Pain)(Mid Back)/(Low Back Pain)

**Upper Extremity**
(Numbness)/(Tingling)/ Cold/ Right/(Left) Both
Hands: Fingers/

**Lower Extremity**
Numbness/ Tingling/ Cold / Right/ Left/ Both
Buttocks/ Feet/ Toes

2

Headaches:  Yes/No          Frequency:               Duration:
Dizziness/ Memory Loss:

Bowel/ Bladder Dysfxn:

Jaw Pain/ Tinnitus:

Head Pain/ Elbow Pain (R/L)/ Knee Pain(R/L)/ Ankle Pain (R/L) / Foot Pain (R/L)
SHOULDER PAIN (L)

Abdominal Pain: Location:

Chest Pain:  Location:

## PREVIOUS MEDICAL HISTORY

Asthma/ Diabetes/ Cancer/ Hypertension/ Heart Disease/ High Cholesterol:

Other:

Acute/ Chronic Medical Condition:

Previous Surgeries: HERA – bye as.
                     tumor removed.

Previous Auto/ Work Accidents: NONE          Year:

Treatment for Auto/ Work Accident:  MRI/ CT/ Surgeries

Resolved/ Not Resolved:

## SOCIAL HISTORY

Married/ Divorced/ Widowed/ Single/ Separated

Children: Ø          Ages:               Live At Home/ Away:

Smoke: Yes/(No)      Alcohol: Yes/(No)      Recreational Drugs: Yes/(No)
How much:            How much:              How much:

**EMPLOYMENT**

Employed at the time of Accident: Yes/(No)

Currently Employed: Yes/(No)

Date of Last Employment: NOVEMBER  08

Employer: PF  CHANGS

Job Title: SERVER

Other:

**PHYSICAL EXAM-APPEARANCE**

Age: 25

Male/(Female):

White/(Black):

Height: 5'5'

Weight: 120

Right Handed/(Left Handed):

Difficulty Standing:(Yes)/No
Notes:

Difficulty Getting In/Out of Chair: (Yes) No
Notes:

## NECK EXAM:

Neck Spasms: (Yes) No     (Right Side) (Left Side) (Suboccipitals)

ROM: (Extension) (Flexion) (Right Lateral Flex) (Left Lateral Flex) (Right) (Left) Rotation

Decrease Muscle Strength:  Right/ Left Upper Extremity

Decrease Grip Strength:  Right/ Left Upper Extremity

Cervical Compression Test:  (+)/-

Cervical Distraction Test:  (+)/-

Shoulder Depression Test:  (+)/-

Valsalva's Test:  (+)/-

Palpatory Tenderness:

C-Spine: ① ② ③ ④ ⑤ ⑥ ⑦
T-Spine: ① ② ③ 4  5  ⑥ ⑦ 8  9  10  11  12

## LUMBAR EXAM

Low Back Spasm: (Yes)/No     (Right Side) (Left Side)

ROM: (Extension) (Flexion) (Right Lateral Flex) (Left Lateral Flex) (Right) (Left) Rotation

Decrease Muscle Strength: Right/ Left Lower Extremity

SLR: (+)/-  R+L   Ache on (L)

Palpatory Tenderness:  L-Spine:  1  2 ③④⑤

5

**INITIAL IMPRESSION DIAGNOSIS**

C/Sprain/ Ligament Injury

T/Sprain/ Ligament Injury

L/Sprain/ Ligament Injury

C Radiculitis/ Radiculopathy: R/L

L Radiculitis/ Radiculopathy: R/L

Headaches: Y/S

Dizziness: Y/N                    Tinnitus: Y/N

Shoulder Pain: R/L

Elbow Pain: R/L

Knee Pain: R/L

Ankle Pain: R/L

Foot Pain: R/L

**DISABILITY**

Employment: Yes/ No

Restrictions:

Household: Yes/ No

Attendant Care:

Transportation: Yes/ No

**RECOMMENDATIONS**

X-rays: C/S   T/S   L/S

6

Back School:

Home Treatment (ice, heat):

Back Support:

Neck Support:

Manipulation: C/S T/S L/S

Moist Hot Packs: C/S T/S L/S

Ice Packs:  C/S  T/S  L/S

Therapeutic Exercises: Williams/ Mackenzie Exercises/ Shoulder Shrugs/ Shoulder Squeezes/ Wall Walks (shoulder)/ E/S Flex-Ext-Rot-Lat Flex

Further Diagnostic Tests: *to R/o HNP*

## GOALS

Decrease Pain: X

Increase Pain Mobility: N

Increase Strength: X

Restore Activities of Daily Living: X

Initiation of Independent Home Exercises Program: X

## PROGNOSIS

Good/ Guarded/ Poor:

Will Depend on Further Testing: X

Will Depend on Further Treatment: X

Awaiting Test Results: *Hospital X-ray*
*Maybe CT Scan*

*7*

STATE FARM INSURANCE
P.O. BOX 2361
BLOOMINGTON IL 61702-2361

## HEALTH INSURANCE CLAIM FORM

| 1. MEDICARE    MEDICAID    CHAMPUS    CHAMPVA    GROUP      FECA      OTHER<br>                                               HEALTH PLAN  BLK LUNG<br> ☐ (Medicare #) ☐ (Medicaid #) ☐ (Sponsor's SSN) ☐ (VA File #) [X] (SSN or ID) ☐ (SSN) ☐ (ID) | 1a. INSURED'S I.D. NUMBER        (FOR PROGRAM IN ITEM 1)<br>22A974715 |
|---|---|

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial)<br>Redacted | 3. PATIENT'S BIRTH DATE    SEX<br>Redacted          M ☐  F [X] | 4. INSURED'S NAME (Last Name, First Name, Middle Initial)<br>Redacted |
|---|---|---|
| | 6. PATIENT RELATIONSHIP TO INSURED<br>Self [X]  Spouse ☐  Child ☐  Other ☐ | |
| | 8. PATIENT STATUS<br>Single [X]  Married ☐  Other ☐<br>Employed ☐  Full-Time ☐  Part-Time ☐<br>            Student      Student | |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER<br>NONE |
|---|---|---|
| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (CURRENT or PREVIOUS)<br>☐ YES   [X] NO | a. INSURED'S DATE OF BIRTH        SEX<br>Redacted          M ☐  F [X] |
| b. OTHER INSURED'S DATE OF BIRTH    SEX<br>                  M ☐  F ☐ | b. AUTO ACCIDENT?      PLACE (State)<br>☐ YES   [X] NO | b. EMPLOYER'S NAME OR SCHOOL NAME |
| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT?<br>☐ YES   [X] NO | c. INSURANCE PLAN NAME OR PROGRAM NUMBER<br>STATE FARM INSURANCE |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN?<br>☐ YES   [X] NO   If yes, return to and complete item 9 a-d. |

| 12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information<br>necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts<br>assignment below.<br>SIGNED  SIGNATURE ON FILE                DATE ___ 04 / 15 / 2009 ___ | 13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE<br>I authorize payment of medical benefits to the undersigned physician or<br>supplier for services described below.<br>SIGNED  SIGNATURE ON FILE |
|---|---|

| 14. DATE OF CURRENT    ILLNESS (First symptom) OR<br>                      INJURY (Accident) OR<br>                      PREGNANCY (LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS<br>GIVE FIRST DATE 04 | 13 | 2009 | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION<br>FROM                  TO |
|---|---|---|
| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a.<br>17b.  NPI | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES<br>FROM                  TO |
| 19. RESERVED FOR LOCAL USE | | 20. OUTSIDE LAB?          $ CHARGES<br>☐ YES  [X] NO          $0.00 |

| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY.  (RELATE ITEMS 1,2,3 or 4 TO ITEM 24E BY LINE) | 22. MEDICAID RESUBMISSION<br>CODE          ORIGINAL REF. NO. |
|---|---|
| 1. 847 0          3. 847 2<br>2. 847 1          4. 723 4 | 23. PRIOR AUTHORIZATION NUMBER |

