*Exhibit 12*

**Universal Health Group**

# PATIENT RE[]LUATION
Universal Health Group, Inc

**Patient Name:** Redacted

**Date:** 06-29-10

**Current Complaints:**
- ☑ Neck Pain  Type: _improving_  5/10
- ☑ Mid Back Pain  Type: _cramping_  7/10
- ☑ Low Back Pain  Type: _constant_  10/10
- ☐ R Arm Numbness
- ☑ L Arm Numbness
- ☑ R Leg Numbness  _thigh / constant_
- ☐ L Leg Numbness
- ☑ Upper Extremity Weakness  R  Ⓛ
- ☑ Lower Extremity Weakness  Ⓡ  L

- ☑ Headaches  Frequency: _daily_
- ☐ Dizziness  Frequency:
- ☐ Memory loss  Frequency:
- ☐ Tinnitus  Frequency:
- ☐ Jaw Pain  Frequency:
- ☐ Memory Loss
- ☑ Trouble Sleeping
- ☐ Others: _____

**Difficulty:**
- ☑ Sitting
- ☑ Standing
- ☑ Lifting
- ☑ Bending
- ☑ Pushing
- ☑ Pulling
- ☑ Reaching Overhead
- ☑ Squatting
- ☑ Kneeling
- ☐ Others: _____

**Muscle Spasm:**
- ☑ Sub Occipitals
- ☑ Cervical Spine Para Spinal
- ☑ Thoracic Spine Para Spinal
- ☑ Lumbar Spine Para Spinal
- ☐ Traps
- ☐ Levator Scapula
- ☑ Quadratious Lumorum
- ☐ Piriformis
- ☐ Hamstrings

**Palpation Cervical:**
- ☐ C1
- ☐ C2
- ☐ C3
- ☐ C4
- ☐ C5
- ☐ C6
- ☐ C7

**Palpation Thoracic:**
- ☐ T1
- ☐ T2
- ☐ T3
- ☐ T4
- ☐ T5
- ☐ T6
- ☐ T7
- ☐ T8
- ☐ T9
- ☐ T10
- ☐ T11
- ☐ T12

**Palpation Lumbar:**
- ☐ L1
- ☐ L2
- ☐ L3
- ☐ L4
- ☐ L5
- ☐ Sacrum
- ☐ Right Ileum
- ☐ Left Ileum

## CERVICAL EXAM

- ☑ Neck Spasms
- ☑ Right
- ☑ Left
- ☑ Sub-Occipitals Spasm
- ☑ Decreased Grip Strength  R  ⊖
- ☑ Decreased Muscle Strength  R  ⊖
- ☑ Cervical Compression Test  ⊕  - slight
- ☑ Shoulder Depression Test  ⊕  - stretches
- ☐ Soto Hall Test  +  -
- ☐ Valsalva's Test  +  -
- ☑ Cervical Distraction Test  ⊕  -

⊘  N

**ROM:** Pain=  1 Minimal  2 Moderate  3 Severe   Not tested unless indicated

|  | ↓ ↑ | PAIN |
|---|---|---|
| FLEXION | WNL | 1 |
| EXTENSION | ↓ | 2-3 |
| RIGHT LATERAL FLEXION | ↓ | 2 |
| LEFT LATERAL FLEXION | ↓ | 2 |
| RIGHT ROTATION | ↓ | 1 |
| LEFT ROTATION | WNL | 1 |

## Re-Evaluation continued
page 2

### Lumbar Exam

- [x] Lumbar Spasms .. Ⓨ N
- [x] Right
- [x] Left
- [x] Decreased Muscle Strength Ⓡ L
- [x] Straight Leg Raiser Right ⊕ −
- [x] Straight Leg Raiser Left ⊕ −
- [ ] Braggard's Test + −
- [x] Kemps Test Ⓛ Ⓡ ⊕ −
- [x] Patrick Faber Test Ⓛ Ⓡ ⊕ −
- [ ] Other _____

**ROM:** Pain 1 Minimal 2 Moderate 3 Severe Not tested unless indicated

| | ↓ ↑ | PAIN |
|---|---|---|
| FLEXION | ↓↓ | 3 |
| EXTENSION | ↓↓ | 3 |
| RIGHT LATERAL FLEXION | ↓↓ | 3 |
| LEFT LATERAL FLEXION | ↓↓ | 3 |
| RIGHT ROTATION | ↓ | 2-3 |
| LEFT ROTATION | ↓ | 2-3 |

### Other

- [ ] Chest pain
- [ ] Abdominal Pain
- [ ] Head Pain
- [ ] Elbow Pain  R  L
- [ ] Hand Pain  R  L
- [ ] Leg Pain   R  L
- [ ] Knee Pain  R  L
- [ ] Ankle Pain R  L
- [ ] Foot Pain  R  L
- [ ] Others: _____
- [ ] Others: _____

### Testing / Consultations:

- [x] Medical Doctor _Dr. Chandler_
- [x] MRI _(+) C/spine C3-C7, T11-12, (+) L/spine C3-L5_
- [x] CT SCAN _Hospital_
- [x] EMG _Radiculopathy C5-6_
- [ ] CLOSED HEAD EVALUATION _____
- [ ] IME _____
- [x] PHYSICAL THERAPY _2/week_
- [x] HOSPITAL _Day of MVA_
- [x] PAIN MANAGEMENT _Dr. Pierce_
- [x] _Dr. Tolia_
- [ ] _Dr. Kovilaloor — treatment, no surgery until 4-6 months_
- [ ] _____
- [ ] See Previous Re-Exam

### Diagnosis:

- [x] Cervical Sprain
- [x] Thoracic Sprain
- [x] Lumbar Sprain
- [x] Headaches
- [x] Cervical Radiculitis
- [x] Lumbar Radiculitis
- [x] Muscle Spasm(s)
- [ ] Joint Pain

- [x] Cervical disc displacement
- [x] Lumbar disc displacement
- [x] Thoracic disc displacement
- [x] Cervicalgia
- [x] Lumbago
- [x] Thoracic pain
- [ ] _____
- [ ] _____

## Re-Evaluation continued

### Treatment Plan

- [x] Continue current treatment plan __3__ times a week for __4__ weeks.
- [x] Moist Heat
- [ ] Ice
- [x] Mechanical Traction
- [x] Deep Tissue Massage Therapy  1 /week   Cervical   Thoracic   Lumbar
- [ ] Therapeutic Exercises
- [x] Adjustments

### Disability

- [x] Work
- [x] Household
- [ ] Attendant Care ___ times a week, for ___ hours a day
- [ ] Driving

### Prognosis

- [ ] Excellent
- [ ] Good
- [x] Guarded
- [ ] Poor
- [x] Depend on further treatment
- [x] Depend on further diagnostic testing
- [ ] _____

### Goals

- [x] Decrease Pain
- [x] Increase Strength
- [x] Increase Range of Motion
- [x] Restore activities of daily living
- [x] Initiation of Independent home exercise program
- [ ] Back to a full time work schedule

### Discussion

1) Continue TX 3/week
2) Massage therapy 1/week
3) PT 2/week
4) Follow up with Dr. Chuttic, Dr. Reay, PT Kornbloom

Physicians Signature: _____   Date: 6-29-10

07/01/2010 14:26   12488894582                MICHIGAN BILLING                      PAGE  38/50

## 1500
### HEALTH INSURANCE CLAIM FORM
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

STATE FARM INSURANCE
FAX 888-845-8680
PO BOX 2361
BLOOMINGTON IL 61702

| | |
|---|---|
| PICA | PICA |

1. MEDICARE  MEDICAID  TRICARE CHAMPUS  CHAMPVA  GROUP HEALTH PLAN  FECA BLK LUNG  OTHER [X]
1a. INSURED'S I.D. NUMBER: 22B130224

2. PATIENT'S NAME: Redacted
3. PATIENT'S BIRTH DATE: Redacted  SEX: M [X]
4. INSURED'S NAME: Redacted

6. PATIENT RELATIONSHIP TO INSURED: Self [X]
8. PATIENT STATUS: Married [X]

10. IS PATIENT'S CONDITION RELATED TO:
a. EMPLOYMENT? NO [X]
b. AUTO ACCIDENT? NO [X]
c. OTHER ACCIDENT? NO [X]

11. INSURED'S POLICY GROUP OR FECA NUMBER
a. INSURED'S DATE OF BIRTH: Redacted  SEX: M [X]
c. INSURANCE PLAN NAME OR PROGRAM NAME: STATE FARM INSURANCE
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? NO [X]

12. PATIENT'S SIGNATURE: SIGNATURE ON FILE  DATE: 06 29 10
13. INSURED'S SIGNATURE: SIGNATURE ON FILE

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: FRANCISCO GUTIERREZ JR BS
17b. NPI: 1700041365

19. RESERVED FOR LOCAL USE: 72210 72211 7231 7242 7234 7244

20. OUTSIDE LAB? NO [X]   $ CHARGES: 0 00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY:
1. 847 0
2. 847 1
3. 847 2
4. 722 0

24.
| A. DATE(S) OF SERVICE From / To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| 06 29 10  06 29 10 | 11 | | 99212 | | 1234 | 150 00 | 1 | | NPI | 1700041365 |

25. FEDERAL TAX I.D. NUMBER: 205918486  EIN [X]
26. PATIENT'S ACCOUNT NO.: 6530C3741
27. ACCEPT ASSIGNMENT? YES [X]
28. TOTAL CHARGE: 150 00
29. AMOUNT PAID: 0 00
30. BALANCE DUE: 150 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER: FRANCISCO GUTIERREZ  07 01 10

32. SERVICE FACILITY LOCATION INFORMATION:
UNIVERSAL HEALTH GROUP
25900 GREENFIELD RD #140
OAK PARK MI 48237
1588832653

33. BILLING PROVIDER INFO & PH #: 248-0094580
UNIVERSAL HEALTH GROUP
5761 W MAPLE RD
WEST BLOOMFIELD MI 48322
1588832653

NUCC Instruction Manual available at: www.nucc.org                       APPROVED OMB 0938-0999 FORM CMS-1500 (08/05)
WCMS-1500CS

BECAUSE THIS FORM IS USED BY VARIOUS GOVERNMENT AND PRIVATE HEALTH PROGRAMS, SEE SEPARATE INSTRUCTIONS ISSUED BY APPLICABLE PROGRAMS.

