# *Exhibit 13*

2888 West grand blvd. lower level,
Detroit, 48202
Patient Name:
Redacted

## *Cervical Thoracic Assessment*
## Michigan Spine & Rehab

Date: 1/13/12          Dx: Cx disc displacement
722-0

Clinical Assessment: neck pain, radiating pain to (R) arm & hand, muscle spasm, spurling test +ve, neural tension test +ve for median N. Distraction test +ve, muscular weakness

**Problem list:**
- ☑ Impaired ADL (see functional questionnaire)
- ☑ Limited ROM
- ☑ Weakness
- ☑ Pain
- ☑ + radicular signs and symptoms
- ☑ Unable to check blind spot while driving
- ☑ Unable to look up at the ceiling
- ☑ Unable to sleep without awakening from pain
- ☐ Inability to return to work w/o restrictions.
- Others: _____

**Long term goals (4-6 weeks):**
- ☑ Return to pre-morbid functional levels
- ☑ ↑ ROM to within functional limits
- ☑ ↑ Strength by __3__ grades
- ☑ ↓ Pain by __70__ %
- ☑ Reduced # of positive radicular signs
- ☑ Able to check blind spot while driving
- ☑ Look up at the ceiling without limitations
- ☑ Sleep without awakening from pain
- ☐ Return to work without restrictions.
- ☐ Others: _____

**Short term goals (2 weeks):**
- ☑ Improve function by __40__ %
- ☑ ↑ ROM by __20__ %
- ☑ ↑ Strength by __½__ grades
- ☑ ↓ Pain by __20__ %
- Others: _____

**Treatment Plan:**
- ☑ Moist/Cold times 15 minutes
- ☐ Paraffin Bath time 15 minutes
- ☑ Ultrasound __8__ min __1·0__ W/cm2
- ☐ Mechnical traction ____ min ____ lbs
- ☑ Electrical stimulation times 15 minutes
  - Freq: Hi / Low
  - Pads: 2 /4
  - Mode: (Interferential) / Pre-modulated
    MM-stimulation
- Instructions/location: neck

Other treatment options:

**One on One:**
- ☑ Graded therapeutic exercise for **Strengthening**
- ☑ Graded therapeutic exercise for **ROM**
- ☑ **Home** exercise program instructions
- ☑ **Manual therapy**
  - ☑ Joint Mobilization
  - ☑ STM / MFR / MMS
  - ☑ Manual Traction
- ☑ **Stabilization** exercise
- ☑ Stretching
- ☐ **Conditioning** / return to work program
- ☐ Explain reason for therapy and **pathology**/anatomy
- ☐ Taping
- ☐ Bandaging for edema reduction
- ☐ Mobilization with movements

Precautions:                          **Rehabilitation Potential:** ☑ Good ☐ Fair ☐ Poor

Frequency  1/Wk (2/Wk) 3/Wk 4/Wk 5/Wk          Duration: (30 days) 21 days 14 days 7 days single visit

I/My family members have participated in the development of, and agree to work towards, the above stated goals and treatment plan:
Patient/ family member signature: _____     Date: _____

| Therapist Signature: | [signature] | P.T. | Date: 1/13/12 |
| Physicians Signature: | | M.D. | Date: 01/25/2012 |

**1500**

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

STATE FARM INSURANCE
P.O. BOX 661023
DALLAS TX  75266

▢ PICA

| | |
|---|---|
| 1. MEDICARE ▢ (Medicare #)  MEDICAID ▢ (Medicaid #)  TRICARE CHAMPUS ▢ (Sponsor's SSN)  CHAMPVA ▢ (Member ID#)  GROUP HEALTH PLAN ▢ (SSN or ID)  FECA BLK LUNG ▢ (SSN)  OTHER ☒ (ID) | 1a. INSURED'S I.D. NUMBER        (For Program in Item 1)  22023H137 |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
Redacted

3. PATIENT'S BIRTH DATE
Redacted     SEX  M ▢  F ☒

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
Redacted

5. PATIENT'S ADDRESS (No., Street)

6. PATIENT RELATIONSHIP TO INSURED
Self ☒  Spouse ▢  Child ▢  Other ▢

8. PATIENT STATUS
Single ▢  Married ▢  Other ☒
Employed ▢  Full-Time Student ▢  Part-Time Student ▢

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
▢ YES  ☒ NO

a. INSURED'S DATE OF BIRTH
Redacted     SEX  M ▢  F ☒

b. OTHER INSURED'S DATE OF BIRTH     SEX
MM  DD  YY     M ▢  F ▢

b. AUTO ACCIDENT?
☒ YES  ▢ NO   PLACE (State) MI

b. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
▢ YES  ☒ NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
STATE FARM INSURANCE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
▢ YES  ☒ NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  SIGNATURE ON FILE      DATE  01 16 12

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  SIGNATURE ON FILE

14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)
06 17 11

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM  DD  YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION
FROM               TO

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
GAYATRI JOSHI PT

17a.
17b. NPI  1497052583

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
MM  DD  YY                MM  DD  YY
FROM               TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?   ▢ YES  ☒ NO     $ CHARGES  0 00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (Relate Items 1,2,3 or 4 to Item 24E by Line)
1. 722 0
2. 724 2
3.
4.

22. MEDICAID RESUBMISSION CODE     ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY  To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 13 12  01 13 12 | 11 | | 97001 | 59 GP | 12 | 250 00 | 1 | | NPI | 1497052583 |
| 01 13 12  01 13 12 | 11 | | 97110 | GP | 12 | 170 00 | 2 | | NPI | 1497052583 |
| 01 13 12  01 13 12 | 11 | | 97014 | GP 59 | 12 | 100 00 | 1 | | NPI | 1497052583 |
| 01 13 12  01 13 12 | 11 | | | | 12 | 60 00 | 1 | | NPI | 1497052583 |
| | | | | | | | | | NPI | |
| | | | | | | | | | NPI | |

25. FEDERAL TAX I.D. NUMBER     SSN  EIN
205918486                    ☒

26. PATIENT'S ACCOUNT NO.
33850C27662

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)
☒ YES  ▢ NO

28. TOTAL CHARGE
$ 580 00

29. AMOUNT PAID
$ 0 00

30. BALANCE DUE
$ 580 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
GAYATRI JOSHI PT
SIGNED          DATE  01 17 12

32. SERVICE FACILITY LOCATION INFORMATION
MICHIGAN SPINE & REHAB DT
2888 W GRAND BLVD
DETROIT MI  48202-2612
a. 1518027606  b.

33. BILLING PROVIDER INFO & PH. #  (248) 8894580
MICHIGAN SPINE AND REHAB
2000 TOWN CENTER SUITE 625
SOUTHFIELD, MI  48075-1135
01/23/2013
a. 1518027606  b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB 0938-0999 FORM CMS-1500 (08/05)

WCMS-1500CS

BECAUSE THIS FORM IS USED BY VARIOUS GOVERNMENT AND PRIVATE HEALTH PROGRAMS, SEE SEPARATE INSTRUCTIONS ISSUED BY APPLICABLE PROGRAMS.

NOTICE: Any person who knowingly files a statement of claim containing any misrepresentation of any false, incomplete or misleading information may be guilty of a criminal act punishable under law and may be subject to civil penalties.

## REFERS TO GOVERNMENT PROGRAMS ONLY

MEDICARE AND CHAMPUS PAYMENTS: A patient's signature requests that payment be made and authorizes release of any information necessary to process the claim and certifies that the information provided in Blocks 1 through 12 is true, accurate and complete. In the case of a Medicare claim, the patient's signature authorizes any entity to release to Medicare medical and nonmedical information, including employment status, and whether the person has employer group health insurance, liability, no-fault, worker's compensation or other insurance which is responsible to pay for the services for which the claim is made. See 42 CFR 411.24(a). If item 9 is completed, the patient's signature authorizes release of the information to the health plan or agency shown. In Medicare assigned or CHAMPUS participation cases, the physician agrees to accept the charge determination of the Medicare carrier or CHAMPUS fiscal intermediary as the full charge, and the patient is responsible only for the deductible, coinsurance and noncovered services. Coinsurance and the deductible are based upon the charge determination of the Medicare carrier or CHAMPUS fiscal intermediary if this is less than the charge submitted. CHAMPUS is not a health insurance program but makes payment for health benefits provided through certain affiliations with the Uniformed Services. Information on the patient's sponsor should be provided in those items captioned in "Insured"; i.e., items 1a, 4, 6, 7, 9, and 11.

## BLACK LUNG AND FECA CLAIMS

The provider agrees to accept the amount paid by the Government as payment in full. See Black Lung and FECA instructions regarding required procedure and diagnosis coding systems.

## SIGNATURE OF PHYSICIAN OR SUPPLIER (MEDICARE, CHAMPUS, FECA AND BLACK LUNG)

I certify that the services shown on this form were medically indicated and necessary for the health of the patient and were personally furnished by me or were furnished incident to my professional service by my employee under my immediate personal supervision, except as otherwise expressly permitted by Medicare or CHAMPUS regulations.

For services to be considered as "incident" to a physician's professional service, 1) they must be rendered under the physician's immediate personal supervision by his/her employee, 2) they must be an integral, although incidental part of a covered physician's service, 3) they must be of kinds commonly furnished in physician's offices, and 4) the services of nonphysicians must be included on the physician's bills.

For CHAMPUS claims, I further certify that I (or any employee) who rendered services am not an active duty member of the Uniformed Services or a civilian employee of the United States Government or a contract employee of the United States Government, either civilian or military (refer to 5 USC 5536). For Black-Lung claims, I further certify that the services performed were for a Black Lung-related disorder.

No Part B Medicare benefits may be paid unless this form is received as required by existing law and regulations (42 CFR 424.32)

NOTICE: Any one who misrepresents or falsifies essential information to receive payment from Federal funds requested by this form may upon conviction be subject to fine and imprisonment under applicable Federal laws.

## NOTICE TO PATIENT ABOUT THE COLLECTION AND USE OF MEDICARE, CHAMPUS, FECA, AND BLACK LUNG INFORMATION
### (PRIVACY ACT STATEMENT)

We are authorized by CMS, CHAMPUS and OWCP to ask you for information needed in the administration of the Medicare, CHAMPUS, FECA, and Black Lung programs. Authority to collect information is in section 205(a), 1862, 1872 and 1874 of the Social Security Act as amended, 42 CFR 411.24(a) and 424.5(a) (6), and 44 USC 3101;41 CFR 101 et seq and 10 USC 1079 and 1086; 5 USC 8101 et seq; and 30 USC 901 et seq; 38 USC 613; E.O. 9397.

The information we obtain to complete claims under these programs is used to identify you and to determine your eligibility. It is also used to decide if the services and supplies you received are covered by these programs and to insure that proper payment is made.

The information may also be given to other providers of services, carriers, intermediaries, medical review boards, health plans, and other organizations or Federal agencies, for the effective administration of Federal provisions that require other third parties payers to pay primary to Federal program, and as otherwise necessary to administer these programs. For example, it may be necessary to disclose information about the benefits you have used to a hospital or doctor. Additional disclosures are made through routine uses for information contained in systems of records.

