# *Exhibit 14*

1/15/13                                                                      PHS - Dr Scott Zack

 **Professional Health Systems**

Home | Company Overview | Management Team | Corporate Services

## Empowering Superb Health Care Solutions

Management

Dr. Scott **Zack**

Dr. David Katz

Mr. Cory Mann

Mr. Yisroel Sigler

Mr. Evan P. Shaw, ESQ

Mr. Ron Waltz

# Dr. Scott **Zack**

**Dr. Scott Zack – Chief Executive Officer**

Dr. **Zack** is the Founder and CEO of **PHS**. As CEO, Dr. **Zack** is the senior executive officer of Professional Health Systems responsible for all corporate related matters. Prior to founding **PHS** from 2006 - 2011, Dr. **Zack** was a co-founder of UHG Management, a manager of multiple, multi-disciplinary medical offices and imaging facilities. From 2002 – 2006, Dr. **Zack** founded, grew and managed the Horizon Healthcare Group, his own chiropractic practice.

Dr. **Zack** received a BA in Psychology from Ohio State University in 1997 and received his Doctor of Chiropractic, cum laude, from Life University in 2002. Dr. **Zack** is a member of the Michigan Chiropractic Society, the American Academy of Spine Physicians, and the International Chiropractic Association. Dr. **Zack** was a member of the Ohio State University basketball team and a professional basketball player in Europe during 1997-1998.

Home | Company Overview | Management Team | Corporate Services

Privacy Policy      Terms of Use      Sitemap

Town Center Drive Suite 625, Southfield, MI 48075


**Professional**
**Health Systems**

Home | Company Overview | Management Team | Corporate Services

Empowering Superb Health Care Solutions

**Management**

Dr. Scott Zack

Dr. David Katz

Mr. Cory Mann

Mr. Yisroel Sigler

Mr. Evan P. Shaw, ESQ

Mr. Ron Waltz

# Dr. David Katz

**Dr. David Katz – Chief Operating Officer**

Dr. Katz is the Co-Founder and COO of Professional Health Systems. Dr. Katz is the senior operations executive officer of PHS and is responsible for operational oversight of all PHS related entities. Prior to co-founding Professional Health Systems, Dr. Katz was a co-founder of UHG Management, a manager of multiple, multi-disciplinary medical offices and imaging facilities.

From 1991 to 2006, Dr. Katz founded, grew and managed multiple health care facilities including his own chiropractic practice, Michigan Spine and Rehab, and Health Choice Chiropractic and medical facility.

Dr. Katz attended Michigan State University and the Los Angeles College of Chiropractic Medicine where he received his BA in Human Anatomy and his Doctor of Chiropractic. He has 23 years experience in healthcare and has owned and operated dozens of health care facilities. Dr. Katz is a member of the Michigan Chiropractic Society and American Academy of Spine Physicians.

Home | Company Overview | Management Team | Corporate Services

Privacy Policy      Terms of Use      Sitemap

Town Center Drive Suite 625, Southfield, MI 48075



Professional
Health Systems

Home  |  Company Overview  |  Management Team  |  Corporate Services  |

Empowering Superb Health Care Solutions

# Locations

Located in Southfield, Michigan our state-of-the-art corporate offices house our executive management team, executive development team, human resources department and administrative support. Our 50 person staff provides support to all of our owned, operated or managed facilities.

Our facilities are located throughout the state of Michigan and can be found at these locations:

**Universal Health Group**

**1. Detroit**
General Medicine, Chiropractic Care, Physical Therapy
2888 W.Grand Blvd
Detroit, MI 48202
(313) 736-5980 Phone (313) 870-9290 Fax

**2. Oak Park**
General Medicine, Chiropractic Care, Physical Therapy
2888 W.Grand Blvd
Detroit, MI 48202
(313) 736-5980 Phone (313) 870-9290 Fax

**3. West Bloomfield**
General Medicine, Chiropractic Care,
Physical Therapy, Pain Mgmt
5761 West Maple Road
West Bloomfield, MI 48322
(248) 626-6892 Phone (248) 855-2477 Fax

**4. Sterling Heights**
General Medicine, Chiropractic Care,
Physical Therapy, Pain Mgmt
2311 Fifteen Mile Road, Ste. C
Sterling Heights, MI 48310
(586) 446-2225 Phone (586) 446-2227 Fax

**5. Westland**
General Medicine, Chiropractic Care,
Physical Therapy, Pain Mgmt
35105 Warren Road
Westland, MI 48185
(734) 722-1500 Phone (734) 722-1515 Fax

