*Exhibit 17*

**Jeff S. Pierce, D.O.**
**Michigan Sport and Spine Center**
**1819 E. Big Beaver Rd., Suite 210**
**Troy, MI 48083**

| Patient: | Redacted | | Physician: | Jeff S. Pierce, D.O. |
|---|---|---|---|---|
| Sex: | Male | | Test Date: | 12/17/10 |
| Ref. M.D.: | DR. KARRUMI | | | |
| D.O.B. | Redacted | | | |

## Motor Nerve Study

Peroneal Nerve
Rec Site: EDB
STIM SITE

| | Lat (ms) | | Dur (ms) | | Amp (mV) | | Area (mV/ms) | | Dist (mm) | | C.V. (m/s) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | L | R | L | R | L | R | L | R | L | R | L | R |
| Ankle | 5.5 | 5.8 | | | 1.7 | 2.2 | | | 0 | 0 | | |
| B.Fibular | 13.4 | 14.8 | | | 2.7 | 5.5 | | | 370 | 375 | 46.7 | 42.1 |

## Sensory Nerve Study

Sural Nerve
Rec Site: Ankle
STIM SITE

| | Lat (ms) | | Pk Lat (ms) | | Amp (uV) | | Dist (mm) | | C.V. (m/s) | |
|---|---|---|---|---|---|---|---|---|---|---|
| | L | R | L | R | L | R | L | R | L | R |
| mid calf | 3.1 | 3.0 | 4.1 | 4.0 | 9.9 | 7.1 | 0 | 0 | | |

## F-Wave Study

Peroneal Nerve
Rec Site: EDB
Stim Site: Ankle

| | Latency ms | | Amplitude mV | |
|---|---|---|---|---|
| | L | R | L | R |
| M wave | 13.83 | 15.00 | 3.75 | 9.17 |
| F wave | 48.67 | 46.50 | 1.50 | 1.50 |
| F-M | 34.83 | 31.50 | | |

## H Reflex Study

Nerve
Rec Site: Soleus
Stim Site: Pop.Fos.

| | Latency ms | | Amplitude mV | |
|---|---|---|---|---|
| | L | R | L | R |
| M wave | 4.83 | 5.00 | 3.50 | 3.60 |
| H wave | 34.00 | 33.67 | 2.50 | 2.50 |

## EMG Study

| Name | Ins Act | P.Waves | Fascics | Fibs | Rep | WC.amp | MC.amp | MU dur | Phasics | Rec Pat | TEXT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| L. Vastus Med. | | | | | | | | | | | |

01/27/2011 13:50 FAX @0457053

# HEALTH INSURANCE CLAIM FORM

**1500**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

STATE FARM INSURANCE
FAX 888-845-8680
PO BOX 2361
BLOOMINGTON IL 61702

| | |
|---|---|
| 1. MEDICARE / MEDICAID / TRICARE CHAMPUS / CHAMPVA / GROUP HEALTH PLAN / FECA BLK LUNG / OTHER [X] | 1a. INSURED'S I.D. NUMBER: 22B177093 |
| 2. PATIENT'S NAME: Redacted | 3. PATIENT'S BIRTH DATE / SEX: Redacted F |
| | 4. INSURED'S NAME: Redacted |
| 5. PATIENT'S ADDRESS | 6. PATIENT RELATIONSHIP TO INSURED: Self [X] |
| | 8. PATIENT STATUS: Married [X] |
| 9. OTHER INSURED'S NAME | 10. IS PATIENT'S CONDITION RELATED TO: |
| | a. EMPLOYMENT? NO [X] |
| | b. AUTO ACCIDENT? YES [X] PLACE: MI |
| | c. OTHER ACCIDENT? NO [X] |
| | 11. INSURED'S POLICY GROUP OR FECA NUMBER |
| | a. INSURED'S DATE OF BIRTH / SEX: Redacted M [X] |
| | c. INSURANCE PLAN NAME: STATE FARM INSURANCE |
| | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? NO [X] |
| 12. PATIENT'S SIGNATURE: SIGNATURE ON FILE DATE 01 06 11 | 13. INSURED'S SIGNATURE: SIGNATURE ON FILE |

14. DATE OF CURRENT: 07 29 10
17. NAME OF REFERRING PROVIDER: JEFF SCOTT PIERCE DO
17b. NPI: 1235103771

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY
1. 722 0
2. 724 4

| 24.A. DATE(S) OF SERVICE From – To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES/CPT | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS/UNITS | H. | I. ID QUAL | J. RENDERING PROVIDER ID |
|---|---|---|---|---|---|---|---|---|---|
| 12 17 10 – 12 17 10 | 11 | | 95861 | 12 | 600 00 | 1 | | NPI | 1235103771 |
| 12 17 10 – 12 17 10 | 11 | | 95903 | 12 | 500 00 | 2 | | NPI | 1235103771 |
| 12 17 10 – 12 17 10 | 11 | | 95900 | 12 | 400 00 | 2 | | NPI | 1235103771 |
| 12 17 10 – 12 17 10 | 11 | | 95904 | 12 | 370 00 | 2 | | NPI | 1235103771 |
| 12 17 10 – 12 17 10 | 11 | | 95934 | 12 | 350 00 | 2 | | NPI | 1235103771 |

