*Exhibit 21*

## Exhibit 21 - Rico Event Identification

| RICO Event [A] | Patient | Date of Loss | Date of Mailing [B] |
|---|---|---|---|
| 1 | AK | 7/2/2010 | 6/2/2011 |
| 2 | MJ | 9/6/2011 | 9/22/2011 |
| 3 | LW | 8/6/2011 | 8/16/2011 |
| 4 | CS | 11/2/2011 | 3/8/2012 |
| 5 | MD | 11/22/2010 | 12/2/2010 |
| 6 | SS | 12/10/2010 | 1/11/2011 |
| 7 | SR | 12/30/2010 | 1/27/2011 |
| 8 | LG | 12/19/2010 | 9/28/2011 |
| 9 | JP | 1/6/2011 | 1/31/2011 |
| 10 | MP | 12/20/2010 | 3/3/2011 |
| 11 | RZ | 12/13/2010 | 2/17/2011 |
| 12 | EC | 2/6/2011 | 5/3/2011 |
| 13 | RD | 2/7/2011 | 3/31/2011 |
| 14 | ML | 1/21/2011 | 3/1/2011 |
| 15 | TD | 11/9/2010 | 3/8/2011 |
| 16 | PG | 3/5/2011 | 4/19/2011 |
| 17 | AS | 3/16/2011 | 3/29/2011 |
| 18 | LC | 3/26/2011 | 6/28/2011 |
| 19 | DC | 4/1/2011 | 6/28/2011 |
| 20 | GC | 4/1/2011 | 8/30/2011 |
| 21 | AM | 2/27/2011 | 5/11/2011 |
| 22 | HH | 4/5/2011 | 8/18/2011 |
| 23 | LM | 4/12/2011 | 5/3/2011 |
| 24 | YM | 4/12/2011 | 5/3/2011 |
| 25 | DM | 2/17/2011 | 7/7/2011 |
| 26 | MR | 3/19/2011 | 5/13/2011 |
| 27 | KA | 4/8/2011 | 9/14/2011 |
| 28 | CM | 4/14/2011 | 4/28/2011 |
| 29 | LT | 4/10/2011 | 5/13/2011 |
| 30 | AW | 4/27/2011 | 7/28/2011 |
| 31 | IL | 3/18/2011 | 5/24/2011 |
| 32 | JR | 4/12/2011 | 7/12/2011 |
| 33 | AC | 3/26/2011 | 7/7/2011 |
| 34 | CA | 5/12/2011 | 8/2/2011 |
| 35 | AS | 5/15/2011 | 11/21/2011 |
| 36 | JC | 5/15/2011 | 10/3/2011 |
| 37 | AA | 5/17/2011 | 6/16/2011 |
| 38 | JA | 5/17/2011 | 6/16/2011 |
| 39 | EH | 5/13/2011 | 5/24/2011 |
| 40 | RB | 5/18/2011 | 6/16/2011 |
| 41 | JB | 5/18/2011 | 10/21/2011 |
| 42 | AC | 5/21/2011 | 8/10/2011 |
| 43 | GH | 5/17/2011 | 7/28/2011 |
| 44 | MH | 5/17/2011 | 7/28/2011 |
| 45 | HB | 5/17/2011 | 6/9/2011 |

## **Exhibit 21 - Rico Event Identification**

| RICO Event (A) | Patient | Date of Loss | Date of Mailing (B) |
|---|---|---|---|
| 46 | BH | 4/27/2011 | 5/24/2011 |
| 47 | DS | 4/27/2011 | 6/7/2011 |
| 48 | TB | 3/22/2011 | 7/12/2011 |
| 49 | SP | 6/5/2011 | 9/2/2011 |
| 50 | MB | 6/5/2011 | 6/30/2011 |
| 51 | AD | 6/15/2011 | 10/21/2011 |
| 52 | MB | 6/16/2011 | 4/24/2012 |
| 53 | BL | 6/18/2011 | 11/11/2011 |
| 54 | FS | 5/13/2011 | 8/2/2011 |
| 55 | CA | 6/17/2011 | 8/9/2011 |
| 56 | JC | 4/12/2011 | 6/30/2011 |
| 57 | JC | 6/27/2011 | 4/21/2011 |
| 58 | GK | 3/7/2011 | 8/2/2011 |
| 59 | AS | 6/30/2011 | 8/18/2011 |
| 60 | AF | 7/7/2011 | 8/10/2011 |
| 61 | CL | 6/1/2011 | 8/10/2011 |
| 62 | JJ | 6/24/2011 | 8/9/2011 |
| 63 | DE | 7/8/2011 | 7/15/2011 |
| 64 | MW | 7/5/2011 | 9/8/2011 |
| 65 | JM | 7/14/2011 | 8/4/2011 |
| 66 | OB | 7/17/2011 | 8/23/2013 |
| 67 | RM | 7/17/2011 | 8/31/2011 |
| 68 | AB | 6/28/2011 | 8/9/2011 |
| 69 | ZU | 7/13/2011 | 8/9/2011 |
| 70 | JG | 7/17/2011 | 11/16/2011 |
| 71 | RS | 7/25/2011 | 8/2/2011 |
| 72 | AV | 7/26/2011 | 8/30/2011 |
| 73 | CV | 7/26/2011 | 11/29/2011 |
| 74 | RM | 7/28/2011 | 10/3/2011 |
| 75 | KC | 8/11/2011 | 8/30/2011 |
| 76 | SC | 8/11/2011 | 8/30/2011 |
| 77 | LS | 8/13/2011 | 1/17/2012 |
| 78 | CC | 6/23/2011 | 10/7/2011 |
| 79 | TB | 8/4/2011 | 7/27/2012 |
| 80 | MS | 7/22/2011 | 8/23/2011 |
| 81 | DB | 8/19/2011 | 10/11/2011 |
| 82 | DL | 8/25/2011 | 1/19/2012 |
| 83 | FC | 9/5/2011 | 11/30/2011 |
| 84 | DA | 9/7/2011 | 9/29/2011 |
| 85 | TJ | 9/7/2011 | 4/5/2012 |
| 86 | DT | 9/8/2011 | 12/2/2011 |
| 87 | TC | 8/21/2011 | 12/13/2011 |
| 88 | GS | 9/14/2011 | 11/30/2011 |
| 89 | JS | 9/14/2011 | 12/28/2011 |
| 90 | RW | 9/17/2011 | 11/1/2011 |
| 91 | JS | 9/8/2011 | 9/22/2011 |

