UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

State Farm Mutual Automobile Insurance Company,

    Plaintiff(s),

v.

Universal Health Group, Inc. a/k/a Michigan Spine and Rehab, et al.

    Defendant(s).
_____/

Case No. 14-cv-10266

Judge Stephen J. Murphy, III

Magistrate Judge Laurie J. Michelson

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, State Farm Mutual Automobile Insurance Company makes the following disclosure: (NOTE: A negative report, if appropriate, is required.)

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐   No ☑

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐   No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: January 21, 2014

s/ Eric T. Gortner

IL 6275017
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, Illinois 60661-3693
(312) 902-5441
eric.gortner@kattenlaw.com