UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Plaintiff,

v.

UNIVERSAL HEALTH GROUP, INC.
A/K/A MICHIGAN SPINE AND REHAB,
UHG MANAGEMENT, LLC,
PROFESSIONAL HEALTH SYSTEMS,
LLC A/K/A PROFESSIONAL MEDICAL
BILLING, LLC, SCOTT P. ZACK, D.C.,
DAVID M. KATZ, D.C., LOREN C.
CHUDLER, D.O., JOSEPH F.
DESANTO, HORIZON IMAGING,
LLC, CLEAR IMAGING, LLC, JEFF
S. PIERCE, D.O., THOMAS D.
CARUSO, D.O., and KATHERINE H.
KARO, D.O.,

    Defendants.

Case No. 14-cv-10266
Judge: Stephen J. Murphy, III
Magistrate Judge:
Laurie J. Michelson

_____/

| | |
|---|---|
| Eric T. Gortner | Thomas W. Cranmer (P25252) |
| Katten Muchin Rosenman LLP | David D. O'Brien (P65532) |
| 525 West Monroe Street, Suite 1900 | Miller, Canfield, Paddock and Stone, P.L.C. |
| Chicago, Illinois 60661-3693 | 840 West Long Lake Road, Suite 200 |
| (312) 902-5200 | Troy, Michigan  48098-6358 |
| eric.gortner@kattenlaw.com | (248) 879-2000 |
| *Counsel for Plaintiff* | cranmer@millercanfield.com |
| | obrien@millercanfield.com |
| | *Counsel for Plaintiffs* |

_____/

## APPEARANCE OF THOMAS W. CRANMER

21870872.1\150450-00007

PLEASE TAKE NOTICE that Thomas W. Cranmer of the law firm Miller, Canfield, Paddock and Stone, PLC, has this day entered an appearance as counsel for Plaintiff State Farm Mutual Automobile Insurance Company in the above-entitled matter.

Respectfully submitted,

By:   s/Thomas W. Cranmer
Thomas W. Cranmer (P25252)
Miller, Canfield, Paddock and Stone, P.L.C.
840 West Long Lake Road, Suite 200
Troy, Michigan 48098
(248) 879-2000
cranmer@millercanfield.com
*Counsel for Plaintiffs*

Dated: January 21, 2014

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2014, I electronically filed the foregoing document with the Clerk of the court using the ECF system which will send notification of such filing to the following:

- Eric T. Gortner:    eric.gortner@kattenlaw.com, adam.poeppelmeier@kattenlaw.com, ecfdocket@kattenlaw.com, elizabeth.zeleny@kattenlaw.com

       Respectfully submitted,

    By:   s/Thomas W. Cranmer
       Thomas W. Cranmer (P25252)
       Miller, Canfield, Paddock and Stone, P.L.C.
       840 West Long Lake Road, Suite 200
       Troy, Michigan 48098
       (248) 879-2000
       cranmer@millercanfield.com
       *Counsel for Plaintiffs*