UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Plaintiff,

v.

UNIVERSAL HEALTH GROUP, INC.
A/K/A MICHIGAN SPINE AND REHAB,
UHG MANAGEMENT, LLC,
PROFESSIONAL HEALTH SYSTEMS,
LLC A/K/A PROFESSIONAL MEDICAL
BILLING, LLC, SCOTT P. ZACK, D.C.,
DAVID M. KATZ, D.C., LOREN C.
CHUDLER, D.O., JOSEPH F.
DESANTO, HORIZON IMAGING,
LLC, CLEAR IMAGING, LLC, JEFF
S. PIERCE, D.O., THOMAS D.
CARUSO, D.O., and KATHERINE H.
KARO, D.O.,

    Defendants.

Case No. 14-cv-10266
Judge: Stephen J. Murphy, III
Magistrate Judge:
Laurie J. Michelson

_____/

| | |
|---|---|
| Eric T. Gortner<br>Katten Muchin Rosenman LLP<br>525 West Monroe Street, Suite 1900<br>Chicago, Illinois 60661-3693<br>(312) 902-5200<br>eric.gortner@kattenlaw.com<br>*Counsel for Plaintiff* | Thomas W. Cranmer (P25252)<br>David D. O'Brien (P65532)<br>Miller, Canfield, Paddock and Stone, P.L.C.<br>840 West Long Lake Road, Suite 200<br>Troy, Michigan 48098-6358<br>(248) 879-2000<br>cranmer@millercanfield.com<br>obrien@millercanfield.com<br>*Counsel for Plaintiffs* |

_____/

# APPEARANCE OF DAVID D. O'BRIEN

21870966.1\150450-00007

PLEASE TAKE NOTICE that David D. O'Brien of the law firm Miller, Canfield, Paddock and Stone, PLC, has this day entered an appearance as counsel for Plaintiff State Farm Mutual Automobile Insurance Company in the above-entitled matter.

        Respectfully submitted,

By:   s/David D. O'Brien
       David D. O'Brien (P65532)
       Miller, Canfield, Paddock and Stone, P.L.C.
       101 North Main Street, 7th Floor
       Ann Arbor, Michigan 48104
       (734) 668-7761
       obrien@millercanfield.com
       *Counsel for Plaintiffs*

Dated: January 21, 2014

# CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2014, I electronically filed the foregoing document with the Clerk of the court using the ECF system which will send notification of such filing to the following:

- Eric T. Gortner:   eric.gortner@kattenlaw.com, adam.poeppelmeier@kattenlaw.com, ecfdocket@kattenlaw.com, elizabeth.zeleny@kattenlaw.com

        Respectfully submitted,

By:   s/David D. O'Brien             
     David D. O'Brien (P65532)
     Miller, Canfield, Paddock and Stone, P.L.C.
     101 North Main Street, 7th Floor
     Ann Arbor, Michigan 48104
     (734) 668-7761
     obrien@millercanfield.com
     *Counsel for Plaintiffs*