# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

-------------------------------------------------------------x

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

                Plaintiff,

v.

UNIVERSAL HEALTH GROUP, INC.
A/K/A MICHIGAN SPINE AND REHAB,
UHG MANAGEMENT, LLC,
PROFESSIONAL HEALTH SYSTEMS,
LLC A/K/A PROFESSIONAL MEDICAL
BILLING, LLC, SCOTT P. ZACK, D.C.,
DAVID M. KATZ, D.C.,
LOREN C. CHUDLER, D.O.,
JOSEPH F. DESANTO, HORIZON
IMAGING, LLC, CLEAR IMAGING, LLC,
JEFF S. PIERCE, D.O.,
THOMAS D. CARUSO, D.O., and
KATHERINE H. KARO, D.O.,

                Defendants.

-------------------------------------------------------------x

Case No. 14-cv-10266

Hon. Stephen J. Murphy, III

Magistrate Judge
Laurie J. Michelson

## APPEARANCE OF ROSS O. SILVERMAN

PLEASE TAKE NOTICE that Ross O. Silverman of the law firm Katten Muchin Rosenman LLP, hereby enters his appearance in this matter as additional counsel of record for Plaintiff State Farm Mutual Automobile Insurance Company, and consents to electronic service of all papers in this action.  The undersigned certifies that he is admitted to practice in this Court.

Dated:  January 21, 2014

Respectfully submitted,

By:    s/ Ross O. Silverman
Ross O. Silverman (IL 6226560)
Katten Muchin Rosenman LLP
525 West Monroe Street, Suite 1900
Chicago, Illinois 60661-3693
(312) 902-5200
ross.silverman@kattenlaw.com

Thomas Cranmer
Miller Canfield
840 W. Long Lake Road
Suite 200
Troy, MI  48098
(248)-267-3381
cranmer@millercanfield.com

*Attorneys for Plaintiff State Farm Mutual Automobile Insurance Company*

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2014, I electronically filed the foregoing paper with the Clerk of Court using the CM/ECF system which will send notification to all counsel of record.

By:    s/ Ross O. Silverman
Ross O. Silverman (IL 6226560)
Katten Muchin Rosenman LLP
525 West Monroe Street, Suite 1900
Chicago, Illinois 60661-3693
(312) 902-5200
ross.silverman@kattenlaw.com

3