AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Michigan

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company, | ) |
| | ) |
| | ) |
| *Plaintiff,* | ) Civil Action No.  14-10266 |
| | ) |
| v. | ) |
| | ) |
| Universal Health Group, Incorporated, et al, | ) Hon.  Stephen J. Murphy, III |
| | ) |
| | ) |
| *Defendant.* | ) |

## SUMMONS IN A CIVIL ACTION

To:     Universal Health Group, Inc.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Eric T. Gortner
> Katten Muchin Rosenman LLP
> 525 W. Monroe Street
> Suite 1900
> Chicago, IL 60661
> 312-902-5441

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:   s/ T McGovern
_____
*Signature of Clerk or Deputy Clerk*

Date of Issuance:   January 22, 2014 _____



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  14-10266
Hon.  Stephen J. Murphy, III

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Universal Health Group, Inc.


Date of Service:        _____

## Method of Service

____    Personally served at this address:

        _____
        _____
        _____


____    Left copies at the usual place of abode with (name of person):

        _____
        _____
        _____


____    Other (specify):

        _____
        _____
        _____


____    Returned unexecuted (reason):

        _____
        _____
        _____


## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:        _____

Signature of Server:   _____

Date:                  _____

Server's Address:      _____
                       _____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company,<br><br>*Plaintiff,*<br><br>v.<br><br>Universal Health Group, Incorporated, et al,<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  14-10266

Hon.  Stephen J. Murphy, III

### SUMMONS IN A CIVIL ACTION

To:      UHG Management, LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Eric T. Gortner
> Katten Muchin Rosenman LLP
> 525 W. Monroe Street
> Suite 1900
> Chicago, IL 60661
> 312-902-5441

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:   s/ T McGovern

*Signature of Clerk or Deputy Clerk*

Date of Issuance:  January 22, 2014



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  14-10266
Hon.  Stephen J. Murphy, III

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    UHG Management, LLC

Date of Service:    _____

## Method of Service

____    Personally served at this address:

_____
_____
_____

____    Left copies at the usual place of abode with (name of person):

_____
_____
_____

____    Other (specify):

_____
_____
_____

____    Returned unexecuted (reason):

_____
_____
_____

## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Michigan

State Farm Mutual Automobile Insurance Company, )
)
)
*Plaintiff,* )   Civil Action No.  14-10266
)
v. )
)
Universal Health Group, Incorporated, et al, )   Hon.  Stephen J. Murphy, III
)
)
*Defendant.* )

## SUMMONS IN A CIVIL ACTION

To:     Professional Health Systems, LLC


        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Eric T. Gortner
        Katten Muchin Rosenman LLP
        525 W. Monroe Street
        Suite 1900
        Chicago, IL 60661
        312-902-5441


        If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


*DAVID J. WEAVER, CLERK OF COURT*          By:   s/ T McGovern
                                                _____
                                                *Signature of Clerk or Deputy Clerk*

                                                Date of Issuance:  January 22, 2014



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  14-10266
Hon.  Stephen J. Murphy, III

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Professional Health Systems, LLC

Date of Service:    _____

## Method of Service

____    Personally served at this address:

_____
_____
_____

____    Left copies at the usual place of abode with (name of person):

_____
_____
_____

____    Other (specify):

_____
_____
_____

____    Returned unexecuted (reason):

_____
_____
_____

## Service Fees:    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____
_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Michigan

| | | |
|---|---|---|
| State Farm Mutual Automobile Insurance Company, | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  14-10266 |
| | ) | |
| v. | ) | |
| | ) | |
| Universal Health Group, Incorporated, et al, | ) | Hon.  Stephen J. Murphy, III |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

### SUMMONS IN A CIVIL ACTION

To:      Scott P Zack, D.C.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Eric T. Gortner
> Katten Muchin Rosenman LLP
> 525 W. Monroe Street
> Suite 1900
> Chicago, IL 60661
> 312-902-5441

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:   s/ T McGovern _____

*Signature of Clerk or Deputy Clerk*

Date of Issuance:   January 22, 2014 _____



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  14-10266
Hon.  Stephen J. Murphy, III

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Scott P Zack, D.C.

