AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| State Farm Mutual Automobile Insurance Company, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 14-10266 |
| | ) | |
| v. | ) | |
| | ) | |
| Universal Health Group, Incorporated, et al, | ) | Hon. Stephen J. Murphy, III |
| | ) | |
| Defendant. | ) | |

## SUMMONS IN A CIVIL ACTION

To:   Clear Imaging, LLC
      Kenneth M. Boyer, Resident Agent
      1111 W. Long Lake Rd., Suite 202
      Troy, MI  48098
      A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Eric T. Gortner
   Katten Muchin Rosenman LLP
   525 W. Monroe Street
   Suite 1900
   Chicago, IL 60661
   312-902-5441

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*      By: s/ T McGovern
                                            *Signature of Clerk or Deputy Clerk*



                                         Date of Issuance: January 22, 2014

# Summons and Complaint Return of Service

Case No. 14-10266
Hon. Stephen J. Murphy, III

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   Clear Imaging, LLC

Date of Service:   *1-24-13  1:45 pm*

## Method of Service

**X** Personally served at this address:
*1111 W. Long Lake Rd, Suite 202*
*Troy, MI 48098*

___ Left copies at the usual place of abode with (name of person):

___ Other (specify):

___ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:   *John E. Phillips*
Signature of Server:   *John E. Phillips*
Date:   *1-24-13*
Server's Address:   *444 Old Creek Dr.*
*Saline, MI 48176*