**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

      Plaintiff,

v.

UNIVERSAL HEALTH GROUP, INC.
A/K/A MICHIGAN SPINE AND REHAB,
UHG MANAGEMENT, LLC,
PROFESSIONAL HEALTH SYSTEMS,
LLC A/K/A PROFESSIONAL MEDICAL
BILLING, LLC, SCOTT P. ZACK, D.C.,
DAVID M. KATZ, D.C.,
LOREN C. CHUDLER, D.O.,
JOSEPH F. DESANTO, HORIZON
IMAGING, LLC, CLEAR IMAGING, LLC,
JEFF S. PIERCE, D.O.,
THOMAS D. CARUSO, D.O., and
KATHERINE H. KARO, D.O.,

      Defendants.

Case No. 2:14-cv-10266-SJM-LJM
Hon. Stephen J. Murphy III
Mag. Judge Laurie J. Michelson

**APPEARANCE OF**
**PETER L. ARVANT**

---

ROSS O. SILVERMAN (IL 6226560)
ERIC T. GORTNER (IL 6275017)
JARED T. HECK (IL 6289711)
**KATTEN MUCHIN ROSENMAN, LLP**
*Attorneys for Plaintiff*
525 West Monroe Street
Chicago, IL 60661-3693
(312) 902-5200
ross.silverman@kattenlaw.com
eric.gortner@kattenlaw.com

THOMAS W. CRANMER (P25252)
DAVID D. O'BRIEN (P65532)
*Attorneys for Plaintiff*
**MILLER CANFIELD**
840 W. Long Lake Road, Suite 200
Troy, MI 48098
(248)-267-3381
cranmer@millercanfield.com
obrien@millercanfield.com

PETER L. ARVANT (P35981)
**STARK REAGAN, P.C.**
*Attorneys for Defendants Horizon Imaging, LLC
and Clear Imaging, LLC*
1111 W. Long Lake Rd., Ste. 202
Troy, MI 48098
(248) 641-9955
Fax (248) 641-9921
parvant@starkreagan.com

1

## APPEARANCE OF PETER L. ARVANT

**PLEASE ENTER** the appearance of Peter L. Arvant of the law firm of STARK REAGAN, P.C. as counsel for Defendants HORIZON IMAGING, LLC and CLEAR IMAGING, LLC in the above-captioned matter.

**STARK REAGAN**

/s/ Peter L. Arvant
PETER L. ARVANT (P52809)
Attorney for Defendants Horizon Imaging
LLC and Clear Imaging, LLC
1111 W. Long Lake Rd., Ste. 202
Troy, MI 48098
(248) 641-9955

Date: February 6, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2014 I electronically filed the Appearance of Peter L. Arvant with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

I certify under penalty of perjury that the foregoing is true and correct.

/s/ Barbara A. Orzel
BARBARA A. ORZEL

6673-2LIT
6003-8LIT