UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

      Plaintiff,

v.

UNIVERSAL HEALTH GROUP, INC.
A/K/A MICHIGAN SPINE AND REHAB,
UHG MANAGEMENT, LLC,
PROFESSIONAL HEALTH SYSTEMS,
LLC A/K/A PROFESSIONAL MEDICAL
BILLING, LLC, SCOTT P. ZACK, D.C.,
DAVID M. KATZ, D.C.,
LOREN C. CHUDLER, D.O.,
JOSEPH F. DESANTO, HORIZON
IMAGING, LLC, CLEAR IMAGING, LLC,
JEFF S. PIERCE, D.O.,
THOMAS D. CARUSO, D.O., and
KATHERINE H. KARO, D.O.,

      Defendants.

Case No. 2:14-cv-10266-SJM-LJM
Hon. Stephen J. Murphy, III
Mag. Judge Laurie J. Michelson

**STIPULATION TO EXTEND
TIME PERIOD TO RESPOND**

---

**STIPULATION TO EXTEND TIME PERIOD TO RESPOND**

---

It is hereby stipulated and agreed by and between Plaintiff and Defendants Horizon Imaging, LLC and Clear Imaging, LLC, by their respective attorneys as set forth below, that Defendants Horizon Imaging, LLC and Clear Imaging, LLC's time period within which to respond to Plaintiff's Complaint be extended to and including April 7, 2014.

Stipulated and agreed to this 7th day of February, 2014.

Respectfully submitted,

| **MILLER CANFIELD** | **STARK REAGAN** |
|---|---|
| /s/ David D. O'Brien | /s/ Peter L. Arvant |
| THOMAS W. CRANMER (P25252) | PETER L. ARVANT (P52809) |
| DAVID D. O'BRIEN (P65532) | Attorney for Defendants Horizon |
| Attorneys for Plaintiff | Imaging LLC and Clear Imaging, LLC |
| 101 N. Main St., 7th Floor | 1111 W. Long Lake Rd., Ste. 202 |
| Ann Arbor, MI 48104 | Troy, MI 48098 |
| (734) 668-7761 | (248) 641-9955 |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

       Plaintiff,

v.

UNIVERSAL HEALTH GROUP, INC.
A/K/A MICHIGAN SPINE AND REHAB,
UHG MANAGEMENT, LLC,
PROFESSIONAL HEALTH SYSTEMS,
LLC A/K/A PROFESSIONAL MEDICAL
BILLING, LLC, SCOTT P. ZACK, D.C.,
DAVID M. KATZ, D.C.,
LOREN C. CHUDLER, D.O.,
JOSEPH F. DESANTO, HORIZON
IMAGING, LLC, CLEAR IMAGING, LLC,
JEFF S. PIERCE, D.O.,
THOMAS D. CARUSO, D.O., and
KATHERINE H. KARO, D.O.,

       Defendants.

Case No. 2:14-cv-10266-SJM-LJM
Hon. Stephen J. Murphy III
Mag. Judge Laurie J. Michelson

## ORDER ALLOWING STIPULATION TO
## EXTEND TIME PERIOD TO RESPOND

       This matter having come before the Court upon Stipulation of the parties, and the Court being otherwise fully advised in the premises,

       IT IS HEREBY ORDERED that Defendants Horizon Imaging, LLC and Clear Imaging, LLC's Stipulation to Extend Time Period to Respond is hereby

entered, and said Defendants shall file a response to Plaintiff's Complaint on or before April 7, 2014.

**SO ORDERED.**

s/Stephen J. Murphy, III
Stephen J. Murphy, III
United States District Judge

Dated: February 10, 2014

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 10, 2014, by electronic and/or ordinary mail.

s/Carol Cohron
Case Manager