UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

                    Plaintiff,                    Case No:  14-10266

-vs-                                                  Hon. Stephen J. Murphy, III

UNIVERSAL HEALTH GROUP, INC.
a/k/a MICHIGAN SPINE AND REHAB;
UHG MANAGEMENT LLC.;
PROFESSIONAL HEALTH SYSTEMS, LLC
a/k/a PROFESSIONAL MEDICAL BILLNG, LLC.;
SCOTT P. ZACK, D.D.; DAVID M. KATZ, D.C.;
LOREN C. CHUDLER, D.O.; JOSEPH F. DESANTO;
HORIZON IMAGING, LLC; CLEAR IMAGING, LLC.;
JEFF S. PIERECE, D.O.; THOMAS D. CARUSO, D.O.
And KATHERINE H. KARO, D.O.
_____

## **APPEARANCE OF COUNSEL**

      NOW COMES attorney BEN M. GONEK and hereby enters his appearance as counsel for the following Defendants:

      1.  Universal Health Group, Inc. a/k/a Michigan Spine and Rehab

      2.  UHG Management, LLC

      3.  Professional Health Systems, LLC a/k/a Professional Medical Billing.

Respectfully submitted,

 /s/ Ben M. Gonek
BEN M. GONEK (P43716)
500 Griswold Street, Suite 3500
Detroit, MI  48226
(313) 962-5210

Dated:  February 10, 2014

## CERTIFICATE OF SERVICE

Ben M. Gonek hereby states that on the 10th day of February 2014, he caused the foregoing Appearance to be filed electronically with the United States District Court and that copies were forwarded to all counsel of record through the ecf system.

 /s/ Ben M. Gonek
BEN M. GONEK  (P43716)