UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Plaintiff,

v.

UNIVERSAL HEALTH GROUP, INC.,
a/k/a MICHIGAN SPINE AND REHAB,
UHG MANAGEMENT, LLC,
PROFESSIONAL HEALTH SYSTEMS,
LLC, a/k/a PROFESSIONAL MEDICAL
BILLING, LLC, SCOTT P. ZACK, D.C.,
DAVID M. KATZ, D.C., LOREN C.
CHUDLER, D.O., JOSEPH F. DESANTO,
HORIZON IMAGING, LLC, CLEAR
IMAGING, LLC, JEFF S. PIERCE, D.O.,
THOMAS D. CARUSO, D.O., and
KATHERINE H. KARO, D.O.,

    Defendants.
_____/

Case No. 14-cv-10266
Hon. Stephen J. Murphy III

## **NOTICE OF APPEARANCE OF DENNIS K. EGAN**

TO:    CLERK OF THE COURT
          COUNSEL OF RECORD

1951.104 Doc# 70

1

Kotz Sangster Wysocki P.C.  Attorneys and Counselors at Law, 400 Renaissance Center, Suite 3400, Detroit, Michigan 48243-1618

Please take notice that Dennis K. Egan of **KOTZ SANGSTER WYSOCKI P.C**., hereby enters his Appearance for Defendant Loren C. Chudler, D.O. in connection with the above-referenced matter.

        **KOTZ SANGSTER WYSOCKI P.C.**

        By: /s/ Dennis K. Egan
            Dennis K. Egan (P29116)
            Attorneys for Defendant Loren C. Chudler, D.O.
            400 Renaissance Center, Suite 3400
            Detroit, MI 48243
            (313) 259-8300 – Telephone
            degan@kotzsangster.com

Dated: February 12, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Plaintiff,

v.

Case No. 14-cv-10266
Hon. Stephen J. Murphy III

UNIVERSAL HEALTH GROUP, INC.,
a/k/a MICHIGAN SPINE AND REHAB,
UHG MANAGEMENT, LLC,
PROFESSIONAL HEALTH SYSTEMS,
LLC, a/k/a PROFESSIONAL MEDICAL
BILLING, LLC, SCOTT P. ZACK, D.C.,
DAVID M. KATZ, D.C., LOREN C.
CHUDLER, D.O., JOSEPH F. DESANTO,
HORIZON IMAGING, LLC, CLEAR
IMAGING, LLC, JEFF S. PIERCE, D.O.,
THOMAS D. CARUSO, D.O., and
KATHERINE H. KARO, D.O.,

    Defendants.
_____/

## CERTIFICATE OF SERVICE

    This is to certify that Notice of Appearance of Dennis K. Egan and this Certificate of Service, have been served on this 12th day of February, 2014, in accordance with the Court's Electronic Guidelines. Notice of Electronic Filing of these documents will be sent to all parties by operation of the Court's electronic filing system.

                               /s/ Carol L. Kowalczyk

1951.104 Doc# 70

1

*Kotz Sangster Wysocki P.C. Attorneys and Counselors at Law, 400 Renaissance Center, Suite 3400, Detroit, Michigan 48243-1618*