UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Plaintiff,

v.

UNIVERSAL HEALTH GROUP, INC.,
a/k/a MICHIGAN SPINE AND REHAB,
UHG MANAGEMENT, LLC,
PROFESSIONAL HEALTH SYSTEMS,
LLC, a/k/a PROFESSIONAL MEDICAL
BILLING, LLC, SCOTT P. ZACK, D.C.,
DAVID M. KATZ, D.C., LOREN C.
CHUDLER, D.O., JOSEPH F. DESANTO,
HORIZON IMAGING, LLC, CLEAR
IMAGING, LLC, JEFF S. PIERCE, D.O.,
THOMAS D. CARUSO, D.O., and
KATHERINE H. KARO, D.O.,

    Defendants.

Case No. 14-cv-10266
Hon. Stephen J. Murphy III

_____/

## **NOTICE OF APPEARANCE OF JOVAN DRAGOVIC**

TO:    CLERK OF THE COURT
         COUNSEL OF RECORD

KOTZ SANGSTER WYSOCKI P.C. · ATTORNEYS AND COUNSELORS AT LAW, 400 RENAISSANCE CENTER, SUITE 3400, DETROIT, MICHIGAN 48243-1618

1951.104 Doc# 71        1

Please take notice that Jovan Dragovic of **KOTZ SANGSTER WYSOCKI P.C.**, hereby enters his Appearance for Defendant Loren C. Chudler, D.O. in connection with the above-referenced matter.

          **KOTZ SANGSTER WYSOCKI P.C.**

          By:/s/ Jovan Dragovic
             Jovan Dragovic (P64578)
             Dennis K. Egan (P29116)
             Attorneys for Defendant Loren C. Chudler, D.O.
             400 Renaissance Center, Suite 3400
             Detroit, MI 48243
             (313) 259-8300 – Telephone
             jdragovic@kotzsangster.com
             degan@kotzsangster.com

Dated: February 12, 2014

KOTZ SANGSTER WYSOCKI P.C. ATTORNEYS AND COUNSELORS AT LAW, 400 RENAISSANCE CENTER, SUITE 3400, DETROIT, MICHIGAN 48243-1618

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Plaintiff,

v.

UNIVERSAL HEALTH GROUP, INC.,
a/k/a MICHIGAN SPINE AND REHAB,
UHG MANAGEMENT, LLC,
PROFESSIONAL HEALTH SYSTEMS,
LLC, a/k/a PROFESSIONAL MEDICAL
BILLING, LLC, SCOTT P. ZACK, D.C.,
DAVID M. KATZ, D.C., LOREN C.
CHUDLER, D.O., JOSEPH F. DESANTO,
HORIZON IMAGING, LLC, CLEAR
IMAGING, LLC, JEFF S. PIERCE, D.O.,
THOMAS D. CARUSO, D.O., and
KATHERINE H. KARO, D.O.,

    Defendants.
_____/

Case No. 14-cv-10266
Hon. Stephen J. Murphy III

## CERTIFICATE OF SERVICE

This is to certify that Notice of Appearance of Jovan Dragovic and this Certificate of Service, have been served on this 12th day of February, 2014, in accordance with the Court's Electronic Guidelines. Notice of Electronic Filing of these documents will be sent to all parties by operation of the Court's electronic filing system.

                                                      /s/ Carol L. Kowalczyk