UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

               Plaintiff,

v
                                               Civil Action No. 2:14-cv-10266-SJM LJM
                                             Hon. Stephen J. Murphy, III

UNIVERSAL HEALTH GROUP, INC.
A/K/A MICHIGAN SPINE AND REHAB,
UHG MANAGEMENT, LLC,
PROFESSIONAL HEALTH SYSTEMS,
LLC A/K/A PROFESSIONAL MEDICAL
BILLING, LLC, SCOTT P. ZACK, D.C.,
DAVID M. KATZ, D.C.,
LOREN C. CHUDLER, D.O.,
JOSEPH F. DESANTO, HORIZON
IMAGING, LLC, CLEAR IMAGING, LLC,
JEFF S. PIERCE, D.O.,
THOMAS D. CARUSO, D.O., and
KATHERINE H. KARO, D.O.,

               Defendants.

---

**STIPULATED ORDER EXTENDING DATE FOR
DEFENDANT LOREN C. CHUDLER, D.O.'S RESPONSIVE PLEADING**

      Upon stipulation of the Parties and the Court being otherwise fully advised

in the premises, the Parties hereby stipulate to the entry of the instant Order as

follows:

1

**IT IS HEREBY ORDERED** that the due date for Defendant, Loren C. Chudler, D.O.'s responsive pleading shall be extended from February 14, 2014 to April 7, 2014.

S/Stephen J. Murphy, III
Stephen J. Murphy, III
United States District Judge

Dated:  February 17, 2014

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 17, 2014, by electronic and/or ordinary mail.

S/Carol Cohron
Case Manager


Stipulated and approved as to form and substance:


_____/s/ Thomas W. Cranmer (by consent)
Thomas W. Cranmer (P25252)
Attorney for Plaintiff
840 W. Long Lake Road, Suite 200
Troy, Michigan 48098
(248) 267-3381
cranmer@millercanfield.com


____/s/   Dennis K. Egan_____
Dennis K. Egan (P29116)
Attorney for Defendant,
Loren C. Chudler, D.O.
400 Renaissance Center, Suite 3400
Detroit, Michigan  48243
(313) 259-8300 – Telephone
degan@kotzsangster.com

2

1951.104 Doc. # 80