UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

      Plaintiff,

v.

UNIVERSAL HEALTH GROUP, INC.
A/K/A MICHIGAN SPINE AND REHAB,
UHG MANAGEMENT, LLC,
PROFESSIONAL HEALTH SYSTEMS,
LLC, A/K/A PROFESSIONAL MEDICAL
BILLING, LLC, SCOTT P. ZACK, D.C.,
DAVID M. KATZ, D.C., LOREN C.
CHUDLER, D.O., JOSEPH F.
DESANTO, HORIZON IMAGING,
LLC, CLEAR IMAGING, LLC JEFF
S. PIERCE, D.O., THOMAS D.
CARUSO, D.O., and KATHERINE H.
KARO, D.O.,

      Defendants.

Case No. 14-cv-10266
Judge: Stephen J. Murphy, III

## APPEARANCE OF DARRYL BRESSACK

PLEASE TAKE NOTICE that Darryl Bressack of the law firm Fink + Associates Law has this day entered an appearance as counsel for Defendant Joseph F. DeSanto in the above-entitled matter.

Respectfully submitted,

By: /s/Darryl Bressack_____
    Darryl Bressack(P67820)
    Fink + Associates Law
    100 West Long Lake Rd., Ste. 200
    Troy, Michigan 48098
    248-971-2500
    dbressack@finkandassociateslaw.com
  Counsel for Defendants