# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

      Plaintiff,

v.

UNIVERSAL HEALTH GROUP, INC.
A/K/A MICHIGAN SPINE AND REHAB,
UHG MANAGEMENT, LLC,
PROFESSIONAL HEALTH SYSTEMS,
LLC, A/K/A PROFESSIONAL MEDICAL
BILLING, LLC, SCOTT P. ZACK, D.C.,
DAVID M. KATZ, D.C., LOREN C.
CHUDLER, D.O., JOSEPH F.
DESANTO, HORIZON IMAGING,
LLC, CLEAR IMAGING, LLC JEFF
S. PIERCE, D.O., THOMAS D.
CARUSO, D.O., and KATHERINE H.
KARO, D.O.,

      Defendants.

Case No. 14-cv-10266
Judge: Stephen J. Murphy, III

## APPEARANCE OF DAVID H. FINK

PLEASE TAKE NOTICE that David H. Fink of the law firm Fink + Associates Law has this day entered an appearance as counsel for Defendant Joseph F. DeSanto in the above-entitled matter.

      Respectfully submitted,

      By: /s/ David Fink _____
          David Fink (P28235)
          Fink + Associates Law
          100 West Long Lake Rd., Ste. 200
          Troy, Michigan 48098
          248-971-2500
          dfink@finkandassociateslaw.com
          Counsel for Defendant