UNITED SATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Plaintiff

v.                                        Case No.: 2:14-cv-10266-SJM-LJM
                                          Hon. Steven Murphy

UNIVERSAL HEALTH GROUP, INC.
A/K/A MICHIGAN SPINE AND REHAB,
UHG MANAGEMENT, LLC,
PROFESSIONAL HEALTH SYSTEMS,
LLC A/K/A PROFESSIONAL MEDICAL
BILLING, LLC, SCOTT P. ZACK, D.C.;
DAVID M. KATZ, D.C.,
JOSEPH F. DESANTO, HORIZON
IMAGING, LLC, CLEAR IMAGING, LLC,
JEFF S. PIERCE, D.O;
THOMAS D. CARUSO, D.O. and
KATHERINE H. KARO, D.O.,

    Defendants.

_____/

| | |
|---|---|
| Ross O. Silverman (IL 6226560)<br>Eric T. Gorner (6275017)<br>KATTEN MUCHIN ROSENMAN LLP<br>525 West Monroe Street<br>Chicago, IL 60661-3693<br>312.902.5200<br>Ross.silverman@kattenlaw.com<br>Eric.gornter@kattenlaw.com | Gary R. Blumberg, PC<br>**Gary R. Blumberg (P29820)**<br>*Counsel for Defendants Jeff Pierce,*<br>*Thomas D. Caruso and Katherine H. Karo*<br>*only*<br>Dearborn, MI 48126<br>(313) 230-1121<br>grblumberg@gmail.com |
| Thomas Cranmer<br>Miller Canfield<br>840 W. Long Lake Road<br>Suite 200<br>Troy, MI 48098<br>248. 267.3381<br>cranmer@millercanfield.com<br>*Attorneys for Plaintiff* | Joelson Rosenberg PLC<br>**Peter W. Joelson (P51468)**<br>**David W. Warren (P32449)**<br>*Counsel for Defendants Jeff Pierce,*<br>*Thomas D. Caruso and Katherine H. Karo*<br>*only*<br>30665 Northwestern Hwy., Ste 200<br>Farmington Hills, MI 48334<br>(248) 626-9966  fax:  (248) 855-9496<br>pjoelson@joelsonrosenberg.com |

/

## APPEARANCE OF COUNSEL FOR DEFENDANTS JEFF PIERCE, THOMAS D. CARUSO AND KATHERINE H. KARO

To: The Clerk of the Court and all counsel of record:

Please enter the appearance of Peter W. Joelson as counsel for Defendants Jeff Pierce, Thomas D. Caruso and Katherine H. Karo the above captioned matter.

Dated: March 28, 2014

Respectfully Submitted
JOELSON ROSENBERG PLC

By: /s/ Peter W. Joelson
Peter W. Joelson (P51468)
Counsel for Defendants Jeff Pierce, Thomas D. Caruso and Katherine H. Karo
30665 Northwestern Hwy, Suite 200
Farmington Hills, MI 48334
(248) 626-9966

## PROOF OF SERVICE

The undersigned certifies that on March 28, 2014 the foregoing Appearance of Counsel was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses as disclosed on the pleadings via the court's ecf system.

Dated: March 28, 2014

/s/ Susan C. Brohman
Susan C. Brohman