UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>UNIVERSAL HEALTH GROUP, INC., et al.,<br><br>　　　　　Defendants.<br>_____/ | Civil Action No.  14-10266<br><br>District Judge Stephen J. Murphy III<br>Magistrate Judge Laurie J. Michelson |

## ORDER OF RECUSAL AND REASSIGNMENT

The undersigned has been assigned as the Magistrate Judge in this action. Upon review of the record, I have found cause to recuse myself pursuant to 28 U.S.C. §455.  The Clerk is therefore directed to reassign this matter by blind draw to another Magistrate Judge for further proceedings.

　　　　　　　　　　　　　　　　　s/Laurie J. Michelson
　　　　　　　　　　　　　　　　　Laurie J. Michelson
　　　　　　　　　　　　　　　　　United States District Judge

Dated: March 31, 2014

---

Pursuant to this order the Magistrate Judge on this case is reassigned from Laurie J. Michelson to Magistrate Judge    **David R Grand**

Date:  March 31, 2014　　　　　　　　s/ S Schoenherr
　　　　　　　　　　　　　　　　　Deputy Clerk

*Copies Mailed to:*
Counsel of Record
Assigned District Judge
Receiving Magistrate Judge