UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

                Plaintiff,                    Civil Action No. 2:14-cv-10266

v.                                    Hon. Stephen J. Murphy III

UNIVERSAL HEALTH GROUP, INC.
A/K/A MICHIGAN SPINE AND REHAB,
UHG MANAGEMENT, LLC,
PROFESSIONAL HEALTH SYSTEMS,
LLC A/K/A PROFESSIONAL MEDICAL
BILLING, LLC, SCOTT P. ZACK, D.C.,
DAVID M. KATZ, D.C., LOREN C.
CHUDLER, D.O., JOSEPH F. DESANTO,
HORIZON IMAGING, LLC, CLEAR
IMAGING, LLC, JEFF S. PIERCE, D.O.,
THOMAS D. CARUSO, D.O., and
KATHERINE H. KARO, D.O.,

                Defendants.
_____

**STIPULATION FOR EXTENSION OF PAGE LIMITS FOR
DEFENDANTS ZACK AND KATZ'S COMBINED BRIEF IN SUPPORT OF
MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

This matter is brought before the Court upon the Stipulation of the undersigned parties and the Court is otherwise duly informed in the premises: THE PARTIES ACKNOWLEDGE that: (a) Plaintiff has filed a 100 page Complaint containing 285 paragraphs and attaching 21 Exhibits; and (b) Defendant Scott P.

1

Zack, D.C. and Defendant David M. Katz, D.C. (Defendants) would each be entitled to file a 25 page Brief in Support of their forthcoming Motion to Dismiss Plaintiff's Complaint, and each file a 7 page Reply. The parties further acknowledge that Defendants wish to file a single combined Brief in Support and a single combined Reply in Support of their forthcoming Motion and that Defendants believe this will be more efficient and convenient for the Court. The parties further acknowledge that, given the length of the Complaint, additional pages for briefing are appropriate.

THEREFORE IT IS HEREBY STIPULATED AND AGREED that the page limits with regard to Defendant Scott P. Zack, D.C. and Defendant David M. Katz, D.C.'s ("Defendants") forthcoming Brief in Support of Motion to Dismiss Plaintiff's Complaint ("Motion") will be combined and the page limits shall be extended as follows:

1. The page limitations for the text of Defendants' (combined) Brief in Support of their Motion, including footnotes and signatures, shall be extended to sixty (60) pages;

2. The page limitations for the text of Plaintiff's Brief in Opposition to Defendants' (combined) Motion, including footnotes and signatures, shall be extended to sixty (60) pages; and

3. The page limitations for the text of Defendants' (combined) Reply Brief in Support of their Motion (if necessary), including footnotes and signatures, shall be extended to fifteen (15) pages.

2

**AGREED AND CONSENTED TO:**

**MILLER CANFIELD PADDOCK & STONE PLC**

By:/s/ Thomas W. Cranmer
Thomas W. Cranmer (P25252)
Attorneys for Plaintiff State Farm
Mutual Automobile Insurance Company
Dated:  April 1, 2014

**BUTZEL LONG, a professional corporation**

By:/s/ Michael J. Lavoie
Michael J. Lavoie (P32584)
Attorneys for Defendants Scott P. Zack, D.C.
and David M. Katz, D.C
Dated:  April 1, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

          Plaintiff,                         Civil Action No. 2:14-cv-10266

v.                                       Hon. Stephen J. Murphy III

UNIVERSAL HEALTH GROUP, INC.
A/K/A MICHIGAN SPINE AND REHAB,
UHG MANAGEMENT, LLC,
PROFESSIONAL HEALTH SYSTEMS,
LLC A/K/A PROFESSIONAL MEDICAL
BILLING, LLC, SCOTT P. ZACK, D.C.,
DAVID M. KATZ, D.C., LOREN C.
CHUDLER, D.O., JOSEPH F. DESANTO,
HORIZON IMAGING, LLC, CLEAR
IMAGING, LLC, JEFF S. PIERCE, D.O.,
THOMAS D. CARUSO, D.O., and
KATHERINE H. KARO, D.O.,

          Defendants.
_____

**ORDER FOR EXTENSION OF PAGE LIMITS FOR
DEFENDANTS ZACK AND KATZ'S COMBINED BRIEF IN SUPPORT OF
MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

      This matter is brought before the Court upon the Stipulation of the parties

and the Court is otherwise duly informed in the premises:

4

IT IS HEREBY ORDERED that the page limits with regard to Defendant Scott P. Zack, D.C. and Defendant David M. Katz, D.C.'s ("Defendants") forthcoming combined Brief in Support of Motion to Dismiss Plaintiff's Complaint ("Motion") shall be extended as follows:

1. The page limitations for the text of Defendants' (combined) Brief in Support of their Motion, including footnotes and signatures, shall be extended to sixty (60) pages;

2. The page limitations for the text of Plaintiff's Brief in Opposition to Defendants' (combined) Motion, including footnotes and signatures, shall be extended to sixty (60) pages; and

3. The page limitations for the text of Defendants' (combined) Reply Brief in Support of their Motion (if necessary), including footnotes and signatures, shall be extended to fifteen (15) pages.

**SO ORDERED.**

S/Stephen J. Murphy, III

Stephen J. Murphy, III

United States District Judge

Dated:  April 3, 2014

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 3, 2014, by electronic and/or ordinary mail.

S/Carol Cohron

Case Manager