UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

       Plaintiff,

v.                    Case No. 2:14-cv-10266-SJM-LJM
                    Hon. Steven Murphy

UNIVERSAL HEALTH GROUP, INC.
A/K/A MICHIGAN SPINE AND REHAB,
UGH MANAGEMENT, LLC,
PROFESSIONAL HEALTH SYSTEMS,
LLC A/K/A PROFESSIONAL MEDICAL
BILLING, LLC, SCOTT P. ZACK, D.C.,
DAVID M. KATZ, D.C., LOREN C.
CHUDLER, D.O., JOSEPH F. DESANTO,
HORIZON IMAGING, LLC, CLEAR
IMAGING, LLC, JEFF S. PIERCE, D.O.,
THOMAS D. CARUSO, D.O. and
KATHERINE H. KARO, D.O.,

       Defendants.
_____/

## **APPEARANCE**

PLEASE TAKE NOTICE that Michael J. Lavoie of Butzel Long, a professional corporation, hereby enters an appearance on behalf of Defendants Scott P. Zack, D.C. and David M. Katz, D.C., in the above-captioned matter.

Respectfully submitted,

**BUTZEL LONG, a professional corporation**

By: /s/ Michael J. Lavoie
      Michael J. Lavoie (P32584)
      Robin Luce Herrmann (P46880)
      Ziyad Hermiz (P72236)
150 W. Jefferson, Suite 100
Detroit, Michigan  48226
(313) 225-7000
lavoie@butzel.com
luce-herrmann@butzel.com
hermiz@butzel.com
Attorneys for Defendants Scott P. Zack, D.C. and David M. Katz, D.C.

Dated:  April 4, 2014

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 4, 2014, I electronically filed the above document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

**BUTZEL LONG, a professional corporation**

By: /s/ Michael J. Lavoie
          Michael J. Lavoie (P32584)
          Robin Luce Herrmann (P46880)
          Ziyad Hermiz (P72236)
150 W. Jefferson, Suite 100
Detroit, Michigan  48226
(313) 225-7000
lavoie@butzel.com
luce-herrmann@butzel.com
hermiz@butzel.com
Attorneys for Defendants Scott P. Zack, D.C. and David M. Katz, D.C.