UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

        Plaintiff,

vs.

UNIVERSAL HEALTH GROUP, INC., et al

Civil Action No. 2:14-cv-10266-SJM-DRG

District Judge Stephen J. Murphy III
Magistrate Judge David R. Grand

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Stuart M. Schwartz, Esq., of Clark Hill PLC, hereby enter his appearance on behalf of Katherine H. Karo, D. O.

I respectfully request that all future correspondence, filings, and other papers concerning this matter be forwarded to the undersigned at the address below.

        Respectfully submitted,

        CLARK HILL PLC

        By: /s/ Stuart M. Schwartz
            Stuart M. Schwartz (P62752)
            500 Woodward Avenue, Suite 3500
            Detroit, MI  48226
            (313) 965-8300

Dated:  April 7, 2014        Attorney for Katherine H. Karo, D. O.