UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

                Plaintiff,

vs.

UNIVERSAL HEALTH GROUP, INC., et al

Civil Action No. 2:14-cv-10266-SJM-DRG

District Judge Stephen J. Murphy III
Magistrate Judge David R. Grand

_____

## CERTIFICATE OF SERVICE

I certify that on the 7th day of April, 2014, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered CM/ECF participants.

Respectfully submitted,

CLARK HILL PLC

By: /s/ Stuart M. Schwartz _____
     Stuart M. Schwartz (P62752)
     500 Woodward Avenue, Suite 3500
     Detroit, MI 48226
     (313) 965-8300
Dated: April 7, 2014     Attorney for Katherine H. Karo, D. O.

2

200507491.1 45836/172607