UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | Civil Action No. 2:14-cv-10266-SJM-DRG |
| Plaintiff, | District Judge Stephen J. Murphy III<br>Magistrate Judge David R. Grand |
| vs. | |
| UNIVERSAL HEALTH GROUP, INC., et al | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that John D. Dakmak, Esq., of Clark Hill PLC, hereby enter his appearance on behalf of Katherine H. Karo, D. O.

I respectfully request that all future correspondence, filings, and other papers concerning this matter be forwarded to the undersigned at the address below.

                              Respectfully submitted,

                              CLARK HILL PLC

                              By: /s/ John D. Dakmak
                                  John D. Dakmak (P58210)
                                  500 Woodward Avenue, Suite 3500
                                  Detroit, MI  48226
                                  (313) 965-8300

Dated: April 7, 2014                 Attorney for Katherine H. Karo, D. O.

200507491.1 45836/172607