UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | Civil Action No. 2:14-cv-10266-SJM-DRG |
| Plaintiff, | District Judge Stephen J. Murphy III<br>Magistrate Judge David R. Grand |
| vs. | |
| UNIVERSAL HEALTH GROUP, INC., et al | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that John D. Dakmak, Esq., of Clark Hill PLC, hereby enter his appearance on behalf of Katherine H. Karo, D. O.

I respectfully request that all future correspondence, filings, and other papers concerning this matter be forwarded to the undersigned at the address below.

Respectfully submitted,

CLARK HILL PLC

By: /s/ John D. Dakmak
John D. Dakmak (P58210)
500 Woodward Avenue, Suite 3500
Detroit, MI 48226
(313) 965-8300
Attorney for Katherine H. Karo, D. O.

Dated: April 7, 2014

200507491.1 45836/172607