UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE FARM MUTUAL AUTOMOBILE        Civil Action No. 2:14-cv-10266-SJM-DRG
INSURANCE COMPANY,

          Plaintiff,        District Judge Stephen J. Murphy III
                           Magistrate Judge David R. Grand

vs.

UNIVERSAL HEALTH GROUP, INC., et al

---

### CERTIFICATE OF SERVICE

I certify that on the 7th day of April, 2014, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered CM/ECF participants.

          Respectfully submitted,

          CLARK HILL PLC

          By: /s/ John D. Dakmak
              John D. Dakmak (P58210)
              500 Woodward Avenue, Suite 3500
              Detroit, MI 48226
              (313) 965-8300

Dated: April 7, 2014          Attorney for Katherine H. Karo, D. O.

200507491.1 45836/172607