UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE FARM MUTUAL AUTOMOBILE  Civil Action No. 2:14-cv-10266-SJM-DRG
INSURANCE COMPANY,

            Plaintiff,   District Judge Stephen J. Murphy III
                                          Magistrate Judge David R. Grand

vs.

UNIVERSAL HEALTH GROUP, INC., et al

---

## STIPULATION FOR SUBSTITUTION OF ATTORNEYS

The undersigned, with client consent, and pursuant to E. D. Mich. LR 83.25, hereby stipulate and otherwise agree that Stuart M. Schwartz, Esq. and John Dakmak, Esq. of Clark Hill PLC shall substitute as counsel for Katherine H. Karo, D. O. in the above captioned matter, in the place and stead of David W. Warren, Esq., Gary R. Blumberg, Esq., and Peter W. Joelson, Esq., and their respective law firms.

/s/ David W. Warren
David W. Warren (P32449)
Attorney for Katherine H. Karo, D. O.

/s/ Gary R. Blumberg
Gary R. Blumberg (P29820)
Attorney for Katherine H. Karo, D. O.

/s/ Peter W. Joelson
Peter W. Joelson (P51468)
Attorney for Katherine H. Karo, D.O.

/s/ Stuart M. Schwartz
Stuart M. Schwartz (P62752)
Substitute Attorney for Katherine H. Karo, D. O.

/s/ John D. Dakmak
John D. Dakmak (P58210)
Substitute Attorney for Katherine H. Karo, D.O.

/s/ Katherine H. Karo
Katherine H. Karo, D. O., Client

200505855.1 45836/172607