UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

       Plaintiff,                    Civil Action No. 2:14-cv-10266

v.                                     Hon. Stephen J. Murphy III

UNIVERSAL HEALTH GROUP, INC.
A/K/A MICHIGAN SPINE AND REHAB,
UHG MANAGEMENT, LLC,
PROFESSIONAL HEALTH SYSTEMS,
LLC A/K/A PROFESSIONAL MEDICAL
BILLING, LLC, SCOTT P. ZACK, D.C.,
DAVID M. KATZ, D.C., LOREN C.
CHUDLER, D.O., JOSEPH F. DESANTO,
HORIZON IMAGING, LLC, CLEAR
IMAGING, LLC, JEFF S. PIERCE, D.O.,
THOMAS D. CARUSO, D.O., and
KATHERINE H. KARO, D.O.,

       Defendants.
_____/

## INDEX OF EXHIBITS

Exhibit 1:    2011 H.B. 4936

Exhibit 2:    Legislative Analysis of 2011 H.B. 4936

Exhibit 3:    2011 S.B. 0294

Exhibit 4:    WSJ.com: *Surgeons Eyed Over Deals With Medical Device Makers*, July 25, 2013

Exhibit 5:   WSJ.com:  *Surgeon in Probe Is Working in Detroit-Area Hospitals*, July 26, 2013

Exhibit 6:   Vcstar.com: *Former Ventura neurosurgeon faces 16 lawsuits*, February 2, 2012

Exhibit 7:   Consumerwatchdog.com: *Top Ten Dangerous Doctors Are Poster Children for Patient Safety Reform*, June 25, 2013

Exhibit 8:   September 17, 2013, Accusation

Exhibit 9:   Entity Details for Universal Health Group, Inc. and UHG Management, LLC

Exhibit 10:  Entity Details for Horizon Imaging, LLC, Clear Imaging, LLC, Michigan Spine and Rehab, and Professional Health Systems, LLC

Exhibit 11:  Complaint dated September 11, 2008 (*State Farm Mutual Automobile Ins. Co*. v. *Haranath et al*, E.D. Mich. Case No. 08-cv-13939)

Exhibit 12:  Complaint dated April 3, 2012 (*State Farm Mutual Automobile Ins. Co*. v. *Physiomatrix, Inc., et al*, E.D. Mich. Case No. 12-cv-11500)

Exhibit 13:  Copies of LEXIS Citations and Unpublished Decisions

                                            Respectfully submitted,
                                            BUTZEL LONG, a professional corporation

                                            By:/s/ Michael J. Lavoie
                                                  Michael J. Lavoie (P32584)
                                                  Robin Luce Herrmann (P46880)
                                                  Ziyad I. Hermiz (P72236)
                                            150 W. Jefferson Ave., Suite 100
                                            Detroit, Michigan  48226
                                            (313) 225-7000
                                            lavoie@butzel.com
                                            luce-herrmann@butzel.com
                                            hermiz@butzel.com
                                            *Attorneys for Defendants Scott P. Zack, D.C. and David M. Katz, D.C*