# EXHIBIT 3

SENATE BILL No. 294

# SENATE BILL No. 294

March 24, 2011, Introduced by Senator HUNE and referred to the Committee on Insurance.

A bill to amend 1956 PA 218, entitled

"The insurance code of 1956,"

by amending sections 3107 and 3157 (MCL 500.3107 and 500.3157),

section 3107 as amended by 1991 PA 191.

**THE PEOPLE OF THE STATE OF MICHIGAN ENACT:**

1   Sec. 3107. (1) ~~Except as provided in subsection (2), personal~~
2   **PERSONAL** protection insurance benefits are payable for the
3   following:
4       (a) Allowable expenses consisting of all reasonable charges
5   incurred for reasonably necessary products, services, and
6   accommodations for an injured person's care, recovery, or
7   rehabilitation. ~~Allowable~~ **ALL OF THE FOLLOWING APPLY TO ALLOWABLE**
8   expenses within personal protection insurance coverage: ~~shall~~
9       (*i*) **SHALL** not include charges for a hospital room in excess of

00808'11                                                              DKH

2

1  a reasonable and customary charge for semiprivate accommodations
2  except if the injured person requires special or intensive care. ~~,~~
3  ~~or~~
4      (*ii*) SHALL NOT INCLUDE CHARGES for funeral and burial expenses
5  in EXCESS OF the amount set forth in the policy which shall not be
6  less than $1,750.00 or more than $5,000.00.
7      (*iii*) FOR ATTENDANT CARE OR NURSING SERVICES PROVIDED IN THE
8  INJURED PERSON'S HOME, ALL OF THE FOLLOWING APPLY:
9      (A) PAYMENT IS LIMITED TO 56 HOURS PER WEEK FOR SERVICES
10 PERFORMED BY AN INDIVIDUAL WHO IS NOT CERTIFIED, REGISTERED, OR
11 LICENSED TO RENDER ATTENDANT CARE OR NURSING SERVICES.
12     (B) PAYMENT FOR SERVICES PERFORMED BY AN INDIVIDUAL WHO IS NOT
13 CERTIFIED, REGISTERED, OR LICENSED TO RENDER ATTENDANT CARE OR
14 NURSING SERVICES SHALL NOT BE MADE IN EXCESS OF $11.00 PER HOUR FOR
15 BASIC CARE OR IN EXCESS OF $17.00 PER HOUR FOR SKILLED CARE, AND
16 PAYMENT FOR SERVICES PERFORMED BY AN INDIVIDUAL WHO IS CERTIFIED,
17 REGISTERED, OR LICENSED TO RENDER ATTENDANT CARE OR NURSING
18 SERVICES SHALL NOT BE MADE IN EXCESS OF $17.00 PER HOUR. BEGINNING
19 OCTOBER 1, 2011, THESE MAXIMUMS SHALL BE ADJUSTED ANNUALLY TO
20 REFLECT CHANGES IN THE COST OF LIVING UNDER THE RULES PRESCRIBED BY
21 THE COMMISSIONER UNDER SUBDIVISION (B) FOR ANNUAL INCREASES IN WORK
22 LOSS PAYMENTS. ANY CHANGE IN THE MAXIMUMS SHALL APPLY ONLY TO
23 SERVICES RENDERED AFTER THE EFFECTIVE DATE OF THE CHANGE IN THE
24 MAXIMUM.
25     (b) ~~Work~~ EXCEPT AS PROVIDED IN SUBSECTION (2), WORK loss
26 consisting of loss of income from work an injured person would have
27 performed during the first 3 years after the date of the accident

3

1  if he or she had not been injured. Work loss does not include any
2  loss after the date on which the injured person dies. Because the
3  benefits received from personal protection insurance for loss of
4  income are not taxable income, the benefits payable for such loss
5  of income shall be reduced 15% unless the claimant presents to the
6  insurer in support of his or her claim reasonable proof of a lower
7  value of the income tax advantage in his or her case, in which case
8  the lower value shall apply. ~~Beginning March 30, 1973~~ **FOR THE**
9  **PERIOD BEGINNING OCTOBER 1, 2010 THROUGH SEPTEMBER 30, 2011**, the
10 benefits payable for work loss sustained in a single 30-day period
11 and the income earned by an injured person for work during the same
12 period together shall not exceed ~~$1,000.00~~ **$4,929.00**, which maximum
13 shall apply pro rata to any lesser period of work loss. Beginning
14 October 1, ~~1974~~ **2011**, the maximum shall be adjusted annually to
15 reflect changes in the cost of living under rules prescribed by the
16 commissioner but any change in the maximum shall apply only to
17 benefits arising out of accidents occurring subsequent to the date
18 of change in the maximum.
19      (c) Expenses not exceeding $20.00 per day, reasonably incurred
20 in obtaining ordinary and necessary services in lieu of those that,
21 if he or she had not been injured, an injured person would have
22 performed during the first 3 years after the date of the accident,
23 not for income but for the benefit of himself or herself or of his
24 or her dependent.
25      (2) A person who is 60 years of age or older and in the event
26 of an accidental bodily injury would not be eligible to receive
27 work loss benefits under subsection (1)(b) may waive coverage for

