# EXHIBIT 9



## CORPORATE ENTITY DETAILS

**Searched for:** UNIVERSAL HEALTH GROUP, INC.

**ID Num:** 70100W

| Assumed Names |

**Entity Name:** UNIVERSAL HEALTH GROUP, INC.
**Type of Entity:** Domestic Nonprofit Corporation
**Resident Agent:** SCOTT ZACK
**Registered Office Address:** 5761 W MAPLE RD  W BLOOMFIELD  MI  48322
**Mailing Address:**  MI

**Formed Under Act Number(s):** 162-1982

**Incorporation/Qualification Date:** 11-16-2006

**Jurisdiction of Origin:** MICHIGAN

**Number of Shares:** 0

**Year of Most Recent Annual Report:** 12
**Year of Most Recent Annual Report With Officers & Directors:** 12
**Status:** ACTIVE   **Date:** Present

| View Document Images |

Return to Search Results                          New Search

Michigan.gov Home | Business Entity Search Home | Contact Corporations | Corps Home | LARA Home
State Web Sites | Accessibility Policy | Link Policy | Security Policy

Copyright © 2001- 2014 State of Michigan

http://www.dleg.state.mi.us/bcs_corp/dt_corp.asp?id_nbr=70100W&name_entity=UNIVER...       Friday, April 04, 2014

# LARA
## Department of Licensing and Regulatory Affairs


MICHIGAN.GOV
Michigan's Official Web Site

Michigan.gov Home | Business Entity Search Home | Corps Home | Contact Corporations | LARA Home

## LIMITED LIABILITY COMPANY DETAILS

**Searched for:** UHG MANAGEMENT, LLC
**ID Num:** D1862A
**Name:** UHG MANAGEMENT, LLC
**Type:** Domestic Limited Liability Company
**Resident Agent:** SCOTT ZACK
**Registered Office Address:** 5761 W MAPLE RD   WEST BLOOMFIELD   MI  48322
**Mailing/Office Address:**
**Formation/Qualification Date:** 5-11-2007
**Jurisdiction of Origin:** MICHIGAN
**Managed by:** Managers
**Status:** ACTIVE   **Date:** Present

View Document Images

Return to Search                               New Search

Michigan.gov Home | Business Entity Search Home | Contact Corporations | Corps Home | LARA Home
State Web Sites | Accessibility Policy | Link Policy | Security Policy

Copyright © 2001- 2014 State of Michigan

http://www.dleg.state.mi.us/bcs_corp/dt_llc.asp?id_nbr=D1862A&name_entity=UHG%20...     Friday, April 04, 2014