# EXHIBIT 10

 

Department of Licensing and Regulatory Affairs — Michigan's Official Web Site

Michigan.gov Home | Business Entity Search Home | Corps Home | Contact Corporations | LARA Home

## LIMITED LIABILITY COMPANY DETAILS

**Searched for:** HORIZON IMAGING LLC
**ID Num:** D30223
**Name:** HORIZON IMAGING LLC
**Type:** Domestic Limited Liability Company
**Resident Agent:** KENNETH M BOYER
**Registered Office Address:** 1111 W LONG LAKE RD STE 202   TROY   MI  48098
**Mailing/Office Address:**
**Formation/Qualification Date:** 7-8-2009
**Jurisdiction of Origin:** MICHIGAN
**Managed by:** Members
**Status:** ACTIVE   **Date:** Present

View Document Images

Return to Search            New Search

Michigan.gov Home | Business Entity Search Home | Contact Corporations | Corps Home | LARA Home
State Web Sites | Accessibility Policy | Link Policy | Security Policy

Copyright © 2001- 2014 State of Michigan

http://www.dleg.state.mi.us/bcs_corp/dt_llc.asp?id_nbr=D30223&name_entity=HORIZON...    Friday, April 04, 2014

 

# Department of Licensing and Regulatory Affairs

Michigan.gov Home | Business Entity Search Home | Corps Home | Contact Corporations | LARA Home

## LIMITED LIABILITY COMPANY DETAILS

**Searched for:** CLEAR IMAGING, LLC
**ID Num:** D32525
**Name:** CLEAR IMAGING, LLC
**Type:** Domestic Limited Liability Company
**Resident Agent:** KENNETH M BOYER
**Registered Office Address:** 1111 W LONG LAKE RD., STE 202   TROY   MI   48098
**Mailing/Office Address:**
**Formation/Qualification Date:** 9-2-2009
**Jurisdiction of Origin:** MICHIGAN
**Managed by:** Managers
**Status:** ACTIVE   **Date:** Present

View Document Images

Return to Search          New Search

Michigan.gov Home | Business Entity Search Home | Contact Corporations | Corps Home | LARA Home
State Web Sites | Accessibility Policy | Link Policy | Security Policy

Copyright © 2001- 2014 State of Michigan

http://www.dleg.state.mi.us/bcs_corp/dt_llc.asp?id_nbr=D32525&name_entity=CLEAR%2...     Friday, April 04, 2014

5:14-cv-10266-JEL-DRG  Doc # 45-11  Filed 04/07/14  Pg 4 of 5  Pg ID 830



# LARA
## Department of Licensing and Regulatory Affairs

MICHIGAN.GOV
Michigan's Official Web Site

Michigan.gov Home | Business Entity Search Home | Corps Home | Contact Corporations | LARA Home

## CORPORATE ENTITY DETAILS

| Assumed Names: | Id Num | Creation Date | Renew Date | Expiration Date |
|---|---|---|---|---|
| ASSOCIATED MEDICAL, INC. | 70100W | 11-13-2012 | | 12-31-2017 |
| ASSOCIATED CHIROPRACTIC & MEDICAL CENTER | 70100W | 11-1-2012 | | 12-31-2017 |
| REHAB, INC | 70100W | 11-1-2012 | | 12-31-2017 |
| SAGINAW SPINE AND PAIN | 70100W | 11-22-2011 | | 12-31-2016 |
| MICHIGAN SPINE AND REHAB | 70100W | 7-28-2010 | | 12-31-2015 |

### Return to Record

Michigan.gov Home | Business Entity Search Home | Contact Corporations | Corps Home | LARA Home
State Web Sites | Accessibility Policy | Link Policy | Security Policy

Copyright © 2001- 2014 State of Michigan

http://www.dleg.state.mi.us/bcs_corp/adt_corp.asp?id_nbr=70100W          Friday, April 04, 2014

 

| Michigan.gov Home | Business Entity Search Home | Corps Home | Contact Corporations | LARA Home |

## LIMITED LIABILITY COMPANY DETAILS

**Searched for:** PROFESSIONAL HEALTH SYSTEMS, LLC

**ID Num:** D7247P

[Assumed Names]

**Name:** PROFESSIONAL MEDICAL BILLING, LLC
**Type:** Domestic Limited Liability Company
**Resident Agent:** SCOTT ZACK
**Registered Office Address:** 2000 TOWN CTR STE 625  SOUTHFIELD  MI 48075
**Mailing/Office Address:**
**Formation/Qualification Date:** 2-1-2012
**Jurisdiction of Origin:** MICHIGAN
**Managed by:** Managers
**Status:** ACTIVE   **Date:** Present

View Document Images

Return to Search                    New Search

Michigan.gov Home | Business Entity Search Home | Contact Corporations | Corps Home | LARA Home
State Web Sites | Accessibility Policy | Link Policy | Security Policy

Copyright © 2001- 2014 State of Michigan

http://www.dleg.state.mi.us/bcs_corp/dt_llc.asp?id_nbr=D7247P&name_entity=PROFESSI...    Friday, April 04, 2014