| 24.  A<br>DATE(S) OF SERVICE<br>From      To | B<br>Place<br>of<br>Service | C<br>EMG | D<br>PROCEDURES, SERVICES OR SUPPLIES<br>(Explain Unusual Circumstances)<br>CPT/HCPCS    MODIFIER | E<br>DIAGNOSIS<br>POINTER | F<br>$ CHARGES | G<br>DAYS<br>OR<br>UNITS | H<br>EPSDT<br>Family<br>Plan | I<br>I.D.<br>QUAL. | J<br>RENDERING<br>PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 04 13 09   04 13 09 | 11 | | 99205 | 1 | 125.00 | 1 | | NPI | 1013964451 |

| 25. FEDERAL TAX I.D. NUMBER    SSN EIN<br>205918486              ☐ [X] | 26. PATIENT'S ACCOUNT NO.<br>00001029 | 27. ACCEPT ASSIGNMENT?<br>[X] YES  ☐ NO | 28. TOTAL CHARGE<br>$125.00 | 29. AMOUNT PAID | 30. BALANCE DUE<br>$125.00 |
|---|---|---|---|---|---|
| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER<br>INCLUDING DEGREES OR CREDENTIALS<br>(I certify that the statements on the reverse<br>apply to this bill and are made a part thereof.)<br>SCOTT ZACK<br>SIGNED  DC        04/15/2009 | 32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE<br>RENDERED (If other than home or office)<br>UNIVERSAL HEALTH GROUP, INC.<br>8191 N. WAYNE ROAD<br>WESTLAND MI 48185<br>1588832653 | | 33. PHYSICIAN'S SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE<br>PHONE #<br>UNIVERSAL HEALTH GROUP, INC.<br>5761 WEST MAPLE ROAD<br>WEST BLOOMFIELD MI 48322        734 722-1500<br>1588832653 | | |

whcfa150                                    PLEASE PRINT OR TYPE

BECAUSE THIS FORM IS USED BY VARIOUS GOVERNMENT AND PRIVATE HEALTH PROGRAMS, SEE SEPARATE INSTRUCTIONS ISSUED BY APPLICABLE PROGRAMS.

NOTICE: Any person who knowingly files a statement of claim containing any misrepresentation or any false, incomplete or misleading information may be guilty of a criminal act punishable under law and may be subject to civil penalties.

### REFERS TO GOVERNMENT PROGRAMS ONLY

MEDICARE AND CHAMPUS PAYMENTS: A patient's signature requests that payment be made and authorizes release of any information necessary to process the claim and certifies that the information provided in Blocks 1 through 12 is true, accurate and complete. In the case of a Medicare claim, the patient's signature authorizes any entity to release to Medicare medical and nonmedical information, including employment status, and whether the person has employer group health insurance, liability, no-fault, worker's compensation or other insurance which is responsible to pay for the services for which the Medicare claim is made. See 42 CFR 411.24(a). If item 9 is completed, the patient's signature authorizes release of the information to the health plan or agency shown. In Medicare assigned or CHAMPUS participation cases, the physician agrees to accept the charge determination of the Medicare carrier or CHAMPUS fiscal intermediary as the full charge, and the patient is responsible only for the deductible, coinsurance and noncovered services. Coinsurance and the deductible are based upon the charge determination of the Medicare carrier or CHAMPUS fiscal intermediary if this is less than the charge submitted. CHAMPUS is not a health insurance program but makes payment for health benefits provided through certain affiliations with the Uniformed Services. Information on the patient's sponsor should be provided in those items captioned in "Insured"; i.e., items 1a, 4, 6, 7, 9, and 11.

### BLACK LUNG AND FECA CLAIMS

The provider agrees to accept the amount paid by the Government as payment in full. See Black Lung and FECA instructions regarding required procedure and diagnosis coding systems.

### SIGNATURE OF PHYSICIAN OR SUPPLIER (MEDICARE, CHAMPUS, FECA AND BLACK LUNG)

I certify that the services shown on this form were medically indicated and necessary for the health of the patient and were personally furnished by me or were furnished incident to my professional service by my employee under my immediate personal supervision, except as otherwise expressly permitted by Medicare or CHAMPUS regulations.

For services to be considered as "incident" to a physician's professional service, 1) they must be rendered under the physician's immediate personal supervision by his/her employee, 2) they must be an integral, although incidental part of a covered physician's service, 3) they must be of kinds commonly furnished in physician's offices, and 4) the services of nonphysicians must be included on the physician's bills.

For CHAMPUS claims, I further certify that I (or any employee) who rendered services are not an active duty member of the Uniformed Services or a civilian employee of the United States Government or a contract employee of the United States Government, either civilian or military (refer to 5 USC 5536). For Black-Lung claims, I further certify that the services performed were for a Black-Lung-related disorder.

No Part B Medicare benefits may be paid unless this form is received as required by existing law and regulations (42 CFR 424.32).

NOTICE: Any one who misrepresents or falsifies essential information to receive payment from Federal funds requested by this form may upon conviction be subject to fine and imprisonment under applicable Federal laws.

### NOTICE TO PATIENT ABOUT THE COLLECTION AND USE OF MEDICARE, CHAMPUS, FECA, AND BLACK LUNG INFORMATION
### (PRIVACY ACT STATEMENT)

We are authorized by CMS, CHAMPUS and OWCP to ask you for information needed in the administration of the Medicare, CHAMPUS, FECA, and Black Lung programs. Authority to collect information is in section 205(a), 1862, 1872 and 1874 of the Social Security Act as amended, 42 CFR 411.24(a) and 424.5(a) (6), and 44 USC 3101;41 CFR 101 et seq and 10 USC 1079 and 1086; 5 USC 8101 et seq; and 30 USC 901 et seq; 38 USC 613; E.O. 9397.

The information we obtain to complete claims under these programs is used to identify you and to determine your eligibility. It is also used to decide if the services and supplies you received are covered by these programs and to insure that proper payment is made.

The information may also be given to other providers of services, carriers, intermediaries, medical review boards, health plans, and other organizations or Federal agencies, for the effective administration of Federal provisions that require other third parties payers to pay primary to Federal program, and as otherwise necessary to administer these programs. For example, it may be necessary to disclose information about the benefits you have used to a hospital or doctor. Additional disclosures are made through routine uses for information contained in systems of records.

FOR MEDICARE CLAIMS: See the notice modifying system No. 09-70-0501, titled, 'Carrier Medicare Claims Record,' published in the Federal Register, Vol. 55 No. 177, page 37549, Wed. Sept. 12, 1990, or as updated and republished.

FOR OWCP CLAIMS: Department of Labor, Privacy Act of 1974, "Republication of Notice of Systems of Records." Federal Register Vol. 55 No. 40, Wed Feb. 28, 1990. See ESA-5, ESA-6, ESA-12, ESA-13, ESA-30, or as updated and republished.

FOR CHAMPUS CLAIMS: PRINCIPLE PURPOSE(S): To evaluate eligibility for medical care provided by civilian sources and to issue payment upon establishment of eligibility and determination that the services/supplies received are authorized by law.

ROUTINE USE(S): Information from claims and related documents may be given to the Dept. of Veterans Affairs, the Dept. of Health and Human Services and/or the Dept. of Transportation consistent with their statutory administrative responsibilities under CHAMPUS/CHAMPVA; to the Dept. of Justice for representation of the Secretary of Defense in civil actions; to the Internal Revenue Service, private collection agencies, and consumer reporting agencies in connection with recoupment claims; and to Congressional Offices in response to inquiries made at the request of the person to whom a record pertains. Appropriate disclosures may be made to other federal, state, local, foreign government agencies, private business entities, and individual providers of care, on matters relating to entitlement, claims adjudication, fraud, program abuse, utilization review, quality assurance, peer review, program integrity, third-party liability, coordination of benefits, and civil and criminal litigation related to the operation of CHAMPUS.