NOTICE: Any person who knowingly files a statement of claim containing any misrepresentation or any false, incomplete or misleading information may be guilty of a criminal act punishable under law and may be subject to civil penalties.

## REFERS TO GOVERNMENT PROGRAMS ONLY

MEDICARE AND CHAMPUS PAYMENTS: A patient's signature requests that payment be made and authorizes release of any information necessary to process the claim and certifies that the information provided in Blocks 1 through 12 is true, accurate and complete. In the case of a Medicare claim, the patient's signature authorizes any entity to release to Medicare medical and nonmedical information, including employment status, and whether the person has employer group health insurance, liability, no-fault, worker's compensation or other insurance which is responsible to pay for the services for which the Medicare claim is made. See 42 CFR 411.24(a). If item 9 is completed, the patient's signature authorizes release of the information to the health plan or agency shown. In Medicare assigned or CHAMPUS participation cases, the physician agrees to accept the charge determination of the Medicare carrier or CHAMPUS fiscal intermediary as the full charge, and the patient is responsible only for the deductible, coinsurance and noncovered services. Coinsurance and the deductible are based upon the charge determination of the Medicare carrier or CHAMPUS fiscal intermediary if this is less than the charge submitted. CHAMPUS is not a health insurance program but makes payment for health benefits provided through certain affiliations with the Uniformed Services. Information on the patient's sponsor should be provided in those items captioned in "Insured"; i.e., items 1a, 4, 6, 7, 9, and 11.

### BLACK LUNG AND FECA CLAIMS

The provider agrees to accept the amount paid by the Government as payment in full. See Black Lung and FECA instructions regarding required procedure and diagnosis coding systems.

### SIGNATURE OF PHYSICIAN OR SUPPLIER (MEDICARE, CHAMPUS, FECA AND BLACK LUNG)

I certify that the services shown on this form were medically indicated and necessary for the health of the patient and were personally furnished by me or were furnished incident to my professional service by my employee under my immediate personal supervision, except as otherwise expressly permitted by Medicare or CHAMPUS regulations.

For services to be considered as "incident" to a physician's professional service, 1) they must be rendered under the physician's immediate personal supervision by his/her employee, 2) they must be an integral, although incidental part of a covered physician's service, 3) they must be of kinds commonly furnished in physician's offices, and 4) the services of nonphysicians must be included on the physician's bills.

For CHAMPUS claims, I further certify that I (or any employee) who rendered services am not an active duty member of the Uniformed Services or a civilian employee of the United States Government or a contract employee of the United States Government, either civilian or military (refer to 5 USC 5536). For Black-Lung claims, I further certify that the services performed were for a Black Lung-related disorder.

No Part B Medicare benefits may be paid unless this form is received as required by existing law and regulations (42 CFR 424.32)

NOTICE: Any one who misrepresents or falsifies essential information to receive payment from Federal funds requested by this form may upon conviction be subject to fine and imprisonment under applicable Federal laws.

### NOTICE TO PATIENT ABOUT THE COLLECTION AND USE OF MEDICARE, CHAMPUS, FECA, AND BLACK LUNG INFORMATION
(PRIVACY ACT STATEMENT)

We are authorized by CMS, CHAMPUS and OWCP to ask you for information needed in the administration of the Medicare, CHAMPUS, FECA, and Black Lung programs. Authority to collect information is in section 205(a), 1862, 1872 and 1874 of the Social Security Act as amended, 42 CFR 411.24(a) and 424.5(a)(6), and 44 USC 3101;41 CFR 101 et seq and 10 USC 1079 and 1086; 5 USC 8101 et seq; and 30 USC 901 et seq; 38 USC 613; E.O. 9397.

The information we obtain to complete claims under these programs is used to identify you and to determine your eligibility. It is also used to decide if the services and supplies you received are covered by these programs and to insure that proper payment is made.

The information may also be given to other providers of services, carriers, intermediaries, medical review boards, health plans, and other organizations or Federal agencies, for the effective administration of Federal provisions that require other third parties payers to pay primary to Federal program, and as otherwise necessary to administer these programs. For example, it may be necessary to disclose information about the benefits you have used to a hospital or doctor. Additional disclosures are made through routine uses for information contained in systems of records.

FOR MEDICARE CLAIMS: See the notice modifying system No. 09-70-0501, titled, 'Carrier Medicare Claims Record,' published in the Federal Register, Vol 55 No. 177, page 37549, Wed. Sept. 12, 1990, or as updated and republished

FOR OWCP CLAIMS: Department of Labor, Privacy Act of 1974, "Republication of Notice of Systems of Records," Federal Register Vol. 55 No. 40, Wed Feb 28, 1990, See ESA-5, ESA-6, ESA-12, ESA-13, ESA-30, or as updated and republished

FOR CHAMPUS CLAIMS: PRINCIPLE PURPOSE(S). To evaluate eligibility for medical care provided by civilian sources and to issue payment upon establishment of eligibility and determination that the services/supplies received are authorized by law.

ROUTINE USE(S): Information from claims and related documents may be given to the Dept. of Veterans Affairs, the Dept. of Health and Human Services and/or the Dept. of Transportation consistent with their statutory administrative responsibilities under CHAMPUS/CHAMPVA; to the Dept of Justice for representation of the Secretary of Defense in civil actions; to the Internal Revenue Service, private collection agencies, and consumer reporting agencies in connection with recoupment claims; and to Congressional Offices in response to inquiries made at the request of the person to whom a record pertains. Appropriate disclosures may be made to other federal, state, local, foreign government agencies, private business entities, and individual providers of care, on matters relating to entitlement, claims adjudication, fraud, program abuse, utilization review, quality assurance, peer review, program integrity, third-party liability, coordination of benefits and civil and criminal litigation related to the operation of CHAMPUS.

DISCLOSURES: Voluntary; however, failure to provide information will result in delay in payment or may result in denial of claim. With the one exception discussed below, there are no penalties under these programs for refusing to supply information. However, failure to furnish information regarding the medical services rendered or the amount charged would prevent payment of claims under these programs. Failure to furnish any other information, such as name or claim number, would delay payment of the claim. Failure to provide medical information under FECA could be deemed an obstruction.

It is mandatory that you tell us if you know that another party is responsible for paying for your treatment. Section 1128B of the Social Security Act and 31 USC 3801-3812 provide penalties for withholding this information.

You should be aware that P.L. 100-503, the "Computer Matching and Privacy Protection Act of 1988", permits the government to verify information by way of computer matches.

### MEDICAID PAYMENTS (PROVIDER CERTIFICATION)

I hereby agree to keep such records as are necessary to disclose fully the extent of services provided to individuals under the State's Title XIX plan and to furnish information regarding any payments claimed for providing such services as the State Agency or Dept. of Health and Human Services may request.

I further agree to accept, as payment in full, the amount paid by the Medicaid program for those claims submitted for payment under that program, with the exception of authorized deductible, coinsurance, co-payment or similar cost-sharing charge.

SIGNATURE OF PHYSICIAN (OR SUPPLIER): I certify that the services listed above were medically indicated and necessary to the health of this patient and were personally furnished by me or my employee under my personal direction.