FOR MEDICARE CLAIMS: See the notice modifying system No. 09-70-0501, titled, 'Carrier Medicare Claims Record,' published in the Federal Register, Vol 55 No. 177, page 37549, Wed. Sept. 12, 1990, or as updated and republished

FOR OWCP CLAIMS: Department of Labor, Privacy Act of 1974, "Republication of Notice of Systems of Records," Federal Register Vol. 55 No. 40. Wed Feb 28, 1990. See ESA-5, ESA-6, ESA-12, ESA-13, ESA-30, or as updated and republished

FOR CHAMPUS CLAIMS: PRINCIPLE PURPOSE(S). To evaluate eligibility for med cal care provided by civilian sources and to issue payment upon establishment of eligibility and determination that the services/supplies received are authorized by law.

ROUTINE USE(S): Information from claims and related documents may be given to the Dept. of Veterans Affairs, the Dept. of Health and Human Services and/or the Dept. of Transportation consistent with their statutory administrative responsibilities under CHAMPUS/CHAMPVA; to the Dept of Justice for representation of the Secretary of Defense in civil actions; to the Internal Revenue Service, private collection agencies, and consumer reporting agencies in connection with recoupment claims; and to Congressional Offices in response to inquiries made at the request of the person to whom a record pertains. Appropriate disclosures may be made to other federal, state, local, foreign government agencies, private business entities, and individual providers of care, on matters relating to entitlement, claims adjudication, fraud, program abuse, utilization review, quality assurance, peer review, program integrity, third-party liability, coordination of benefits and civil and criminal litigation related to the operation of CHAMPUS.

DISCLOSURES: Voluntary; however, failure to provide information will result in delay in payment or may result in denial of claim. With the one exception discussed below, there are no penalties under these programs for refusing to supply information. However, failure to furnish information regarding the medical services rendered or the amount charged would prevent payment of claims under these programs. Failure to furnish any other information, such as name or claim number, would delay payment of the claim. Failure to provide medical information under FECA could be deemed an obstruction.

It is mandatory that you tell us if you know that another party is responsible for paying for your treatment. Section 1128B of the Social Security Act and 31 USC 3801-3812 provide penalties for withholding this information.

You should be aware that P.L. 100-503, the "Computer Matching and Privacy Protection Act of 1988", permits the government to verify information by way of computer matches.

## MEDICAID PAYMENTS (PROVIDER CERTIFICATION)

I hereby agree to keep such records as are necessary to disclose fully the extent of services provided to individuals under the State's Title XIX plan and to furnish information regarding any payments claimed for providing such services as the State Agency or Dept. of Health and Human Services may request.

I further agree to accept, as payment in full, the amount paid by the Medicaid program for those claims submitted for payment under that program, with the exception of authorized deductible, coinsurance, co-payment or similar cost-sharing charge.

SIGNATURE OF PHYSICIAN (OR SUPPLIER): I certify that the services listed above were medically indicated and necessary to the health of this patient and were personally furnished by me or my employee under my personal direction.

NOTICE: This is to certify that the foregoing information is true, accurate and complete. I understand that payment and satisfaction of this claim will be from Federal and State funds, and that any false claims, statements, or documents, or concealment of a material fact, may be prosecuted under applicable Federal or State laws.

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-0999. The time required to complete this information collection is estimated to average 10 minutes per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have any comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: CMS, Attn: PRA Reports Clearance Officer 7500 Security Boulevard, Baltimore, Maryland 21244-1850  This address is for comments and/or suggestions only  DO NOT MAIL COMPLETED CLAIM FORMS TO THIS ADDRESS

5761 W Maple Rd.
West Bloomfield, MI 48322

Patient Name:
Redacted

## Lumbar Assessment
### Michigan Spine & Rehab

Date: _10-20-11_   Dx: _Cervical disc bulge 722_
_Lp disc bulge 722:10_

Clinical Assessment: _Neck and low back pain c̄ LE referral, fatigue,_
_↓ AROM Lp spine, ↓ core strength, tenderness Cp & Lp paraspinal._

**Problem list:**
- ☒ Impaired ADL (see functional questionnaire)
- ☒ Limited ROM
- ☒ Weakness
- ☒ Pain
- ☒ + neurological findings
- ☒ Limited ambulation distance
- ☒ Limited standing time
- ☐ Limited pain free sitting
- ☒ Difficulty lifting and bending
- ☐ Awakens due to pain
- ☒ Inability to return to **work** w/o limitations.
- Others: _____

**Long term goals (4-6 weeks):**
- ☒ Return to pre-morbid functional levels
- ☒ ↑ ROM to within functional limits
- ☒ ↑ Strength by _10 5/5_ grades
- ☒ ↓ Pain by _270_ %
- ☐ Reduce # of positive neurological signs
- ☐ ↑ ambulation to _____ ft
- ☒ ↑ standing time to _245_ min
- ☒ ↑ Pain free sitting time to > _1hr_ min
- ☒ Normal lifting and bending
- ☐ Sleeps without awakening from pain
- ☒ Return to **work** w/o limitations.
- ☐ Others: _____

**Short term goals (2 weeks):**
- ☒ Improve function by _25_ %
- ☒ ↑ ROM by _25_ %
- ☒ ↑ Strength by _725_ grades
- ☒ ↓ Pain by _25-30_ %
- ☐ ↑ ambulation by _____ feet
- ☐ ↑ standing by _____ min
- ☐ ↓ Size of limb by _____ %
- Others: _____

**Treatment Plan:**
- ☒ **Moist/Cold** times 15 minutes
- ☒ **Ultrasound** _8_ Min _1.0_ W/cm2
- ☐ **Mechanical traction** _____ Lbs _____ Min
  - Int / Cont        Prone/ Supine
- ☒ **Electrical stimulation** times 15 minutes
  - Freq:  Hi / Low
  - Pads:  2 / ③
  - Mode:  Interferential / Pre-mod / EMS

Instructions/location: _Pads → paraspinal_
_Cp & Lp spine_

Other treatment options: _ergonomics,_

**One on One:**
- ☒ Graded therapeutic exercise for **Strengthening**
- ☒ Graded therapeutic exercise for **ROM**
- ☐ Balance activities
- ☒ Dynamic Lumbar **stabilization**
- ☒ Postural education
- ☒ **Home** exercise program instructions
- ☒ **Manual therapy**
  - ☐ Joint Mobilization  _, grade 2 mobs c̄ manip_
  - ☐ STM / MFR / MLT   _Lp spine_
  - ☐ Long / short axis traction
- ☐ Balance activities
- ☒ Stretching
- ☐ **Conditioning** / return to work program
- ☒ Explain reason for therapy and **pathology**/anatomy

Precautions: _No lifting wts > 5-10 lbs._

**Rehabilitation Potential:** ☐ Good  ☒ Fair  ☐ Poor

Frequency  1/Wk  ②/Wk  3/Wk  4/Wk  5/Wk      Duration: ③0 days  21 days  14 days  7 days  single visit

I/My family members have participated in the development of, and agree to work towards, the above stated goals and treatment plan:

Patient/ family member signature:_____  Date:_____

| Therapist Signature: _Amibay P.T._ | P.T. | Date: _10-20-11_ |
| Physicians Signature: | M.D. | Date: |

11032611

**(1500)**
**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

STATE FARM INSURANCE
P.O. BOX 661023
DALLAS TX 75266-0000

CARRIER

| | PICA | | | | | | | | | PICA | |

| 1. MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (For Program in Item 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (Member ID#) | (SSN or ID) | (SSN) | [X] (ID) | 22C460139 | |

**2. PATIENT'S NAME** (Last Name, First Name, Middle Initial)
Redacted

**3. PATIENT'S BIRTH DATE** | SEX
Redacted | M | F

**11. INSURED'S NAME** (Last Name, First Name, Middle Initial)
Redacted

**6. PATIENT RELATIONSHIP TO INSURED**
Self [X] Spouse [ ] Child [ ] Other [ ]

**8. PATIENT STATUS**
Single [X] Married [ ] Other [ ]
Employed [ ] Full-Time Student [ ] Part-Time Student [ ]

**10. IS PATIENT'S CONDITION RELATED TO:**

a. EMPLOYMENT? (Current or Previous)
YES [ ] NO [X]

b. AUTO ACCIDENT?   PLACE (State)
YES [X]  NO [ ]  MI

c. OTHER ACCIDENT?
YES [ ] NO [X]

**c. EMPLOYER'S NAME OR SCHOOL NAME**

**d. INSURANCE PLAN NAME OR PROGRAM NAME**
AETNA-ALL

**10d. RESERVED FOR LOCAL USE**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

a. INSURED'S DATE OF BIRTH   SEX
Redacted   M [X]  F [ ]

b. EMPLOYER'S NAME OR SCHOOL NAME

c. INSURANCE PLAN NAME OR PROGRAM NAME
STATE FARM INSURANCE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES [X] NO [ ]  If yes, return to and complete item 9 a-d.

PATIENT AND INSURED INFORMATION

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNED  SIGNATURE ON FILE   DATE  10 25 11

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNED  SIGNATURE ON FILE

**14. DATE OF CURRENT:**   ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)
06 03 11

**15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE** MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION**
FROM   TO

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**
SIDDHARTHA ANCHAN PT
17a.
17b. NPI 1710286091

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES**
FROM   TO

**19. RESERVED FOR LOCAL USE**

**20. OUTSIDE LAB?**   $ CHARGES
YES [ ] NO [X]   0 00

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY.** (Relate Items 1,2,3 or 4 to Item 24E by Line)
1. 722 0   3.
2. 722 10   4.

**22. MEDICAID RESUBMISSION CODE**   ORIGINAL REF. NO.

**23. PRIOR AUTHORIZATION NUMBER**

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10 20 11 | 10 20 11 | 11 | | 97001 | 59 GP | 12 | 250 00 | 1 | | NPI | 1710286091 |
| 2 | | | | | | | | | | | NPI | |
| 3 | | | | | | | | | | | NPI | |
| 4 | | | | | | | | | | | NPI | |
| 5 | | | | | | | | | | | NPI | |
| 6 | | | | | | | | | | | NPI | |

**25. FEDERAL TAX I.D. NUMBER**   SSN EIN
205918486   [X]

**26. PATIENT'S ACCOUNT NO.**
35130C20448

**27. ACCEPT ASSIGNMENT?** (For govt. claims, see back)
YES [X] NO [ ]

**28. TOTAL CHARGE**
$ 250 00

**29. AMOUNT PAID**
$ 0 00

**30. BALANCE DUE**
$ 250 00

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS**
(I certify that the statements on the reverse apply to this bill and are made a part thereof.)
SIDDHARTHA ANCHAN PT
SIGNED   10 26 11   DATE

**32. SERVICE FACILITY LOCATION INFORMATION**
MICHIGAN SPINE & REHAB WB
5761 WEST MAPLE
WEST BLOOMF MI  48322-0000
a. 1518027606   b.

**33. BILLING PROVIDER INFO & PH. #**   (248) 8894580
MICHIGAN SPINE AND REHAB
2000 TOWN CENTER SUITE 625
SOUTHFIELD MI  48075-0000
a. 1518027606   b.

NUCC Instruction Manual available at: www.nucc.org

APPROVED OMB 0938-0999 FORM CMS-1500 (08/05)

WCMS-1500CS

11032011

BECAUSE THIS FORM IS USED BY VARIOUS GOVERNMENT AND PRIVATE HEALTH PROGRAMS, SEE SEPARATE INSTRUCTIONS ISSUED BY APPLICABLE PROGRAMS.