**6. Michigan Spine and Rehab**
Neurology, Neurology Surgery & Evals, Pain
Management Evals, EMG, Orthopedic Eval
23861 W. McNichols
Detroit, MI 48219
(313) 769-3888 Phone (313) 908-5377 Fax

**7. Michigan Spine and Rehab**
Neurology, Neurology Surgery & Evals, Pain
Management Evals, EMG, Orthopedic Eval
2820 Crooks Rd, Suite 200
Rochester Hills, MI 48309
(248) 844-8740 Phone (248) 844-9105 Fax

**8. Michigan Spine and Rehab**
Neurology, Neurology Surgery & Evals, Pain
Management Evals, EMG, Orthopedic Eval
2820 Crooks Rd, Suite 200
Rochester Hills, MI 48309



**Metro Detroit Area**



**Saginaw Area**

(248) 844-8740 Phone (248) 844-9105 Fax

## Associated Chiropractic Clinics & Medical Centers

### 9. Southfield
Chiropractic Care
17100 W. 12 mile road
Southfield, MI 48076
(248) 443-1995 Phone (248) 443-5573 Fax

### 10. Allen Park
Chiropractic Care
15201 Southfield Road
Allen Park, MI 48101
(313) 294-9017 Phone (313) 294-9071 Fax

### 11. Detroit
Pain Mgmt, Neurology/EMG,Neuro-surgical
Evals, Orthopedic Evals,Chiro. Care,
Physical Therapy, General Medicine
7633 East Jefferson, Suite 200
Detroit, MI 48214
(313) 566-0032 Phone (313) 566-0036 Fax

## Surgical Centers

### 12. American Surgical Center
7091 Orchard Lake Rd #230
West Bloomfield, MI 48322
(248) 538-7095 Phone (248) 538-7298 Fax

### 13. Associated Surgical Center
24420 Ford Road
Dearborn Heights, MI 48127
(313) 202-9400 Phone (313) 730-8724 Fax

## MRI

### 14. Clear Imaging
907 S. Main Street
Royal Oak, MI 48067
(248) 298-3999 Phone (248) 298-5999 Fax

### 15. Horizon Imaging
1695 W. 12 Mile Rd, Ste 240
Berkley, MI 48072
(248) 298-8999 Phone (248) 298-1999 Fax

### 16. Silver Pine Imaging
20475 W. 10 Mile Road
Southfield, MI 48075
(248) 595-0505 Phone (248) 595-0600 Fax

## Professional Health Group

### 17. Dearborn
General Medicine, Chiropractic Care,
Physical Therapy, Pain Mgmt
4700 Greenfield Road
Dearborn, MI 48126
(313) 624-9470 Phone (313) 624-9471 Fax

### 18. Lincoln Park
General Medicine, Chiropractic Care,
Physical Therapy, Pain Mgmt
1086 Southfield Road
Lincoln Park, MI 48146
(313) 389-5033 Phone (313) 389-5288 Fax

## Saginaw Spine and Pain

### 19. Saginaw



**Lansing Area**



**Flint Area**



**Monroe Area**

## Great Lakes Spine Center

### 23. Flint
General Medicine, Pain Mgmt,
Chiropractic Care, Physical Therapy
3315 E. Michigan Ave., Ste 5
Lansing, MI 48912
(517) 489-4470 Phone (517) 252-6160 Fax

## Professional Physical Therapy Clinics

General Medicine, Chiropractic Care,
Physical Therapy
4700 East McLeod
Saginaw, MI 48604
(989) 607-4400 Phone (989) 607-0940 Fax

## United Wellness Center

### 20. Lansing
General Medicine, Pain Mgmt,
Chiropractic Care, Physical Therapy
3315 E. Michigan Ave., Ste 5
Lansing, MI 48912
(517) 489-4470 Phone (517) 252-6160 Fax

### 21. Harper Woods
Chiropractic Care
19701 Vernier Rd., Ste 140
Harper Woods, MI 48225
(313) 202-4211 Phone (313) 346-5588 Fax

### 22. Flint
General Medicine, Pain Mgmt,
Neurology/EMG, Neurosurgical Evals,
Orthopedic Evals, Chiropractic Care,
Physical Therapy
2329 Stonebridge, Bldg E
Flint, MI 48532
(810) 471-4280 Phone (810) 355-2277 Fax

**24. Riverview**
**Physical Therapy**
**14720 King Rd., Suite E**
**Riverview, MI 48193**
**(734) 692-7051 Phone (734) 692-7487 Fax**

**25. Monroe**
**Physical Therapy**
**14750 Laplaisance Rd.**
**Monroe, MI 48161**
**(734) 692-7051 Phone (734) 692-7487 Fax**