25. FEDERAL TAX I.D. NUMBER: 205918486
26. PATIENT'S ACCOUNT NO: 10290C3656
27. ACCEPT ASSIGNMENT: YES [X]
28. TOTAL CHARGE: 2220 00
29. AMOUNT PAID: 0 00
30. BALANCE DUE: 2220 00

31. SIGNATURE OF PHYSICIAN: JEFF SCOTT PIERCE DO DATE 01 11 11
32. SERVICE FACILITY LOCATION: MICHIGAN SPINE & REHAB DT
23861 MCNICHOLS
DETROIT MI 48219
1518027606
33. BILLING PROVIDER INFO & PH#: 248-8694580
MICHIGAN SPINE AND REHAB
5761 W MAPLE RD
WEST BLOOMFIELD MI 48322
1518027606

APPROVED OMB 0938-0999 FORM CMS-1500 (08/05)
NUCC Instruction Manual available at: www.nucc.org

BECAUSE THIS FORM IS USED BY VARIOUS GOVERNMENT AND PRIVATE HEALTH PROGRAMS, SEE SEPARATE INSTRUCTIONS ISSUED BY APPLICABLE PROGRAMS.

NOTICE: Any person who knowingly files a statement of claim containing any misrepresentation or any false, incomplete or misleading information may be guilty of a criminal act punishable under law and may be subject to civil penalties.

### REFERS TO GOVERNMENT PROGRAMS ONLY

MEDICARE AND CHAMPUS PAYMENTS: A patient's signature requests that payment be made and authorizes release of any information necessary to process the claim and certifies that the information provided in Blocks 1 through 12 is true, accurate and complete. In the case of a Medicare claim, the patient's signature authorizes any entity to release to Medicare medical and nonmedical information, including employment status, and whether the person has employer group health insurance, liability, no-fault, worker's compensation or other insurance which is responsible to pay for the services for which the Medicare claim is made. See 42 CFR 411.24(a). If item 9 is completed, the patient's signature authorizes release of the information to the health plan or agency shown. In Medicare assigned or CHAMPUS participation cases, the physician agrees to accept the charge determination of the Medicare carrier or CHAMPUS fiscal intermediary as the full charge, and the patient is responsible only for the deductible, coinsurance and noncovered services. Coinsurance and the deductible are based upon the charge determination of the Medicare carrier or CHAMPUS fiscal intermediary if this is less than the charge submitted. CHAMPUS is not a health insurance program but makes payment for health benefits provided through certain affiliations with the Uniformed Services. Information on the patient's sponsor should be provided in those items captioned in "Insured"; i.e., items 1a, 4, 6, 7, 9, and 11.

### BLACK LUNG AND FECA CLAIMS

The provider agrees to accept the amount paid by the Government as payment in full. See Black Lung and FECA instructions regarding required procedure and diagnosis coding systems.

### SIGNATURE OF PHYSICIAN OR SUPPLIER (MEDICARE, CHAMPUS, FECA AND BLACK LUNG)

I certify that the services shown on this form were medically indicated and necessary for the health of the patient and were personally furnished by me or were furnished incident to my professional service by my employee under my immediate personal supervision, except as otherwise expressly permitted by Medicare or CHAMPUS regulations.

For services to be considered as "incident" to a physician's professional service, 1) they must be rendered under the physician's immediate personal supervision by his/her employee, 2) they must be an integral, although incidental part of a covered physician's service, 3) they must be of kinds commonly furnished in physician's offices, and 4) the services of nonphysicians must be included on the physician's bills.

For CHAMPUS claims, I further certify that I (or any employee) who rendered services am not an active duty member of the Uniformed Services or a civilian employee of the United States Government or a contract employee of the United States Government, either civilian or military (refer to 5 USC 5536). For Black-Lung claims, I further certify that the services performed were for a Black Lung-related disorder.

No Part B Medicare benefits may be paid unless this form is received as required by existing law and regulations (42 CFR 424.32)

NOTICE: Any one who misrepresents or falsifies essential information to receive payment from Federal funds requested by this form may upon conviction be subject to fine and imprisonment under applicable Federal laws.

### NOTICE TO PATIENT ABOUT THE COLLECTION AND USE OF MEDICARE, CHAMPUS, FECA, AND BLACK LUNG INFORMATION
(PRIVACY ACT STATEMENT)

We are authorized by CMS, CHAMPUS and OWCP to ask you for information needed in the administration of the Medicare, CHAMPUS, FECA, and Black Lung programs. Authority to collect information is in section 205(a), 1862, 1872 and 1874 of the Social Security Act as amended, 42 CFR 411.24(a) and 424.5(a) (6), and 44 USC 3101;41 CFR 101 et seq and 10 USC 1079 and 1086; 5 USC 8101 et seq; and 30 USC 901 et seq; 38 USC 613; E.O. 9397.

The information we obtain to complete claims under these programs is used to identify you and to determine your eligibility. It is also used to decide if the services and supplies you received are covered by these programs and to insure that proper payment is made.