## Exhibit 21 - Rico Event Identification

| RICO Event [A] | Patient | Date of Loss | Date of Mailing [B] |
|---|---|---|---|
| 92 | LW | 9/21/2011 | 10/11/2011 |
| 93 | JP | 9/3/2011 | 11/1/2011 |
| 94 | SW | 9/23/2011 | 10/11/2011 |
| 95 | LA | 10/5/2011 | 1/18/2012 |
| 96 | JW | 7/8/2011 | 10/21/2011 |
| 97 | SW | 10/15/2011 | 1/25/2012 |
| 98 | RM | 9/22/2011 | 12/16/2011 |
| 99 | WS | 10/25/2011 | 4/17/2012 |
| 100 | RJ | 10/27/2011 | 12/20/2011 |
| 101 | CO | 10/28/2011 | 2/28/2012 |
| 102 | DO | 10/11/2011 | 2/28/2012 |
| 103 | AA | 10/28/2011 | 4/20/2012 |
| 104 | SL | 11/1/2011 | 1/17/2012 |
| 105 | LL | 11/1/2011 | 1/5/2012 |
| 106 | SG | 11/1/2011 | 11/17/2011 |
| 107 | DF | 10/26/2011 | 12/28/2011 |
| 108 | JT | 10/26/2011 | 2/3/2012 |
| 109 | DL | 10/19/2011 | 11/3/2011 |
| 110 | SG | 11/6/2011 | 12/7/2011 |
| 111 | SM | 11/8/2011 | 12/2/2011 |
| 112 | CV | 11/11/2011 | 3/30/2012 |
| 113 | CW | 11/11/2011 | 1/17/2012 |
| 114 | EG | 11/17/2011 | 2/14/2012 |
| 115 | JJ | 11/10/2011 | 12/13/2011 |
| 116 | TV | 11/4/2011 | 4/12/2012 |
| 117 | FS | 11/12/2011 | 4/26/2012 |
| 118 | HM | 11/12/2011 | 4/26/2012 |
| 119 | PB | 11/29/2011 | 1/25/2012 |
| 120 | PS | 12/1/2011 | 4/12/2012 |
| 121 | PW | 12/3/2011 | 1/11/2012 |
| 122 | ST | 12/3/2011 | 12/15/2011 |
| 123 | KJ | 12/1/2011 | 2/28/2012 |
| 124 | CS | 12/3/2011 | 7/12/2012 |
| 125 | LM | 12/3/2011 | 9/5/2012 |
| 126 | MT | 12/3/2011 | 9/5/2012 |
| 127 | LR | 10/29/2011 | 1/25/2012 |
| 128 | EA | 11/29/2011 | 1/25/2012 |
| 129 | JW | 12/15/2011 | 2/28/2012 |
| 130 | TP | 12/15/2011 | 1/12/2012 |
| 131 | PP | 12/19/2011 | 6/21/2012 |
| 132 | RD | 12/17/2011 | 2/9/2012 |
| 133 | MP | 12/21/2011 | 3/6/2012 |
| 134 | MP | 12/23/2011 | 1/25/2012 |
| 135 | CH | 12/24/2011 | 2/16/2012 |
| 136 | LB | 12/24/2011 | 1/10/2012 |
| 137 | TF | 12/29/2011 | 1/10/2012 |

## Exhibit 21 - Rico Event Identification

| RICO Event [A] | Patient | Date of Loss | Date of Mailing [B] |
|---|---|---|---|
| 138 | GC | 1/1/2012 | 1/10/2012 |
| 139 | SW | 1/2/2012 | 7/13/2012 |
| 140 | EK | 1/3/2012 | 2/14/2012 |
| 141 | NA | 1/4/2012 | 4/12/2012 |
| 142 | HS | 1/10/2012 | 1/17/2012 |
| 143 | DS | 12/31/2011 | 1/31/2012 |
| 144 | RE | 1/13/2012 | 2/16/2012 |
| 145 | GT | 1/14/2012 | 7/16/2012 |
| 146 | BC | 1/17/2012 | 2/7/2012 |
| 147 | EG | 1/18/2012 | 9/19/2012 |
| 148 | AH | 1/21/2012 | 2/21/2012 |
| 149 | RB | 1/26/2012 | 2/21/2012 |
| 150 | MM | 1/29/2012 | 4/12/2012 |
| 151 | KA | 1/29/2012 | 2/28/2012 |
| 152 | LW | 1/30/2012 | 4/10/2012 |
| 153 | MC | 1/30/2012 | 4/10/2012 |
| 154 | MF | 2/6/2012 | 2/28/2012 |
| 155 | CT | 2/10/2012 | 4/17/2012 |
| 156 | BH | 2/3/2012 | 4/10/2012 |
| 157 | SL | 2/17/2012 | 8/22/2012 |
| 158 | KR | 2/23/2012 | 3/2/2012 |
| 159 | PR | 2/23/2012 | 3/2/2012 |
| 160 | AC | 2/23/2012 | 4/24/2012 |
| 161 | SL | 3/2/2012 | 3/8/2012 |
| 162 | SC | 3/4/2012 | 3/8/2012 |
| 163 | TP | 1/21/2012 | 3/20/2012 |
| 164 | LN | 3/8/2012 | 5/22/2013 |
| 165 | MA | 1/8/2012 | 3/20/2012 |
| 166 | SJ | 3/8/2012 | 3/15/2012 |
| 167 | GR | 3/7/2012 | 5/16/2012 |
| 168 | DS | 3/6/2012 | 3/27/2012 |
| 169 | TF | 6/20/2011 | 8/10/2011 |
| 170 | SR | 6/29/2011 | 7/29/2011 |
| 171 | TI | 7/2/2011 | 10/18/2011 |
| 172 | LC | 7/18/2011 | 9/20/2011 |
| 173 | MJ | 10/16/2011 | 11/15/2011 |
| 174 | RG | 12/23/2011 | 3/2/2012 |
| 175 | CL | 1/13/2012 | 7/5/2012 |
| 176 | ED | 2/3/2012 | 2/16/2012 |
| 177 | HW | 2/3/2012 | 3/30/2012 |
| 178 | PB | 2/14/2012 | 2/23/2012 |
| 179 | DC | 2/25/2012 | 3/2/2012 |
| 180 | AB | 1/14/2012 | 4/10/2012 |
| 181 | MH | 1/14/2012 | 3/15/2012 |
| 182 | LG | 3/3/2012 | 4/24/2012 |
| 183 | MG | 3/3/2012 | 4/24/2012 |