Date of Service:    _____

## Method of Service

____    Personally served at this address:

____    Left copies at the usual place of abode with (name of person):

____    Other (specify):

____    Returned unexecuted (reason):

## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company,<br><br><br>*Plaintiff,*<br><br>v.<br><br>Universal Health Group, Incorporated, et al,<br><br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  14-10266

Hon.  Stephen J. Murphy, III

### SUMMONS IN A CIVIL ACTION

To:      David M Katz, D.C.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Eric T. Gortner
> Katten Muchin Rosenman LLP
> 525 W. Monroe Street
> Suite 1900
> Chicago, IL 60661
> 312-902-5441

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/ T McGovern
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  January 22, 2014



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 14-10266
Hon. Stephen J. Murphy, III

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:     David M Katz, D.C.

Date of Service:     _____

## Method of Service

____   Personally served at this address:

____   Left copies at the usual place of abode with (name of person):

____   Other (specify):

____   Returned unexecuted (reason):

## Service Fees:     Travel $_____     Service $_____     Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:     _____

Signature of Server:     _____

Date:     _____

Server's Address:     _____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

| | | |
|---|---|---|
| State Farm Mutual Automobile Insurance Company, | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  14-10266 |
| | ) | |
| v. | ) | |
| | ) | |
| Universal Health Group, Incorporated, et al, | ) | Hon.  Stephen J. Murphy, III |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

### SUMMONS IN A CIVIL ACTION

To:      Loren C Chudler, D.O.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Eric T. Gortner
> Katten Muchin Rosenman LLP
> 525 W. Monroe Street
> Suite 1900
> Chicago, IL 60661
> 312-902-5441

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  _s/ T McGovern_____
       *Signature of Clerk or Deputy Clerk*

Date of Issuance:  _January 22, 2014_____



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  14-10266
Hon. Stephen J. Murphy, III

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Loren C Chudler, D.O.

Date of Service: _____

## Method of Service

_____   Personally served at this address:

_____
_____
_____

_____   Left copies at the usual place of abode with (name of person):

_____
_____
_____

_____   Other (specify):

_____
_____
_____

_____   Returned unexecuted (reason):

_____
_____
_____

## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Michigan

| | | |
|---|---|---|
| State Farm Mutual Automobile Insurance Company, | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  14-10266 |
| | ) | |
| v. | ) | |
| | ) | |
| Universal Health Group, Incorporated, et al, | ) | Hon.  Stephen J. Murphy, III |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

### SUMMONS IN A CIVIL ACTION

To:     Joseph F DeSanto

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Eric T. Gortner
> Katten Muchin Rosenman LLP
> 525 W. Monroe Street
> Suite 1900
> Chicago, IL 60661
> 312-902-5441

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/ T McGovern
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  January 22, 2014



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 14-10266
Hon. Stephen J. Murphy, III

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Joseph F DeSanto

Date of Service: _____

## Method of Service

____    Personally served at this address:

_____
_____
_____

____    Left copies at the usual place of abode with (name of person):

_____
_____
_____

____    Other (specify):

_____
_____
_____

____    Returned unexecuted (reason):

_____
_____
_____

## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

| | | |
|---|---|---|
| State Farm Mutual Automobile Insurance Company, | ) | |
| | ) | |
| | ) | Civil Action No.  14-10266 |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | Hon.  Stephen J. Murphy, III |
| Universal Health Group, Incorporated, et al, | ) | |
| | ) | |
| *Defendant.* | ) | |

### SUMMONS IN A CIVIL ACTION

To:      Horizon Imaging, LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Eric T. Gortner
      Katten Muchin Rosenman LLP
      525 W. Monroe Street
      Suite 1900
      Chicago, IL 60661
      312-902-5441

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/ T McGovern
     *Signature of Clerk or Deputy Clerk*

Date of Issuance:  January 22, 2014



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 14-10266

Hon. Stephen J. Murphy, III

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Horizon Imaging, LLC

Date of Service:    _____

## Method of Service

____    Personally served at this address:

____    Left copies at the usual place of abode with (name of person):

____    Other (specify):

____    Returned unexecuted (reason):

## Service Fees:    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

| | | |
|---|---|---|
| State Farm Mutual Automobile Insurance Company, | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  14-10266 |
| | ) | |
| v. | ) | |
| | ) | |
| Universal Health Group, Incorporated, et al, | ) | Hon.  Stephen J. Murphy, III |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

### SUMMONS IN A CIVIL ACTION

To:      Clear Imaging, LLC

         A lawsuit has been filed against you.

         Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

         Eric T. Gortner
         Katten Muchin Rosenman LLP
         525 W. Monroe Street
         Suite 1900
         Chicago, IL 60661
         312-902-5441

         If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:   s/ T McGovern
         *Signature of Clerk or Deputy Clerk*

         Date of Issuance:   January 22, 2014



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  14-10266
Hon. Stephen J. Murphy, III

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   Clear Imaging, LLC

Date of Service:   _____

## Method of Service

____   Personally served at this address:

____   Left copies at the usual place of abode with (name of person):

____   Other (specify):

____   Returned unexecuted (reason):

## Service Fees:      Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:   _____

Signature of Server:   _____

Date:   _____

Server's Address:   _____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Michigan

| | | |
|---|---|---|
| State Farm Mutual Automobile Insurance Company, | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  14-10266 |
| | ) | |
| v. | ) | |
| | ) | |
| Universal Health Group, Incorporated, et al, | ) | Hon.  Stephen J. Murphy, III |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

### SUMMONS IN A CIVIL ACTION

To:      Jeff S Pierce, D.O.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Eric T. Gortner
> Katten Muchin Rosenman LLP
> 525 W. Monroe Street
> Suite 1900
> Chicago, IL 60661
> 312-902-5441

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:   s/ T McGovern
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  January 22, 2014



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  14-10266
Hon. Stephen J. Murphy, III

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Jeff S Pierce, D.O.

Date of Service: _____

## Method of Service

____   Personally served at this address:
_____
_____
_____

____   Left copies at the usual place of abode with (name of person):
_____
_____
_____

____   Other (specify):
_____
_____
_____

____   Returned unexecuted (reason):
_____
_____
_____

## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

State Farm Mutual Automobile Insurance Company, )
)
)
*Plaintiff,* )
)
v. )
)
Universal Health Group, Incorporated, et al, )
)
)
*Defendant.* )

Civil Action No. 14-10266

Hon. Stephen J. Murphy, III

## SUMMONS IN A CIVIL ACTION

To:     Thomas D Caruso D.O.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Eric T. Gortner
> Katten Muchin Rosenman LLP
> 525 W. Monroe Street
> Suite 1900
> Chicago, IL 60661
> 312-902-5441

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/ T McGovern

*Signature of Clerk or Deputy Clerk*

Date of Issuance:  January 22, 2014



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  14-10266
Hon.  Stephen J. Murphy, III

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Thomas D Caruso D.O.

Date of Service:    _____

## Method of Service

____    Personally served at this address:

      _____
      _____
      _____

____    Left copies at the usual place of abode with (name of person):

      _____
      _____
      _____

____    Other (specify):

      _____
      _____
      _____

____    Returned unexecuted (reason):

      _____
      _____
      _____

## Service Fees:    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____
      _____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Michigan

|  |  |  |
|---|---|---|
| State Farm Mutual Automobile Insurance Company, | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  14-10266 |
| | ) | |
| v. | ) | |
| | ) | |
| Universal Health Group, Incorporated, et al, | ) | Hon.  Stephen J. Murphy, III |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

### SUMMONS IN A CIVIL ACTION

To:      Katherine H. Karo D.O.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Eric T. Gortner
> Katten Muchin Rosenman LLP
> 525 W. Monroe Street
> Suite 1900
> Chicago, IL 60661
> 312-902-5441

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  _s/ T McGovern_____

*Signature of Clerk or Deputy Clerk*

Date of Issuance:  _January 22, 2014_____



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  14-10266

Hon. Stephen J. Murphy, III

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Katherine H. Karo D.O.

Date of Service:    _____

## Method of Service

____    Personally served at this address:

_____
_____
_____

____    Left copies at the usual place of abode with (name of person):

_____
_____
_____

____    Other (specify):

_____
_____
_____

____    Returned unexecuted (reason):

_____
_____
_____

## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____
_____