1  work loss benefits by signing a waiver on a form provided by the
2  insurer. An insurer shall offer a reduced premium rate to a person
3  who waives coverage under this subsection for work loss benefits.
4  Waiver of coverage for work loss benefits applies only to work loss
5  benefits payable to the person or persons who have signed the
6  waiver form.
7      (3) AS USED IN THIS SECTION:
8      (A) "BASIC CARE" MEANS ANY OF THE FOLLOWING:
9      (i) PROVIDING PERSONAL CARE SERVICES, INCLUDING, BUT NOT
10 LIMITED TO, BATHING, SHAMPOOING, SKIN CARE, ORAL HYGIENE, SHAVING
11 MALE PATIENTS, CATHETER CARE, AND TOILETING ASSISTANCE, INCLUDING
12 URINAL AND BEDPAN ASSISTANCE.
13     (ii) MEASURING AND DOCUMENTING VITAL SIGNS.
14     (iii) PROVIDING OR ASSISTING WITH EXERCISE, AMBULATION, OR
15 POSITIONING AS DIRECTED BY A NURSE OR THERAPIST, INCLUDING
16 AMBULATION WITH OR WITHOUT ASSISTIVE DEVICES, BASIC RANGE OF MOTION
17 BOTH PASSIVE AND ACTIVE, LIGHT PIVOT TRANSFERS, AND ASSISTING FROM
18 BED, CHAIR, OR COMMODE.
19     (iv) PROVIDING ENVIRONMENTAL AND HOMEMAKING SERVICES, INCLUDING
20 BED-MAKING WHETHER OCCUPIED OR UNOCCUPIED, LIGHT HOUSEKEEPING TO
21 MAINTAIN A HEALTHY ENVIRONMENT, LAUNDERING OF BEDDING AND CLOTHING,
22 SHOPPING FOR GROCERIES, AND TRANSPORTATION AS NECESSARY.
23     (v) ASSISTING WITH SELF-ADMINISTERED MEDICATIONS.
24     (B) "SKILLED CARE" MEANS PROVIDING BASIC CARE SERVICES AND ANY
25 OF THE FOLLOWING:
26     (i) PERFORMING INTERMITTENT STRAIGHT CATHETERIZATION, CATHETER
27 PERINEAL CARE, AND COLOSTOMY CARE AS DIRECTED.

1    (*ii*) PERFORMING A BOWEL PROGRAM UNDER THE DIRECTION OF A
2 REGISTERED NURSE.
3    (*iii*) PERFORMING TUBE FEEDINGS AND SIMPLE WOUND CARE UNDER THE
4 DIRECTION OF A REGISTERED NURSE.
5    (*iv*) PERFORMING FULL 1-PERSON TRANSFERS AND TRANSFERS USING A
6 HOYER LIFT.
7    Sec. 3157. (1) A SUBJECT TO SUBSECTION (2), A physician,
8 hospital, clinic, or other person or institution lawfully rendering
9 treatment to an injured person for an accidental bodily injury
10 covered by personal protection insurance, and a person or
11 institution providing rehabilitative occupational training
12 following the injury, may charge a reasonable amount for the
13 products, services, and accommodations rendered. The charge shall
14 not exceed the amount the person or institution customarily charges
15 for like products, services, and accommodations in cases not
16 involving **PERSONAL PROTECTION** insurance.
17    (2) A PHYSICIAN, HOSPITAL, CLINIC, OR OTHER PERSON OR
18 INSTITUTION LAWFULLY RENDERING TREATMENT TO AN INJURED PERSON FOR
19 AN ACCIDENTAL BODILY INJURY COVERED BY PERSONAL PROTECTION
20 INSURANCE, OR A PERSON OR INSTITUTION PROVIDING REHABILITATIVE
21 OCCUPATIONAL TRAINING FOLLOWING THE INJURY, IS LIMITED TO, AND
22 SHALL BE PAID BY THE AUTOMOBILE INSURER AT, AN AMOUNT THAT DOES NOT
23 EXCEED THE AMOUNT PAID FOR TREATMENT, SERVICE, ACCOMMODATION, AND
24 MEDICINE PURSUANT TO PAYMENT UNDER, OR SCHEDULES OF MAXIMUM FEES
25 FOR WORKER'S COMPENSATION DEVELOPED PURSUANT TO, R 418.10101 TO R
26 418.101504 OF THE MICHIGAN ADMINISTRATIVE CODE. THE COMMISSIONER
27 SHALL EXAMINE CHANGES TO R 418.10101 TO R 418.101504 OF THE

6

1  MICHIGAN ADMINISTRATIVE CODE MADE AFTER THE EFFECTIVE DATE OF THE
2  AMENDATORY ACT THAT ADDED THIS SUBSECTION. IF THE COMMISSIONER
3  FINDS THAT THOSE CHANGES FURTHER THE GOAL OF PROVIDING AFFORDABLE
4  AUTOMOBILE INSURANCE RATES, THOSE CHANGES SHALL APPLY TO THIS
5  SECTION AND THE COMMISSIONER SHALL ISSUE AN ORDER TO THIS EFFECT.
6  AN INSURER PROVIDING PERSONAL PROTECTION INSURANCE BENEFITS SHALL
7  PROVIDE AN APPROPRIATE PREMIUM THAT REFLECTS THE SAVINGS OBTAINED
8  BY THE INSURER BY THE AMENDATORY ACT THAT ADDED THIS SUBSECTION.
9        Enacting section 1. This amendatory act applies to products,
10 services, and accommodations that are provided on and after 90 days
11 after the effective date of this amendatory act, but does not
12 affect any obligation under a written agreement or consent judgment
13 entered into before the effective date of this amendatory act.

00808'11                          Final Page                          DKH