DISCLOSURES: Voluntary; however, failure to provide information will result in delay in payment or may result in denial of claim. With the one exception discussed below, there are no penalties under these programs for refusing to supply information. However, failure to furnish information regarding the medical services rendered or the amount charged would prevent payment of claims under these programs. Failure to furnish any other information, such as name or claim number, would delay payment of the claim. Failure to provide medical information under FECA could be deemed an obstruction.

It is mandatory that you tell us if you know that another party is responsible for paying for your treatment. Section 1128B of the Social Security Act and 31 USC 3801-3812 provide penalties for withholding this information.

You should be aware that P.L. 100-503, the "Computer Matching and Privacy Protection Act of 1988", permits the government to verify information by way of computer matches.

### MEDICAID PAYMENTS (PROVIDER CERTIFICATION)

I hereby agree to keep such records as are necessary to disclose fully the extent of services provided to individuals under the State's Title XIX plan and to furnish information regarding any payments claimed for providing such services as the State Agency or Dept. of Health and Human Services may request.

I further agree to accept, as payment in full, the amount paid by the Medicaid program for those claims submitted for payment under that program, with the exception of authorized deductible, coinsurance, co-payment or similar cost-sharing charge.

SIGNATURE OF PHYSICIAN (OR SUPPLIER): I certify that the services listed above were medically indicated and necessary to the health of this patient and were personally furnished by me or my employee under my personal direction.

NOTICE: This is to certify that the foregoing information is true, accurate and complete. I understand that payment and satisfaction of this claim will be from Federal and State funds, and that any false claims, statements, or documents, or concealment of a material fact, may be prosecuted under applicable Federal or State laws.

---

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-0999. The time required to complete this information collection is estimated to average 10 minutes per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have any comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: CMS, Attn. PRA Reports Clearance Officer 7500 Security Boulevard, Baltimore, Maryland 21244-1850. This address is for comments and/or suggestions only. DO NOT MAIL COMPLETED CLAIM FORMS TO THIS ADDRESS.



22BO40575

INITIAL REPORT

Redacted

Patient Name:

Date of Birth:

Date of Accident: 9-22-09

Initial Evaluation Date: 10-1-09

Claim Number:

Insurance Company:

**HISTORY OF CURRENT CONDITION**

Date of Onset: 9/22/09

Driver/ Passenger:

Front Seat/ Back Seat:

Airbag Deployment: Yes/ No

Wearing Seatbelt: Yes/ No

Type of Auto: Van/ Truck/ Sedan   AUTO

Type of Other Vehicle Involved:   AUTO

Type of Collision: Front End/ Rear End/ Driver Side/ Passenger Side   REAR

Did Vehicle Hit anything Else after Collision?   NO.

Primary Cause of Collision:   Other car turned into pt hit driver side REAR

Amount of Damage to Vehicle:   Approx $3500

Body Injuries in Vehicle: Head on Steering Wheel/ Dashboard

*ABD   hit steering wheel*
*LT side head hit Door Rim*

Loss of Consciousness:

*no. , dizzy*

Immediate Pain after Collision: Yes/ No/ Hours Later/ Next Day

*3 Days Later.*

Police Came to Scene: (Yes) No

EMS came to scene: Yes/ No

Transportation to Hospital by Ambulance: Yes/ No   —

Anyone Other than Ambulance?   —

Emergency Room Treatment: Xrays/ CT Scan/ MRI/ Medicine/ Admitted/
Released/ Kept for Observation   —

Follow Up: Doctor's/ Testing   —   *PT Thry Meds at home*

*Notices pain getting worse + worse*

## SYMPTOMS

Neck Pain/ Mid Back/ Low Back Pain   *stm*

Upper Extremity
Numbness/ Tingling/ Cold/ Right/ Left/ Both
Hands/ Fingers:   *(L)*

Lower Extremity
Numbness/ Tingling/ Cold / Right/ Left/ Both
Buttocks/ Feet/ Toes

*pain into knees*

(1) *LFT SI*
    *LFT side cap*

(2) *LFT side head*
    *TMAS*

(3) *shrp pains (L) arm*
    *in hand*

(4) *S I PR neck.*

(5) *BILA ach into*
    *knees*

(6) *ABD spasm*

2

Headaches: Yes/No        Frequency:  *DAILY*        Duration:  *CONST*
Dizziness/ Memory Loss:

Bowel/ Bladder Dysfxn:

Jaw Pain/ Tinnitus:

Head Pain/ Elbow Pain (R/L)/ Knee Pain(R/L)/ Ankle Pain (R/L) / Foot Pain (R/L)

Abdominal Pain: Location:  *SPASM*

Chest Pain:  Location:

## PREVIOUS MEDICAL HISTORY

Asthma/ Diabetes/ Cancer/ Hypertension/ Heart Disease/ High Cholesterol

Other:

Acute/ Chronic Medical Condition:

Previous Surgeries:  *Hysterectomy*    *Rht breast lump*  , *from bladder*

Previous Auto/ Work Accidents:                    Year:
*slip / fall  2003  injured ear t/s / shoulder*

Treatment for Auto/ Work Accident:  MRI/ CT/ Surgeries

Resolved/ Not Resolved:  —

## SOCIAL HISTORY

Married/ Divorced/ Widowed/ Single/ Separated

Children:              Ages:              Live At Home/ Away:
                                 *lives w/ husband +*
                       3         *18 yr old daughter*

Smoke: Yes/ No          Alcohol: Yes/ No          Recreational Drugs: Yes/No
How much: 1 Mch.        How much:                 How much:

## EMPLOYMENT

Employed at the time of Accident: Yes/ No

Currently Employed: Yes/ No    HAS not return to work since ACEID.

Date of Last Employment:

Employer: NAT. Council on Alcohol + Drug Dependency

Job Title: Prevation specilts

Other: counseling.

## PHYSICAL EXAM-APPEARANCE

Age: 56

Male/ Female:

White/ Black:

Height: 5'3

Weight: 152

Right Handed/ Left Handed:

Difficulty Standing: Yes/ No
Notes:

Difficulty Getting In/Out of Chair: Yes/ No
Notes:
**NECK EXAM:**

Neck Spasms: Yes/ No     Right Side/Left Side/ Suboccipitals

ROM:  ↓ Extension/ ↓Flexion/ ↓Right Lateral Flex / ↓Left Lateral Flex/ ↓Right/ Left
Rotation
*T pain in neck at MD Row All Dirches*

Decrease Muscle Strength: Right/ Left Upper Extremity

Decrease Grip Strength: Right/ Left Upper Extremity

Cervical Compression Test: (+)-

Cervical Distraction Test: (+)-

Shoulder Depression Test: (+)-

Valsalva's Test:  +/-

Palpatory Tenderness:

C-Spine: 1  2  3  4  5  6  7
T-Spine: 1  2  3  4  5  6  7  8  9  10  11  12

**LUMBAR EXAM**

Low Back Spasm: Yes/No     Right Side/ Left Side

ROM:  ↓ Extension/ ↓Flexion/ ↓Right Lateral Flex / ↓Left Lateral Flex/ ↓Right/ Left
Rotation

Decrease Muscle Strength: Right/ Left Lower Extremity

SLR (+)-

Palpatory Tenderness: L-Spine: 1  2  3  4  5  (L)SI

*SI Joint pain*

## INITIAL IMPRESSION DIAGNOSIS

C/Sprain/ Ligament Injury

T/Sprain/ Ligament Injury

L/Sprain/ Ligament Injury

C Radiculitis/Radiculopathy: R/L

L Radiculitis/ Radiculopathy: R/L

Headaches:

Dizziness: Y/N          Tinnitus: Y/N

Shoulder Pain: R/L

Elbow Pain: R/L

Knee Pain:  R/L

Ankle Pain:  R/L

Foot Pain:   R/L

## DISABILITY

Employment: Yes/ No

Restrictions:

Household: Yes/ No

Attendant Care:

Transportation: Yes/ No

## RECOMMENDATIONS

X-rays:  C/S   T/S   L/S

6

Back School:

Home Treatment (Ice, heat): as needed at home

Back Support:

Neck Support:

Manipulation:  C/S  T/S  L/S

Moist Hot Packs:  C/S  T/S  L/S

Ice Packs:  C/S  T/S  L/S

Therapeutic Exercises: Williams/ Mackenzie Exercises/ Shoulder Shrugs/ Shoulder Squeezes/ Wall Walks (shoulder)/ E/S Flex-Ext-Rot-Lat Flex

Further Diagnostic Tests:

## GOALS

Decrease Pain:

Increase Pain Mobility:

Increase Strength:

Restore Activities of Daily Living:

Initiation of Independent Home Exercises Program:

## PROGNOSIS

Good/ Guarded/ Poor:

Will Depend on Further Testing:

Will Depend on Further Treatment:

Awaiting Test Results:

7

STATE FARM INSURANCE
P.O. BOX 2361
BLOOMINGTON IL 61702-2361

**HEALTH INSURANCE CLAIM FORM**                    2

| 1. MEDICARE    MEDICAID    CHAMPUS    CHAMPVA    GROUP HEALTH PLAN    FECA BLK LUNG    OTHER | 1a. INSURED'S I.D. NUMBER    (FOR PROGRAM IN ITEM 1) |
|---|---|
| ☐ (Medicare #)  ☐ (Medicaid #)  ☐ (Sponsor's SSN)  ☐ (VA File #)  ☒ (SSN or ID)  ☐ (SSN)  ☐ (ID) | 22B040575 |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE    SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|
| Redacted | Redacted   M ☐  F ☒ | Redacted |

6. PATIENT RELATIONSHIP TO INSURED
Self ☒   Spouse ☐   Child ☐   Other ☐

8. PATIENT STATUS
Single ☐   Married ☒   Other ☐
Employed ☐   Full-Time Student ☐   Part-Time Student ☐

| 9. | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
|---|---|---|
| | | NONE |
| | a. EMPLOYMENT? (CURRENT or PREVIOUS)  ☐ YES  ☒ NO | a. INSURED'S DATE OF BIRTH    SEX |
| | | Redacted    M ☐  F ☒ |
| | b. AUTO ACCIDENT?   PLACE (State)  ☐ YES  ☒ NO | b. EMPLOYER'S NAME OR SCHOOL NAME |
| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT?  ☐ YES  ☒ NO | c. INSURANCE PLAN NAME OR PROGRAM NUMBER |
| | | STATE FARM INSURANCE |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? |
| TOTAL HEALTH CARE USA | | ☒ YES  ☐ NO    If yes, return to and complete item 9 a-d. |

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   **SIGNATURE ON FILE**    DATE   **12 / 09 / 2009**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   **SIGNATURE ON FILE**

| 14. DATE OF CURRENT  ILLNESS (First symptom) OR  INJURY (Accident) OR  PREGNANCY (LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS  GIVE FIRST DATE **10 01 2009** | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM            TO |
|---|---|---|
| 17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE | 17a.  17b. NPI | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM            TO |
| 19. RESERVED FOR LOCAL USE | | 20. OUTSIDE LAB?   $ CHARGES  ☐ YES  ☒ NO    $0.00 |

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY.  (RELATE ITEMS 1,2,3 or 4 TO ITEM 24E BY LINE)
1. **847 0**       3. **847 2**
2. **847 1**       4. **723 4**

22. MEDICAID RESUBMISSION  CODE _____  ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE | | B. Place of Service | C. EMG | D. PROCEDURES, SERVICES OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS    MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. I.D. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| From | To | | | | | | | | | |
| 10 01 09 | 10 01 09 | 11 | | 99205 | 1 | 250.00 | 1 | | NPI | 1104973007 |
| 10 05 09 | 10 05 09 | 11 | | 98941 | 1,2,3,4 | 75.00 | 1 | | NPI | 1104973007 |
| 10 06 09 | 10 06 09 | 11 | | 97010  59 | 1 | 35.00 | 1 | | NPI | 1104973007 |
| 10 06 09 | 10 06 09 | 11 | | 98941 | 1,2,3,4 | 75.00 | 1 | | NPI | 1104973007 |
| 10 15 09 | 10 15 09 | 11 | | 97010  59 | 1 | 35.00 | 1 | | NPI | 1104973007 |
| 10 15 09 | 10 15 09 | 11 | | 98941 | 1,2,3,4 | 75.00 | 1 | | NPI | 1104973007 |

| 25. FEDERAL TAX I.D. NUMBER    SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT?  | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|
| 205918486    ☐ ☒ | 00001047 | ☒ YES  ☐ NO | $545.00 | $98.56 | $446.44 |

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

**DAVID KATZ**
SIGNED   **DC**   **12/09/2009**

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (If other than home or office)
UNIVERSAL HEALTH GROUP, INC
26561 W. 12 MILE ROAD
SOUTHFIELD MI 48034
1588832653

33. PHYSICIAN'S SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE
PHONE #
UNIVERSAL HEALTH GROUP, INC.
5761 WEST MAPLE ROAD
WEST BLOOMFIELD MI 48322    248 626-6892
1588832653

whcfa150                    **PLEASE PRINT OR TYPE**

BECAUSE THIS FORM IS USED BY VARIOUS GOVERNMENT AND PRIVATE HEALTH PROGRAMS, SEE SEPARATE INSTRUCTIONS ISSUED BY APPLICABLE PROGRAMS.

NOTICE: Any person who knowingly files a statement of claim containing any misrepresentation or any false, incomplete or misleading information may be guilty of a criminal act punishable under law and may be subject to civil penalties.

## REFERS TO GOVERNMENT PROGRAMS ONLY

MEDICARE AND CHAMPUS PAYMENTS: A patient's signature requests that payment be made and authorizes release of any information necessary to process the claim and certifies that the information provided in Blocks 1 through 12 is true, accurate and complete. In the case of a Medicare claim, the patient's signature authorizes any entity to release to Medicare medical and nonmedical information, including employment status, and whether the person has employer group health insurance, liability, no-fault, worker's compensation or other insurance which is responsible to pay for the services for which the Medicare claim is made. See 42 CFR 411.24(a). If item 9 is completed, the patient's signature authorizes release of the information to the health plan or agency shown. In Medicare assigned or CHAMPUS participation cases, the physician agrees to accept the charge determination of the Medicare carrier or CHAMPUS fiscal intermediary as the full charge, and the patient is responsible only for the deductible, coinsurance and noncovered services. Coinsurance and the deductible are based upon the charge determination of the Medicare carrier or CHAMPUS fiscal intermediary if this is less than the charge submitted. CHAMPUS is not a health insurance program but makes payment for health benefits provided through certain affiliations with the Uniformed Services. Information on the patient's sponsor should be provided in those items captioned in "Insured"; i.e., items 1a, 4, 6, 7, 9, and 11.

### BLACK LUNG AND FECA CLAIMS
The provider agrees to accept the amount paid by the Government as payment in full. See Black Lung and FECA instructions regarding required procedure and diagnosis coding systems.

### SIGNATURE OF PHYSICIAN OR SUPPLIER (MEDICARE, CHAMPUS, FECA AND BLACK LUNG)
I certify that the services shown on this form were medically indicated and necessary for the health of the patient and were personally furnished by me or were furnished incident to my professional service by my employee under my immediate personal supervision, except as otherwise expressly permitted by Medicare or CHAMPUS regulations.

For services to be considered as "incident" to a physician's professional service, 1) they must be rendered under the physician's immediate personal supervision by his/her employee, 2) they must be an integral, although incidental part of a covered physician's service, 3) they must be of kinds commonly furnished in physician's offices, and 4) the services of nonphysicians must be included on the physician's bills.