NOTICE: This is to certify that the foregoing information is true, accurate and complete. I understand that payment and satisfaction of this claim will be from Federal and State funds, and that any false claims, statements, or documents, or concealment of a material fact, may be prosecuted under applicable Federal or State laws

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-0999. The time required to complete this information collection is estimated to average 10 minutes per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have any comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: CMS, Attn. PRA Reports Clearance Officer 7500 Security Boulevard, Baltimore, Maryland 21244-1850. This address is for comments and/or suggestions only. DO NOT MAIL COMPLETED CLAIM FORMS TO THIS ADDRESS

**Universal Health Group**

**PATIENT RE-EVALUATION**
Universal Health Group, Inc.

22B133548

**Patient Name:** Redacted

**Date:** 05-25-10

in P.M. worst

**Current Complaints:**
- [x] Neck Pain  Type: Shooting 7-8/10
- [x] Mid Back Pain  Type: Stabbing 9/10
- [x] Low Back Pain  Type: Radiating 8/10
- [x] R Arm Numbness
- [x] L Arm Numbness  worst = tingling in Hands
- [x] R Leg Numbness
- [ ] L Leg Numbness
- [x] Upper Extremity Weakness (R)
- [x] Lower Extremity Weakness (R)

- [x] Headaches  Frequency: DAILY
- [x] Dizziness  Frequency: on/off
- [ ] Memory Loss  Frequency:
- [ ] Tinnitus  Frequency:
- [ ] Jaw Pain  Frequency:
- [ ] Memory Loss
- [x] Trouble Sleeping
- [ ] Others:

**Difficulty:**
- [x] Sitting
- [x] Standing
- [x] Lifting
- [x] Bending
- [x] Pushing
- [x] Pulling
- [x] Reaching, Overhead
- [x] Squatting
- [x] Kneeling
- [ ] Others:

Mid Back Pain Severe and Ribs (Fractured)

**Muscle Spasm:**
- [x] Sub Occipitals
- [x] Cervical Spine Para Spinal
- [x] Thoracic Spine Para Spinal
- [x] Lumbar Spine Para Spinal
- [x] Traps
- [x] Levator Scapula
- [x] Quadratious Lumorum
- [x] Piriformis
- [x] Hamstrings

**Palpation Cervical:**
- [x] C1
- [x] C2
- [ ] C3
- [x] C4
- [x] C5
- [ ] C6
- [x] C7

**Palpation Thoracic:**
- [x] T1
- [x] T2
- [ ] T3
- [x] T4
- [x] T5
- [x] T6
- [x] T7
- [x] T8
- [x] T9
- [ ] T10
- [ ] T11
- [ ] T12

**Palpation Lumbar:**
- [ ] L1
- [ ] L2
- [ ] L3
- [ ] L4
- [ ] L5
- [ ] Sacrum
- [ ] Right Ileum
- [ ] Left Ileum

**CERVICAL EXAM:**

- [x] Neck Spasms
- [x] Right
- [x] Left
- [x] Sub Occipitals Spasm
- [ ] Decreased Grip Strength
- [x] Decreased Muscle Strength
- [x] Cervical Compression Test
- [x] Shoulder Depression Test
- [ ] Soto Hall Test
- [x] Valsalva's Test
- [x] Cervical Distraction Test

(R) worse
(L) worse

| ROM: Pain= 1 Minimal 2 Moderate 3 Severe  Not tested unless indicated | ↓ ↑ | PAIN |
|---|---|---|
| FLEXION | | 2-3 |
| EXTENSION | | 2-3 |
| RIGHT LATERAL FLEXION | | 2-3 |
| LEFT LATERAL FLEXION | | 2-3 |
| RIGHT ROTATION | | 2-3 |
| LEFT ROTATION | ✓ | 2-3 |

Re-Evaluation continued                                                                                      page 2

## Lumbar Exam

- [x] Lumbar Spasms          Y     N
- [x] Right
- [x] Left
- [x] Decreased Muscle Strength    (R)  (L)
- [x] Straight Leg Raiser Right    (+)  -
- [x] Straight Leg Raiser Left     (+)  -
- [x] Braggard's Test              (+)  -
- [x] Kemps Test  (L)(R)           +    -
- [x] Patrick Faber Test (L)(R)    +    -
- [ ] Other _____

| ROM: Pain+ 1 Minimal 2 Moderate 3 Severe Not tested unless indicated | ↓ ↑ | PAIN |
|---|---|---|
| FLEXION | | 3 |
| EXTENSION | | 3 |
| RIGHT LATERAL FLEXION | | 3 |
| LEFT LATERAL FLEXION | | 3 |
| RIGHT ROTATION | | 3 |
| LEFT ROTATION | ✓ | 3 |

## Other

- [ ] Chest pain
- [ ] Abdominal Pain
- [ ] Head Pain
- [x] Elbow Pain   (R)  (L)
- [ ] Hand Pain     R    L
- [ ] Leg Pain      R    L
- [x] Knee Pain   (R)  (L)
- [x] Ankle Pain  (R)  (L)
- [x] Foot Pain   (R)  (L)
- [ ] Others: _____
- [ ] Others: _____

## Testing / Consultations:

- [x] Medical Doctor  DR. CHIPLER
- [x] MRI  Rt - Sending out for our MREN, it won't
- [ ] CT SCAN  P.O.A.
- [x] EMG  Sending out Today to DR. TOLIA for this
- [ ] CLOSED HEAD EVALUATION _____
- [ ] IME _____
- [ ] PHYSICAL THERAPY _____
- [x] HOSPITAL  Detroit Receiving
- [ ] PAIN MANAGEMENT _____
- [x] Bilat. Knee joint effusions
- [x] 10/7/10 Appt with Detroit Receiving
- [ ] Rt. PCL Tear
- [ ] See Previous Re-Exam

## Diagnosis:

- [x] Cervical Sprain _____
- [x] Thoracic Sprain _____
- [x] Lumbar Sprain _____
- [x] Headaches _____
- [x] Cervical Radiculitius _____
- [x] Lumbar Radiculitius _____
- [x] Muscle Spasm(s) _____
- [x] Joint Pain  Bilat Knees, Elbow's, Ankles
- [x] Both Knee Caps Broken
- [x] Lt. Sided Rib Fractures 5-6 Ribs BROKEN
- [x] Torn PCL in Lt. Leg
- [x] Rt. Foot Fracture
- [x] 2nd Digit TOE Fracture in Rt. Foot

**Re-Evaluation continued**  page 3

## Treatment Plan

- [ ] Continue current treatment plan  3  times a week for  4  weeks.
- [x] Moist Heat
- [ ] Ice
- [x] Mechanical Traction
- [ ] Deep Tissue Massage Therapy
- [ ] Therapeutic Exercises    Cervical    Thoracic    Lumbar
- [x] Adjustments   C/T/L

## Disability

- [x] Work
- [x] Household
- [x] Attendant Care   7  times a week, for  16  hours a day
- [x] Driving

## Prognosis

- [ ] Excellent
- [ ] Good
- [x] Guarded
- [ ] Poor
- [x] Depend on further treatment
- [x] Depend on further diagnostic testing
- [ ] _____

## Goals

- [x] Decrease Pain
- [x] Increase Strength
- [x] Increase Range of Motion
- [x] Restore activities of daily living
- [x] Initiation of Independent home exercise program
- [x] Back to a full time work schedule

## Discussion

1) cont. Tx Plan
2) Follow up Dr. Chudler, Detroit Receiving Hosp., Dr Tocia, and sending out for STL MRI's next visit
3) Home Ice/Ht

Physicians Signature: [signature]        Date: 5/25/10

**STATE FARM INSURANCE**
**P.O. BOX 2361**
**BLOOMINGTON IL 61702-2361**

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

| | | |
|---|---|---|
| PICA | | PICA |

1. MEDICARE  MEDICAID  TRICARE CHAMPUS  CHAMPVA  GROUP HEALTH PLAN  FECA BLK LUNG  OTHER
(Medicare #)  (Medicaid #)  (Sponsor's SSN)  (Member ID-X)  (SSN or ID)  (SSN)  (ID)

1a. INSURED'S I.D. NUMBER (For Program in Item 1)
**22B133548**

2. PATIENT'S NAME: Redacted
3. PATIENT'S BIRTH DATE: Redacted  SEX: X F
4. INSURED'S NAME: Redacted

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse [ ]  Child [ ]  Other [ ]

8. PATIENT STATUS
Single [X]  Married [ ]  Other [ ]
Employed [ ]  Full-Time Student [ ]  Part-Time Student [ ]

10. IS PATIENT'S CONDITION RELATED TO:
a. EMPLOYMENT? (Current or Previous)  [ ]YES [X]NO
b. AUTO ACCIDENT?  [ ]YES [X]NO  PLACE (State)
c. OTHER ACCIDENT?  [ ]YES [X]NO

a. OTHER INSURED'S POLICY OR GROUP NUMBER
b. OTHER INSURED'S DATE OF BIRTH  SEX  M [ ] F [ ]
c. EMPLOYER'S NAME OR SCHOOL NAME
d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

b. EMPLOYER'S NAME OR SCHOOL NAME
c. INSURANCE PLAN NAME OR PROGRAM NAME
**STATE FARM INSURANCE**
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [ ]YES [X]NO

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED **SIGNATURE ON FILE**  DATE **06 09 2010**

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED **SIGNATURE ON FILE**

14. DATE OF CURRENT: ILLNESS/INJURY/PREGNANCY
15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS, GIVE FIRST DATE **04 20 2010**
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM  TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
17a.
17b. NPI

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM  TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  [ ]YES [X]NO  $CHARGES  **0**

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY
1. **847 0**    3. **847 2**
2. **847 1**    4. **728 4**

22. MEDICAID RESUBMISSION CODE  ORIGINAL REF. NO.
23. PRIOR AUTHORIZATION NUMBER

24.

| # | A. DATE(S) OF SERVICE From / To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS / MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT | I. ID QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05 25 10  05 25 10 | 11 | | 99212 | 1 | 150.00 | 1 | | NPI | 1104973007 |
| 2 | 05 27 10  05 27 10 | 11 | | 97010  59 | 1 | 35.00 | 1 | | NPI | 1104973007 |
| 3 | 05 27 10  05 27 10 | 11 | | 98941 | 1 2 3 4 | 75.00 | 1 | | NPI | 1104973007 |
| 4 | | | | | | | | | NPI | |
| 5 | | | | | | | | | NPI | |
| 6 | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER  SSN  EIN [X]
**205918486**

26. PATIENT'S ACCOUNT NO. **00001243**

27. ACCEPT ASSIGNMENT? [X]YES [ ]NO

28. TOTAL CHARGE **260.00**
29. AMOUNT PAID **0.00**
30. BALANCE DUE **260.00**

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS
**DAVID KATZ**
DC  06 09 2010
SIGNED  DATE

32. SERVICE FACILITY LOCATION INFORMATION
**UNIVERSAL HEALTH GROUP, INC**
**26561 W. 12 MILE ROAD**
**SOUTHFIELD MI 48034**
a. **1588832653**  b.