NOTICE: Any person who knowingly files a statement of claim containing any misrepresentation or any false, incomplete or misleading information may be guilty of a criminal act punishable under law and may be subject to civil penalties.

### REFERS TO GOVERNMENT PROGRAMS ONLY

MEDICARE AND CHAMPUS PAYMENTS: A patient's signature requests that payment be made and authorizes release of any information necessary to process the claim and certifies that the information provided in Blocks 1 through 12 is true, accurate and complete. In the case of a Medicare claim, the patient's signature authorizes any entity to release to Medicare medical and nonmedical information, including employment status, and whether the person has employer group health insurance, liability, no-fault, worker's compensation or other insurance which is responsible to pay for the services for which the Medicare claim is made. See 42 CFR 411.24(a). If Item 9 is completed, the patient's signature authorizes release of the information to the health plan or agency shown. In Medicare assigned or CHAMPUS participation cases, the physician agrees to accept the charge determination of the Medicare carrier or CHAMPUS fiscal intermediary as the full charge, and the patient is responsible only for the deductible, coinsurance and noncovered services. Coinsurance and the deductible are based upon the charge determination of the Medicare carrier or CHAMPUS fiscal intermediary if this is less than the charge submitted. CHAMPUS is not a health insurance program but makes payment for health benefits provided through certain affiliations with the Uniformed Services. Information on the patient's sponsor should be provided in those items captioned in "Insured"; i.e., items 1a, 4, 6, 7, 9, and 11.

### BLACK LUNG AND FECA CLAIMS

The provider agrees to accept the amount paid by the Government as payment in full. See Black Lung and FECA instructions regarding required procedure and diagnosis coding systems.

### SIGNATURE OF PHYSICIAN OR SUPPLIER (MEDICARE, CHAMPUS, FECA AND BLACK LUNG)

I certify that the services shown on this form were medically indicated and necessary for the health of the patient and were personally furnished by me or were furnished incident to my professional service by my employee under my immediate personal supervision, except as otherwise expressly permitted by Medicare or CHAMPUS regulations.

For services to be considered as "incident" to a physician's professional service, 1) they must be rendered under the physician's immediate personal supervision by his/her employee, 2) they must be an integral, although incidental part of a covered physician's service, 3) they must be of kinds commonly furnished in physician's offices, and 4) the services of nonphysicians must be included on the physician's bills.

For CHAMPUS claims, I further certify that I (or any employee) who rendered services am not an active duty member of the Uniformed Services or a civilian employee of the United States Government or a contract employee of the United States Government, either civilian or military (refer to 5 USC 5536). For Black-Lung claims, I further certify that the services performed were for a Black Lung-related disorder.

No Part B Medicare benefits may be paid unless this form is received as required by existing law and regulations (42 CFR 424.32)

NOTICE: Any one who misrepresents or falsifies essential information to receive payment from Federal funds requested by this form may upon conviction be subject to fine and imprisonment under applicable Federal laws.

### NOTICE TO PATIENT ABOUT THE COLLECTION AND USE OF MEDICARE, CHAMPUS, FECA, AND BLACK LUNG INFORMATION
### (PRIVACY ACT STATEMENT)

We are authorized by CMS, CHAMPUS and OWCP to ask you for information needed in the administration of the Medicare, CHAMPUS, FECA, and Black Lung programs. Authority to collect information is in section 205(a), 1862, 1872 and 1874 of the Social Security Act as amended, 42 CFR 411.24(a) and 424.5(a) (6), and 44 USC 3101;41 CFR 101 et seq and 10 USC 1079 and 1086; 5 USC 8101 et seq; and 30 USC 901 et seq; 38 USC 613; E.O. 9397.

The information we obtain to complete claims under these programs is used to identify you and to determine your eligibility. It is also used to decide if the services and supplies you received are covered by these programs and to insure that proper payment is made.

The information may also be given to other providers of services, carriers, intermediaries, medical review boards, health plans, and other organizations or Federal agencies, for the effective administration of Federal provisions that require other third parties payers to pay primary to Federal program, and as otherwise necessary to administer these programs. For example, it may be necessary to disclose information about the benefits you have used to a hospital or doctor. Additional disclosures are made through routine uses for information contained in systems of records.

FOR MEDICARE CLAIMS: See the notice modifying system No. 09-70-0501, titled, 'Carrier Medicare Claims Record,' published in the Federal Register, Vol 55 No. 177, page 37549, Wed. Sept. 12, 1990, or as updated and republished

FOR OWCP CLAIMS: Department of Labor, Privacy Act of 1974, "Republication of Notice of Systems of Records," Federal Register Vol. 55 No. 40, Wed Feb 28, 1990, See ESA-5, ESA-6, ESA-12, ESA-13, ESA-30, or as updated and republished

FOR CHAMPUS CLAIMS: PRINCIPLE PURPOSE(S): To evaluate eligibility for medical care provided by civilian sources and to issue payment upon establishment of eligibility and determination that the services/supplies received are authorized by law.

ROUTINE USE(S): Information from claims and related documents may be given to the Dept. of Veterans Affairs, the Dept. of Health and Human Services and/or the Dept. of Transportation consistent with their statutory administrative responsibilities under CHAMPUS/CHAMPVA; to the Dept of Justice for representation of the Secretary of Defense in civil actions; to the Internal Revenue Service, private collection agencies, and consumer reporting agencies in connection with recoupment claims; and to Congressional Offices in response to inquiries made at the request of the person to whom a record pertains. Appropriate disclosures may be made to other federal, state, local, foreign government agencies, private business entities, and individual providers of care, on matters relating to entitlement, claims adjudication, fraud, program abuse, utilization review, quality assurance, peer review, program integrity, third-party liability, coordination of benefits and civil and criminal litigation related to the operation of CHAMPUS.

DISCLOSURES: Voluntary; however, failure to provide information will result in delay in payment or may result in denial of claim. With the one exception discussed below, there are no penalties under these programs for refusing to supply information. However, failure to furnish information regarding the medical services rendered or the amount charged would prevent payment of claims under these programs. Failure to furnish any other information, such as name or claim number, would delay payment of the claim. Failure to provide medical information under FECA could be deemed an obstruction.

It is mandatory that you tell us if you know that another party is responsible for paying for your treatment. Section 1128B of the Social Security Act and 31 USC 3801-3812 provide penalties for withholding this information.

You should be aware that P.L. 100-503, the "Computer Matching and Privacy Protection Act of 1988", permits the government to verify information by way of computer matches.

### MEDICAID PAYMENTS (PROVIDER CERTIFICATION)

I hereby agree to keep such records as are necessary to disclose fully the extent of services provided to individuals under the State's Title XIX plan and to furnish information regarding any payments claimed for providing such services as the State Agency or Dept. of Health and Human Services may request.

I further agree to accept, as payment in full, the amount paid by the Medicaid program for those claims submitted for payment under that program, with the exception of authorized deductible, coinsurance, co-payment or similar cost-sharing charge.

SIGNATURE OF PHYSICIAN (OR SUPPLIER): I certify that the services listed above were medically indicated and necessary to the health of this patient and were personally furnished by me or my employee under my personal direction.

NOTICE: This is to certify that the foregoing information is true, accurate and complete. I understand that payment and satisfaction of this claim will be from Federal and State funds, and that any false claims, statements, or documents, or concealment of a material fact, may be prosecuted under applicable Federal or State laws.

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-0999. The time required to complete this information collection is estimated to average 10 minutes per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have any comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: CMS, Attn: PRA Reports Clearance Officer 7500 Security Boulevard, Baltimore, Maryland 21244-1850 This address is for comments and/or suggestions only DO NOT MAIL COMPLETED CLAIM FORMS TO THIS ADDRESS

## Cervical Thoracic Assessment
### Universal Health Group, Inc.

**Universal Health Group**
Redacted

**Patient No.: 00000431**
Ref. by: Dr. Christopher Chang

Date: 03 / 29 / 10       Dx: Post op C spn

**Clinical Assessment:**

**Problem list:**
- [ ] Impaired ADL (see functional questionnaire)
- [x] Limited ROM
- [x] Weakness
- [x] Pain
- [x] + radicular signs and symptoms
- [ ] Unable check blind spot while driving
- [ ] Unable to look up at the ceiling
- [ ] Unable to sleep without awakening from pain
- [ ] Inability to return to work w/o restrictions.
- [ ] Others: _____

**Long term goals (4-6 weeks):**
- [ ] Return to pre-morbid functional levels
- [x] ROM to within functional limits
- [x] Strength by ___ grades
- [x] Pain by __35__ %
- [x] Reduced # of positive radicular signs
- [x] Able to check blind spot while driving
- [x] Look up at the ceiling without limitations
- [x] Sleep without awakening from pain
- [ ] Return to work without restrictions.
- [ ] Others: _____

**Short term goals (2 weeks):**
- [ ] Improve function by _____ %
- [x] ROM by __30-7__ %
- [x] Strength by __1/2__ grades
- [x] Pain by __30__ %
- Others: _____

**Treatment Plan:**
- [x] Moist/Cold times 15 minutes
- [ ] Paraffin Bath time 15 minutes
- [ ] Ultrasound ____Min ____W/cm2
- [ ] Iontophoresis.
- [x] Electrical stimulation times 15 minutes
  - Freq: (Hi) / Low
  - Pads: 2 (4)
  - Mode: Interferential / Pre-modulated
    NM-stimulation

Instructions/location: _____

Other treatment options: _____

**One on One:**
- [x] Graded therapeutic exercise for **Strengthening**
- [x] Graded therapeutic exercise for **ROM**
- [x] Home exercise program instructions
- [x] Manual therapy
  - □ Joint Mobilization
  - ☑ STM / MFR
  - □ MLT
- [ ] Stabilization exercise
- [ ] Stretching
- [ ] Conditioning / return to work program
- [x] Explain reason for therapy and **pathology/anatomy**
- [ ] Taping
- [ ] Bandaging for edema reduction
- [ ] Mobilization with movements

Precautions: _____

**Rehabilitation Potential:** [x] Good  [ ] Fair  [ ] Poor

Frequency  1/Wk  2/Wk  (3/Wk)  4/Wk  5/Wk       Duration: (30 days)  21 days  14 days  7 days  single visit

I/My family members have participated in the development of, and agree to work towards, the above stated goals and treatment plan:
Patient/ family member signature: _____   Date: _____

| | | | |
|---|---|---|---|
| **Therapist Signature:** | *(signature)* | P.T. | **Date:** 03/29/10 |
| **Physicians Signature:** | | M.D. | **Date:** |

**1500**
**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

STATE FARM INSURANCE
FAX 888-845-8680
PO BOX 2361
BLOOMINGTON IL 61702

PICA

1. MEDICARE  MEDICAID  TRICARE CHAMPUS  CHAMPVA  GROUP HEALTH PLAN  FECA BLK LUNG  OTHER [X]
1a. INSURED'S I.D. NUMBER  373116962