The information may also be given to other providers of services, carriers, intermediaries, medical review boards, health plans, and other organizations or Federal agencies, for the effective administration of Federal provisions that require other third parties payers to pay primary to Federal program, and as otherwise necessary to administer these programs. For example, it may be necessary to disclose information about the benefits you have used to a hospital or doctor. Additional disclosures are made through routine uses for information contained in systems of records.

FOR MEDICARE CLAIMS: See the notice modifying system No. 09-70-0501, titled, 'Carrier Medicare Claims Record,' published in the Federal Register, Vol 55 No. 177, page 37549, Wed. Sept. 12, 1990, or as updated and republished

FOR OWCP CLAIMS: Department of Labor, Privacy Act of 1974, "Republication of Notice of Systems of Records," Federal Register Vol. 55 No. 40, Wed Feb 28, 1990, See ESA-5, ESA-6, ESA-12, ESA-13, ESA-30, or as updated and republished

FOR CHAMPUS CLAIMS: PRINCIPLE PURPOSE(S). To evaluate eligibility for medical care provided by civilian sources and to issue payment upon establishment of eligibility and determination that the services/supplies received are authorized by law.

ROUTINE USE(S): Information from claims and related documents may be given to the Dept. of Veterans Affairs, the Dept. of Health and Human Services and/or the Dept. of Transportation consistent with their statutory administrative responsibilities under CHAMPUS/CHAMPVA; to the Dept of Justice for representation of the Secretary of Defense in civil actions; to the Internal Revenue Service, private collection agencies, and consumer reporting agencies in connection with recoupment claims; and to Congressional Offices in response to inquiries made at the request of the person to whom a record pertains. Appropriate disclosures may be made to other federal, state, local, foreign government agencies, private business entities, and individual providers of care, on matters relating to entitlement, claims adjudication, fraud, program abuse, utilization review, quality assurance, peer review, program integrity, third-party liability, coordination of benefits and civil and criminal litigation related to the operation of CHAMPUS.

DISCLOSURES: Voluntary; however, failure to provide information will result in delay in payment or may result in denial of claim. With the one exception discussed below, there are no penalties under these programs for refusing to supply information. However, failure to furnish information regarding the medical services rendered or the amount charged would prevent payment of claims under these programs. Failure to furnish any other information, such as name or claim number, would delay payment of the claim. Failure to provide medical information under FECA could be deemed an obstruction.

It is mandatory that you tell us if you know that another party is responsible for paying for your treatment. Section 1128B of the Social Security Act and 31 USC 3801-3812 provide penalties for withholding this information.

You should be aware that P.L. 100-503, the "Computer Matching and Privacy Protection Act of 1988", permits the government to verify information by way of computer matches.

### MEDICAID PAYMENTS (PROVIDER CERTIFICATION)

I hereby agree to keep such records as are necessary to disclose fully the extent of services provided to individuals under the State's Title XIX plan and to furnish information regarding any payments claimed for providing such services as the State Agency or Dept. of Health and Human Services may request.

I further agree to accept, as payment in full, the amount paid by the Medicaid program for those claims submitted for payment under that program, with the exception of authorized deductible, coinsurance, co-payment or similar cost-sharing charge.

SIGNATURE OF PHYSICIAN (OR SUPPLIER): I certify that the services listed above were medically indicated and necessary to the health of this patient and were personally furnished by me or my employee under my personal direction.

NOTICE: This is to certify that the foregoing information is true, accurate and complete. I understand that payment and satisfaction of this claim will be from Federal and State funds, and that any false claims, statements, or documents, or concealment of a material fact, may be prosecuted under applicable Federal or State laws

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-0999. The time required to complete this information collection is estimated to average 10 minutes per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have any comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: CMS, Attn. PRA Reports Clearance Officer 7500 Security Boulevard, Baltimore, Maryland 21244-1850. This address is for comments and/or suggestions only. DO NOT MAIL COMPLETED CLAIM FORMS TO THIS ADDRESS

Michigan Spine & Rehab
23861 W. McNichols
Detroit, MI 48219
(313) 769-3868

| Patient: | Redacted | Physician: | Jeff S. Pierce, D.O. |
|---|---|---|---|
| Sex: | Female | Test Date: | 02/04/11 |
| S.S. No. | Redacted | | |
| Ref. M.D.: | THAKUR | | |
| D.O.B. | Redacted | | |

## Motor Nerve Study

**Left Median-Ulnar Nerve**

| Rec Site: APB-ADM STIM SITE | Lat (ms) | Dur (ms) | Amp (mV) | Area (mVms) | Dist (mm) | C.V. (m/s) |
|---|---|---|---|---|---|---|
| M Wrist | 5.2 | | 7.3 | | 0 | |
| Elbow | 9.8 | | 5.7 | | 230 | 49.3 |

**Median-Ulnar Nerve**

| Rec Site: APB-ADM STIM SITE | Lat (ms) L R | Dur (ms) L R | Amp (mV) L R | Area (mVms) L R | Dist (mm) L R | C.V. (m/s) L R |
|---|---|---|---|---|---|---|
| M Wrist | 4.2 | | 4.7 | | 0 0 | |
| Elbow | 8.4 | | 2.4 | | 215 | 50.5 |
| U Wrist | 4.0 | | 7.9 | | 0 | |
| B.Elbow | 7.2 | | 7.7 | | 235 | 74.2 |
| A.Elbow | 10.3 | | 7.2 | | 145 | 47.0 |