## Exhibit 21 - Rico Event Identification

| RICO Event (A) | Patient | Date of Loss | Date of Mailing (B) |
|---|---|---|---|
| 184 | AM | 3/22/2012 | 4/5/2012 |
| 185 | SK | 3/25/2012 | 4/26/2012 |
| 186 | FS | 4/7/2012 | 8/9/2012 |
| 187 | RM | 3/28/2012 | 8/31/2012 |
| 188 | PR | 4/6/2012 | 5/10/2012 |
| 189 | PB | 4/3/2012 | 5/6/2012 |
| 190 | JD | 4/12/2012 | 4/24/2012 |
| 191 | WH | 4/18/2012 | 7/30/2012 |
| 192 | AC | 4/18/2012 | 6/12/2012 |
| 193 | SJ | 4/26/2012 | 7/10/2012 |
| 194 | LR | 4/27/2012 | 10/16/2012 |
| 195 | JB | 4/24/2012 | 9/18/2012 |
| 196 | MW | 4/24/2012 | 7/19/2012 |
| 197 | JS | 5/2/2012 | 8/15/2012 |
| 198 | MS | 5/11/2012 | 1/11/2013 |
| 199 | BB | 5/12/2012 | 10/31/2012 |
| 200 | DJ | 5/16/2012 | 7/31/2012 |
| 201 | RS | 5/19/2012 | 11/5/2012 |
| 202 | JS | 5/19/2012 | 5/24/2012 |
| 203 | KM | 5/19/2012 | 5/31/2012 |
| 204 | AE | 5/18/2012 | 7/30/2012 |
| 205 | BR | 5/27/2012 | 7/13/2012 |
| 206 | MA | 5/30/2012 | 8/22/2012 |
| 207 | DM | 6/7/2012 | 7/5/2012 |
| 208 | RC | 6/12/2012 | 11/6/2012 |
| 209 | DM | 6/13/2012 | 8/15/2012 |
| 210 | SB | 6/5/2012 | 6/21/2012 |
| 211 | TT | 6/26/2012 | 7/6/2012 |
| 212 | JA | 6/26/2012 | 7/19/2012 |
| 213 | DN | 7/1/2012 | 7/16/2012 |
| 214 | KW | 7/4/2012 | 7/12/2012 |
| 215 | RB | 7/4/2012 | 7/12/2012 |
| 216 | RH | 7/4/2012 | 7/12/2012 |
| 217 | TC | 7/4/2012 | 7/12/2012 |
| 218 | SB | 7/6/2012 | 8/7/2012 |
| 219 | CS | 7/4/2012 | 9/24/2012 |
| 220 | CM | 7/8/2012 | 7/16/2012 |
| 221 | JD | 7/6/2012 | 12/27/2012 |
| 222 | KD | 7/6/2012 | 7/23/2012 |
| 223 | RB | 2/11/2012 | 9/17/2012 |
| 224 | TM | 7/19/2012 | 10/11/2012 |
| 225 | GS | 7/12/2012 | 10/22/2012 |
| 226 | DJ | 7/25/2012 | 8/9/2012 |
| 227 | LH | 7/13/2012 | 8/20/2012 |
| 228 | CB | 8/6/2012 | 10/12/2012 |
| 229 | RS | 7/21/2012 | 9/13/2012 |

## Exhibit 21 - Rico Event Identification

| RICO Event [A] | Patient | Date of Loss | Date of Mailing [B] |
|---|---|---|---|
| 230 | WL | 8/10/2012 | 8/22/2012 |
| 231 | AD | 8/13/2012 | 12/19/2012 |
| 232 | RL | 7/21/2012 | 8/30/2012 |
| 233 | TG | 8/25/2012 | 11/15/2012 |
| 234 | DM | 8/23/2012 | 11/8/2012 |
| 235 | JG | 8/7/2012 | 9/4/2012 |
| 236 | CJ | 8/30/2012 | 10/2/2012 |
| 237 | DG | 9/1/2012 | 9/11/2012 |
| 238 | AL | 9/6/2012 | 9/18/2012 |
| 239 | DP | 9/10/2012 | 10/19/2012 |
| 240 | WP | 9/10/2012 | 10/19/2012 |
| 241 | DB | 9/11/2012 | 1/2/2013 |
| 242 | CA | 9/13/2012 | 11/5/2012 |
| 243 | AB | 8/16/2012 | 12/17/2012 |
| 244 | KW | 9/18/2012 | 9/24/2012 |
| 245 | MP | 9/18/2012 | 9/24/2012 |
| 246 | DJ | 9/17/2012 | 10/9/2012 |
| 247 | MD | 10/1/2012 | 10/16/2012 |
| 248 | DG | 6/4/2012 | 6/19/2012 |
| 249 | CT | 8/7/2012 | 1/2/2013 |
| 250 | OS | 9/10/2012 | 9/20/2012 |
| 251 | BD | 10/3/2012 | 11/19/2012 |
| 252 | EJ | 10/8/2012 | 10/25/2012 |
| 253 | CW | 10/31/2012 | 11/21/2012 |
| 254 | RM | 11/8/2012 | 12/20/2012 |
| 255 | KB | 2/11/2012 | 11/27/2012 |
| 256 | JP | 11/20/2012 | 12/6/2012 |
| 257 | AA | 12/3/2012 | 1/10/2013 |
| 258 | ZA | 12/3/2012 | 1/10/2013 |
| 259 | RC | 12/4/2012 | 1/29/2013 |
| 260 | BW | 12/26/2012 | 1/11/2013 |
| 261 | LH | 12/25/2012 | 1/31/2013 |
| 262 | AR | 9/24/2012 | 12/12/2012 |
| 263 | KP | 12/28/2012 | 1/17/2013 |
| 264 | AM | 8/16/2004 | 9/18/2008 |
| 265 | SY | 9/8/2004 | 8/11/2007 |
| 266 | SC | 1/7/2005 | 1/29/2009 |
| 267 | KD | 1/15/2005 | 7/1/2010 |
| 268 | NA | 7/22/2005 | 8/9/2007 |
| 269 | JM | 10/15/2005 | 3/5/2008 |
| 270 | MM | 11/30/2005 | 1/28/2008 |
| 271 | RP | 12/28/2005 | 11/28/2007 |
| 272 | MH | 9/17/2006 | 10/10/2007 |
| 273 | MG | 9/26/2006 | 11/4/2009 |
| 274 | BP | 10/3/2006 | 8/11/2007 |
| 275 | SD | 10/22/2006 | 8/11/2007 |