For CHAMPUS claims, I further certify that I (or any employee) who rendered services am not an active duty member of the Uniformed Services or a civilian employee of the United States Government or a contract employee of the United States Government, either civilian or military (refer to 5 USC 5536). For Black-Lung claims, I further certify that the services performed were for a Black Lung-related disorder.

No Part B Medicare benefits may be paid unless this form is received as required by existing law and regulations (42 CFR 424.32)

NOTICE: Any one who misrepresents or falsifies essential information to receive payment from Federal funds requested by this form may upon conviction be subject to fine and imprisonment under applicable Federal laws.

### NOTICE TO PATIENT ABOUT THE COLLECTION AND USE OF MEDICARE, CHAMPUS, FECA, AND BLACK LUNG INFORMATION
(PRIVACY ACT STATEMENT)

We are authorized by CMS, CHAMPUS and OWCP to ask you for information needed in the administration of the Medicare, CHAMPUS, FECA, and Black Lung programs. Authority to collect information is in section 205(a), 1862, 1872 and 1874 of the Social Security Act as amended, 42 CFR 411.24(a) and 424.5(a) (6), and 44 USC 3101;41 CFR 101 et seq and 10 USC 1079 and 1086; 5 USC 8101 et seq; and 30 USC 901 et seq; 38 USC 613; E.O. 9397.

The information we obtain to complete claims under these programs is used to identify you and to determine your eligibility. It is also used to decide if the services and supplies you received are covered by these programs and to insure that proper payment is made.

The information may also be given to other providers of services, carriers, intermediaries, medical review boards, health plans, and other organizations or Federal agencies, for the effective administration of Federal provisions that require other third parties payers to pay primary to Federal program, and as otherwise necessary to administer these programs. For example, it may be necessary to disclose information about the benefits you have used to a hospital or doctor. Additional disclosures are made through routine uses for information contained in systems of records.

FOR MEDICARE CLAIMS: See the notice modifying system No. 09-70-0501, titled, 'Carrier Medicare Claims Record,' published in the Federal Register, Vol. 55 No. 177, page 37549, Wed. Sept. 12, 1990, or as updated and republished

FOR OWCP CLAIMS: Department of Labor, Privacy Act of 1974, "Republication of Notice of Systems of Records," Federal Register Vol. 55 No. 40, Wed Feb. 28, 1990, See ESA-5, ESA-6, ESA-12, ESA-13, ESA-30, or as updated and republished

FOR CHAMPUS CLAIMS: PRINCIPLE PURPOSE(S). To evaluate eligibility for medical care provided by civilian sources and to issue payment upon establishment of eligibility and determination that the services/supplies received are authorized by law.

ROUTINE USE(S): Information from claims and related documents may be given to the Dept. of Veterans Affairs, the Dept. of Health and Human Services and/or the Dept. of Transportation consistent with their statutory administrative responsibilities under CHAMPUS/CHAMPVA; to the Dept. of Justice for representation of the Secretary of Defense in civil actions; to the Internal Revenue Service, private collection agencies, and consumer reporting agencies in connection with recoupment claims; and to Congressional Offices in response to inquiries made at the request of the person to whom a record pertains. Appropriate disclosures may be made to other federal, state, local, foreign government agencies, private business entities, and individual providers of care, on matters relating to entitlement, claims adjudication, fraud, program abuse, utilization review, quality assurance, peer review, program integrity, third-party liability, coordination of benefits and civil and criminal litigation related to the operation of CHAMPUS.

DISCLOSURES: Voluntary; however, failure to provide information will result in delay in payment or may result in denial of claim. With the one exception discussed below, there are no penalties under these programs for refusing to supply information. However, failure to furnish information regarding the medical services rendered or the amount charged would prevent payment of claims under these programs. Failure to furnish any other information, such as name or claim number, would delay payment of the claim. Failure to provide medical information under FECA could be deemed an obstruction.

It is mandatory that you tell us if you know that another party is responsible for paying for your treatment. Section 1128B of the Social Security Act and 31 USC 3801-3812 provide penalties for withholding this information.

You should be aware that P.L. 100-503, the "Computer Matching and Privacy Protection Act of 1988", permits the government to verify information by way of computer matches.

### MEDICAID PAYMENTS (PROVIDER CERTIFICATION)
I hereby agree to keep such records as are necessary to disclose fully the extent of services provided to individuals under the State's Title XIX plan and to furnish information regarding any payments claimed for providing such services as the State Agency or Dept. of Health and Human Services may request.

I further agree to accept, as payment in full, the amount paid by the Medicaid program for those claims submitted for payment under that program, with the exception of authorized deductible, coinsurance, co-payment or similar cost-sharing charge.

SIGNATURE OF PHYSICIAN (OR SUPPLIER): I certify that the services listed above were medically indicated and necessary to the health of this patient and were personally furnished by me or my employee under my personal direction.

NOTICE: This is to certify that the foregoing information is true, accurate and complete. I understand that payment and satisfaction of this claim will be from Federal and State funds, and that any false claims, statements, or documents, or concealment of a material fact, may be prosecuted under applicable Federal or State laws.

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-0999. The time required to complete this information collection is estimated to average 10 minutes per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have any comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: CMS, Attn. PRA Reports Clearance Officer 7500 Security Boulevard, Baltimore, Maryland 21244-1850. This address is for comments and/or suggestions only. DO NOT MAIL COMPLETED CLAIM FORMS TO THIS ADDRESS

**UHG-DET**

DATE: 12/9/2011    (B)    DAILY TREATMENT FORM (T1) CHIROPRACTIC

DOA: 11/29/2011    DOB: 4/8/58

PATIENT NAME LAST: [Redacted]    FIRST: [Redacted]

SUBJECTIVE:   SEVERITY SCALE 1-10 (EXCRUCIATING)   Type of complaint: L=left R=right W=weakness N=numbness T=tingling S=sharp
A=achy D=dull B=burning C=constant F=frequent O=occasionally

| HEAD | FACE | JAW | NECK 7/10 | UPPER BACK |
| MIDBACK 8/10 | LOWBACK | SHOULDER | ARM 7/10 | WRIST |
| HAND | BUTTOCK | HIP | THIGH 7/10 | KNEE |
| LEG | ANKLE | FOOT | CHEST | ABDOMEN |

NOTES: Pt has radicular Pt from LB what goes derm both lat thigh w/ numbness into feet w/ numbness

OBJECTIVE:  FIXATED SEGMENTS: C1/C2/C3/C4/C5/C6/C7/T1/T2/T3/T4/T5/T6/T7/T8/T9/T10/T11/T12/L1/L2/L3/L4/L5/S/RSI/LSI

PALPATION FINDINGS:  L=left  R=right  T=tenderness  S=spasm
L R T S Suboccipitals       L R T S Posterior cervicals       L R T S Trapezius       L R T S Paraspinals
L R T S Erector spinae      L R T S Quadratus lumborum       L R T S Piriformis                C/T/L

NOTES:

ASSESMENT:   ☑ First visit  ☐ Guarded  ☐ Continue – no change  ☐ As expected  ☐ Exacerbation of condition
             ☐ Mild Improvement  ☐ Moderate improvement  ☐ Other: _____

Adjustment:  OCC/C1/C2/C3/C4/C5/C6/C7/T1/T2/T3/T4/T5/T6/T7/T8/T9/T10/T11/T12/L1/L2/L3/L4/L5/S/RSI/LSI      (1st exam consult)

Extra Spinal:  L/R shoulder   L/R elbow   L/R wrist   L/R hand   L/R knee   L/R ankle foot   Other: _____

NOTES:

PROGRESS/TREATMENT PLAN:  Goals: reduce symptoms, increase functional capacity and return to normal activities of daily living
☑ THERAPEUTIC PHASE 1: Acute inflammatory, reduce inflammation, muscle spasm and pain
☐ THERAPEUTIC PHASE 2: Repair and remobilization: functional scar formed and increase pain-free ROM
☐ THERAPEUTIC PHASE 3: Remodeling and rehab: increase coordination, strength, ROM, endurance and work capacity
Tx schedule: ☐ daily ☐ 3x/wk ☐ 2x/wk ☐ 1x/wk ☐ 2 wks ☐ 3 wks ☐ month ☐ cont. 1x plan   Massage: ☐ 0 ☐ 1 ☐ 2 per wk/mo
NOTES:  NO tx schedule, set yet ; 1st exam consult/X-rays