33. BILLING PROVIDER INFO & PH. # ( )
**UNIVERSAL HEALTH GROUP, INC.**
**5761 WEST MAPLE ROAD**
**WEST BLOOMFIELD MI**  **248 626 6892**
a. **1588832653**

NUCC Instruction Manual available at: www.nucc.org
APPROVED OMB 0938-0999 FORM CMS-1500 (08/05)
WCMS-1500CS

BECAUSE THIS FORM IS USED BY VARIOUS GOVERNMENT AND PRIVATE HEALTH PROGRAMS, SEE SEPARATE INSTRUCTIONS ISSUED BY APPLICABLE PROGRAMS.

NOTICE: Any person who knowingly files a statement of claim containing any misrepresentation or any false, incomplete or misleading information may be guilty of a criminal act punishable under law and may be subject to civil penalties.

### REFERS TO GOVERNMENT PROGRAMS ONLY

MEDICARE AND CHAMPUS PAYMENTS: A patient's signature requests that payment be made and authorizes release of any information necessary to process the claim and certifies that the information provided in Blocks 1 through 12 is true, accurate and complete. In the case of a Medicare claim, the patient's signature authorizes any entity to release to Medicare medical and nonmedical information, including employment status, and whether the person has employer group health insurance, liability, no-fault, worker's compensation or other insurance which is responsible to pay for the services for which the Medicare claim is made. See 42 CFR 411.24(a). If item 9 is completed, the patient's signature authorizes release of the information to the health plan or agency shown. In Medicare assigned or CHAMPUS participation cases, the physician agrees to accept the charge determination of the Medicare carrier or CHAMPUS fiscal intermediary as the full charge, and the patient is responsible only for the deductible, coinsurance and noncovered services. Coinsurance and the deductible are based upon the charge determination of the Medicare carrier or CHAMPUS fiscal intermediary if this is less than the charge submitted. CHAMPUS is not a health insurance program but makes payment for health benefits provided through certain affiliations with the Uniformed Services. Information on the patient's sponsor should be provided in those items captioned in "Insured"; i.e., items 1a, 4, 6, 7, 9, and 11.

### BLACK LUNG AND FECA CLAIMS

The provider agrees to accept the amount paid by the Government as payment in full. See Black Lung and FECA instructions regarding required procedure and diagnosis coding systems.

### SIGNATURE OF PHYSICIAN OR SUPPLIER (MEDICARE, CHAMPUS, FECA AND BLACK LUNG)

I certify that the services shown on this form were medically indicated and necessary for the health of the patient and were personally furnished by me or were furnished incident to my professional service by my employee under my immediate personal supervision, except as otherwise expressly permitted by Medicare or CHAMPUS regulations.

For services to be considered as "incident" to a physician's professional service, 1) they must be rendered under the physician's immediate personal supervision by his/her employee, 2) they must be an integral, although incidental part of a covered physician's service, 3) they must be of kinds commonly furnished in physician's offices, and 4) the services of nonphysicians must be included on the physician's bills.

For CHAMPUS claims, I further certify that I (or any employee) who rendered services am not an active duty member of the Uniformed Services or a civilian employee of the United States Government or a contract employee of the United States Government, either civilian or military (refer to 5 USC 5536). For Black-Lung claims, I further certify that the services performed were for a Black Lung-related disorder.

No Part B Medicare benefits may be paid unless this form is received as required by existing law and regulations (42 CFR 424.32)

NOTICE: Any one who misrepresents or falsifies essential information to receive payment from Federal funds requested by this form may upon conviction be subject to fine and imprisonment under applicable Federal laws.

### NOTICE TO PATIENT ABOUT THE COLLECTION AND USE OF MEDICARE, CHAMPUS, FECA, AND BLACK LUNG INFORMATION
(PRIVACY ACT STATEMENT)

We are authorized by CMS, CHAMPUS and OWCP to ask you for information needed in the administration of the Medicare, CHAMPUS, FECA, and Black Lung programs. Authority to collect information is in section 205(a), 1862, 1872 and 1874 of the Social Security Act as amended, 42 CFR 411.24(a) and 424.5(a) (6), and 44 USC 3101;41 CFR 101 et seq and 10 USC 1079 and 1086; 5 USC 8101 et seq; and 30 USC 901 et seq; 38 USC 613; E.O. 9397.

The information we obtain to complete claims under these programs is used to identify you and to determine your eligibility. It is also used to decide if the services and supplies you received are covered by these programs and to insure that proper payment is made.

The information may also be given to other providers of services, carriers, intermediaries, medical review boards, health plans, and other organizations or Federal agencies, for the effective administration of Federal provisions that require other third parties payers to pay primary to Federal program, and as otherwise necessary to administer these programs. For example, it may be necessary to disclose information about the benefits you have used to a hospital or doctor. Additional disclosures are made through routine uses for information contained in systems of records.

FOR MEDICARE CLAIMS: See the notice modifying system No. 09-70-0501, titled, 'Carrier Medicare Claims Record,' published in the Federal Register, Vol 55 No. 177, page 37549, Wed. Sept. 12, 1990, or as updated and republished

FOR OWCP CLAIMS: Department of Labor, Privacy Act of 1974, "Republication of Notice of Systems of Records," Federal Register Vol. 55 No. 40, Wed Feb 28, 1990, See ESA-5, ESA-6, ESA-12, ESA-13, ESA-30, or as updated and republished

FOR CHAMPUS CLAIMS: PRINCIPLE PURPOSE(S): To evaluate eligibility for medical care provided by civilian sources and to issue payment upon establishment of eligibility and determination that the services/supplies received are authorized by law.

ROUTINE USE(S): Information from claims and related documents may be given to the Dept. of Veterans Affairs, the Dept. of Health and Human Services and/or the Dept. of Transportation consistent with their statutory administrative responsibilities under CHAMPUS/CHAMPVA; to the Dept. of Justice for representation of the Secretary of Defense in civil actions; to the Internal Revenue Service, private collection agencies, and consumer reporting agencies in connection with recoupment claims; and to Congressional Offices in response to inquiries made at the request of the person to whom a record pertains. Appropriate disclosures may be made to other federal, state, local, foreign government agencies, private business entities, and individual providers of care, on matters relating to entitlement, claims adjudication, fraud, program abuse, utilization review, quality assurance, peer review, program integrity, third-party liability, coordination of benefits and civil and criminal litigation related to the operation of CHAMPUS.

DISCLOSURES: Voluntary; however, failure to provide information will result in delay in payment or may result in denial of claim. With the one exception discussed below, there are no penalties under these programs for refusing to supply information. However, failure to furnish information regarding the medical services rendered or the amount charged would prevent payment of claims under these programs. Failure to furnish any other information, such as name or claim number, would delay payment of the claim. Failure to provide medical information under FECA could be deemed an obstruction.

It is mandatory that you tell us if you know that another party is responsible for paying for your treatment. Section 1128B of the Social Security Act and 31 USC 3801-3812 provide penalties for withholding this information.

You should be aware that P.L. 100-503, the "Computer Matching and Privacy Protection Act of 1988", permits the government to verify information by way of computer matches.

### MEDICAID PAYMENTS (PROVIDER CERTIFICATION)

I hereby agree to keep such records as are necessary to disclose fully the extent of services provided to individuals under the State's Title XIX plan and to furnish information regarding any payments claimed for providing such services as the State Agency or Dept. of Health and Human Services may request.

I further agree to accept, as payment in full, the amount paid by the Medicaid program for those claims submitted for payment under that program, with the exception of authorized deductible, coinsurance, co-payment or similar cost-sharing charge.

SIGNATURE OF PHYSICIAN (OR SUPPLIER): I certify that the services listed above were medically indicated and necessary to the health of this patient and were personally furnished by me or my employee under my personal direction.