2. PATIENT'S NAME  Redacted

3. PATIENT'S BIRTH DATE  SEX  F [X]

4. INSURED'S NAME  Redacted

6. PATIENT RELATIONSHIP TO INSURED  Self [X]

8. PATIENT STATUS  Married [X]

11. INSURED'S POLICY GROUP OR FECA NUMBER

11a. INSURED'S DATE OF BIRTH  Redacted

11c. INSURANCE PLAN NAME OR PROGRAM NAME  STATE FARM INSURANCE

10. IS PATIENT'S CONDITION RELATED TO:
a. EMPLOYMENT?  NO [X]
b. AUTO ACCIDENT?  YES [X]  PLACE (State)
c. OTHER ACCIDENT?  NO [X]

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  SIGNATURE ON FILE  DATE 04 06 10
13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  SIGNATURE ON FILE

14. DATE OF CURRENT:  12 03 08
17. NAME OF REFERRING PROVIDER OR OTHER SOURCE  LOREN CHUDLER DO
17b. NPI  1164477816

19. RESERVED FOR LOCAL USE
20. OUTSIDE LAB?  NO [X]  $ CHARGES 0.00
21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY  1. V45 4
22. MEDICAID RESUBMISSION
23. PRIOR AUTHORIZATION NUMBER  22A922689

24. 
| A. DATE(S) OF SERVICE From / To | B. PLACE | C. EMG | D. CPT/HCPCS | MODIFIER | E. POINTER | F. $ CHARGES | G. DAYS | H. | I. QUAL | J. RENDERING PROVIDER ID |
|---|---|---|---|---|---|---|---|---|---|---|
| 03 29 10 03 29 10 | 11 | | 97001 | GP 59 | 1 | 150 00 | 1 | | NPI | 1164477816 |

25. FEDERAL TAX I.D. NUMBER  205918486
26. PATIENT'S ACCOUNT NO.  0017C000710
27. ACCEPT ASSIGNMENT?  YES [X]
28. TOTAL CHARGE  150 00
29. AMOUNT PAID  0 00
30. BALANCE DUE  150 00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER  LOREN CHUDLER DO  04 06 10
32. SERVICE FACILITY LOCATION INFORMATION  WEST BLOOMFIELD PT  5761 WEST MAPLE  WEST BLOOMFIELD MI 48322  1518027606
33. BILLING PROVIDER INFO & PH #  249 8894580  UNIVERSAL HEALTH GROUP  5761 W MAPLE RD  WEST BLOOM MI 48322  1518027606

NUCC Instruction Manual available at: www.nucc.org  WCMS-1500CS  APPROVED OMB 0938-0999 FORM CMS-1500 (08/05)

BECAUSE THIS FORM IS USED BY VARIOUS GOVERNMENT AND PRIVATE HEALTH PROGRAMS, SEE SEPARATE INSTRUCTIONS ISSUED BY APPLICABLE PROGRAMS.

NOTICE: Any person who knowingly files a statement of claim containing any misrepresentation or any false, incomplete or misleading information may be guilty of a criminal act punishable under law and may be subject to civil penalties.

## REFERS TO GOVERNMENT PROGRAMS ONLY

MEDICARE AND CHAMPUS PAYMENTS: A patient's signature requests that payment be made and authorizes release of any information necessary to process the claim and certifies that the information provided in Blocks 1 through 12 is true, accurate and complete. In the case of a Medicare claim, the patient's signature authorizes any entity to release to Medicare medical and nonmedical information, including employment status, and whether the person has employer group health insurance, liability, no-fault, worker's compensation or other insurance which is responsible to pay for the services for which the Medicare claim is made. See 42 CFR 411.24(a). If item 9 is completed, the patient's signature authorizes release of the information to the health plan or agency shown. In Medicare assigned or CHAMPUS participation cases, the physician agrees to accept the charge determination of the Medicare carrier or CHAMPUS fiscal intermediary as the full charge, and the patient is responsible only for the deductible, coinsurance and noncovered services. Coinsurance and the deductible are based upon the charge determination of the Medicare carrier or CHAMPUS fiscal intermediary if this is less than the charge submitted. CHAMPUS is not a health insurance program but makes payment for health benefits provided through certain affiliations with the Uniformed Services. Information on the patient's sponsor should be provided in those items captioned in "Insured"; i.e., items 1a, 4, 6, 7, 9, and 11.

### BLACK LUNG AND FECA CLAIMS

The provider agrees to accept the amount paid by the Government as payment in full. See Black Lung and FECA instructions regarding required procedure and diagnosis coding systems.

### SIGNATURE OF PHYSICIAN OR SUPPLIER (MEDICARE, CHAMPUS, FECA AND BLACK LUNG)

I certify that the services shown on this form were medically indicated and necessary for the health of the patient and were personally furnished by me or were furnished incident to my professional service by my employee under my immediate personal supervision, except as otherwise expressly permitted by Medicare or CHAMPUS regulations.

For services to be considered as "incident" to a physician's professional service, 1) they must be rendered under the physician's immediate personal supervision by his/her employee, 2) they must be an integral, although incidental part of a covered physician's service, 3) they must be of kinds commonly furnished in physician's offices, and 4) the services of nonphysicians must be included on the physician's bills.

For CHAMPUS claims, I further certify that I (or any employee) who rendered services am not an active duty member of the Uniformed Services or a civilian employee of the United States Government or a contract employee of the United States Government, either civilian or military (refer to 5 USC 5536). For Black-Lung claims, I further certify that the services performed were for a Black Lung-related disorder.

No Part B Medicare benefits may be paid unless this form is received as required by existing law and regulations (42 CFR 424.32)

NOTICE: Any one who misrepresents or falsifies essential information to receive payment from Federal funds requested by this form may upon conviction be subject to fine and imprisonment under applicable Federal laws.

### NOTICE TO PATIENT ABOUT THE COLLECTION AND USE OF MEDICARE, CHAMPUS, FECA, AND BLACK LUNG INFORMATION
(PRIVACY ACT STATEMENT)

We are authorized by CMS, CHAMPUS and OWCP to ask you for information needed in the administration of the Medicare, CHAMPUS, FECA, and Black Lung programs. Authority to collect information is in section 205(a), 1862, 1872 and 1874 of the Social Security Act as amended, 42 CFR 411.24(a) and 424.5(a) (6), and 44 USC 3101;41 CFR 101 et seq and 10 USC 1079 and 1086; 5 USC 8101 et seq; and 30 USC 901 et seq; 38 USC 613; E.O. 9397.

The information we obtain to complete claims under these programs is used to identify you and to determine your eligibility. It is also used to decide if the services and supplies you received are covered by these programs and to insure that proper payment is made.

The information may also be given to other providers of services, carriers, intermediaries, medical review boards, health plans, and other organizations or Federal agencies, for the effective administration of Federal provisions that require other third parties payers to pay primary to Federal program, and as otherwise necessary to administer these programs. For example, it may be necessary to disclose information about the benefits you have used to a hospital or doctor. Additional disclosures are made through routine uses for information contained in systems of records.

FOR MEDICARE CLAIMS: See the notice modifying system No. 09-70-0501, titled, 'Carrier Medicare Claims Record.' published in the Federal Register, Vol 55 No. 177, page 37549, Wed. Sept. 12, 1990, or as updated and republished

FOR OWCP CLAIMS: Department of Labor, Privacy Act of 1974, "Republication of Notice of Systems of Records." Federal Register Vol. 55 No. 40, Wed Feb 28, 1990. See ESA-5, ESA-6, ESA-12, ESA-13, ESA-30, or as updated and republished

FOR CHAMPUS CLAIMS: PRINCIPLE PURPOSE(S): To evaluate eligibility for medical care provided by civilian sources and to issue payment upon establishment of eligibility and determination that the services/supplies received are authorized by law.

ROUTINE USE(S): Information from claims and related documents may be given to the Dept. of Veterans Affairs, the Dept. of Health and Human Services and/or the Dept. of Transportation consistent with their statutory administrative responsibilities under CHAMPUS/CHAMPVA; to the Dept of Justice for representation of the Secretary of Defense in civil actions; to the Internal Revenue Service, private collection agencies, and consumer reporting agencies in connection with recoupment claims; and to Congressional Offices in response to inquiries made at the request of the person to whom a record pertains. Appropriate disclosures may be made to other federal, state, local, foreign government agencies, private business entities, and individual providers of care, on matters relating to entitlement, claims adjudication, fraud, program abuse, utilization review, quality assurance, peer review, program integrity, third-party liability, coordination of benefits and civil and criminal litigation related to the operation of CHAMPUS.

DISCLOSURES: Voluntary; however, failure to provide information will result in delay in payment or may result in denial of claim. With the one exception discussed below, there are no penalties under these programs for refusing to supply information. However, failure to furnish information regarding the medical services rendered or the amount charged would prevent payment of claims under these programs. Failure to furnish any other information, such as name or claim number, would delay payment of the claim. Failure to provide medical information under FECA could be deemed an obstruction.

It is mandatory that you tell us if you know that another party is responsible for paying for your treatment. Section 1128B of the Social Security Act and 31 USC 3801-3812 provide penalties for withholding this information.

You should be aware that P.L. 100-503, the "Computer Matching and Privacy Protection Act of 1988", permits the government to verify information by way of computer matches.

### MEDICAID PAYMENTS (PROVIDER CERTIFICATION)

I hereby agree to keep such records as are necessary to disclose fully the extent of services provided to individuals under the State's Title XIX plan and to furnish information regarding any payments claimed for providing such services as the State Agency or Dept. of Health and Human Services may request.

I further agree to accept, as payment in full, the amount paid by the Medicaid program for those claims submitted for payment under that program, with the exception of authorized deductible, coinsurance, co-payment or similar cost-sharing charge.

SIGNATURE OF PHYSICIAN (OR SUPPLIER): I certify that the services listed above were medically indicated and necessary to the health of this patient and were personally furnished by me or my employee under my personal direction.