**Right Median-Ulnar Nerve**

| Rec Site: APB-ADM STIM SITE | Lat (ms) | Dur (ms) | Amp (mV) | Area (mVms) | Dist (mm) | C.V. (m/s) |
|---|---|---|---|---|---|---|
| U Wrist | 4.2 | | 3.6 | | 0 | |
| B.Elbow | 7.3 | | 10.6 | | 230 | 72.6 |
| A.Elbow | 9.9 | | 4.1 | | 125 | 48.4 |

## Sensory Nerve Study

**Med/Uln/Rad Nerve**

| Stim Site: Wrist REC SITE | Lat (ms) L R | Dur (ms) L R | Amp (uV) L R | Dist (mm) L R | C.V. (m/s) L R |
|---|---|---|---|---|---|
| M Thumb | 4.5 3.2 | | 7.3 105.3 | 0 0 | |
| R Thumb | 1.6 3.0 | | 21.7 3.3 | 0 0 | |
| Index | 4.8 3.4 | | 13.7 21.7 | 0 0 | |
| D2 MdPalm | 5.0 1.6 | | 3.7 19.3 | 0 0 | |
| 5th dig | 4.7 4.1 | | 1.7 5.0 | 0 0 | |

## F-Wave Study

**Median-Ulnar Nerve**

| Rec Site: Stim Site: | Latency ms L R | Amplitude mV L R |
|---|---|---|
| M wave | 5.00 4.00 | 10.08 8.25 |
| F wave | 33.83 34.25 | 15.00 15.00 |
| F-M | 28.83 30.25 | |

02/24/2011 08:46 FAX @0087/059

**1500**

**HEALTH INSURANCE CLAIM FORM**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

STATE FARM INSURANCE
FAX 888-845-8680
PO BOX 2361
BLOOMINGTON IL 61702

| | | |
|---|---|---|
| PICA | | PICA |

1. MEDICARE / MEDICAID / TRICARE CHAMPUS / CHAMPVA / GROUP HEALTH PLAN / FECA BLK LUNG / OTHER [X] (ID)
1a. INSURED'S I.D. NUMBER: 22B178522

2. PATIENT'S NAME: Redacted
3. PATIENT'S BIRTH DATE: Redacted  SEX: F [X]
4. INSURED'S NAME: Redacted

5. PATIENT'S ADDRESS
6. PATIENT RELATIONSHIP TO INSURED: Self [X]
7. INSURED'S ADDRESS
8. PATIENT STATUS: Other [X]

9. OTHER INSURED'S NAME
10. IS PATIENT'S CONDITION RELATED TO:
  a. EMPLOYMENT? NO [X]
  b. AUTO ACCIDENT? NO [X]
  c. OTHER ACCIDENT? NO [X]

11. INSURED'S POLICY GROUP OR FECA NUMBER
  a. INSURED'S DATE OF BIRTH: Redacted  SEX: F [X]
  b. EMPLOYER'S NAME OR SCHOOL NAME
  c. INSURANCE PLAN NAME OR PROGRAM NAME: STATE FARM INSURANCE
  d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES [X]

d. INSURANCE PLAN NAME OR PROGRAM NAME: BLUE CROSS/BLUE SHIELD

12. PATIENT'S SIGNATURE: SIGNATURE ON FILE  DATE: 02 04 11
13. INSURED'S SIGNATURE: SIGNATURE ON FILE

17. NAME OF REFERRING PROVIDER OR OTHER SOURCE: JEFF SCOTT PIERCE DO
17b. NPI: 1235103771

20. OUTSIDE LAB? NO [X]  $ CHARGES: 0 00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY:
1. 722.0
2. 723.4

| 24.A DATE(S) OF SERVICE From — To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES (CPT/HCPCS) | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS/UNITS | H. | I. ID QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 04 11 02 04 11 | 11 | | 95861 | | 12 | 600 00 | 1 | | NPI | 1235103771 |
| 02 04 11 02 04 11 | 11 | | 95904 | | 12 | 1110 00 | 6 | | NPI | 1235103771 |
| 02 04 11 02 04 11 | 11 | | 95900 | 59 | 12 | 800 00 | 4 | | NPI | 1235103771 |
| 02 04 11 02 04 11 | 11 | | 95903 | | 12 | 500 00 | 2 | | NPI | 1235103771 |

25. FEDERAL TAX I.D. NUMBER: 205918486  EIN [X]
26. PATIENT'S ACCOUNT NO.: 18870C4688
27. ACCEPT ASSIGNMENT? YES [X]
28. TOTAL CHARGE: $3010 00
29. AMOUNT PAID: $42 40
30. BALANCE DUE: $1048 63

31. SIGNATURE OF PHYSICIAN OR SUPPLIER: JEFF SCOTT PIERCE DO  DATE: 02 17 11
32. SERVICE FACILITY LOCATION: MICHIGAN SPINE & REHAB DT
23861 MCNICHOLS
DETROIT MI 48219
1518027606

33. BILLING PROVIDER INFO & PH#: (248) 889-4580
MICHIGAN SPINE AND REHAB
5761 W MAPLE RD
WEST BLOOMFIELD MI 48322
1518027606

APPROVED OMB 0938-0999 FORM CMS-1500 (08/05)
NUCC Instruction Manual available at: www.nucc.org

BECAUSE THIS FORM IS USED BY VARIOUS GOVERNMENT AND PRIVATE HEALTH PROGRAMS, SEE SEPARATE INSTRUCTIONS ISSUED BY APPLICABLE PROGRAMS.