## Exhibit 21 - Rico Event Identification

| RICO Event [A] | Patient | Date of Loss | Date of Mailing [B] |
|---|---|---|---|
| 276 | GF | 4/23/2007 | 2/13/2008 |
| 277 | CF | 5/2/2007 | 8/31/2007 |
| 278 | BT | 2/18/2007 | 10/10/2007 |
| 279 | MA | 5/24/2007 | 4/18/2008 |
| 280 | HH | 6/3/2007 | 11/15/2007 |
| 281 | TS | 6/12/2007 | 4/16/2008 |
| 282 | AH | 6/12/2007 | 7/7/2011 |
| 283 | AK | 6/16/2007 | 12/26/2007 |
| 284 | CS | 7/25/2007 | 9/28/2007 |
| 285 | BW | 7/29/2007 | 9/4/2008 |
| 286 | AG | 6/29/2007 | 11/15/2007 |
| 287 | VK | 8/18/2007 | 10/10/2007 |
| 288 | BO | 8/26/2007 | 10/18/2007 |
| 289 | HW | 8/18/2007 | 10/29/2008 |
| 290 | MW | 9/18/2007 | 10/25/2007 |
| 291 | MS | 9/24/2007 | 11/15/2007 |
| 292 | AG | 10/4/2007 | 2/18/2008 |
| 293 | CK | 10/7/2007 | 11/15/2007 |
| 294 | SA | 10/7/2007 | 11/7/2007 |
| 295 | KS | 10/11/2007 | 11/15/2007 |
| 296 | CF | 10/22/2007 | 12/4/2007 |
| 297 | RT | 10/21/2007 | 5/7/2008 |
| 298 | NA | 10/22/2007 | 1/8/2008 |
| 299 | KF | 10/25/2007 | 11/1/2007 |
| 300 | MS | 10/25/2007 | 1/8/2008 |
| 301 | AL | 10/25/2007 | 5/22/2012 |
| 302 | LF | 10/25/2007 | 11/8/2007 |
| 303 | TM | 10/26/2007 | 12/4/2007 |
| 304 | RY | 10/25/2007 | 7/14/2008 |
| 305 | AA | 11/5/2007 | 12/28/2007 |
| 306 | DM | 11/5/2007 | 2/7/2008 |
| 307 | DM | 11/5/2007 | 2/7/2008 |
| 308 | TM | 11/5/2007 | 1/23/2008 |
| 309 | TL | 11/6/2007 | 1/8/2008 |
| 310 | AS | 11/6/2007 | 11/27/2007 |
| 311 | HK | 11/21/2007 | 1/8/2008 |
| 312 | SK | 11/21/2007 | 1/8/2008 |
| 313 | NB | 12/11/2007 | 1/10/2008 |
| 314 | TW | 12/8/2007 | 1/23/2008 |
| 315 | DP | 12/22/2007 | 3/18/2008 |
| 316 | JB | 12/30/2007 | 2/14/2008 |
| 317 | LP | 12/30/2007 | 3/25/2009 |
| 318 | LB | 1/11/2008 | 8/2/2011 |
| 319 | HH | 1/23/2008 | 2/24/2008 |
| 320 | EL | 2/20/2008 | 5/22/2008 |
| 321 | RS | 3/1/2008 | 4/24/2008 |

# Exhibit 21 - Rico Event Identification

| RICO Event (A) | Patient | Date of Loss | Date of Mailing (B) |
|---|---|---|---|
| 322 | KH | 3/1/2008 | 5/22/2008 |
| 323 | CJ | 3/4/2008 | 4/10/2008 |
| 324 | JJ | 3/4/2008 | 4/10/2008 |
| 325 | GM | 3/4/2008 | 4/23/2008 |
| 326 | JK | 3/7/2008 | 4/10/2008 |
| 327 | LB | 3/8/2008 | 6/24/2008 |
| 328 | GS | 3/16/2008 | 4/3/2008 |
| 329 | WB | 3/16/2008 | 4/3/2008 |
| 330 | SB | 3/19/2008 | 4/23/2008 |
| 331 | TM | 3/19/2008 | 4/16/2008 |
| 332 | SE | 3/20/2008 | 4/23/2008 |
| 333 | BJ | 3/30/2008 | 12/1/2008 |
| 334 | JG | 3/30/2008 | 8/26/2009 |
| 335 | RH | 3/30/2008 | 4/16/2008 |
| 336 | FT | 4/19/2008 | 12/28/2010 |
| 337 | ES | 4/15/2008 | 6/11/2008 |
| 338 | WW | 4/30/2008 | 10/10/2008 |
| 339 | AJ | 5/1/2008 | 5/15/2008 |
| 340 | CH | 5/1/2008 | 5/15/2008 |
| 341 | TH | 5/1/2008 | 5/22/2008 |
| 342 | AP | 4/29/2008 | 9/18/2008 |
| 343 | JB | 4/29/2008 | 8/21/2008 |
| 344 | FV | 5/2/2008 | 7/8/2009 |
| 345 | JB | 6/5/2008 | 5/21/2009 |
| 346 | KL | 6/17/2008 | 11/19/2009 |
| 347 | SM | 6/12/2008 | 6/26/2008 |
| 348 | RM | 6/20/2008 | 8/6/2008 |
| 349 | SM | 6/20/2008 | 9/11/2008 |
| 350 | JC | 6/28/2008 | 4/9/2009 |
| 351 | PD | 6/30/2008 | 7/9/2008 |
| 352 | KS | 6/4/2008 | 10/29/2009 |
| 353 | CC | 2/28/2008 | 12/10/2008 |
| 354 | HT | 7/20/2008 | 7/23/2008 |
| 355 | KB | 8/4/2008 | 1/6/2009 |
| 356 | KC | 8/18/2008 | 7/15/2011 |
| 357 | TR | 8/19/2008 | 9/8/2008 |
| 358 | SG | 8/21/2008 | 11/3/2008 |
| 359 | MT | 8/20/2008 | 9/15/2008 |
| 360 | MM | 8/27/2008 | 10/1/2008 |
| 361 | KM | 9/5/2008 | 9/15/2008 |
| 362 | DJ | 9/2/2008 | 11/12/2008 |
| 363 | KJ | 9/2/2008 | 11/12/2008 |
| 364 | ED | 9/3/2008 | 12/8/2008 |
| 365 | LG | 9/8/2008 | 9/18/2008 |
| 366 | KA | 9/14/2008 | 10/21/2008 |
| 367 | SP | 9/21/2008 | 1/15/2009 |