## SERVICES OR SUPPLIES RENDERED

| Pt. Init. | NEW PATIENT EXAM | Pt. Init. | MODALITIES | Pt. Init. | X-RAY EXAMINATION | Pt. Init. | MISCELLANEOUS SERVICES |
|---|---|---|---|---|---|---|---|
| | 09---99201----Brief | | 20---97010---Hot/Cold Pack | | 50---72010---Full spine AP/lateral | | 80---95999---Neurologic exam |
| | 10---99202----Limited | | 21---97012---Mechanical Traction | | 51---72020---Single view | | 81---99080---Narrative rep |
| #2A | 11---99203---Moderate | | MANIPULATION TREATMENT 97/941 | | 52---72040---Cervical 2 or 3 views | | 82---J3020---Foot insert molded |
| | 12---99204---Extensive | | 30---98940---Adj 1-2 areas | | 53---72050---Cervical 4 views | | 83---J0625---Lumbar support |
| | 13---99205---Comprehensive | | 31---98941---Adj 3-4 areas | | 54---72052---Cervical complete | | 84---J0120---Cervical foam collar |
| | ESTABLISHED PATIENT EXAM | | 32---98942---Adj 5 or more | #2A | 55---72070---Thoracic 2 views | | 85---e0190---Position cushion/pillow |
| | 15---99211---Brief | | 33---98943---Extraspinal | | 56---72100---Lumbar 2 or 3 views | | 86---97760---Orthotic fitting |
| | 16---99212---Limited | | THERAPEUTIC TREATMENT | | 57---72110---Lumbar 4 views | | 87---99002---Orthotic mailing |
| | 17---99213---Moderate | | 40---97110---Therapeutic exercise | | 58---72120---Lumbar bending | | |
| | 18---99214---Extensive | | | | 59---72170---Pelvic 1 or 2 views | | |
| | 19---99215---Comprehensive | | | | 60---72202---Sacrum 3 views | | |

CPT CODE (98941): This is a manual spinal adjustment of up to 4 regions. Performed by hand (full spine). Thompson Drop Technique which the patient is adjusted by hand and the table drops from underneath the patient or Activator Technique in which a handheld instrument is used to adjust the patient. These adjustments remove vertebral fixations (subluxations) and realign the vertebrae of the spine.
CPT CODE (97010-59): Hot/Cold pack used to relax the tissue. It mobilizes edematous fluid, increased blood flow and reduces muscle spasms
CPT CODE (97012-59): Intersegmental Mechanical Traction. Each vertebra is tractioned out separately. This improves the biomechanics of the vertebral structure. In doing so it helps promote the return of the normal/natural spinal curvature.

Referred To/For: _____

## DISCLOSURE AND ACKNOWLEDGEMENT

I attest to the fact that the above services were rendered and they were explained to me and I agree and give my complete informed consent to continue as the doctor feels necessary. I am aware my file is available for review if I so desire.    [Redacted]

_Matthew_  D.C.    _[signature]_                          Patient/Guardian signature
Treating physician: (print and signature)

5F61512013

## UNIVERSAL HEALTH GROUP-DET
### Physical Examination

☑ Initial exam  ☐ Re-exam                                                    **U11**

Patient Name (last): Redacted          First: Redacted          Age: ___  ☑ Male  ☐ Female

Height: 5'11"  Weight: 180 lb
Posture: ___
Gait: ___
Skin (bruising, scars): ___
Other: ___

**Palpation:** ☑ WNL
☐ Skin, temperature, moisture: ___
☐ Parotids, thyroid, lymph nodes: ___

**Mark on drawing**
☐ pain (circle)
☐ spasm (s)
☐ edema (e)
☐ fibrotic (f)
☐ MFTP (x)
☐ ache (a)
☐ burning (b)
☐ tingling (t)



| Sensation | DNP | L | R |
|---|---|---|---|
| Light touch | | | |
| Sharp/dull | | | |
| Vibration | | | |

| Reflexes (0-5) | DNP | L | R |
|---|---|---|---|
| Biceps (C5)(musculocutaneous) | | | |
| Brachioradialis (C6)(radial) | | | |
| Triceps (C7)(radial) | | | |
| Patellar (L4)(femoral) | | | |
| Medial hamstring (L5)(sciatic) | | | |
| Achilles (S1)(tibial) | | | |
| Babinski | | | |
| Other: | | | |

**Spinal Palpation**
C0
C1
C2
C3
C4
C5
C6
C7
T1
T2
T3
T4
T5
T6
T7
T8
T9
T10
T11
T12
L1
L2
L3
L4
L5
S1
C0
SI

| CHI | WNL | | |
|---|---|---|---|
| ☐ Headaches | | ☐ Dizzy | |
| ☐ Blurred vision | | ☐ Sleep disturbance | |
| ☐ Tinnitus | | ☐ Memory loss | |
| ☐ Nausea/vomiting | | ☐ Photosensitivity | |

**Orthopedic exam:** ☐ WNL, ☐ other: ___

| Motor (0-5) | DNP | L | R |
|---|---|---|---|
| Resisted neck ROM (C1-C4) | | 5 | 5 |
| Shoulder elevation (CN XI, C3-C6) | | 5 | 5 |
| Shoulder abduction (C4-C6) | | 5 | 5 |
| Elbow flexion (C5-C6) | | 5 | 5 |
| Elbow extension (C6-C8) | | 5 | 5 |
| Wrist/finger flexion (C7-T1) | | 5 | 5 |
| Wrist/finger extension (C6-C8) | | 5 | 5 |
| Hip flexion (L1-L3) | | 5 | 5 |
| Knee extension (L2-L4) | | 5 | 5 |
| Knee flexion (L4-S1) | | 5 | 5 |
| Plantar flexion (L5-S2) | | 5 | 5 |
| Dorsiflexion (L4-L5) | | 5 | 5 |
| Other: | | | |

| Functional | DNP | Cervical | WNL | L | R |
|---|---|---|---|---|---|
| Heel walk (L3, L4, L5) | | Compression | | | |
| Toe walk (S1) | | Maximal compression | | | |
| Tandem Romberg | | Distraction | | | |
| Romberg | | PROM | | | |
| Other: | | Shoulder Depress | | | |
| | | Solo Half/Brudzinski | | | |
| | | Flexion (45°) | WM | | |
| | | Extension (55°) | WM | | |
| | | Lateral flexion (45°) | WM | ↓ | ↓ |
| | | Rotation (70°) | WM | | |

| Lumbar | WNL | L | R |
|---|---|---|---|
| Kemp's test | | ⊕ | ⊕ |
| SLR passive, active | | ⊕ | ⊕ |
| Bragard's | | ⊕ | ⊕ |
| Patrick's (FABERE) | | | |
| Thomas/Gaenslen's | | | |
| Valsalva | | ⊖ | ⊖ |
| SI distraction/compression | | | |
| Flexion (90°) | WM | | ↓ |
| Extension (30°) | WM | | ↓ |
| Lateral flexion (20°) | WM | ↓ | ↓ |
| Rotation (30°) | WM | ↓ | ↓ |

NOTES: Pt's was the driver in a vehicle
going 35-40 mph going @ on Grand
River Ave. when another vehicle
darted out from a side street and
hit the pt. Mr. Anderson hit the
other vehicle on the passenger
side. The entire front of his vehicle
was crushed as a result of impact.