NOTICE: This is to certify that the foregoing information is true, accurate and complete. I understand that payment and satisfaction of this claim will be from Federal and State funds, and that any false claims, statements, or documents, or concealment of a material fact, may be prosecuted under applicable Federal or State laws

---

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-0999. The time required to complete this information collection is estimated to average 10 minutes per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have any comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: CMS, Attn. PRA Reports Clearance Officer, 7500 Security Boulevard, Baltimore, Maryland 21244-1850. This address is for comments and/or suggestions only. DO NOT MAIL COMPLETED CLAIM FORMS TO THIS ADDRESS

Universal Health Group

**PATIENT RE-EVALUATION**

Patient Name: Redacted

Date: 8-9-10

**Patient Complaints:**
- [x] Neck Pain  Type: _____ 10/10
- [x] Mid Back Pain  Type: Shoulder blades, sharp, 8/10
- [x] Low Back Pain  Type: on/off, 10/10
- [x] R Arm Numbness _____ crampy
- [x] L Arm Numbness cry/pw
- [x] R Leg Numbness _____ crampy
- [ ] L Leg Numbness
- [ ] Upper Extremity Weakness  R  L
- [x] Lower Extremity Weakness (R)  L

- [x] Headaches  Frequency: 3/wk
- [ ] Dizziness  Frequency: Resolved
- [ ] Memory Loss  Frequency:
- [ ] Tinnitus  Frequency:
- [x] Jaw Pain  Frequency:
- [ ] Memory Loss
- [x] Trouble Sleeping
- [ ] Others: _____

**Difficulty:**
- [x] Sitting
- [x] Standing
- [x] Lifting
- [x] Bending
- [x] Pushing
- [x] Pulling
- [x] Reaching Overhead
- [x] Squatting
- [x] Kneeling
- [ ] Others: _____

**Muscle Spasm:**
- [x] Sub Occipitals
- [x] Cervical Spine Para Spinal
- [x] Thoracic Spine Para Spinal
- [x] Lumbar Spine Para Spinal
- [x] Traps
- [x] Levator Scapula
- [x] Quadratious Lumorum
- [ ] Piriformis
- [ ] Hamstrings

**Palpation Cervical:**
- [x] C1
- [x] C2
- [x] C3
- [x] C4
- [x] C5
- [x] C6
- [x] C7

**Palpation Thoracic:**
- [x] T1
- [x] T2
- [x] T3
- [ ] T4
- [ ] T5
- [x] T6
- [x] T7
- [x] T8
- [ ] T9
- [x] T10
- [ ] T11
- [ ] T12

**Palpation Lumbar:**
- [ ] L1
- [x] L2
- [x] L3
- [x] L4
- [x] L5
- [x] Sacrum
- [ ] Right Ileum
- [ ] Left Ileum

**CERVICAL EXAM**

- [x] Neck Spasms  (Y)  N
- [x] Right
- [x] Left
- [x] Sub Occipitals Spasm
- [ ] Decreased Grip Strength  R  L
- [ ] Decreased Muscle Strength  R  L
- [x] Cervical Compression Test  (+)  -
- [x] Shoulder Depression Test  (+)  -
- [ ] Soto Hall Test  +  -
- [x] Valsalva's Test  (+)  -
- [x] Cervical Distraction Test  (+)  -

| ROM : Pain= 1 Minimal 2 Moderate 3 Severe  Not tested unless indicated | ↓ ↑ | PAIN |
|---|---|---|
| FLEXION | ↓ | 3 |
| EXTENSION | ↓ | 3 |
| RIGHT LATERAL FLEXION | ↓ | 3 |
| LEFT LATERAL FLEXION | ↓ | 3 |
| RIGHT ROTATION | ↓ | 3 |
| LEFT ROTATION | ↓ | 3 |

## Physical Exam

- [x] Lumbar Spasms        (Y)   N
- [x] Right
- [x] Left
- [x] Decreased Muscle Strength   (R)   L
- [x] Straight Leg Raiser Right   (+)
- [ ] Straight Leg Raiser Left    (–)
- [x] Braggard's Test             (+)
- [x] Kemps Test  L  (R)          (+)
- [x] Patrick Faber Test  L  (R)  (+)
- [ ] Other _____

**ROM:** Pain= 1 Minimal  2 Moderate  3 Severe   Not tested unless indicated

| | ↓ | ↑ | PAIN |
|---|---|---|---|
| FLEXION | | ↓ | 3 |
| EXTENSION | | ↓ | 3 |
| RIGHT LATERAL FLEXION | | ↓ | 3 |
| LEFT LATERAL FLEXION | | ↓ | 3 |
| RIGHT ROTATION | | ↓ | 3 |
| LEFT ROTATION | | ↓ | 3 |

## Pain

- [ ] Chest pain
- [ ] Abdominal Pain
- [x] Head Pain
- [ ] Elbow Pain   R   L
- [ ] Hand Pain    R   L
- [x] Leg Pain    (R)  L
- [ ] Knee Pain    R   L
- [ ] Ankle Pain   R   L
- [ ] Foot Pain    R   L
- [x] Others: _Chest + Rib pain_
- [ ] Others: _____

## Testing / Consultations

- [x] Medical Doctor _Dr. Chandler_
- [x] MRI _(+) C, T, L / spine_
- [ ] CT SCAN
- [x] EMG _Set-up with Dr. Taha_
- [x] CLOSED HEAD EVALUATION _Set-up with Dr. Taha_
- [ ] IME
- [x] PHYSICAL THERAPY _will set-up_
- [x] HOSPITAL _Henry Ford - day of MVA_
- [x] PAIN MANAGEMENT _Dr. Recci_
- [ ]
- [ ]
- [ ]
- [x] See Previous Re-Exam

## Diagnosis

- [x] Cervical Sprain
- [x] Thoracic Sprain
- [x] Lumbar Sprain
- [x] Headaches
- [x] Cervical Radiculitis
- [x] Lumbar Radiculitis
- [x] Muscle Spasm(s)
- [ ] Joint Pain
- [x] Sleep disturbance

- [x] Cervical disc displacement
- [x] Thoracic disc displacement
- [x] Lumbar disc displacement
- [x] Cervicalgia
- [x] Lumbago
- [x] T-Spine pain
- [x] Chest / rib pain

Re-Evaluation Continued page 3

## Treatment Plan

- [ ] Continue current treatment plan __3__ times a week for __4__ weeks.
- [x] Moist Heat
- [ ] Ice
- [x] Mechanical Traction
- [x] Deep Tissue Massage Therapy  1/week
- [ ] Therapeutic Exercises    Cervical    Thoracic    Lumbar
- [x] Adjustments

## Disability

- [x] Work
- [x] Household
- [ ] Attendant Care ___ times a week, for ___ hours a day
- [x] Driving

## Prognosis

- [ ] Excellent
- [ ] Good
- [x] Guarded
- [ ] Poor
- [x] Depend on further treatment
- [x] Depend on further diagnostic testing
- [ ] _____

## Goals

- [x] Decrease Pain
- [x] Increase Strength
- [x] Increase Range of Motion
- [x] Restore activities of daily living
- [x] Initiation of Independent home exercise program
- [x] Back to a full time work schedule

## Discussion

1) Continue TX 3/week
2) Massage therapy 1/week
3) Follow up with Dr. Chandler, Dr. Pierce
4) Schedule Dr. Tolia — EMG, Closed Head Grl
5) Schedule PT

Physicians Signature: _[signature]_    Date: 8-9-10

| | |
|---|---|
| **1500** **HEALTH INSURANCE CLAIM FORM** APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05 | STATE FARM INSURANCE FAX 888-845-8680 PO BOX 2361 BLOOMINGTON IL 61702 |

☐☐ PICA   PICA ☐☐

1. MEDICARE ☐ MEDICAID ☐ TRICARE CHAMPUS ☐ CHAMPVA ☐ GROUP HEALTH PLAN ☐ FECA BLK LUNG ☐ OTHER [X]
   1a. INSURED'S I.D. NUMBER: 22B143652

2. PATIENT'S NAME: Redacted
3. PATIENT'S BIRTH DATE: Redacted    SEX F [X]
4. INSURED'S NAME: Redacted

6. PATIENT RELATIONSHIP TO INSURED: Self [X]
8. PATIENT STATUS: Married [X]

11. INSURED'S POLICY GROUP OR FECA NUMBER
    a. INSURED'S DATE OF BIRTH: Redacted   SEX F [X]
    c. INSURANCE PLAN NAME OR PROGRAM NAME: STATE FARM INSURANCE
    d. IS THERE ANOTHER HEALTH BENEFIT PLAN? NO [X]

10. IS PATIENT'S CONDITION RELATED TO:
    a. EMPLOYMENT? NO [X]
    b. AUTO ACCIDENT? NO [X]
    c. OTHER ACCIDENT? NO [X]

12. PATIENT'S SIGNATURE: SIGNATURE ON FILE   DATE: 08 09 10
13. INSURED'S SIGNATURE: SIGNATURE ON FILE

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: FRANCISCO GUTIERREZ JR BS
    17b. NPI: 1700041365

19. RESERVED FOR LOCAL USE: 7220 72210 72211 7231 7241 7242
20. OUTSIDE LAB? NO [X]   $ CHARGES: 0.00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY:
    1. 739 1
    2. 739 2
    3. 739 3
    4. 739 4

| 24. A. DATE(S) OF SERVICE From / To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| 08 09 10  08 09 10 | 11 | | 99212 | | 1234 | 150 00 | 1 | | NPI | 1700041365 |

25. FEDERAL TAX I.D. NUMBER: 205918486   [X] EIN
26. PATIENT'S ACCOUNT NO.: 7420C9003
27. ACCEPT ASSIGNMENT? YES [X]
28. TOTAL CHARGE: $150.00
29. AMOUNT PAID: $0.00
30. BALANCE DUE: $150.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER: FRANCISCO GUTIERREZ   DATE: 08 12 10
32. SERVICE FACILITY LOCATION INFORMATION: UNIVERSAL HEALTH GROUP, 25900 GREENFIELD RD #140, OAK PARK MI 48237
    a. 1588832653
33. BILLING PROVIDER INFO & PH. #: 248-889-4580   UNIVERSAL HEALTH GROUP, 5761 W MAPLE RD, WEST BLOOMFIELD MI 48322
    a. 1588832653

NUCC Instruction Manual available at: www.nucc.org   APPROVED OMB 0938-0999 FORM CMS-1500 (08/05)
WCMS-1500OS

BECAUSE THIS FORM IS USED BY VARIOUS GOVERNMENT AND PRIVATE HEALTH PROGRAMS, SEE SEPARATE INSTRUCTIONS ISSUED BY APPLICABLE PROGRAMS.