NOTICE: This is to certify that the foregoing information is true, accurate and complete. I understand that payment and satisfaction of this claim will be from Federal and State funds, and that any false claims, statements, or documents, or concealment of a material fact, may be prosecuted under applicable Federal or State laws

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-0999. The time required to complete this information collection is estimated to average 10 minutes per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have any comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: CMS, Attn, PRA Reports Clearance Officer 7500 Security Boulevard, Baltimore, Maryland 21244-1850   This address is for comments and/or suggestions only   DO NOT MAIL COMPLETED CLAIM FORMS TO THIS ADDRESS

Universal Health Group
Redacted
Patient No.: 00000281
Ref. by: Dr. L. Chudler

## Lumbar  Assessment
Universal Health Group, Inc. P.T.

Date: .03-02-09     Dx: CDL Sprain, (L) wrist injury

**Clinical Assessment:** Impaired spinal mobility, postural dysfunction.
22A843-831

**Problem list:**
- ☑ Impaired ADL (see functional questionnaire)
- ☑ Limited ROM
- ☑ Weakness
- ☑ Pain
- ☑ ↑ neurological findings
- ☑ Limited ambulation distance
- ☑ Limited standing time
- ☑ Limited pain free sitting
- ☑ Difficulty lifting and bending
- ☑ Awakens due to pain
- ☐ Inability to return to work w/o limitations.
- ☐ Others: _____

**Long term goals (4-6 weeks):**
- ☑ Return to pre-morbid functional levels
- ☑ ↑ ROM to within functional limits
- ☑ ↑ Strength by __1__ grades
- ☑ ↓ Pain by __60__ %
- ☑ Reduce # of positive neurological signs
- ☑ ↑ ambulation to __30 min__ ft
- ☑ ↑ standing time to __30__ min
- ☑ ↑ Pain free sitting time to > __30__ min
- ☐ Normal lifting and bending
- ☑ Sleeps without awakening from pain
- ☑ Return to work w/o limitations.
- ☐ Others: _____

**Short term goals (2 weeks):**
- ☐ Improve function by __30__ %
- ☑ ↑ ROM by __30__ %
- ☑ ↑ Strength by __6__ grades
- ☑ ↓ Pain by __30__ %
- ☐ ↓ Size of limb by _____ %
- ☑ ↑ ambulation by __10 min__ feet
- ☑ ↑ standing by __10__ min
- ☐ Others: _____

**Treatment Plan:**
- ☑ Moist/Cold times 15 minutes
- ☐ Ultrasound _____ Min _____ W/cm2
- ☐ Mechanical traction _____ Lbs _____ Min
  - *Int / Cont       Prone/ Supine*
- ☐ Electrical stimulation times 15 minutes
  - Freq: (Hi) Low
  - Pads: 2 / 4
  - Mode: (Interferential) Pre-mod/ EMS

*Instructions/location:* _____

**One on One:**
- ☑ Graded therapeutic exercise for **Strengthening**
- ☑ Graded therapeutic exercise for **ROM**
- ☑ **Balance** activities
- ☑ Dynamic Lumbar **stabilization**
- ☑ **Postural** education
- ☑ **Home** exercise program instructions
- ☑ **Manual therapy** Thoracic & (L) wrist
  - ☐ Joint Mobilization
  - ☐ STM / MFR / MLT
  - ☐ Long / short axis traction
- ☑ **Balance** activities
- ☑ **Stretching**
- ☑ **Conditioning** / return to work program
- ☑ Explain reason for therapy and **pathology**/anatomy

Other treatment options: _____

**Precautions:** _____

**Rehabilitation Potential:** ☑ Good ☐ Fair ☐ Poor

*Frequency* 1/Wk 2/Wk (3/Wk) 4/Wk 5/Wk     *Duration:* (30 days) 21 days 14 days 7 days  single visit

I/My family members have participated in the development of, and agree to work towards, the above stated goals and treatment plan:
Patient/ family member signature: _____ Date: _____

| Therapist Signature: | N. Tonaskar | P.T. | Date: 03-02-09 |
|---|---|---|---|
| Physicians Signature: | | M.D. | Date: |

| 1500 |
| --- |

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

STATE FARM
PO BOX 2361
BLOOMINGTON IL 61702

‾‾PICA

PICA

| 1. MEDICARE MEDICAID TRICARE CHAMPVA GROUP FECA OTHER | 1a. INSURED'S I.D. NUMBER (For Program in Item 1) |
| --- | --- |
| CHAMPUS HEALTH PLAN BLK LUNG | |
| ☐ (Medicare #) ☐ (Medicaid #) ☐ (Sponsor's SSN) ☐ (Member ID#) ☐ (SSN or ID) ☐ (SSN) ☒ (ID) | 22A843831 |

| 2. PATIENT'S NAME (Last Name, First Name, Middle Initial) | 3. PATIENT'S BIRTH DATE SEX | 4. INSURED'S NAME (Last Name, First Name, Middle Initial) |
| --- | --- | --- |
| Redacted | Redacted M ☐ F ☒ | Redacted |
| | 6. PATIENT RELATIONSHIP TO INSURED | |
| | Self ☒ Spouse ☐ Child ☐ Other ☐ | |
| | 8. PATIENT STATUS | |
| | Single ☐ Married ☒ Other ☐ | |
| | Employed ☐ Full-Time Student ☐ Part-Time Student ☐ | |

| 9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial) | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
| --- | --- | --- |
| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? (Current or Previous) ☐ YES ☒ NO | a. INSURED'S DATE OF BIRTH SEX |
| | | Redacted M ☒ F ☐ |
| b. OTHER INSURED'S DATE OF BIRTH SEX M ☐ F ☐ | b. AUTO ACCIDENT? PLACE (State) ☒ YES ☐ NO | b. EMPLOYER'S NAME OR SCHOOL NAME |
| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? ☐ YES ☒ NO | c. INSURANCE PLAN NAME OR PROGRAM NAME STATE FARM |
| d. INSURANCE PLAN NAME OR PROGRAM NAME | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? ☐ YES ☒ NO If yes, return to and complete item 9 a-d. |

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED SIGNATURE ON FILE          DATE 03 10 09

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED SIGNATURE ON FILE

| 14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION MM DD YY MM DD YY FROM TO |
| --- | --- | --- |
| 17. NAME OF REFERRING PROVIDER OR OTHER SOURCE LOREN CHUDLER DO | 17a. 17b. NPI 1164477816 | 18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES MM DD YY MM DD YY FROM TO |
| 19. RESERVED FOR LOCAL USE | | 20. OUTSIDE LAB? ☐ YES ☒ NO $ CHARGES 0 00 |
| 21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line) | 1. 847 1       3. 724 4       2. 847 2       4. 728 85 | 22. MEDICAID RESUBMISSION CODE ORIGINAL REF. NO. |
| | | 23. PRIOR AUTHORIZATION NUMBER |

| 24. A. DATE(S) OF SERVICE | | | | | | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID QUAL | J. RENDERING PROVIDER ID. # |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| From MM | DD | YY | To MM | DD | YY | | | | | | | | | |
| 03 | 02 | 09 | 03 | 02 | 09 | 11 | | 97001 GP | 1 | 120 00 | 1 | | NPI | 1164477816 |
| 03 | 02 | 09 | 03 | 02 | 09 | 11 | | 97014 GP | 1 | 100 00 | 1 | | NPI | 1164477816 |
| 03 | 02 | 09 | 03 | 02 | 09 | 11 | | 97110 GP | 1 | 60 00 | 1 | | NPI | 1164477816 |
| 03 | 02 | 09 | 03 | 02 | 09 | 11 | | 97140 GP | 1 | 60 00 | 1 | | NPI | 1164477816 |
| 03 | 02 | 09 | 03 | 02 | 09 | 11 | | 97535 GP | 1 | 75 00 | 1 | | NPI | 1164477816 |
| | | | | | | | | | | | | | NPI | |

| 25. FEDERAL TAX I.D. NUMBER SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
| --- | --- | --- | --- | --- | --- |
| 205918486 ☐ ☒ | 0007C000335 | ☒ YES ☐ NO | $ 415 00 | $ 0 00 | $ 415 00 |

| 31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.) LOREN CHUDLER DO SIGNED 03 10 09 | 32. SERVICE FACILITY LOCATION INFORMATION UNIVERSAL HEALTH GROUP 5761 W MAPLE RD WEST BLOOMFIELD MI 48322 a. b. | 33. BILLING PROVIDER INFO & PH # (248) 9322607 UNIVERSAL HEALTH GROUP 5761 WEST MAPLE ROAD WEST BLOOM MI 48322 a.518027606 b. |
| --- | --- | --- |

NUCC Instruction Manual available at: www.nucc.org          APPROVED OMB-0938-0999 FORM CMS-1500 (08-05)

CARRIER

PATIENT AND INSURED INFORMATION

PHYSICIAN OR SUPPLIER INFORMATION

BECAUSE THIS FORM IS USED BY VARIOUS GOVERNMENT AND PRIVATE HEALTH PROGRAMS, SEE SEPARATE INSTRUCTIONS ISSUED BY APPLICABLE PROGRAMS.

NOTICE: Any person who knowingly files a statement of claim containing any misrepresentation or any false, incomplete or misleading information may be guilty of a criminal act punishable under law and may be subject to civil penalties.

### REFERS TO GOVERNMENT PROGRAMS ONLY

MEDICARE AND CHAMPUS PAYMENTS: A patient's signature requests that payment be made and authorizes release of any information necessary to process the claim and certifies that the information provided in Blocks 1 through 12 is true, accurate and complete. In the case of a Medicare claim, the patient's signature authorizes any entity to release to Medicare medical and nonmedical information, including employment status, and whether the person has employer group health insurance, liability, no-fault, worker's compensation or other insurance which is responsible to pay for the services for which the Medicare claim is made. See 42 CFR 411.24(a). If item 9 is completed, the patient's signature authorizes release of the information to the health plan or agency shown. In Medicare assigned or CHAMPUS participation cases, the physician agrees to accept the charge determination of the Medicare carrier or CHAMPUS fiscal intermediary as the full charge, and the patient is responsible only for the deductible, coinsurance and noncovered services. Coinsurance and the deductible are based upon the charge determination of the Medicare carrier or CHAMPUS fiscal intermediary if this is less than the charge submitted. CHAMPUS is not a health insurance program but makes payment for health benefits provided through certain affiliations with the Uniformed Services. Information on the patient's sponsor should be provided in those items captioned in "Insured"; i.e., items 1a, 4, 6, 7, 9, and 11.

### BLACK LUNG AND FECA CLAIMS

The provider agrees to accept the amount paid by the Government as payment in full. See Black Lung and FECA instructions regarding required procedure and diagnosis coding systems.

### SIGNATURE OF PHYSICIAN OR SUPPLIER (MEDICARE, CHAMPUS, FECA AND BLACK LUNG)

I certify that the services shown on this form were medically indicated and necessary for the health of the patient and were personally furnished by me or were furnished incident to my professional service by my employee under my immediate personal supervision, except as otherwise expressly permitted by Medicare or CHAMPUS regulations.

For services to be considered as "incident" to a physician's professional service, 1) they must be rendered under the physician's immediate personal supervision by his/her employee, 2) they must be an integral, although incidental part of a covered physician's service, 3) they must be of kinds commonly furnished in physician's offices, and 4) the services of nonphysicians must be included on the physician's bills.

For CHAMPUS claims, I further certify that I (or any employee) who rendered services am not an active duty member of the Uniformed Services or a civilian employee of the United States Government or a contract employee of the United States Government, either civilian or military (refer to 5 USC 5536). For Black-Lung claims, I further certify that the services performed were for a Black Lung-related disorder.

No Part B Medicare benefits may be paid unless this form is received as required by existing law and regulations (42 CFR 424.32)

NOTICE: Any one who misrepresents or falsifies essential information to receive payment from Federal funds requested by this form may upon conviction be subject to fine and imprisonment under applicable Federal laws.

### NOTICE TO PATIENT ABOUT THE COLLECTION AND USE OF MEDICARE, CHAMPUS, FECA, AND BLACK LUNG INFORMATION
### (PRIVACY ACT STATEMENT)

We are authorized by CMS, CHAMPUS and OWCP to ask you for information needed in the administration of the Medicare, CHAMPUS, FECA, and Black Lung programs. Authority to collect information is in section 205(a), 1862, 1872 and 1874 of the Social Security Act as amended, 42 CFR 411.24(a) and 424.5(a) (6), and 44 USC 3101;41 CFR 101 et seq and 10 USC 1079 and 1086; 5 USC 8101 et seq; and 30 USC 901 et seq; 38 USC 613; E.O. 9397.

The information we obtain to complete claims under these programs is used to identify you and to determine your eligibility. It is also used to decide if the services and supplies you received are covered by these programs and to insure that proper payment is made.