NOTICE: Any person who knowingly files a statement of claim containing any misrepresentation or any false, incomplete or misleading information may be guilty of a criminal act punishable under law and may be subject to civil penalties.

### REFERS TO GOVERNMENT PROGRAMS ONLY

MEDICARE AND CHAMPUS PAYMENTS: A patient's signature requests that payment be made and authorizes release of any information necessary to process the claim and certifies that the information provided in Blocks 1 through 12 is true, accurate and complete. In the case of a Medicare claim, the patient's signature authorizes any entity to release to Medicare medical and nonmedical information, including employment status, and whether the person has employer group health insurance, liability, no-fault, worker's compensation or other insurance which is responsible to pay for the services for which the Medicare claim is made. See 42 CFR 411.24(a). If item 9 is completed, the patient's signature authorizes release of the information to the health plan or agency shown. In Medicare assigned or CHAMPUS participation cases, the physician agrees to accept the charge determination of the Medicare carrier or CHAMPUS fiscal intermediary as the full charge, and the patient is responsible only for the deductible, coinsurance and noncovered services. Coinsurance and the deductible are based upon the charge determination of the Medicare carrier or CHAMPUS fiscal intermediary if this is less than the charge submitted. CHAMPUS is not a health insurance program but makes payment for health benefits provided through certain affiliations with the Uniformed Services. Information on the patient's sponsor should be provided in those items captioned in "Insured"; i.e., items 1a, 4, 6, 7, 9, and 11.

### BLACK LUNG AND FECA CLAIMS

The provider agrees to accept the amount paid by the Government as payment in full. See Black Lung and FECA instructions regarding required procedure and diagnosis coding systems.

### SIGNATURE OF PHYSICIAN OR SUPPLIER (MEDICARE, CHAMPUS, FECA AND BLACK LUNG)

I certify that the services shown on this form were medically indicated and necessary for the health of the patient and were personally furnished by me or were furnished incident to my professional service by my employee under my immediate personal supervision, except as otherwise expressly permitted by Medicare or CHAMPUS regulations.

For services to be considered as "incident" to a physician's professional service, 1) they must be rendered under the physician's immediate personal supervision by his/her employee, 2) they must be an integral, although incidental part of a covered physician's service, 3) they must be of kinds commonly furnished in physician's offices, and 4) the services of nonphysicians must be included on the physician's bills.

For CHAMPUS claims, I further certify that I (or any employee) who rendered services am not an active duty member of the Uniformed Services or a civilian employee of the United States Government or a contract employee of the United States Government, either civilian or military (refer to 5 USC 5536). For Black-Lung claims, I further certify that the services performed were for a Black Lung-related disorder.

No Part B Medicare benefits may be paid unless this form is received as required by existing law and regulations (42 CFR 424.32)

NOTICE: Any one who misrepresents or falsifies essential information to receive payment from Federal funds requested by this form may upon conviction be subject to fine and imprisonment under applicable Federal laws.

### NOTICE TO PATIENT ABOUT THE COLLECTION AND USE OF MEDICARE, CHAMPUS, FECA, AND BLACK LUNG INFORMATION
### (PRIVACY ACT STATEMENT)

We are authorized by CMS, CHAMPUS and OWCP to ask you for information needed in the administration of the Medicare, CHAMPUS, FECA, and Black Lung programs. Authority to collect information is in section 205(a), 1862, 1872 and 1874 of the Social Security Act as amended, 42 CFR 411.24(a) and 424.5(a) (6), and 44 USC 3101;41 CFR 101 et seq and 10 USC 1079 and 1086; 5 USC 8101 et seq; and 30 USC 901 et seq; 38 USC 613; E.O. 9397.

The information we obtain to complete claims under these programs is used to identify you and to determine your eligibility. It is also used to decide if the services and supplies you received are covered by these programs and to insure that proper payment is made.

The information may also be given to other providers of services, carriers, intermediaries, medical review boards, health plans, and other organizations or Federal agencies, for the effective administration of Federal provisions that require other third parties payers to pay primary to Federal program, and as otherwise necessary to administer these programs. For example, it may be necessary to disclose information about the benefits you have used to a hospital or doctor. Additional disclosures are made through routine uses for information contained in systems of records.

FOR MEDICARE CLAIMS: See the notice modifying system No. 09-70-0501, titled, 'Carrier Medicare Claims Record,' published in the Federal Register, Vol 55 No. 177, page 37549, Wed. Sept. 12, 1990, or as updated and republished

FOR OWCP CLAIMS: Department of Labor, Privacy Act of 1974, "Republication of Notice of Systems of Records," Federal Register Vol. 55 No. 40, Wed Feb 28, 1990. See ESA-5, ESA-6, ESA-12, ESA-13, ESA-30, or as updated and republished

FOR CHAMPUS CLAIMS: PRINCIPLE PURPOSE(S): To evaluate eligibility for medical care provided by civilian sources and to issue payment upon establishment of eligibility and determination that the services/supplies received are authorized by law.