# Exhibit 21 - Rico Event Identification

| RICO Event (A) | Patient | Date of Loss | Date of Mailing (B) |
|---|---|---|---|
| 368 | BM | 9/28/2008 | 10/28/2008 |
| 369 | NL | 9/30/2008 | 11/5/2008 |
| 370 | SA | 9/30/2008 | 11/5/2008 |
| 371 | MS | 10/2/2008 | 2/26/2009 |
| 372 | GN | 10/3/2008 | 3/4/2009 |
| 373 | JT | 10/6/2008 | 1/26/2009 |
| 374 | LB | 10/8/2008 | 10/27/2008 |
| 375 | AB | 10/23/2008 | 2/23/2010 |
| 376 | SB | 10/23/2008 | 2/23/2010 |
| 377 | BD | 10/27/2008 | 9/15/2009 |
| 378 | FA | 10/27/2008 | 4/23/2009 |
| 379 | CM | 2/2/2009 | 4/7/2009 |
| 380 | AI | 10/25/2008 | 1/6/2011 |
| 381 | AM | 10/27/2008 | 12/1/2008 |
| 382 | KJ | 11/1/2008 | 12/5/2008 |
| 383 | LA | 11/1/2008 | 12/5/2008 |
| 384 | FJ | 11/2/2008 | 11/12/2008 |
| 385 | WI | 11/2/2008 | 11/12/2008 |
| 386 | SB | 11/7/2008 | 3/8/2009 |
| 387 | NE | 10/20/2008 | 12/8/2008 |
| 388 | AB | 11/18/2008 | 2/25/2009 |
| 389 | ET | 11/20/2008 | 1/9/2009 |
| 390 | NL | 11/21/2008 | 1/21/2010 |
| 391 | CB | 11/26/2008 | 4/12/2009 |
| 392 | SL | 11/26/2008 | 3/8/2010 |
| 393 | TT | 11/30/2008 | 1/29/2009 |
| 394 | AK | 12/3/2008 | 9/15/2009 |
| 395 | DK | 12/3/2008 | 9/15/2009 |
| 396 | MM | 11/27/2008 | 1/5/2009 |
| 397 | GB | 12/3/2008 | 7/1/2009 |
| 398 | BS | 1/3/2009 | 1/15/2009 |
| 399 | SC | 1/12/2009 | 8/20/2009 |
| 400 | NN | 1/13/2009 | 1/29/2009 |
| 401 | TW | 1/13/2009 | 1/22/2009 |
| 402 | AC | 1/15/2009 | 3/4/2009 |
| 403 | GD | 1/20/2009 | 5/21/2009 |
| 404 | DM | 1/20/2009 | 8/19/2009 |
| 405 | JB | 11/24/2008 | 1/28/2009 |
| 406 | RM | 2/11/2009 | 3/13/2009 |
| 407 | MC | 2/11/2009 | 7/21/2009 |
| 408 | MM | 2/11/2009 | 2/25/2009 |
| 409 | CR | 11/20/2008 | 3/30/2009 |
| 410 | VG | 3/13/2009 | 4/29/2009 |
| 411 | GW | 3/17/2009 | 2/22/2010 |
| 412 | CR | 3/17/2009 | 5/18/2009 |
| 413 | EB | 3/17/2009 | 6/17/2009 |

## Exhibit 21 - Rico Event Identification

| RICO Event [A] | Patient | Date of Loss | Date of Mailing [B] |
|---|---|---|---|
| 414 | JB | 3/17/2009 | 6/17/2009 |
| 415 | JW | 3/21/2009 | 4/29/2009 |
| 416 | KL | 3/28/2009 | 3/25/2010 |
| 417 | PY | 4/4/2009 | 4/15/2009 |
| 418 | JB | 11/13/2008 | 5/8/2009 |
| 419 | VW | 4/3/2009 | 9/30/2009 |
| 420 | LA | 5/10/2009 | 6/24/2009 |
| 421 | WA | 5/10/2009 | 6/24/2009 |
| 422 | KD | 5/11/2009 | 6/11/2009 |
| 423 | RW | 5/11/2009 | 5/19/2009 |
| 424 | LE | 5/12/2009 | 8/19/2009 |
| 425 | AH | 5/8/2009 | 5/27/2009 |
| 426 | JZ | 5/14/2009 | 7/23/2009 |
| 427 | TC | 5/14/2009 | 7/23/2009 |
| 428 | JG | 3/30/2008 | 9/8/2009 |
| 429 | VG | 5/20/2009 | 7/8/2009 |
| 430 | TT | 5/27/2009 | 6/30/2009 |
| 431 | MM | 6/3/2009 | 6/24/2009 |
| 432 | JC | 6/7/2009 | 7/20/2009 |
| 433 | MR | 6/4/2009 | 7/8/2009 |
| 434 | SD | 6/9/2009 | 5/1/2010 |
| 435 | GM | 6/15/2009 | 6/30/2009 |
| 436 | JM | 6/15/2009 | 6/30/2009 |
| 437 | MW | 6/20/2009 | 7/16/2009 |
| 438 | CV | 6/19/2009 | 9/15/2009 |
| 439 | DE | 6/25/2009 | 8/13/2009 |
| 440 | AD | 7/2/2009 | 8/12/2009 |
| 441 | GL | 6/30/2009 | 11/23/2009 |
| 442 | OF | 7/8/2009 | 7/23/2009 |
| 443 | WD | 7/8/2009 | 7/23/2009 |
| 444 | RD | 7/9/2009 | 1/5/2010 |
| 445 | AL | 7/10/2009 | 9/16/2009 |
| 446 | JN | 7/13/2009 | 8/13/2009 |
| 447 | AS | 7/15/2009 | 9/15/2009 |
| 448 | CM | 7/15/2009 | 8/13/2009 |
| 449 | TP | 7/15/2009 | 8/18/2009 |
| 450 | RP | 7/19/2009 | 7/28/2009 |
| 451 | MD | 7/21/2009 | 10/12/2009 |
| 452 | AP | 7/22/2009 | 9/3/2009 |
| 453 | SL | 7/22/2009 | 9/21/2009 |
| 454 | PJ | 7/1/2009 | 11/4/2009 |
| 455 | WK | 6/17/2009 | 8/25/2009 |
| 456 | CW | 7/20/2009 | 7/28/2009 |
| 457 | HY | 7/31/2009 | 9/16/2009 |
| 458 | JR | 6/19/2009 | 9/8/2009 |
| 459 | CM | 7/15/2009 | 8/14/2009 |