DATE: 12/9/2011

DR. Matthews

UHG157 2814

# UNIVERSAL HEALTH GROUP-DET

**U12**

## DIAGNOSIS FORM

☑ INITIAL EVALUATION          ☐ RE-EVALUATION

PATIENT NAME (Last): ___Redacted___          (First): ___Redacted___

| ✓ | ICD-9 | Description | ✓ | ICD-9 | Description |
|---|---|---|---|---|---|
| | | | | | **BCBS CODES** |
| _ | 719.41 | Pain in joint, shoulder | ✓ | 839.00 | Closed dislocation cervical vertebra, unspecified |
| _ | 719.46 | Pain in joint, lower leg | ✓ | 839.20 | Closed dislocation lumbar vertebra |
| _ | 728.5 | Pain in limb | ✓ | 839.21 | Closed dislocation thoracic vertebra |
| _ | 786.50 | Chest pain, unspecified | ✓ | 839.42 | Closed dislocation sacrum vertebra |
| _ | 789.07 | Abdominal pain, generalized | | | |
| _ | 840.9 | Sprain, shoulder and upper arm | | | **MEDICARE CODES** |
| _ | 841.9 | Sprain, elbow and forearm | _ | 739.0 | Subluxation, Head region (occipitocervical) |
| _ | 842.00 | Sprain, wrist | ✓ | 739.1 | Subluxation, Cervical region |
| _ | 842.10 | Sprain, hand | ✓ | 739.2 | Subluxation, Thoracic region |
| _ | 843.9 | Sprain, hip and thigh | ✓ | 739.3 | Subluxation, lumbar region |
| _ | 844.9 | Sprain, knee and leg | ✓ | 739.4 | Subluxation, Sacral region |
| _ | 845.00 | Sprain, ankle | _ | 739.5 | Subluxation, Pelvis region |
| _ | 845.10 | Sprain, foot | _ | 721.0 | Spondylosis, cervical w/o myelopathy |
| _ | 846.9 | Sprain and strains, shoulder | _ | 721.2 | Spondylosis, thoracic w/o myelopathy |
| _ | 847.0 | Sprain and strains, neck | _ | 721.3 | Spondylosis, lumbar w/o myelopathy |
| _ | 847.1 | Sprain and strains, thoracic | _ | 721.90 | Spondylosis, unspecified w/o myelopathy |
| _ | 847.2 | Sprain and strains, lumbar | _ | 722.4 | Degeneration of cervical disc |
| _ | 847.3 | Sprain and strains, sacrum | _ | 722.51 | Degeneration of thoracic disc |
| _ | 847.4 | Sprain and strains, coccyx | _ | 722.52 | Degeneration of lumbar disc |
| _ | 848.1 | Sprain, jaw | _ | 722.56 | Degeneration of unspecified disc |
| _ | 848.5 | Sprain, pelvis | _ | 722.90 | Disc disorder, unspecified region |
| _ | 920 | Contusion, face, scalp, neck | _ | 722.91 | Disc disorder, cervical region |
| _ | 924.0 | Contusion, thigh | _ | 722.92 | Disc disorder, thoracic region |
| _ | 924.01 | Contusion, hip | _ | 722.93 | Disc disorder, lumbar region |
| _ | 307.81 | Tension Headaches | _ | 723.0 | Spinal stenosis, cervical |
| _ | 346.90 | Migraine, unspecified | _ | 724.00 | Spinal stenosis, unspecified |
| _ | 358.10 | Blurred vision (subjective) | _ | 724.01 | Spinal stenosis, thoracic |
| _ | 368.13 | Photosensitivity (visual discomfort) | _ | 724.02 | Spinal stenosis, lumbar |
| _ | 388.30 | Tinnitus, unspecified | ✓ | 723.1 | Cervicalgia |
| _ | 524.60 | TMJ disorders, unspecified | ✓ | 724.1 | Pain, thoracic spine |
| _ | 780.4 | Dizziness, vertigo and giddiness | _ | 724.2 | Lumbago |
| ✓ | 780.50 | Sleep disturbance, unspecified | _ | 724.3 | Sciatica |
| _ | 780.79 | Fatigue | _ | 723.4 | Radiculitis, cervical/brachial NOS |
| _ | 780.93 | Memory loss | ✓ | 724.4 | Radiculitis, thoracic or lumbosacral (unspecified) |
| _ | 782.0 | Disturbance of skin sensation | _ | 724.5 | Backache (unspecified) |
| _ | 784.0 | Headache | _ | 728.4 | Laxity of ligament |
| _ | 787.0 | Nausea/vomiting | ✓ | 728.85 | Spasm of muscle |
| _ | 959.01 | Head injury, unspecified | _ | 729.1 | Myalgia and myositis (unspecified) |
| | | Other_____ | | | Other_____ |

Doctor Name (print): _Andrea Madrise_          Signature: _Andrea Madrise_          Date: _12/9/2011_

5FB1512833

**1500**

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

STATE FARM INSURANCE
PO BOX 661023
DALLAS TX  75266

CARRIER

□ PICA

| 1. MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (Member ID#) | (SSN or ID) | (SSN) | ☒ (ID) | 22070L262 |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE | SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
|---|---|---|---|
| Redacted | Redacted   M ☒   F □ | | Redacted |

| 5. PATIENT'S ADDRESS (No., Street) | 6. PATIENT RELATIONSHIP TO INSURED |
|---|---|
| | Self ☒  Spouse □  Child □  Other □ |

8. PATIENT STATUS
Single □  Married □  Other □
Employed □  Full-Time Student □  Part-Time Student □

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: |
|---|---|
| | |

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)   □ YES  ☒ NO

a. INSURED'S DATE OF BIRTH   SEX
Redacted   M ☒   F □

b. OTHER INSURED'S DATE OF BIRTH   SEX
MM  DD  YY   M □  F □

b. AUTO ACCIDENT?   □ YES  ☒ NO   PLACE (State) MI

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?   □ YES  ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
STATE FARM INSURANCE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
□ YES  ☒ NO   If yes, return to and complete item 9 a-d.

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE   DATE   12 12 11

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

| 14. DATE OF CURRENT: | ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION |
|---|---|---|---|
| MM DD YY   11 29 11 | | | FROM MM DD YY   TO MM DD YY |

| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE | 17a. | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES |
|---|---|---|
| ANDREA S MADHERE DC | 17b. NPI  1154553394 | FROM MM DD YY   TO MM DD YY |

19. RESERVED FOR LOCAL USE
7231 7241 7242 7244 7245 72885

20. OUTSIDE LAB?  □ YES  ☒ NO   $ CHARGES   0 00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (Relate Items 1,2,3 or 4 to Item 24E by Line)
1. 739.1
2. 739.2
3. 739.3
4. 739.4

22. MEDICAID RESUBMISSION CODE   ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12 09 11 | 12 09 11 | 11 | | 99203 | 25 | 1234 | 225 00 | 1 | | NPI | 1154553394 |
| 2 | 12 09 11 | 12 09 11 | 11 | | 72100 | | 1234 | 150 00 | | | NPI | 1154553394 |
| 3 | 12 09 11 | 12 09 11 | 11 | | 72070 | | 1234 | 150 00 | | | NPI | 1154553394 |
| 4 | 12 09 11 | 12 09 11 | 11 | | 72040 | | 1234 | 150 00 | | | NPI | 1154553394 |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER | SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|---|
| 205918486 | ☒ | 42550C78946 | ☒ YES  □ NO | $ 650 00 | $ 0 00 | $ 650 00 |

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

ANDREA S MADHERE DC

SIGNED   01 25 12   DATE

32. SERVICE FACILITY LOCATION INFORMATION
UNIVERSAL HEALTH GROUP
2888 W GRAND BLVD
DETROIT MI  48202-2612
a. 1588832653   b.

33. BILLING PROVIDER INFO & PH. #   (248)8894580
UNIVERSAL HEALTH GROUP
2000 TOWN CENTER SUITE 625
SOUTHFIELD MI  48075-1135
a. 1588832653   b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB 0938-0999 FORM CMS-1500 (08/05)

WCMS-1500CS

SF01512012

BECAUSE THIS FORM IS USED BY VARIOUS GOVERNMENT AND PRIVATE HEALTH PROGRAMS, SEE SEPARATE INSTRUCTIONS ISSUED BY APPLICABLE PROGRAMS.