NOTICE: Any person who knowingly files a statement of claim containing any misrepresentation or any false, incomplete or misleading information may be guilty of a criminal act punishable under law and may be subject to civil penalties.

### REFERS TO GOVERNMENT PROGRAMS ONLY

MEDICARE AND CHAMPUS PAYMENTS: A patient's signature requests that payment be made and authorizes release of any information necessary to process the claim and certifies that the information provided in Blocks 1 through 12 is true, accurate and complete. In the case of a Medicare claim, the patient's signature authorizes any entity to release to Medicare medical and nonmedical information, including employment status, and whether the person has employer group health insurance, liability, no-fault, worker's compensation or other insurance which is responsible to pay for the services for which the Medicare claim is made. See 42 CFR 411.24(a). If item 9 is completed, the patient's signature authorizes release of the information to the health plan or agency shown. In Medicare assigned or CHAMPUS participation cases, the physician agrees to accept the charge determination of the Medicare carrier or CHAMPUS fiscal intermediary as the full charge, and the patient is responsible only for the deductible, coinsurance and noncovered services. Coinsurance and the deductible are based upon the charge determination of the Medicare carrier or CHAMPUS fiscal intermediary if this is less than the charge submitted. CHAMPUS is not a health insurance program but makes payment for health benefits provided through certain affiliations with the Uniformed Services. Information on the patient's sponsor should be provided in those items captioned in "Insured"; i.e., items 1a, 4, 6, 7, 9, and 11.

### BLACK LUNG AND FECA CLAIMS

The provider agrees to accept the amount paid by the Government as payment in full. See Black Lung and FECA instructions regarding required procedure and diagnosis coding systems.

### SIGNATURE OF PHYSICIAN OR SUPPLIER (MEDICARE, CHAMPUS, FECA AND BLACK LUNG)

I certify that the services shown on this form were medically indicated and necessary for the health of the patient and were personally furnished by me or were furnished incident to my professional service by my employee under my immediate personal supervision, except as otherwise expressly permitted by Medicare or CHAMPUS regulations.

For services to be considered as "incident" to a physician's professional service, 1) they must be rendered under the physician's immediate personal supervision by his/her employee, 2) they must be an integral, although incidental part of a covered physician's service, 3) they must be of kinds commonly furnished in physician's offices, and 4) the services of nonphysicians must be included on the physician's bills.

For CHAMPUS claims, I further certify that I (or any employee) who rendered services am not an active duty member of the Uniformed Services or a civilian employee of the United States Government or a contract employee of the United States Government, either civilian or military (refer to 5 USC 5536). For Black-Lung claims, I further certify that the services performed were for a Black Lung-related disorder.

No Part B Medicare benefits may be paid unless this form is received as required by existing law and regulations (42 CFR 424.32).

NOTICE: Any one who misrepresents or falsifies essential information to receive payment from Federal funds requested by this form may upon conviction be subject to fine and imprisonment under applicable Federal laws.

### NOTICE TO PATIENT ABOUT THE COLLECTION AND USE OF MEDICARE, CHAMPUS, FECA, AND BLACK LUNG INFORMATION
### (PRIVACY ACT STATEMENT)

We are authorized by CMS, CHAMPUS and OWCP to ask you for information needed in the administration of the Medicare, CHAMPUS, FECA, and Black Lung programs. Authority to collect information is in section 205(a), 1862, 1872 and 1874 of the Social Security Act as amended. 42 CFR 411.24(a) and 424.5(a) (6), and 44 USC 3101;41 CFR 101 et seq and 10 USC 1079 and 1086; 5 USC 8101 et seq; and 30 USC 901 et seq; 38 USC 613; E.O. 9397.

The information we obtain to complete claims under these programs is used to identify you and to determine your eligibility. It is also used to decide if the services and supplies you received are covered by those programs and to insure that proper payment is made.

The information may also be given to other providers of services, carriers, intermediaries, medical review boards, health plans, and other organizations or Federal agencies, for the effective administration of Federal provisions that require other third parties payers to pay primary to Federal program, and as otherwise necessary to administer these programs. For example, it may be necessary to disclose information about the benefits you have used to a hospital or doctor. Additional disclosures are made through routine uses for information contained in systems of records.

FOR MEDICARE CLAIMS: See the notice modifying system No. 09-70-0501, titled, 'Carrier Medicare Claims Record,' published in the Federal Register, Vol 55 No. 177, page 37549, Wed. Sept. 12, 1990, or as updated and republished.

FOR OWCP CLAIMS: Department of Labor, Privacy Act of 1974, "Republication of Notice of Systems of Records," Federal Register Vol. 55 No. 40, Wed Feb 28, 1990, See ESA-5, ESA-6, ESA-12, ESA-13, ESA-30, or as updated and republished

FOR CHAMPUS CLAIMS: PRINCIPLE PURPOSE(S). To evaluate eligibility for medical care provided by civilian sources and to issue payment upon establishment of eligibility and determination that the services/supplies received are authorized by law.

ROUTINE USE(S): Information from claims and related documents may be given to the Dept. of Veterans Affairs, the Dept. of Health and Human Services and/or the Dept. of Transportation consistent with their statutory administrative responsibilities under CHAMPUS/CHAMPVA; to the Dept of Justice for representation of the Secretary of Defense in civil actions; to the Internal Revenue Service, private collection agencies, and consumer reporting agencies in connection with recoupment claims; and to Congressional Offices in response to inquiries made at the request of the person to whom a record pertains. Appropriate disclosures may be made to other federal, state, local, foreign government agencies, private business entities, and individual providers of care, on matters relating to entitlement, claims adjudication, fraud, program abuse, utilization review, quality assurance, peer review, program integrity, third-party liability, coordination of benefits and civil and criminal litigation related to the operation of CHAMPUS.

DISCLOSURES: Voluntary; however, failure to provide information will result in delay in payment or may result in denial of claim. With the one exception discussed below, there are no penalties under these programs for refusing to supply information. However, failure to furnish information regarding the medical services rendered or the amount charged would prevent payment of claims under these programs. Failure to furnish any other information, such as name or claim number, would delay payment of the claim. Failure to provide medical information under FECA could be deemed an obstruction.

It is mandatory that you tell us if you know that another party is responsible for paying for your treatment. Section 1128B of the Social Security Act and 31 USC 3801-3812 provide penalties for withholding this information.

You should be aware that P.L. 100-503, the "Computer Matching and Privacy Protection Act of 1988", permits the government to verify information by way of computer matches.

### MEDICAID PAYMENTS (PROVIDER CERTIFICATION)

I hereby agree to keep such records as are necessary to disclose fully the extent of services provided to individuals under the State's Title XIX plan and to furnish information regarding any payments claimed for providing such services as the State Agency or Dept. of Health and Human Services may request.

I further agree to accept, as payment in full, the amount paid by the Medicaid program for those claims submitted for payment under that program, with the exception of authorized deductible, coinsurance, co-payment or similar cost-sharing charge.

SIGNATURE OF PHYSICIAN (OR SUPPLIER): I certify that the services listed above were medically indicated and necessary to the health of this patient and were personally furnished by me or my employee under my personal direction.

NOTICE: This is to certify that the foregoing information is true, accurate and complete. I understand that payment and satisfaction of this claim will be from Federal and State funds, and that any false claims, statements, or documents, or concealment of a material fact, may be prosecuted under applicable Federal or State laws.

---

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-0999. The time required to complete this information collection is estimated to average 10 minutes per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have any comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: CMS, Attn. PRA Reports Clearance Officer 7500 Security Boulevard, Baltimore, Maryland 21244-1850. This address is for comments and/or suggestions only. DO NOT MAIL COMPLETED CLAIM FORMS TO THIS ADDRESS

DATE: 5/31/12   DOA: 9-6-11
DOB: 10-23-56

PATIENT NAME LAST: [Redacted]   FIRST: [Redacted]

**SUBJECTIVE:** SEVERITY SCALE 1-10 (EXCRUCIATING) Type of complaint: L=left R=right W=weakness N=numbness T=tingling S=sharp
A=achy D=dull B=burning C=constant F=frequent O=occasionally

| | | | | |
|---|---|---|---|---|
| 4/O NECK | ___ ARM | ___ LEG | ___ ELBOW | N/A HEADACHE |
| 3/O MID BACK | ___ SHOULDER | ___ HIP | ___ ANKLE | ___ DIZZINESS |
| 6/O LOW BACK | ___ WRIST | ___ KNEE | ___ CHEST | ___ MEMORY LOSS |
| ___ BUTTOCK | ___ HAND | ___ FOOT | ___ ABDOMEN | ___ SLEEP DIST. |

NOTES: _____

**OBJECTIVE:** POSTURE/GAIT: (NORMAL) ABNORMAL NOTE:_____

PALPATION FINDINGS: L=left R=right T=tenderness S=spasm
L R (T) S Suboccipitals   L R (T) S Posterior Cervicals   L R (T) S Trapezius   L R (T) S Paraspinals
L R (T) S Erector Spinae  L R T S Quadratus Lumborum   L R T S Piriformis   L R T S Gluteal

NOTES: _____

**ASSESSMENT:** ☐ First visit ☐ Guarded ☒ Continue – no change ☐ As expected ☐ Exacerbation of condition
☐ Mild improvement ☐ Moderate improvement ☐ Other: _____