The information may also be given to other providers of services, carriers, intermediaries, medical review boards, health plans, and other organizations or Federal agencies, for the effective administration of Federal provisions that require other third parties payers to pay primary to Federal program, and as otherwise necessary to administer these programs. For example, it may be necessary to disclose information about the benefits you have used to a hospital or doctor. Additional disclosures are made through routine uses for information contained in systems of records.

FOR MEDICARE CLAIMS: See the notice modifying system No. 09-70-0501, titled, "Carrier Medicare Claims Record," published in the Federal Register, Vol 55 No. 177, page 37549, Wed. Sept. 12, 1990, or as updated and republished

FOR OWCP CLAIMS: Department of Labor, Privacy Act of 1974, "Republication of Notice of Systems of Records," Federal Register Vol. 55 No. 40, Wed Feb 28, 1990, See ESA-5, ESA-6, ESA-12, ESA-13, ESA-30, or as updated and republished

FOR CHAMPUS CLAIMS: PRINCIPLE PURPOSE(S). To evaluate eligibility for medical care provided by civilian sources and to issue payment upon establishment of eligibility and determination that the services/supplies received are authorized by law.

ROUTINE USE(S): Information from claims and related documents may be given to the Dept. of Veterans Affairs, the Dept. of Health and Human Services and/or the Dept. of Transportation consistent with their statutory administrative responsibilities under CHAMPUS/CHAMPVA; to the Dept. of Justice for representation of the Secretary of Defense in civil actions; to the Internal Revenue Service, private collection agencies, and consumer reporting agencies in connection with recoupment claims; and to Congressional Offices in response to inquiries made at the request of the person to whom a record pertains. Appropriate disclosures may be made to other federal, state, local, foreign government agencies, private business entities, and individual providers of care, on matters relating to entitlement, claims adjudication, fraud, program abuse, utilization review, quality assurance, peer review, program integrity, third-party liability, coordination of benefits and civil and criminal litigation related to the operation of CHAMPUS.

DISCLOSURES: Voluntary; however, failure to provide information will result in delay in payment or may result in denial of claim. With the one exception discussed below, there are no penalties under these programs for refusing to supply information. However, failure to furnish information regarding the medical services rendered or the amount charged would prevent payment of claims under these programs. Failure to furnish any other information, such as name or claim number, would delay payment of the claim. Failure to provide medical information under FECA could be deemed an obstruction.

It is mandatory that you tell us if you know that another party is responsible for paying for your treatment. Section 1128B of the Social Security Act and 31 USC 3801-3812 provide penalties for withholding this information.

You should be aware that P.L. 100-503, the "Computer Matching and Privacy Protection Act of 1988", permits the government to verify information by way of computer matches.

### MEDICAID PAYMENTS (PROVIDER CERTIFICATION)

I hereby agree to keep such records as are necessary to disclose fully the extent of services provided to individuals under the State's Title XIX plan and to furnish information regarding any payments claimed for providing such services as the State Agency or Dept. of Health and Human Services may request.

I further agree to accept, as payment in full, the amount paid by the Medicaid program for those claims submitted for payment under that program, with the exception of authorized deductible, coinsurance, co-payment or similar cost-sharing charge.

SIGNATURE OF PHYSICIAN (OR SUPPLIER): I certify that the services listed above were medically indicated and necessary to the health of this patient and were personally furnished by me or my employee under my personal direction.

NOTICE: This is to certify that the foregoing information is true, accurate and complete. I understand that payment and satisfaction of this claim will be from Federal and State funds, and that any false claims, statements, or documents, or concealment of a material fact, may be prosecuted under applicable Federal or State laws

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-0999. The time required to complete this information collection is estimated to average 10 minutes per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have any comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: CMS, Attn: PRA Reports Clearance Officer, 7500 Security Boulevard, Baltimore, Maryland 21244-1850.   This address is for comments and/or suggestions only.   DO NOT MAIL COMPLETED CLAIM FORMS TO THIS ADDRESS

| 2888 West grand blvd. lower level, Detroit, 48202 | **Lumbar   Assessment** |
|---|---|
| Patient Name: Redacted | Michigan Spine & Rehab |

Date: 11/23/11 | Dx: Lx disc  722.11

**Clinical Assessment:** Pt demo Antalgic gt pattern ± hip hiking had hip replacement 2004 not sure if gt pattern developed prior to accident. √d ROM c̄ all planes of motion in L-spine, mm imbalance, mm spasm c̄ (L) side bending.

**Problem list:**
- ☒ Impaired ADL (see functional questionnaire)
- ☒ Limited ROM
- ☒ Weakness
- ☒ Pain
- ☐ + neurological findings
- ☒ Limited ambulation distance — error
- ☒ Limited standing time
- ☐ Limited pain free sitting
- ☐ Difficulty lifting and bending
- ☐ Awakens due to pain
- ☐ Inability to return to work w/o limitations.
- Others: _____

**Long term goals (4-6 weeks):**
- ☒ Return to pre-morbid functional levels
- ☒ ↑ ROM to within functional limits
- ☒ ↑ Strength by 1½ grades
- ☒ ↓ Pain by 70 %
- ☐ Reduce # of positive neurological signs
- ☐ ↑ ambulation to ~~100~~ mins — error
- ☒ ↑ standing time to 100 min
- ☒ ↑ Pain free sitting time to > _____ min
- ☒ Normal lifting and bending
- ☐ Sleeps without awakening from pain
- ☐ Return to work w/o limitations.
- Others: _____

**Short term goals (2 weeks):**
- ☒ Improve function by 20 %
- ☒ ↑ ROM by 20 %
- ☒ ↑ Strength by ½ grades
- ☒ ↓ Pain by 20 %
- ☒ ↑ ambulation by ~~155~~ mins — error
- ☒ ↑ standing by 10 min
- ☐ ↓ Size of limb by _____ %
- Others: _____

**Treatment Plan:**
- ☒ Moist/Cold times 15 minutes
- ☒ Ultrasound 8 Min 10 W/cm2
- ☐ Mechanical traction _____ Lbs _____ Min
  - Int / Cont     : Prone/ Supine
- ☒ Electrical stimulation times 15 minutes
  - Freq:   Hi / Low
  - Pads:   2/4
  - Mode:  (Interferential)/ Pre-mod/ EMS

Instructions/location: Back
_____
_____

**One on One:**
- ☒ Graded therapeutic exercise for **Strengthening**
- ☒ Graded therapeutic exercise for **ROM**
- ☒ **Balance** activities
- ☒ Dynamic Lumbar **stabilization**
- ☒ **Postural** education
- ☒ **Home** exercise program instructions
- ☒ **Manual therapy**
  - ☒ Joint Mobilization
  - ☒ STM / MFR / MMS
  - ☒ Long / short axis traction
- ☒ **Balance** activities
- ☒ Stretching
- ☐ **Conditioning** / return to work program
- ☐ Explain reason for therapy and **pathology**/anatomy

Other treatment options: _____

Precautions: _____    **Rehabilitation Potential:** ☒ Good ☐ Fair ☐ Poor

Frequency  1/Wk (2/Wk) 3/Wk 4/Wk 5/Wk          Duration: (30 days) 21 days 14 days 7 days  single visit

I/My family members have participated in the development of, and agree to work towards, the above stated goals and treatment plan.
Patient/ family member signature: _____          Date: _____

| **Therapist Signature:** ____ PTA / ____ | P.T. | Date: 11/23/11 |
|---|---|---|
| **Physicians Signature:** | M.D. | Date: 12-00-001 |

1500

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

STATE FARM INSURANCE
P.O. BOX 661023
DALLAS TX  75266-0000

CARRIER

| | PICA | | | | | | | | | | | PICA | |

| 1. MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I D NUMBER | (For Program in Item 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (Member ID#) | (SSN or ID) | (SSN) | X (ID) | 22011G553 | |

2. PATIENT'S BIRTH DATE    SEX

Redacted

Redacted

Redacted

6. PATIENT RELATIONSHIP TO INSURED
Self [X]  Spouse [ ]  Child [ ]  Other [ ]

8. PATIENT STATUS
Single [ ]  Married [ ]  Other [X]
Employed [ ]  Full-Time Student [ ]  Part-Time Student [ ]

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)

10. IS PATIENT'S CONDITION RELATED TO:

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
YES [ ]  NO [X]

b. OTHER INSURED'S DATE OF BIRTH    SEX
MM  DD  YY      M [ ]  F [ ]

b. AUTO ACCIDENT?     PLACE (State)
YES [X]  NO [ ]  MI

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES [ ]  NO [X]

b. EMPLOYER'S NAME OR SCHOOL NAME

c. INSURANCE PLAN NAME OR PROGRAM NAME
STATE FARM INSURANCE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES [ ]  NO [X]  If yes, return to and complete item 9 a-d

**READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.**
12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED  SIGNATURE ON FILE    DATE  11 28 11

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED  SIGNATURE ON FILE

PATIENT AND INSURED INFORMATION

| 14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS, GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION |
|---|---|---|
| 04 01 11 | | FROM    TO |

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
GAYATRI JOSHI PT

17a. |
17b. NPI 1497052583

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
MM DD YY    MM DD YY
FROM    TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?    $ CHARGES
YES [ ]  NO [X]    0 00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (Relate Items 1,2,3 or 4 to Item 24E by Line)
1. 722 11
2. ___
3. ___
4. ___

22. MEDICAID RESUBMISSION
CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY | To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL. | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 23 11 | 11 23 11 | 11 | | 97002 | 59 GP | 1 | 150 00 | 1 | | NPI | 1497052583 |
| 11 23 11 | 11 23 11 | 11 | | 97014 | GP 59 | 1 | 100 00 | 1 | | NPI | 1497052583 |
| 11 23 11 | 11 23 11 | 11 | | 97010 | GP | 1 | 60 00 | 1 | | NPI | 1497052583 |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |
| | | | | | | | | | | NPI | |

PHYSICIAN OR SUPPLIER INFORMATION

| 25. FEDERAL TAX I.D. NUMBER | SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|---|
| 205918486 | X | 35190C23454 | YES [X]  NO [ ] | $ 310 00 | $ 0 00 | $ 310 00 |

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
GAYATRI JOSHI PT
11 30 11
SIGNED    DATE

32. SERVICE FACILITY LOCATION INFORMATION
MICHIGAN SPINE & REHAB DT
2888 W GRAND BLVD
DETROIT MI  48202-0000
a. 1518027606  b.

33. BILLING PROVIDER INFO & PH # 248 8894580
MICHIGAN SPINE AND REHAB
2000 TOWN CENTER SUITE 625
SOUTHFIELD MI  48075-0000 - 2 8 1
a. 1518027606  b.


BECAUSE THIS FORM IS USED BY VARIOUS GOVERNMENT AND PRIVATE HEALTH PROGRAMS, SEE SEPARATE INSTRUCTIONS ISSUED BY APPLICABLE PROGRAMS.

NOTICE: Any person who knowingly files a statement of claim containing any misrepresentation or any false, incomplete or misleading information may be guilty of a criminal act punishable under law and may be subject to civil penalties.