ROUTINE USE(S): Information from claims and related documents may be given to the Dept. of Veterans Affairs, the Dept. of Health and Human Services and/or the Dept. of Transportation consistent with their statutory administrative responsibilities under CHAMPUS/CHAMPVA; to the Dept. of Justice for representation of the Secretary of Defense in civil actions; to the Internal Revenue Service, private collection agencies, and consumer reporting agencies in connection with recoupment claims; and to Congressional Offices in response to inquiries made at the request of the person to whom a record pertains. Appropriate disclosures may be made to other federal, state, local, foreign government agencies, private business entities, and individual providers of care, on matters relating to entitlement, claims adjudication, fraud, program abuse, utilization review, quality assurance, peer review, program integrity, third-party liability, coordination of benefits and civil and criminal litigation related to the operation of CHAMPUS.

DISCLOSURES: Voluntary; however, failure to provide information will result in delay in payment or may result in denial of claim. With the one exception discussed below, there are no penalties under these programs for refusing to supply information. However, failure to furnish information regarding the medical services rendered or the amount charged would prevent payment of claims under these programs. Failure to furnish any other information, such as name or claim number, would delay payment of the claim. Failure to provide medical information under FECA could be deemed an obstruction.

It is mandatory that you tell us if you know that another party is responsible for paying for your treatment. Section 1128B of the Social Security Act and 31 USC 3801-3812 provide penalties for withholding this information.

You should be aware that P.L. 100-503, the "Computer Matching and Privacy Protection Act of 1988", permits the government to verify information by way of computer matches.

### MEDICAID PAYMENTS (PROVIDER CERTIFICATION)

I hereby agree to keep such records as are necessary to disclose fully the extent of services provided to individuals under the State's Title XIX plan and to furnish information regarding any payments claimed for providing such services as the State Agency or Dept. of Health and Human Services may request.

I further agree to accept, as payment in full, the amount paid by the Medicaid program for those claims submitted for payment under that program, with the exception of authorized deductible, coinsurance, co-payment or similar cost-sharing charge.

SIGNATURE OF PHYSICIAN (OR SUPPLIER): I certify that the services listed above were medically indicated and necessary to the health of this patient and were personally furnished by me or my employee under my personal direction.

NOTICE: This is to certify that the foregoing information is true, accurate and complete. I understand that payment and satisfaction of this claim will be from Federal and State funds, and that any false claims, statements, or documents, or concealment of a material fact, may be prosecuted under applicable Federal or State laws.

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-0999. The time required to complete this information collection is estimated to average 10 minutes per response, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have any comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: CMS, Attn. PRA Reports Clearance Officer 7500 Security Boulevard, Baltimore, Maryland 21244-1850. This address is for comments and/or suggestions only. DO NOT MAIL COMPLETED CLAIM FORMS TO THIS ADDRESS

04/04/2011 06:36 FAX                                                      ☒ 028/050

**Michigan Spine & Rehab**
23861 W. McNichols
Detroit, MI 48219
(313) 769-8888

| Patient: | Redacted | Physician: | Jeff S. Pierce, D.O. |
|---|---|---|---|
| Sex: | Female | Test Date: | 03/16/11 |
| S.S. No. | | | |
| Ref. M.D.: | DR. ONIANGO | | |
| D.O.B. | Redacted | | |

### Motor Nerve Study

**Left Median-Ulnar Nerve**
Rec Site: APB-ADM

| STIM SITE | Lat (ms) | Dur (ms) | Amp (mV) | Area (mVms) | Dist (mm) | C.V. (m/s) |
|---|---|---|---|---|---|---|
| M Wrist | 4.7 | | 4.5 | | 0 | |
| Elbow | 3.9 | | 3.1 | | 180 | 215.0 |

**Median-Ulnar Nerve**
Rec Site: APB-ADM

| STIM SITE | Lat (ms) L R | Dur (ms) L R | Amp (mV) L R | Area (mVms) L R | Dist (mm) L R | C.V. (m/s) L R |
|---|---|---|---|---|---|---|
| M Wrist | 5.2 | | 8.7 | | 0  0 | |
| Elbow | 20.9  9.3 | | 21.5  1.1 | | 0  165 | 44.4 |
| U Wrist | 3.3 | | 6.6 | | 0 | |
| B.Elbow | 9.5 | | 6.6 | | 210 | 64.3 |
| A.Elbow | 8.5 | | 5.1 | | 105 | 48.7 |

**Right Median-Ulnar Nerve**
Rec Site: APB-ADM

| STIM SITE | Lat (ms) | Dur (ms) | Amp (mV) | Area (mVms) | Dist (mm) | C.V. (m/s) |
|---|---|---|---|---|---|---|
| U Wrist | 3.5 | | 7.2 | | 0 | |
| B.Elbow | 15.5 | | 5.0 | | 220 | 18.0 |
| A.Elbow | 31.2 | | 14.7 | | 130 | 5.5 |