## Exhibit 21 - Rico Event Identification

| RICO Event [A] | Patient | Date of Loss | Date of Mailing [B] |
|---|---|---|---|
| 460 | KR | 8/4/2009 | 8/25/2009 |
| 461 | KK | 8/11/2009 | 10/7/2009 |
| 462 | BS | 8/11/2009 | 3/23/2010 |
| 463 | JB | 8/21/2009 | 2/10/2010 |
| 464 | ED | 8/26/2009 | 9/22/2009 |
| 465 | JW | 8/2/2009 | 12/30/2009 |
| 466 | CJ | 9/5/2009 | 10/6/2009 |
| 467 | QC | 9/5/2009 | 10/28/2009 |
| 468 | JR | 9/7/2009 | 9/15/2009 |
| 469 | TC | 9/18/2009 | 9/27/2009 |
| 470 | DW | 9/22/2009 | 10/13/2009 |
| 471 | CB | 10/7/2009 | 11/23/2009 |
| 472 | CG | 9/3/2009 | 2/9/2010 |
| 473 | IJ | 10/5/2009 | 12/17/2009 |
| 474 | MC | 10/11/2009 | 10/28/2009 |
| 475 | RB | 10/11/2009 | 12/9/2009 |
| 476 | RL | 10/11/2009 | 12/9/2009 |
| 477 | KO | 10/15/2009 | 10/29/2009 |
| 478 | AA | 10/17/2009 | 10/28/2009 |
| 479 | LH | 10/17/2009 | 4/29/2010 |
| 480 | DJ | 10/21/2009 | 8/17/2010 |
| 481 | DM | 10/27/2009 | 1/18/2010 |
| 482 | JR | 10/27/2009 | 1/18/2010 |
| 483 | RL | 9/22/2009 | 3/11/2010 |
| 484 | LR | 11/4/2009 | 12/2/2009 |
| 485 | MC | 10/28/2009 | 12/2/2009 |
| 486 | IE | 11/6/2009 | 12/2/2009 |
| 487 | WW | 11/6/2009 | 12/2/2009 |
| 488 | MB | 7/29/2009 | 7/20/2011 |
| 489 | BD | 11/19/2009 | 4/29/2010 |
| 490 | KG | 11/23/2009 | 2/23/2010 |
| 491 | CR | 11/23/2009 | 12/2/2009 |
| 492 | EL | 12/1/2009 | 12/23/2009 |
| 493 | BM | 12/5/2009 | 12/15/2009 |
| 494 | AR | 12/5/2009 | 12/21/2009 |
| 495 | SG | 12/3/2009 | 1/6/2010 |
| 496 | JF | 11/23/2009 | 12/17/2009 |
| 497 | PC | 12/9/2009 | 2/22/2011 |
| 498 | CP | 12/18/2009 | 2/8/2010 |
| 499 | PR | 12/27/2009 | 4/12/2012 |
| 500 | MH | 12/25/2009 | 2/9/2010 |
| 501 | EW | 1/1/2010 | 3/1/2010 |
| 502 | ND | 1/11/2010 | 2/8/2010 |
| 503 | HJ | 1/9/2010 | 2/22/2011 |
| 504 | NY | 1/6/2010 | 3/24/2010 |
| 505 | MB | 1/5/2010 | 2/8/2010 |

## Exhibit 21 - Rico Event Identification

| RICO Event[A] | Patient | Date of Loss | Date of Mailing[B] |
|---|---|---|---|
| 506 | LD | 1/12/2010 | 1/28/2010 |
| 507 | BJ | 1/14/2010 | 2/8/2010 |
| 508 | NK | 11/8/2009 | 2/8/2010 |
| 509 | AC | 2/3/2010 | 7/7/2011 |
| 510 | BS | 2/7/2010 | 2/4/2011 |
| 511 | DW | 2/9/2010 | 8/24/2010 |
| 512 | RH | 2/11/2010 | 4/1/2010 |
| 513 | DN | 2/9/2010 | 3/24/2010 |
| 514 | CM | 3/1/2010 | 6/24/2010 |
| 515 | RM | 3/1/2010 | 6/24/2010 |
| 516 | ND | 1/11/2010 | 2/8/2010 |
| 517 | RW | 3/2/2010 | 10/28/2009 |
| 518 | KA | 2/23/2010 | 4/22/2010 |
| 519 | RB | 3/23/2010 | 4/14/2010 |
| 520 | LC | 3/24/2010 | 12/10/2010 |
| 521 | QW | 4/7/2010 | 4/29/2010 |
| 522 | GM | 4/20/2010 | 5/22/2010 |
| 523 | SF | 4/21/2010 | 6/15/2010 |
| 524 | KK | 4/19/2010 | 5/1/2010 |
| 525 | AL | 5/1/2010 | 5/18/2010 |
| 526 | NM | 5/1/2010 | 5/13/2010 |
| 527 | TT | 5/1/2010 | 5/13/2010 |
| 528 | KK | 5/1/2010 | 5/16/2010 |
| 529 | SN | 5/1/2010 | 5/16/2010 |
| 530 | TW | 5/1/2010 | 5/13/2010 |
| 531 | JE | 5/3/2010 | 5/17/2011 |
| 532 | MM | 5/15/2010 | 7/8/2010 |
| 533 | SR | 5/17/2010 | 3/31/2011 |
| 534 | MP | 5/17/2010 | 6/9/2010 |
| 535 | RB | 5/17/2010 | 8/15/2012 |
| 536 | AS | 5/18/2010 | 6/29/2010 |
| 537 | EA | 5/22/2010 | 7/8/2010 |
| 538 | MA | 5/22/2010 | 7/29/2010 |
| 539 | VT | 5/23/2010 | 7/1/2010 |
| 540 | LK | 5/17/2010 | 3/10/2011 |
| 541 | LE | 5/29/2010 | 7/8/2010 |
| 542 | RE | 5/29/2010 | 7/15/2010 |
| 543 | RN | 5/31/2010 | 4/10/2012 |
| 544 | FH | 5/31/2010 | 7/20/2011 |
| 545 | MW | 6/3/2010 | 2/1/2011 |
| 546 | PA | 6/13/2010 | 2/9/2012 |
| 547 | JS | 6/5/2010 | 7/8/2010 |
| 548 | WS | 6/5/2010 | 7/8/2010 |
| 549 | WL | 6/8/2010 | 7/2/2010 |
| 550 | KA | 6/8/2010 | 8/2/2010 |
| 551 | CR | 6/22/2010 | 7/8/2010 |