NOTICE: Any person who knowingly files a statement of claim containing any misrepresentation or any false, incomplete or misleading information may be guilty of a criminal act punishable under law and may be subject to civil penalties.

REFERS TO GOVERNMENT PROGRAMS ONLY

MEDICARE AND CHAMPUS PAYMENTS: A patient's signature requests that payment be made and authorizes release of any information necessary to process the claim and certifies that the information provided in Blocks 1 through 12 is true, accurate and complete. In the case of a Medicare claim, the patient's signature authorizes any entity to release to Medicare medical and nonmedical information, including employment status, and whether the person has employer group health insurance, liability, no-fault, worker's compensation or other insurance which is responsible to pay for the services for which the Medicare claim is made. See 42 CFR 411.24(a). If item 9 is completed, the patient's signature authorizes release of the information to the health plan or agency shown. In Medicare assigned or CHAMPUS participation cases, the physician agrees to accept the charge determination of the Medicare carrier or CHAMPUS fiscal intermediary as the full charge, and the patient is responsible only for the deductible, coinsurance and noncovered services. Coinsurance and the deductible are based upon the charge determination of the Medicare carrier or CHAMPUS fiscal intermediary if this is less than the charge submitted. CHAMPUS is not a health insurance program but makes payment for health benefits provided through certain affiliations with the Uniformed Services. Information on the patient's sponsor should be provided in those items captioned in "Insured"; i.e., items 1a, 4, 6, 7, 9, and 11.

BLACK LUNG AND FECA CLAIMS

The provider agrees to accept the amount paid by the Government as payment in full. See Black Lung and FECA instructions regarding required procedure and diagnosis coding systems.

SIGNATURE OF PHYSICIAN OR SUPPLIER (MEDICARE, CHAMPUS, FECA AND BLACK LUNG)

I certify that the services shown on this form were medically indicated and necessary for the health of the patient and were personally furnished by me or were furnished incident to my professional service by my employee under my immediate personal supervision, except as otherwise expressly permitted by Medicare or CHAMPUS regulations.

For services to be considered as "incident" to a physician's professional service, 1) they must be rendered under the physician's immediate personal supervision by his/her employee, 2) they must be an integral, although incidental part of a covered physician's service, 3) they must be of kinds commonly furnished in physician's offices, and 4) the services of nonphysicians must be included on the physician's bills.

For CHAMPUS claims, I further certify that I (or any employee) who rendered services am not an active duty member of the Uniformed Services or a civilian employee of the United States Government or a contract employee of the United States Government, either civilian or military (refer to 5 USC 5536). For Black-Lung claims, I further certify that the services performed were for a Black Lung-related disorder.

No Part B Medicare benefits may be paid unless this form is received as required by existing law and regulations (42 CFR 424.32)

NOTICE: Any one who misrepresents or falsifies essential information to receive payment from Federal funds requested by this form may upon conviction be subject to fine and imprisonment under applicable Federal laws.

NOTICE TO PATIENT ABOUT THE COLLECTION AND USE OF MEDICARE, CHAMPUS, FECA, AND BLACK LUNG INFORMATION<br>(PRIVACY ACT STATEMENT)

We are authorized by CMS, CHAMPUS and OWCP to ask you for information needed in the administration of the Medicare, CHAMPUS, FECA, and Black Lung programs. Authority to collect information is in section 205(a), 1862, 1872 and 1874 of the Social Security Act as amended, 42 CFR 411.24(a) and 424.5(a) (6), and 44 USC 3101;41 CFR 101 et seq and 10 USC 1079 and 1086; 5 USC 8101 et seq; and 30 USC 901 et seq; 38 USC 613; E.O. 9397.

The information we obtain to complete claims under these programs is used to identify you and to determine your eligibility. It is also used to decide if the services and supplies you received are covered by these programs and to insure that proper payment is made.

The information may also be given to other providers of services, carriers, intermediaries, medical review boards, health plans, and other organizations or Federal agencies, for the effective administration of Federal provisions that require other third parties payers to pay primary to Federal program, and as otherwise necessary to administer these programs. For example, it may be necessary to disclose information about the benefits you have used to a hospital or doctor. Additional disclosures are made through routine uses for information contained in systems of records.

FOR MEDICARE CLAIMS: See the notice modifying system No. 09-70-0501, titled, 'Carrier Medicare Claims Record,' published in the Federal Register, Vol 55 No. 177, page 37549, Wed. Sept. 12, 1990, or as updated and republished

FOR OWCP CLAIMS: Department of Labor, Privacy Act of 1974, "Republication of Notice of Systems of Records," Federal Register Vol. 55 No. 40, Wed Feb 28, 1990. See ESA-5, ESA-6, ESA-12, ESA-13, ESA-30, or as updated and republished

FOR CHAMPUS CLAIMS: PRINCIPLE PURPOSE(S): To evaluate eligibility for medical care provided by civilian sources and to issue payment upon establishment of eligibility and determination that the services/supplies received are authorized by law.

ROUTINE USE(S): Information from claims and related documents may be given to the Dept. of Veterans Affairs, the Dept. of Health and Human Services and/or the Dept. of Transportation consistent with their statutory administrative responsibilities under CHAMPUS/CHAMPVA; to the Dept. of Justice for representation of the Secretary of Defense in civil actions; to the Internal Revenue Service, private collection agencies, and consumer reporting agencies in connection with recoupment claims; and to Congressional Offices in response to inquiries made at the request of the person to whom a record pertains. Appropriate disclosures may be made to other federal, state, local, foreign government agencies, private business entities, and individual providers of care, on matters relating to entitlement, claims adjudication, fraud, program abuse, utilization review, quality assurance, peer review, program integrity, third-party liability, coordination of benefits and civil and criminal litigation related to the operation of CHAMPUS.

DISCLOSURES: Voluntary; however, failure to provide information will result in delay in payment or may result in denial of claim. With the one exception discussed below, there are no penalties under these programs for refusing to supply information. However, failure to furnish information regarding the medical services rendered or the amount charged would prevent payment of claims under these programs. Failure to furnish any other information, such as name or claim number, would delay payment of the claim. Failure to provide medical information under FECA could be deemed an obstruction.

It is mandatory that you tell us if you know that another party is responsible for paying for your treatment. Section 1128B of the Social Security Act and 31 USC 3801-3812 provide penalties for withholding this information.

You should be aware that P.L. 100-503, the "Computer Matching and Privacy Protection Act of 1988", permits the government to verify information by way of computer matches.

MEDICAID PAYMENTS (PROVIDER CERTIFICATION)

I hereby agree to keep such records as are necessary to disclose fully the extent of services provided to individuals under the State's Title XIX plan and to furnish information regarding any payments claimed for providing such services as the State Agency or Dept. of Health and Human Services may request.

I further agree to accept, as payment in full, the amount paid by the Medicaid program for those claims submitted for payment under that program, with the exception of authorized deductible, coinsurance, co-payment or similar cost-sharing charge.

SIGNATURE OF PHYSICIAN (OR SUPPLIER): I certify that the services listed above were medically indicated and necessary to the health of this patient and were personally furnished by me or my employee under my personal direction.

NOTICE: This is to certify that the foregoing information is true, accurate and complete. I understand that payment and satisfaction of this claim will be from Federal and State funds, and that any false claims, statements, or documents, or concealment of a material fact, may be prosecuted under applicable Federal or State laws.

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-0999. The time required to complete this information collection is estimated to average 10 minutes per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have any comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: CMS, Attn. PRA Reports Clearance Officer 7500 Security Boulevard, Baltimore, Maryland 21244-1850. This address is for comments and/or suggestions only. DO NOT MAIL COMPLETED CLAIM FORMS TO THIS ADDRESS