Adjustment: OCC/C1/C2/C3/C4/C5/C6/C7/T1/T2/T3/T4/T5/T6/T7/T8/T9/T10/T11/T12/L1/L2/L3/L4/L5/S/RSI/LSI

Extra Spinal: L/R shoulder  L/R elbow  L/R wrist  L/R hand  L/R knee  L/R ankle foot  Other:_____

NOTES: _____

**PROGRESS/TREATMENT PLAN:** Goals: reduce symptoms, increase functional capacity and return to normal activities of daily living
☐ THERAPEUTIC PHASE 1: Acute inflammatory, reduce inflammation, muscle spasm and pain
☐ THERAPEUTIC PHASE 2: Repair and remobilization: functional scar formed and increase pain-free ROM
☒ THERAPEUTIC PHASE 3: Remodeling and rehab: Increase coordination, strength, ROM, endurance and work capacity

Tx schedule: ☐ daily ☐ 3x/wk ☐ 2x/wk ☐ 1x/wk ☐ 2 wks ☐ 3 wks ☐ monthly ☒ cont. Tx plan   Massage: ☐ 0 ☒ 1 ☐ 2 per wk/mo

NOTES: _____

**SERVICES OR SUPPLIES RENDERED**

| Pt. Init. | NEW PATIENT EXAM | Pt. Init. | MODALITIES | Pt. Init. | X-RAY EXAMINATION | Pt. Init. | MISCELLANEOUS SERVICES |
|---|---|---|---|---|---|---|---|
| | 99201—Brief | | 97010—Hot/Cold Pack | | 72010—Full spine AP/Lateral | | 95999—Neurologic exam |
| | 99202—Limited | | 97012—Mechanical Traction | | 72020—Single view | | 97760—Orthotic fitting |
| | 99203—Moderate | | **MANIPULATION TREATMENT** | | 72040—Cervical 2-3 views | | 99002—Orthotic mailing |
| | 99204—Extensive | | 98940—Adjust 1-2 regions | | 72050—Cervical 4 views | | 99080—Narrative report |
| | 99205—Comprehensive | | 98941—Adjust 3-4 regions | | 72052—Cervical complete | | I0120—Cervical foam collar |
| | **ESTABLISHED PATIENT EXAM** | | 98942—Adjust 5+ regions | | 72070—Thoracic 2 views | | I0625—Lumbar support |
| | 99211—Brief | | 98943—Extraspinal | | 72100—Lumbar 2-3 views | | I3020—Foot insert molded |
| ✓ | 99212—Limited | | **THERAPEUTIC TREATMENT** | | 72110—Lumbar 4 views | | e0100—Straight cane |
| | 99213—Moderate | | 97110—Therapeutic exercise | | 72120—Lumbar bending | | e0190—Position cushion/pillow |
| | 99214—Extensive | | | | 72170—Pelvic 1-2 views | | |
| | 99215—Comprehensive | | | | 72202—Sacrum 3 views | | Type: Auto - S&F - WC - Reg - Cash |

CPT CODE (98941): This is a manual spinal adjustment of up to 4 regions. Performed by hand (full spine), Thompson Drop Technique which the patient is adjusted by hand and the table drops from underneath the patient or Activator Technique in which a handheld instrument is used to adjust the patient. These adjustments remove vertebral fixations (subluxations) and realign the vertebrae of the spine.
CPT CODE (97010-59): Hot/Cold pack used to relax the tissue. It mobilizes edematous fluid, increased blood flow and reduces muscle spasms
CPT CODE (97012-59): Intersegmental Mechanical Traction. Each vertebra is tractioned out separately. This improves the biomechanics of the vertebral structure. In doing so it helps promote the return of the normal/natural spinal curvature.

Referred To/For: _____

**DISCLOSURE AND ACKNOWLEDGEMENT**
I attest to the fact that the above services were rendered and they were explained to me and I agree and give my complete informed consent to continue as the doctor feels necessary. I am aware my file is available for review upon my request.

_____ D.C.                                                        SF 08112011
Treating physician: (print) and signature     Patient/Guardian signature
CHIROPRACTIC DAILY TREATMENT SHEET   DETROIT

**Patient Name (last):** Redacted **First:** Redacted **Age:** _____ ☒ Male ☐ Female

☐ Initial exam  ☒ Re-exam
Height: _____ Weight: _____ lb
Blood Pressure: _____
Posture: _____
Gait: _____
Skin (bruising, scars): _____
Other: _____

### Sensation ☐ DNP | L | R
| | L | R |
|---|---|---|
| Light touch | | |
| Sharp/dull | | |
| Vibration | | |

### Reflexes (0-5) ☐ DNP
| | L | R |
|---|---|---|
| Biceps (C5)(musculocutaneous) | | |
| Brachioradialis (C6)(radial) | | |
| Triceps (C7)(radial) | | |
| Patellar (L4)(femoral) | | |
| Medial hamstring (L5)(sciatic) | | |
| Achilles (S1)(tibial) | | |
| Babinski | | |
| Other: | | |

### CHI ☐ WNL
☒ Headaches  ☐ Dizzy
☐ Blurred vision  ☒ Sleep disturbance
☐ Tinnitus  ☒ Memory loss
☐ Nausea/vomiting  ☐ Photosensitivity

**Palpation:** ☐ WNL
☐ Skin, temperature, moisture: _____
☐ Parotids, thyroid, lymph nodes: _____

**Mark on drawing**
☐ pain (circle)
☐ spasm (s)
☐ edema (e)
☐ fibrotic (f)
☐ MFTP (x)
☐ ache (a)
☐ burning (b)
☐ tingling (t)

HA's (on/off)

**Spinal Palpation**
C0, C1, C2 X, C3, C4 X, C5 X, C6, C7, T1, T2, T3, T4 X, T5, T6, T7, T8, T9, T10, T11, T12, L1, L2, L3, L4 X, L5 X, Co, Si

**Orthopedic exam:** ☐ WNL, ☐ other: _____

### Motor (0-5) ☐ DNP
| | L | R |
|---|---|---|
| Resisted neck ROM (C1-C4) | 5 | 5 |
| Shoulder elevation (CN XI, C3-C5) | | |
| Shoulder abduction (C4-C6) | | |
| Elbow flexion (C5-C6) | | |
| Elbow extension (C6-C8) | | |
| Wrist/finger flexion (C7-T1) | | |
| Wrist/finger extension (C6-C8) | | |
| Hip flexion (L1-L3) | | |
| Knee extension (L2-L4) | | |
| Knee flexion (L4-S1) | | |
| Plantar flexion (L5-S2) | | |
| Dorsiflexion (L4-L5) | ↓ | ↓ |
| Other: | | |

### Functional ☐ DNP
| | + | - |
|---|---|---|
| Heel walk (L3, L4, L5) | | |
| Toe walk (S1) | | |
| Tandem Romberg | | |
| Romberg | | |
| Other: | | |

### Cervical ☐ WNL
| | L | R |
|---|---|---|
| Compression | ⊕ | |
| Maximal compression | ⊕ | ⊕ |
| Distraction | ⊖ | |
| PROM | | |
| Shoulder Depressor | ⊕ | ⊕ |
| Soto Hall/Brudzinski | | |
| Flexion (45°) | WNL | |
| Extension (55°) | | |
| Lateral flexion (45°) | | |
| Rotation (70°) | ↓ | ↓ |

⊖ / tightness

### Lumbar ☐ WNL
| | L | R |
|---|---|---|
| Kemp's test | ⊕ | ⊕ |
| SLR passive, active | ⊕ | ⊕ |
| Braggard's | ⊖ | ⊖ |
| Patrick's (FABERE) | ⊕ | ⊕ |
| Thomas/Gaenslen's | ⊕ | ⊕ |
| Valsalva | | |
| SI distraction/compression | ⊕ | ⊕ |
| Flexion (90°) | WNL | ⊕ |
| Extension (30°) | | |
| Lateral flexion (20°) | | |
| Rotation (30°) | ↓ | ↓ |

tenderness/tight

**NOTES:** Pt states WNL ⊕ with tightness in LB ⊕ / Pain was still _____ Pt had difficulty with ROM with ⊕ Pt will cont care 2x wk for 4wks / re-eval on 8/1/12.