### REFERS TO GOVERNMENT PROGRAMS ONLY

MEDICARE AND CHAMPUS PAYMENTS: A patient's signature requests that payment be made and authorizes release of any information necessary to process the claim and certifies that the information provided in Blocks 1 through 12 is true, accurate and complete. In the case of a Medicare claim, the patient's signature authorizes any entity to release to Medicare medical and nonmedical information, including employment status, and whether the person has employer group health insurance, liability, no-fault, worker's compensation or other insurance which is responsible to pay for the services for which the Medicare claim is made. See 42 CFR 411.24(a). If item 9 is completed, the patient's signature authorizes release of the information to the health plan or agency shown. In Medicare assigned or CHAMPUS participation cases, the physician agrees to accept the charge determination of the Medicare carrier or CHAMPUS fiscal intermediary as the full charge, and the patient is responsible only for the deductible, coinsurance and noncovered services. Coinsurance and the deductible are based upon the charge determination of the Medicare carrier or CHAMPUS fiscal intermediary if this is less than the charge submitted. CHAMPUS is not a health insurance program but makes payment for health benefits provided through certain affiliations with the Uniformed Services. Information on the patient's sponsor should be provided in those items captioned in "Insured"; i.e., items 1a, 4, 6, 7, 9, and 11.

### BLACK LUNG AND FECA CLAIMS

The provider agrees to accept the amount paid by the Government as payment in full. See Black Lung and FECA instructions regarding required procedure and diagnosis coding systems.

### SIGNATURE OF PHYSICIAN OR SUPPLIER (MEDICARE, CHAMPUS, FECA AND BLACK LUNG)

I certify that the services shown on this form were medically indicated and necessary for the health of the patient and were personally furnished by me or were furnished incident to my professional service by my employee under my immediate personal supervision, except as otherwise expressly permitted by Medicare or CHAMPUS regulations.

For services to be considered as "incident" to a physician's professional service, 1) they must be rendered under the physician's immediate personal supervision by his/her employee, 2) they must be an integral, although incidental part of a covered physician's service, 3) they must be of kinds commonly furnished in physician's offices, and 4) the services of nonphysicians must be included on the physician's bills.

For CHAMPUS claims, I further certify that I (or any employee) who rendered services am not an active duty member of the Uniformed Services or a civilian employee of the United States Government or a contract employee of the United States Government, either civilian or military (refer to 5 USC 5536). For Black-Lung claims, I further certify that the services performed were for a Black Lung-related disorder.

No Part B Medicare benefits may be paid unless this form is received as required by existing law and regulations (42 CFR 424.32).

NOTICE: Any one who misrepresents or falsifies essential information to receive payment from Federal funds requested by this form may upon conviction be subject to fine and imprisonment under applicable Federal laws.

### NOTICE TO PATIENT ABOUT THE COLLECTION AND USE OF MEDICARE, CHAMPUS, FECA, AND BLACK LUNG INFORMATION
#### (PRIVACY ACT STATEMENT)

We are authorized by CMS, CHAMPUS and OWCP to ask you for information needed in the administration of the Medicare, CHAMPUS, FECA, and Black Lung programs. Authority to collect information is in section 205(a), 1862, 1872 and 1874 of the Social Security Act as amended, 42 CFR 411.24(a) and 424.5(a) (6), and 44 USC 3101;41 CFR 101 et seq and 10 USC 1079 and 1086; 5 USC 8101 et seq; and 30 USC 901 et seq; 38 USC 613; E.O. 9397.

The information we obtain to complete claims under these programs is used to identify you and to determine your eligibility. It is also used to decide if the services and supplies you received are covered by these programs and to insure that proper payment is made.

The information may also be given to other providers of services, carriers, intermediaries, medical review boards, health plans, and other organizations or Federal agencies, for the effective administration of Federal provisions that require other third parties payers to pay primary to Federal program, and as otherwise necessary to administer these programs. For example, it may be necessary to disclose information about the benefits you have used to a hospital or doctor. Additional disclosures are made through routine uses for information contained in systems of records.

FOR MEDICARE CLAIMS: See the notice modifying system No. 09-70-0501, titled, 'Carrier Medicare Claims Record,' published in the Federal Register, Vol. 55 No. 177, page 37549, Wed. Sept. 12, 1990, or as updated and republished.

FOR OWCP CLAIMS: Department of Labor, Privacy Act of 1974, "Republication of Notice of Systems of Records," Federal Register Vol. 55 No. 40, Wed Feb. 28, 1990, See ESA-5, ESA-6, ESA-12, ESA-13, ESA-30, or as updated and republished.

FOR CHAMPUS CLAIMS: PRINCIPLE PURPOSE(S): To evaluate eligibility for medical care provided by civilian sources and to issue payment upon establishment of eligibility and determination that the services/supplies received are authorized by law.

ROUTINE USE(S): Information from claims and related documents may be given to the Dept. of Veterans Affairs, the Dept. of Health and Human Services and/or the Dept. of Transportation consistent with their statutory administrative responsibilities under CHAMPUS/CHAMPVA; to the Dept. of Justice for representation of the Secretary of Defense in civil actions; to the Internal Revenue Service, private collection agencies, and consumer reporting agencies in connection with recoupment claims; and to Congressional Offices in response to inquiries made at the request of the person to whom a record pertains. Appropriate disclosures may be made to other federal, state, local, foreign government agencies, private business entities, and individual providers of care, on matters relating to entitlement, claims adjudication, fraud, program abuse, utilization review, quality assurance, peer review, program integrity, third-party liability, coordination of benefits, and civil and criminal litigation related to the operation of CHAMPUS.

DISCLOSURES: Voluntary; however, failure to provide information will result in delay in payment or may result in denial of claim. With the one exception discussed below, there are no penalties under these programs for refusing to supply information. However, failure to furnish information regarding the medical services rendered or the amount charged would prevent payment of claims under these programs. Failure to furnish any other information, such as name or claim number, would delay payment of the claim. Failure to provide medical information under FECA could be deemed an obstruction.

It is mandatory that you tell us if you know that another party is responsible for paying for your treatment. Section 1128B of the Social Security Act and 31 USC 3801-3812 provide penalties for withholding this information.

You should be aware that P.L. 100-503, the "Computer Matching and Privacy Protection Act of 1988", permits the government to verify information by way of computer matches.

### MEDICAID PAYMENTS (PROVIDER CERTIFICATION)

I hereby agree to keep such records as are necessary to disclose fully the extent of services provided to individuals under the State's Title XIX plan and to furnish information regarding any payments claimed for providing such services as the State Agency or Dept. of Health and Human Services may request.

I further agree to accept, as payment in full, the amount paid by the Medicaid program for those claims submitted for payment under that program, with the exception of authorized deductible, coinsurance, co-payment or similar cost-sharing charge.

SIGNATURE OF PHYSICIAN (OR SUPPLIER): I certify that the services listed above were medically indicated and necessary to the health of this patient and were personally furnished by me or my employee under my personal direction.

NOTICE: This is to certify that the foregoing information is true, accurate and complete. I understand that payment and satisfaction of this claim will be from Federal and State funds, and that any false claims, statements, or documents, or concealment of a material fact, may be prosecuted under applicable Federal or State laws.

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-0999. The time required to complete this information collection is estimated to average 10 minutes per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have any comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: CMS, Attn: PRA Reports Clearance Officer, 7500 Security Boulevard, Baltimore, Maryland 21244-1850. This address is for comments and/or suggestions only. DO NOT MAIL COMPLETED CLAIM FORMS TO THIS ADDRESS

2888 West grand blvd. lower level,
Detroit, 48202
Patient Name:

Redacted

### Cervical Thoracic Assessment
## Michigan Spine & Rehab

| Date: 3/23/12 | Dx: c/c disc hernation |
|---|---|
| | c/c pain 722.0, 722.10 |

**Clinical Assessment:** Independent c self care activities
pain m

**Problem list:**
- [ ] Impaired ADL (see functional questionnaire)
- [ ] Limited ROM
- [x] Weakness
- [x] Pain
- [ ] + radicular signs and symptoms.
- [ ] Unable check blind spot while driving
- [x] Unable to look up at the ceiling
- [ ] Unable to sleep without awakening from pain
- [ ] Inability to return to work w/o restrictions.

Others: _____

**Long term goals (4-6 weeks):**
- [ ] Return to pre-morbid functional levels
- [x] ↑ ROM to within functional limits
- [x] ↑ Strength by _1_ grades
- [x] ↓ Pain by _30_ %
- [ ] Reduced # of positive radicular signs
- [ ] Able to check blind spot while driving
- [x] Look up at the ceiling without limitations
- [x] Sleep without awakening from pain
- [x] Return to work without restrictions.
- [ ] Others: _____

**Short term goals (2 weeks):**
- [x] Improve function by _10_%
- [x] ↑ ROM by _10_ %
- [x] ↑ Strength by _1/2_ grades
- [x] ↓ Pain by _10_ %

Others: _____

**Treatment Plan:**
- [x] Moist/Cold times 15 minutes
- [ ] Paraffin Bath time 15 minutes
- [x] Ultrasound _8_ min _0.5_ W/cm2
- [x] Mechnical traction _15_ min _30_ lbs
- [ ] Electrical stimulation times 15 minutes
  - Freq: Hi / Low
  - Pads: 2 / O
  - Mode: Interferential / Pre-modulated
    MM-stimulation

_Instructions/location:_
_____
_____
_____

Other treatment options:

trapez 2 hr
paraum
1d sw

3 mk/BU.

**One on One:**
- [x] Graded therapeutic exercise for **Strengthening**
- [x] Graded therapeutic exercise for **ROM**
- [x] Home exercise program instructions
- [ ] Manual therapy
  - [ ] Joint Mobilization
  - [ ] STM / MFR / MMS
  - [ ] Manual Traction
- [ ] Stabilization exercise
- [ ] Stretching
- [ ] Conditioning / return to work program
- [x] Explain reason for therapy and pathology/anatomy
- [ ] Taping
- [ ] Bandaging for edema reduction
- [x] Mobilization with movements

C3-C4, L3-L4-L5,
Lx paraspine
low back.

Precautions:

**Rehabilitation Potential:** [ ] Good [ ] Fair [ ] Poor

Frequency 1/Wk (2/Wk) 3/Wk 4/Wk 5/Wk     Duration: (30 days) 21 days 14 days 7 days single visit

I/My family members have participated in the development of, and agree to work towards, the above stated goals and treatment plan:

Patient/ family member signature: _____ Date: _____

| Therapist Signature: | _(signature)_ P.T. | Date: 3/23/12 |
|---|---|---|
| Physicians Signature: | M.D. | Date: |

| 1500 |

**HEALTH INSURANCE CLAIM FORM**

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

STATE FARM INSURANCE
P.O. BOX 661023
DALLAS TX  75266

CARRIER

PICA

| 1. MEDICARE | MEDICAID | TRICARE CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (For Program in Item 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (Member ID#) | (SSN or ID) | (SSN) | X (ID) | 11-8070-161 | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
Redacted

3. PATIENT'S BIRTH DATE      SEX
Redacted     M  X   F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
Redacted

6. PATIENT RELATIONSHIP TO INSURED
Self X   Spouse   Child   Other

8. PATIENT STATUS
Single   Married   Other X
Employed   Full-Time Student   Part-Time Student

10. IS PATIENT'S CONDITION RELATED TO:

a. OTHER INSURED'S POLICY OR GROUP NUMBER

a. EMPLOYMENT? (Current or Previous)
YES   X NO

b. OTHER INSURED'S DATE OF BIRTH      SEX
MM  DD  YY      M   F

b. AUTO ACCIDENT?      PLACE (State)
X YES   NO   MI

6. EMPLOYER'S NAME OR SCHOOL NAME

c. EMPLOYER'S NAME OR SCHOOL NAME

c. OTHER ACCIDENT?
YES   X NO

c. INSURANCE PLAN NAME OR PROGRAM NAME
STATE FARM INSURANCE

d. INSURANCE PLAN NAME OR PROGRAM NAME

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES   X NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED   SIGNATURE ON FILE      DATE   03 26 12

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED   SIGNATURE ON FILE

PATIENT AND INSURED INFORMATION

| 14. DATE OF CURRENT: ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY(LMP) | 15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE MM DD YY | 16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION |
|---|---|---|
| 03 06 11 | | FROM   TO |

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE
GARGI D. CHOKSHI LPT

17a.
17b. NPI   1649584244

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES
MM DD YY      MM DD YY
FROM   TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?      $ CHARGES
YES   X NO      0 | 00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY (Relate Items 1, 2, 3 or 4 to Item 24E by Line)
1. 722 10          3.
2. 722 0           4.