### Sensory Nerve Study

**Med/Uln/Rad Nerve**

| Stim Site W/Wr REC SITE | Lat (ms) L R | Dur (ms) L R | Amp (uV) L R | Dist (cm) L R | C.V. (m/s) L R |
|---|---|---|---|---|---|
| M Thumb | 3.5  5.6 | | 39.3  20.9 | 0  0 | |
| R Thumb | 3.0  6.2 | | 10.7  8.3 | 0  0 | |
| Index | 3.5  3.7 | | 18.0  29.0 | 0  0 | |
| D2 MidPalm | 3.0  1.9 | | 89.3  42.7 | 0  0 | |
| 5th dig | 3.3 | | 50.7 | 0 | |

### F-Wave Study

**Median-Ulnar Nerve**
Rec Site:
Stim Site:

| | Latency ms L R |
|---|---|
| M wave | 4.75  3.53 |
| F wave | 32.25  35.65 |
| F-M | 27.50  30.25 |

03/25/2011  12:46   12488882525   MI SPORTS AND SPINE   PAGE  07/29

# HEALTH INSURANCE CLAIM FORM

**(1500)**
APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE 08/05

CARRIER:
STATE FARM INSURANCE
FAX 888-845-8680
PO BOX 2361
BLOOMINGTON IL 61702

| PICA | | | | | | | | | PICA |

1. MEDICARE ☐ / MEDICAID ☐ / TRICARE CHAMPUS ☐ / CHAMPVA ☐ / GROUP HEALTH PLAN ☐ / FECA BLK LUNG ☐ / OTHER ☒
1a. INSURED'S I.D. NUMBER: 22B149302

2. PATIENT'S NAME: Redacted
3. PATIENT'S BIRTH DATE: Redacted  SEX: F ☒
4. INSURED'S NAME: Redacted

6. PATIENT RELATIONSHIP TO INSURED: Self ☒
8. PATIENT STATUS: Other ☒

10. IS PATIENT'S CONDITION RELATED TO:
a. EMPLOYMENT? NO ☒
b. AUTO ACCIDENT? NO ☒
c. OTHER ACCIDENT? NO ☒

c. INSURANCE PLAN NAME OR PROGRAM NAME: STATE FARM INSURANCE
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? NO ☒

12. PATIENT'S SIGNATURE: SIGNATURE ON FILE  DATE: 03 16 11
13. INSURED'S SIGNATURE: SIGNATURE ON FILE

17. NAME OF REFERRING PROVIDER: JEFF SCOTT PIERCE DO
17b. NPI: 1235103771

20. OUTSIDE LAB? NO ☒  $ CHARGES: 0|00

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY:
1. 723 1

| 24. A. DATE(S) OF SERVICE From / To | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES CPT/HCPCS | MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT | I. ID QUAL | J. RENDERING PROVIDER ID # |
|---|---|---|---|---|---|---|---|---|---|---|
| 03 16 11 / 03 16 11 | 11 | | 95861 | | 1 | 600 00 | 1 | | NPI | 1235103771 |
| 03 16 11 / 03 16 11 | 11 | | 95904 | | 1 | 1110 00 | 6 | | NPI | 1235103771 |
| 03 16 11 / 03 16 11 | 11 | | 95900 | 59 | 1 | 800 00 | 4 | | NPI | 1235103771 |
| 03 16 11 / 03 16 11 | 11 | | 95903 | | 1 | 500 00 | 2 | | NPI | 1235103771 |

25. FEDERAL TAX I.D. NUMBER: 205918486  EIN ☒
26. PATIENT'S ACCOUNT NO.: 21700C6527
27. ACCEPT ASSIGNMENT? YES ☒
28. TOTAL CHARGE: $3010 00
29. AMOUNT PAID: $0 00
30. BALANCE DUE: $3010 00

31. SIGNATURE OF PHYSICIAN: JEFF SCOTT PIERCE DO  03 31 11
32. SERVICE FACILITY LOCATION:
MICHIGAN SPINE & REHAB DT
23861 MCNICHOLS
DETROIT MI 48219
a. 1518027606

33. BILLING PROVIDER INFO & PH #: (248) 889-4580
MICHIGAN SPINE AND REHAB
5761 W MAPLE RD
WEST BLOOMFIELD MI 48322
a. 1518027606

NUCC Instruction Manual available at: www.nucc.org
APPROVED OMB 0938-0999 FORM CMS-1500 (08/05)

Michigan Spine and Rehab
23861 W McNichols
Detroit, MI 48219

## Electrodiagnostic Report
### EMG/NCV

**Patient Name:** Redacted

**Recording Date:** 6/28/2012

**Birth Date:** Redacted

**Ref Doctor:** Dr. Fitch

**History:** Pt is right-handed, and she c/o b/l posterior cervical pain and b/l upper extremity pain, paresthesias and weakness extending into all of her fingers of both of her hands. She also c/o b/l low back pain and b/l lower extremity pain, paresthesias and weakness extending posteriorly to her heels. This all began ~ 3 years ago.