## Exhibit 21 - Rico Event Identification

| RICO Event (A) | Patient | Date of Loss | Date of Mailing (B) |
|---|---|---|---|
| 552 | JB | 6/13/2010 | 7/7/2010 |
| 553 | DB | 6/24/2010 | 8/10/2010 |
| 554 | TD | 6/4/2010 | 7/7/2010 |
| 555 | RT | 6/28/2010 | 9/30/2010 |
| 556 | FW | 6/29/2010 | 7/13/2010 |
| 557 | DA | 7/1/2010 | 7/27/2010 |
| 558 | KA | 7/1/2010 | 10/14/2010 |
| 559 | JC | 6/20/2010 | 8/4/2010 |
| 560 | LT | 6/20/2010 | 8/19/2010 |
| 561 | SM | 7/4/2010 | 2/24/2011 |
| 562 | SH | 6/26/2010 | 8/5/2010 |
| 563 | KB | 7/10/2010 | 7/27/2010 |
| 564 | MM | 7/10/2010 | 7/15/2010 |
| 565 | BB | 7/11/2010 | 7/15/2010 |
| 566 | KH | 7/2/2010 | 9/16/2010 |
| 567 | ML | 7/21/2010 | 8/4/2010 |
| 568 | MF | 7/26/2010 | 8/10/2010 |
| 569 | EW | 7/29/2010 | 8/10/2010 |
| 570 | SD | 8/2/2010 | 8/2/2011 |
| 571 | DC | 7/31/2010 | 2/17/2011 |
| 572 | DG | 8/3/2010 | 10/19/2010 |
| 573 | MG | 8/3/2010 | 10/19/2010 |
| 574 | TG | 8/3/2010 | 10/19/2010 |
| 575 | RL | 8/11/2010 | 10/14/2010 |
| 576 | SW | 8/11/2010 | 9/16/2010 |
| 577 | LL | 8/11/2010 | 8/26/2010 |
| 578 | LB | 8/11/2010 | 8/19/2010 |
| 579 | LM | 8/11/2010 | 8/19/2010 |
| 580 | FS | 7/11/2010 | 9/30/2010 |
| 581 | TS | 8/12/2010 | 8/24/2010 |
| 582 | AW | 7/15/2010 | 9/30/2010 |
| 583 | AA | 8/20/2010 | 10/26/2010 |
| 584 | KJ | 8/20/2010 | 10/26/2010 |
| 585 | SH | 8/20/2010 | 10/26/2010 |
| 586 | EC | 8/20/2010 | 4/5/2011 |
| 587 | YA | 8/26/2010 | 9/10/2010 |
| 588 | LM | 8/27/2010 | 10/26/2010 |
| 589 | EM | 8/24/2010 | 11/9/2010 |
| 590 | YE | 8/24/2010 | 11/9/2010 |
| 591 | SF | 9/26/2009 | 10/13/2010 |
| 592 | DC | 8/29/2010 | 9/16/2010 |
| 593 | WH | 9/2/2010 | 2/24/2011 |
| 594 | KS | 8/21/2010 | 10/5/2010 |
| 595 | NM | 9/10/2010 | 5/13/2010 |
| 596 | FA | 9/10/2010 | 4/12/2011 |
| 597 | VB | 8/3/2010 | 1/25/2011 |

# Exhibit 21 - Rico Event Identification

| RICO Event (A) | Patient | Date of Loss | Date of Mailing (B) |
|---|---|---|---|
| 598 | CF | 9/14/2010 | 9/28/2010 |
| 599 | MF | 9/14/2010 | 9/28/2010 |
| 600 | DR | 9/16/2010 | 10/26/2010 |
| 601 | JM | 9/17/2010 | 9/30/2010 |
| 602 | BS | 9/18/2010 | 10/5/2010 |
| 603 | RL | 9/19/2010 | 5/12/2011 |
| 604 | SS | 9/1/2010 | 9/30/2010 |
| 605 | TH | 9/24/2010 | 9/30/2010 |
| 606 | RW | 9/27/2010 | 5/10/2011 |
| 607 | PC | 9/30/2010 | 10/13/2010 |
| 608 | SY | 10/4/2010 | 12/6/2011 |
| 609 | PO | 10/7/2010 | 12/7/2010 |
| 610 | EB | 10/7/2010 | 11/30/2010 |
| 611 | QG | 10/10/2010 | 1/6/2011 |
| 612 | YS | 10/11/2010 | 3/3/2011 |
| 613 | OB | 8/27/2010 | 11/3/2010 |
| 614 | BW | 10/3/2010 | 10/26/2010 |
| 615 | MS | 10/17/2010 | 12/7/2010 |
| 616 | RH | 9/25/2010 | 12/30/2010 |
| 617 | WD | 10/6/2010 | 12/7/2010 |
| 618 | DB | 10/21/2010 | 12/14/2010 |
| 619 | EJ | 10/25/2010 | 11/10/2010 |
| 620 | RS | 4/28/2010 | 12/16/2010 |
| 621 | MB | 10/28/2010 | 10/18/2011 |
| 622 | RN | 10/31/2010 | 12/7/2010 |
| 623 | TJ | 10/31/2010 | 1/11/2011 |
| 624 | LT | 11/1/2010 | 11/18/2010 |
| 625 | FM | 11/4/2010 | 8/10/2011 |
| 626 | CC | 11/5/2010 | 1/6/2011 |
| 627 | FT | 10/17/2010 | 12/7/2010 |
| 628 | BV | 10/16/2010 | 11/23/2010 |
| 629 | AT | 11/8/2010 | 11/26/2010 |
| 630 | JD | 11/8/2010 | 3/29/2011 |
| 631 | LT | 11/14/2010 | 8/4/2011 |
| 632 | CH | 11/17/2010 | 12/9/2010 |
| 633 | NB | 11/17/2010 | 12/9/2010 |
| 634 | KR | 11/16/2010 | 3/27/2012 |
| 635 | SK | 11/30/2010 | 12/7/2010 |
| 636 | KH | 12/3/2010 | 12/21/2010 |
| 637 | DI | 12/3/2010 | 1/27/2011 |
| 638 | TW | 12/10/2010 | 7/26/2011 |
| 639 | JB | 12/10/2010 | 12/7/2010 |
| 640 | KH | 12/13/2010 | 12/23/2010 |
| 641 | KH | 12/13/2010 | 12/23/2010 |
| 642 | LH | 12/13/2010 | 12/23/2010 |
| 643 | EJ | 12/9/2010 | 12/1/2011 |