**Doctor:** _[signature]_  **Doctor (printed):** Scott A. Witinski DC  **Date:** 5/31/12

UHG-DET    PHYSICAL EXAM    U1

**1500**

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

PICA

STATE FARM INSURANCE
PO BOX 661023
DALLAS TX 75266

1. MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER [X] (ID)
1a. INSURED'S I.D. NUMBER (For Program in Item 1): 118070161

2. PATIENT'S NAME: Redacted
3. PATIENT'S BIRTH DATE: Redacted    SEX: [X] M
4. INSURED'S NAME: Redacted

6. PATIENT RELATIONSHIP TO INSURED: Self [X]
8. PATIENT STATUS: Married [X]

10. IS PATIENT'S CONDITION RELATED TO:
a. EMPLOYMENT? [X] NO
b. AUTO ACCIDENT? [X] YES   PLACE (State) MI
c. OTHER ACCIDENT? [X] NO

c. INSURANCE PLAN NAME OR PROGRAM NAME: STATE FARM INSURANCE
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [X] NO

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE    DATE: 06 01 12
13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED: SIGNATURE ON FILE

14. DATE OF CURRENT: 09 06 11
17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: SCOTT WITINKO DC
17b. NPI: 1447449905

19. RESERVED FOR LOCAL USE: 72291 72292 72293 7241 7242 7231

20. OUTSIDE LAB? [X] NO   $ CHARGES: 0 00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY:
1. 739 1
2. 739 2
3. 739 3
4. 739 4

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 05 31 12 | 05 31 12 | 11 | | 99213 | | 1234 | 200 00 | 1 | | NPI | 1447449905 |
| 2 | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER: 205918486  EIN [X]
26. PATIENT'S ACCOUNT NO.: 39630C9B476
27. ACCEPT ASSIGNMENT? [X] YES
28. TOTAL CHARGE: 200 00
29. AMOUNT PAID: 0 00
30. BALANCE DUE: 200 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER: SCOTT WITINKO DC    06 05 12
32. SERVICE FACILITY LOCATION INFORMATION:
UNIVERSAL HEALTH GROUP
2888 W GRAND BLVD
DETROIT MI 48202-2612
1588832653

33. BILLING PROVIDER INFO & PH. # (248) 8894580
UNIVERSAL HEALTH GROUP
2000 TOWN CENTER SUITE 625
SOUTHFIELD MI 48075-1135
a. 1588832653

NUCC Instruction Manual available at: www.nucc.org    WCMS-1500CS    APPROVED OMB 0938-0999 FORM CMS-1500 (08/05)

BECAUSE THIS FORM IS USED BY VARIOUS GOVERNMENT AND PRIVATE HEALTH PROGRAMS, SEE SEPARATE INSTRUCTIONS ISSUED BY APPLICABLE PROGRAMS.

NOTICE: Any person who knowingly files a statement of claim containing any misrepresentation or any false, incomplete or misleading information may be guilty of a criminal act punishable under law and may be subject to civil penalties.

## REFERS TO GOVERNMENT PROGRAMS ONLY

MEDICARE AND CHAMPUS PAYMENTS: A patient's signature requests that payment be made and authorizes release of any information necessary to process the claim and certifies that the information provided in Blocks 1 through 12 is true, accurate and complete. In the case of a Medicare claim, the patient's signature authorizes any entity to release to CMS any medical and nonmedical information, including employment status, and whether the person has employer group health insurance, liability, no fault, worker's compensation or other insurance which is responsible to pay for the services for which the Medicare claim is filed. See 42 CFR 411.24(a). If item 9 is completed, the patient's signature authorizes release of the information to the health plan or agency shown. In Medicare assigned or CHAMPUS participation cases, the physician agrees to accept the charge determination of the Medicare carrier or CHAMPUS fiscal intermediary as the full charge, and the patient is responsible only for the deductible, coinsurance and noncovered services. Coinsurance and the deductible are based upon the charge determination of the Medicare carrier or CHAMPUS fiscal intermediary if this is less than the charge submitted. CHAMPUS is not a health insurance program but makes payment for health benefits provided through certain affiliations with the Uniformed Services. Information on the patient's sponsor should be provided in those items captioned in "Insured", i.e., items 1a, 4, 6, 7, 9, and 11.

### BLACK LUNG AND FECA CLAIMS

The provider agrees to accept the amount paid by the Government as payment in full. See Black Lung and FECA instructions regarding required procedure and diagnosis coding systems.

### SIGNATURE OF PHYSICIAN OR SUPPLIER (MEDICARE, CHAMPUS, FECA AND BLACK LUNG)

I certify that the services shown on this form were medically indicated and necessary for the health of the patient and were personally furnished by me or were furnished incident to my professional service by my employee under my immediate personal supervision, except as otherwise expressly permitted by Medicare or CHAMPUS regulations.

For services to be considered as "incident" to a physician's professional service, 1) they must be rendered under the physician's immediate personal supervision by his/her employee, 2) they must be an integral, although incidental part of a covered physician's service, 3) they must be of kinds commonly furnished in physician's offices, and 4) the services of nonphysicians must be included on the physician's bills.

For CHAMPUS claims, I further certify that I (or any employee) who rendered services am not an active duty member of the Uniformed Services or a civilian employee of the United States Government or a contract employee of the United States Government, either civilian or military (refer to 5 USC 5536). For Black-Lung claims, I further certify that the services performed were for a Black Lung-related disorder.

No Part B Medicare benefits may be paid unless this form is received as required by existing law and regulations (42 CFR 424.32).

NOTICE: Any one who misrepresents or falsifies essential information to receive payment from Federal funds requested by this form may upon conviction be subject to fine and imprisonment under applicable Federal laws.

### NOTICE TO PATIENT ABOUT THE COLLECTION AND USE OF MEDICARE, CHAMPUS, FECA, AND BLACK LUNG INFORMATION
### (PRIVACY ACT STATEMENT)

We are authorized by CMS, CHAMPUS and OWCP to ask you for information needed in the administration of the Medicare, CHAMPUS, FECA, and Black Lung programs. Authority to collect information is in section 205(a), 1862, 1872 and 1874 of the Social Security Act as amended, 42 CFR 411.24(a) and 424.5(a) (6), and 44 USC 3101;41 CFR 101 et seq and 10 USC 1079 and 1086; 5 USC 8101 et seq; and 30 USC 901 et seq; 38 USC 613; E.O. 9397.

The information we obtain to complete claims under these programs is used to identify you and to determine your eligibility. It is also used to decide if the services and supplies you received are covered by these programs and to insure that proper payment is made.

The information may also be given to other providers of services, carriers, intermediaries, medical review boards, health plans, and other organizations or Federal agencies, for the effective administration of Federal provisions that require other third parties as payers to pay primary to Federal program, and as otherwise necessary to administer these programs. For example, it may be necessary to disclose information about the benefits you have used to a hospital or doctor. Additional disclosures are made through routine uses for information contained in systems of records.

FOR MEDICARE CLAIMS: See the notice modifying system No. 09-70-0501, titled, Carrier Medicare Claims Record, published in the Federal Register, Vol. 55 No. 177, page 37549, Wed. Sept. 12, 1990, or as updated and republished.

FOR OWCP CLAIMS: Department of Labor, Privacy Act of 1974, 'Republication of Notice of Systems of Records,' Federal Register Vol. 55 No. 40, Wed Feb. 28, 1990, See ESA-5, ESA-6, ESA-12, ESA-13, ESA-30, or as updated and republished.

FOR CHAMPUS CLAIMS: PRINCIPLE PURPOSE(S): To evaluate eligibility for medical care provided by civilian sources and to issue payment upon establishment of eligibility and determination that the services/supplies received are authorized by law.

ROUTINE USE(S): Information from claims and related documents may be given to the Dept. of Veterans Affairs, the Dept. of Health and Human Services and/or the Dept. of Transportation consistent with their statutory administrative responsibilities under CHAMPUS/CHAMPVA; to the Dept. of Justice for representation of the Secretary of Defense in civil actions; to the Internal Revenue Service, private collection agencies, and consumer reporting agencies in connection with recoupment claims, and to Congressional Offices in response to inquiries made at the request of the person to whom a record pertains. Appropriate disclosures may be made to other federal, state, local, foreign government agencies, private business entities, and individual providers of care, on matters relating to entitlement, claims adjudication, fraud, program abuse, utilization review, quality assurance, peer review, program integrity, third-party liability, coordination of benefits, and civil and criminal litigation related to the operation of CHAMPUS.

DISCLOSURES: Voluntary; however, failure to provide information will result in delay in payment or may result in denial of claim. With the one exception discussed below, there are no penalties under these programs for refusing to supply information. However, failure to furnish information regarding the medical services rendered or the amount charged would prevent payment of claims under these programs. Failure to furnish any other information, such as name or claim number, would delay payment of the claim. Failure to provide medical information under FECA could be deemed an obstruction.

It is mandatory that you tell us if you know that another party is responsible for paying for your treatment. Section 1128B of the Social Security Act and 31 USC 3801-3812 provide penalties for withholding this information.

You should be aware that P.L. 100-503, the "Computer Matching and Privacy Protection Act of 1988", permits the government to verify information by way of computer matches.

### MEDICAID PAYMENTS (PROVIDER CERTIFICATION)

I hereby agree to keep such records as are necessary to disclose fully the extent of services provided to individuals under the State's Title XIX plan and to furnish information regarding any payments claimed for providing such services as the State Agency or Dept. of Health and Human Services may request.

I further agree to accept, as payment in full, the amount paid by the Medicaid program for those claims submitted for payment under that program with the exception of authorized deductible, coinsurance, co-payment or similar cost-sharing charge.

SIGNATURE OF PHYSICIAN (OR SUPPLIER): I certify that the services listed above were medically indicated and necessary to the health of this patient and were personally furnished by me or my employee under my personal direction.

NOTICE: This is to certify that the foregoing information is true, accurate and complete. I understand that payment and satisfaction of this claim will be from Federal and State funds, and that any false claims, statements, or documents, or concealment of a material fact, may be prosecuted under applicable Federal or State laws.

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-0999. The time required to complete this information collection is estimated to average 10 minutes per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have any comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: CMS, Attn: PRA Reports Clearance Officer, 7500 Security Boulevard, Baltimore, Maryland 21244-1850. This address is not for claim submission. DO NOT MAIL COMPLETED CLAIM FORMS TO THIS ADDRESS.