22. MEDICAID RESUBMISSION CODE      ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A. DATE(S) OF SERVICE From MM DD YY   To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS   MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 03 23 12  03 23 12 | 11 | | 97110 | GP | 12 | 170 00 | 2 | | NPI | 1649584244 |
| 2 | 03 23 12  03 23 12 | 11 | | 97002 | 59 GP | 12 | 150 00 | 1 | | NPI | 1649584244 |
| 3 | 03 23 12  03 23 12 | 11 | | 97014 | GP 59 | 12 | 100 00 | 1 | | NPI | 1649584244 |
| 4 | 03 23 12  03 23 12 | 11 | | 97140 | GP | 12 | 65 00 | 1 | | NPI | 1649584244 |
| 5 | 03 23 12  03 23 12 | 11 | | 97010 | GP | 12 | 60 00 | 1 | | NPI | 1649584244 |
| 6 | | | | | | | | | | NPI | |

PHYSICIAN OR SUPPLIER INFORMATION

| 25. FEDERAL TAX I.D. NUMBER | SSN EIN | 26. PATIENT'S ACCOUNT NO. | 27. ACCEPT ASSIGNMENT? (For govt. claims, see back) | 28. TOTAL CHARGE | 29. AMOUNT PAID | 30. BALANCE DUE |
|---|---|---|---|---|---|---|
| 205918486 | X | 35070C33329 | X YES   NO | $ 545 00 | $ 0 00 | $ 545 00 |

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS (I certify that the statements on the reverse apply to this bill and are made a part thereof.)
GARGI D. CHOKSHI LPT
SIGNED      03 28 12   DATE

32. SERVICE FACILITY LOCATION INFORMATION
MICHIGAN SPINE & REHAB DT
2888 W GRAND BLVD
DETROIT MI  48202-2612
a. 1518027606   b.

33. BILLING PROVIDER INFO & PH #   (248) 8894580
MICHIGAN SPINE AND REHAB
2000 TOWN CENTER SUITE 625
SOUTHFIELD MI  48075-1135
a. 1518027606   b.

NUCC Instruction Manual available at: www.nucc.org      PLEASE PRINT OR TYPE      APPROVED OMB-0938-0999 FORM CMS-1500 (08-05)

**BECAUSE THIS FORM IS USED BY VARIOUS GOVERNMENT AND PRIVATE HEALTH PROGRAMS, SEE SEPARATE INSTRUCTIONS ISSUED BY APPLICABLE PROGRAMS.**

**NOTICE: Any person who knowingly files a statement of claim containing any misrepresentation or any false, incomplete or misleading information may be guilty of a criminal act punishable under law and may be subject to civil penalties.**

### REFERS TO GOVERNMENT PROGRAMS ONLY

**MEDICARE AND CHAMPUS PAYMENTS** A patient s signature requests that payment be made and authorizes release of any information necessary to process the claim and certifies that the information provided in Blocks 1 through 12 is true, accurate and complete. In the case of a Medicare claim, the patient's signature authorizes any entity to release to Medicare medical and nonmedical information, including employment status, and whether the person has employer group health insurance, liability, no-fault, worker's compensation or other insurance which is responsible to pay for the services for which the Medicare claim is made. See 42 CFR 411.24(a). If item 9 is completed, the patient's signature authorizes release of the information to the health plan or agency shown. In Medicare assigned or CHAMPUS participation cases, the physician agrees to accept the charge determination of the Medicare carrier or CHAMPUS fiscal intermediary as the full charge, and the patient is responsible only for the deductible, coinsurance and noncovered services. Coinsurance and the deductible are based upon the charge determination of the Medicare carrier or CHAMPUS fiscal intermediary if this is less than the charge submitted. CHAMPUS is not a health insurance program but makes payment for health benefits provided through certain affiliations with the Uniformed Services. Information on the patient's sponsor should be provided in those items captioned in "insured", i.e., items 1a, 4, 6, 7, 9 and 11.

### BLACK LUNG AND FECA CLAIMS

The provider agrees to accept the amount paid by the Government as payment in full. See Black Lung and FECA instructions regarding required procedure and diagnosis coding systems.

### SIGNATURE OF PHYSICIAN OR SUPPLIER (MEDICARE, CHAMPUS, FECA AND BLACK LUNG)

I certify that the services shown on this form were medically indicated and necessary to the health of the patient and were personally furnished by me or were furnished incident to my professional service by my employee under my immediate personal supervision, except as otherwise expressly permitted by Medicare or CHAMPUS regulations.

For services to be considered as "incident" to a physician's professional service, 1) they must be rendered under the physician's immediate personal supervision by his/her employee, 2) they must be an integral, although incidental part of a covered physician's service, 3) they must be of kinds commonly furnished in physician's offices, and 4) the services of nonphysicians must be included on the physician's bills.

For CHAMPUS claims, I further certify that I (or any employee) who rendered services on an active duty member of the Uniformed Services or a civilian employee of the United States Government or a contract employee of the United States Government, either civilian or military (refer to 5 USC 5536). For Black-Lung claims, I further certify that the services performed were for a Black Lung-related disorder.

No Part B Medicare benefits may be paid unless this form is received as required by existing law and regulations (42 CFR 424.32).

**NOTICE** Any one who misrepresents or falsifies essential information to receive payment from Federal funds requested by this form may upon conviction be subject to fine and imprisonment under applicable Federal laws.

### NOTICE TO PATIENT ABOUT THE COLLECTION AND USE OF MEDICARE, CHAMPUS, FECA, AND BLACK LUNG INFORMATION
(PRIVACY ACT STATEMENT)

We are authorized by CMS, CHAMPUS and OWCP to ask you for information needed in the administration of the Medicare, CHAMPUS, FECA, and Black Lung programs Authority to collect information is in section 205(a), 1862, 1872 and 1874 of the Social Security Act as amended, 42 CFR 411.24(a) and 424.5(a) (6), and 44 USC 3101; 41 CFR 101 et seq and 10 USC 1079 and 1086, 5 USC 8101 et seq; 30 USC 901 et seq, 38 USC 613, E O 9397.

The information we obtain to complete claims under these programs is used to identify you and to determine your eligibility. It is also used to decide if the services and supplies you received are covered by these programs and to insure that proper payment is made.

The information may also be given to other providers of services, carriers, intermediaries, medical review boards, health plans, and other organizations or Federal agencies, for the effective administration of Federal provisions of the Federal programs, for example in eligibility matters and to facilitate payments to third parties who may be necessary to pay primary to Federal program, and as otherwise necessary to administer these programs. For example through routine accesses used to disclose information about out the benefits you have used to a hospital or doctor. Additional disclosures are made through routine uses for information contained in systems of records.

**FOR MEDICARE CLAIMS:** See the notice modifying system No 09-70-0501 titled, Carrier Medicare Claims Record, published in the Federal Register, Vol 55 No. 177, page 37549, Wed. Sept. 12. 1990, or as updated and republished.

**FOR OWCP CLAIMS:** Department of Labor Federal Register, Annual catalog of notices of Systems of Records Federal Register Vol 55 No. 40, Wed Feb 28, 1990. See ESA-5, ESA-6, ESA-12, ESA-13, ESA-30, as updated and republished.

**FOR CHAMPUS CLAIMS:** PRINCIPLE PURPOSE(S) To evaluate eligibility for medical care provided by civilian sources and to issue payment upon establishment of eligibility and determination that the services claimed were provided as described by law.

**ROUTINE USE(S)** Information from claims and related documents may be given to the Dept of Veterans Affairs, the Dept of Health and Human Services and/or the Dept of Transportation consistent with their statutory administrative responsibilities under CHAMPUS/CHAMPVA; to the Dept of Justice for representation of the Secretary of Defense in civil actions; to the Internal Revenue Service privatization collection agencies and consumer reporting agencies in connection with recoupment claims, and to Congressional Offices in response to inquiries made at the request of the person to whom a record pertains. Appropriate disclosures may be made to other federal state local foreign government agencies, private business parties and individual providers of care, on matters relating to entitlement, claims adjudication, fraud program abuse utilization and quality assurance, peer review, program integrity, third party liability, coordination of benefits, and civil and criminal litigation related to the operation of CHAMPUS.

**DISCLOSURES** Voluntary, however, failure to provide information may result in denial of claim With the one exception discussed below, there are no penalties under these programs for refusing to supply information. However, failure to furnish information regarding the medical services rendered or the amount charged would prevent payment of claims under the program. Failure to furnish any other information, such as name or claim number, would delay payment of the claim. Failure to provide medical information under FECA could be deemed an obstruction.

It is mandatory that you tell us if you know that another party is responsible for paying for your treatment. Section 1128B of the Social Security Act and 31 USC 3801-3812 provide penalties for withholding this information.

You should be aware that P L 100-503 the "Computer Matching and Privacy Protection Act of 1988" permits the government to verify information by way of computer matches.

### MEDICAID PAYMENTS (PROVIDER CERTIFICATION)

I hereby agree to keep such records as are necessary to disclose fully the extent of sees provided to individuals under the State's Title XIX plan and to furnish information regarding any payments claimed for providing such services as the State Agency or Dept of Health and Human Services may request.

I further agree to accept, as payment in full, the amount paid by the Medicaid program for those claims submitted for payment under that program, with the exception of authorized deductible, coinsurance, co-payment or similar cost-sharing charge.

**SIGNATURE OF PHYSICIAN (OR SUPPLIER):** I certify that the services listed above were medically indicated and necessary to the health of this patient and were personally furnished by me or my employee under my personal direction.

**NOTICE:** This is to certify that the foregoing information is true, accurate and complete. I understand that payment and satisfaction of this claim will be from Federal and State funds, and that any false claims, statements, or documents, or concealment of a material fact, may be prosecuted under applicable Federal or State laws

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this collection of information is 0938-0999. The time required to complete this information collection is estimated to average 10 minutes per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection If you have any comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: CMS, Attn: PRA Report Clearance Officer 7500 Security Boulevard, Baltimore, Maryland 21244-1850 This address is for comments and/or suggestions only DO NOT MAIL COMPLETED CLAIM FORMS TO THIS ADDRESS.