### IMPRESSIONS BILATERAL UPPER EXTREMITIES
1. Abnormal study.
2. Electrodiagnostic evidence suggestive of bilateral C6-C7 radiculitis.
3. Electrodiagnostic evidence of right median sensorimotor neuropathy consistent with moderate right carpal tunnel syndrome.
4. Electrodiagnostic evidence of left median sensory neuropathy consistent with mild left carpal tunnel syndrome.
5. Electrodiagnostic evidence of ulnar sensory neuropathy bilaterally.
6. No electrodiagnostic evidence of ulnar motor neuropathy bilaterally.
7. No electrodiagnostic evidence of radial neuropathy bilaterally.
8. No electrodiagnostic evidence of cervical myopathy or plexopathy bilaterally.

### IMPRESSIONS BILATERAL LOWER EXTREMITIES
1. Abnormal study.
2. Electrodiagnostic evidence suggestive of bilateral L5-S1 radiculitis.
3. No electrodiagnostic evidence of peroneal motor neuropathy bilaterally.
4. No electrodiagnostic evidence of tibial motor neuropathy bilaterally.
5. Electrodiagnostic evidence of sural sensory neuropathy on the right.
6. No electrodiagnostic evidence of sural sensory neuropathy on the left.
7. No electrodiagnostic evidence of lumbar myopathy or plexopathy bilaterally.

Thank you for the opportunity to participate in the care of your patient.

Sincerely,

Katherine H. Karo, DO
Physical Medicine & Rehabilitation

10ch1218600252

Redacted

GB12L53DBW

6/28/2012 11:37:28 AM

| MNCV | Site/Segment | Latency ms | Amp mV | Dur ms | Area mVms | Distance mm | Velocity m/s |
|---|---|---|---|---|---|---|---|
| Median R | Wrist-APB 7cm | 7.9 | 1.8 | 9.3 | 8.0 | | |
| | Elbow-Wrist | 11.9 | 1.2 | 3.4 | 1.7 | 210 | 52.9 |
| Ulnar R | Wrist-ADM 7cm | 2.7 | 5.0 | 7.3 | 19.5 | | |
| | Below Elbow-Wrist | 6.9 | 7.8 | 7.0 | 26.0 | 220 | 52.6 |
| Median L | Wrist-APB 7cm | 4.2 | 5.2 | 8.0 | 25.1 | | |
| | Elbow-Wrist | 8.1 | 6.6 | 8.0 | 25.4 | 190 | 48.2 |
| Ulnar L | Wrist-ADM 7cm | 3.1 | 6.8 | 7.2 | 23.8 | | |
| | Below Elbow-Wrist | 7.4 | 5.6 | 8.9 | 21.1 | 220 | 51.5 |
| Peroneal R | Foot-EDB 9cm | 3.3 | 5.1 | 6.4 | 15.6 | | |
| | Below Fib Head-Foot | 10.1 | 4.0 | 7.3 | 10.5 | 300 | 44.3 |
| Tibial R | Ankle-AH 8cm | 5.3 | 6.1 | 5.5 | 19.2 | | |
| | Pop Fossa-Ankle | 13.5 | 7.0 | 6.3 | 5.7 | 400 | 48.9 |
| Peroneal L | Foot-EDB 9cm | 3.4 | 5.4 | 6.2 | 16.7 | | |
| | Below Fib Head-Foot | 10.3 | 4.4 | 6.4 | 11.0 | 320 | 46.4 |
| Tibial L | Ankle-AH 8cm | 4.5 | 6.0 | 5.4 | 13.0 | | |
| | Pop Fossa-Ankle | 12.5 | 1.3 | 7.4 | 1.0 | 400 | 49.6 |

| SNCV | Site/Segment | Latency ms | Amp uV | Dur ms | Area uVms | Distance mm | Velocity m/s |
|---|---|---|---|---|---|---|---|
| Median Dig II R | Wrist-Digit II 14cm | 2.1 | 0.00 | | | | NO |
| Ulnar Dig V R | Wrist-Digit V 14cm | 3.5 | 5.53 | | | 140 | 40.6 |
| Radial Snuff box R | Forearm-Snuff Box 10cm | 2.2 | 9.11 | | | 110 | 50.0 |
| Median Dig II L | Wrist-Digit II 14cm | 4.5 | 10.4 | | | 160 | 35.9 |
| Ulnar Dig V L | Wrist-Digit V 14cm | 3.7 | 19.0 | | | 150 | 40.6 |
| Radial Snuff box L | Forearm-Snuff Box 10cm | 2.4 | 14.9 | | | 110 | 45.8 |
| Sural R | Gastroc-Lat Mall 14cm | 6.4 | 15.0 | | | 140 | 22.0 |
| Sural L | Gastroc-Lat Mall 14cm | 3.1 | 12.6 | | | 140 | 45.9 |

| F Wave | F min latency ms |
|---|---|
| Median R | 29.7 |
| Ulnar R | 30.7 |
| Median L | 26.8 |
| Ulnar L | 28.2 |
| Peroneal R | 48.3 |
| Tibial R | 48.2 |
| Peroneal L | 45.5 |
| Tibial L | 35.0 |

| H Reflex | H Latency ms |
|---|---|
| Tibial R | 37.4 |
| Tibial L | 37.2 |

Page 3

10ch1218600254