## Exhibit 21 - Rico Event Identification

| RICO Event[A] | Patient | Date of Loss | Date of Mailing[B] |
|---|---|---|---|
| 644 | DM | 1/2/2011 | 1/27/2011 |
| 645 | TH | 1/2/2011 | 1/27/2011 |
| 646 | KP | 12/21/2010 | 8/4/2011 |
| 647 | KB | 1/6/2011 | 2/8/2011 |
| 648 | CP | 1/11/2011 | 8/27/2012 |
| 649 | MO | 11/14/2010 | 6/14/2011 |
| 650 | KG | 12/10/2010 | 7/19/2011 |
| 651 | JR | 1/18/2011 | 2/15/2011 |
| 652 | DH | 12/11/2010 | 6/7/2011 |
| 653 | PR | 1/20/2011 | 4/12/2011 |
| 654 | BT | 1/26/2011 | 2/8/2011 |
| 655 | CM | 1/27/2011 | 7/28/2013 |
| 656 | PT | 1/28/2011 | 2/4/2011 |
| 657 | JI | 1/29/2011 | 3/15/2011 |
| 658 | CV | 1/30/2011 | 3/1/2011 |
| 659 | VV | 1/30/2011 | 3/1/2011 |
| 660 | DE | 1/28/2011 | 3/24/2011 |
| 661 | LD | 1/28/2011 | 3/8/2011 |
| 662 | EM | 8/23/2010 | 6/2/2011 |
| 663 | SM | 2/10/2011 | 3/3/2011 |
| 664 | RR | 2/18/2011 | 3/3/2011 |
| 665 | RF | 2/18/2011 | 3/29/2011 |
| 666 | EJ | 2/5/2011 | 7/17/2012 |
| 667 | KJ | 2/23/2011 | 3/29/2011 |
| 668 | CH | 2/23/2011 | 3/31/2011 |
| 669 | FC | 2/10/2011 | 3/15/2011 |
| 670 | AL | 2/23/2011 | 3/29/2011 |
| 671 | DL | 2/23/2011 | 5/5/2011 |
| 672 | MT | 2/25/2011 | 10/21/2011 |
| 673 | KE | 2/26/2011 | 4/28/2011 |
| 674 | HP | 2/9/2011 | 5/17/2011 |
| 675 | KB | 2/20/2011 | 3/22/2011 |
| 676 | MR | 3/5/2011 | 8/17/2011 |
| 677 | SW | 3/5/2011 | 9/20/2012 |
| 678 | PJ | 2/5/2011 | 4/14/2011 |
| 679 | AC | 3/7/2011 | 6/29/2011 |
| 680 | FC | 3/6/2011 | 5/3/2011 |
| 681 | NA | 3/6/2011 | 5/3/2011 |
| 682 | JM | 2/23/2011 | 3/29/2011 |
| 683 | AD | 3/19/2011 | 5/27/2011 |
| 684 | JT | 1/21/2011 | 4/12/2011 |
| 685 | SZ | 4/2/2011 | 10/11/2011 |
| 686 | GC | 4/12/2011 | 5/3/2011 |
| 687 | JC | 4/12/2011 | 4/21/2011 |
| 688 | WH | 4/15/2011 | 10/27/2011 |
| 689 | TK | 4/15/2011 | 6/7/2011 |

# Exhibit 21 - Rico Event Identification

| RICO Event (A) | Patient | Date of Loss | Date of Mailing (B) |
|---|---|---|---|
| 690 | MS | 4/15/2011 | 6/16/2011 |
| 691 | VP | 4/25/2011 | 5/3/2011 |
| 692 | TB | 4/27/2011 | 9/25/2012 |
| 693 | DB | 5/7/2011 | 6/1/2011 |
| 694 | JS | 5/7/2011 | 6/1/2011 |
| 695 | DW | 5/16/2011 | 2/28/2012 |
| 696 | KW | 5/17/2011 | 9/28/2011 |
| 697 | DW | 5/20/2011 | 9/14/2011 |
| 698 | FK | 6/1/2011 | 7/29/2011 |
| 699 | TP | 6/1/2011 | 8/9/2011 |
| 700 | DH | 6/3/2011 | 6/30/2011 |
| 701 | CO | 5/24/2011 | 7/19/2012 |
| 702 | JH | 6/19/2011 | 7/20/2011 |
| 703 | SC | 6/22/2011 | 9/9/2011 |
| 704 | LL | 7/17/2011 | 10/18/2012 |
| 705 | CC | 5/18/2011 | 8/18/2011 |
| 706 | SN | 7/24/2011 | 8/2/2011 |
| 707 | TN | 7/24/2011 | 8/2/2011 |
| 708 | KC | 7/31/2011 | 1/31/2012 |
| 709 | SK | 7/31/2011 | 9/22/2011 |
| 710 | RL | 8/27/2011 | 11/22/2011 |
| 711 | RC | 5/13/2011 | 9/8/2011 |
| 712 | NA | 3/5/1998 | 6/4/2009 |
| 713 | TJ | 3/6/2000 | 8/31/2011 |
| 714 | DT | 8/18/2010 | 9/16/2010 |
| 715 | KM | 8/18/2010 | 9/16/2010 |
| 716 | GP | 4/29/2011 | 8/31/2011 |

(A) The RICO event numbers on this exhibit correspond to the patients listed on Exhibits 1 through 7.

(B) The mailings represented in this column consist of the bills and related documentation submitted to State Farm for the patients' initial evaluation at Universal.