UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

       Plaintiff,

v.                              Case No. 2:14-cv-10266-SJM-LJM
                                  Hon. Steven Murphy

UNIVERSAL HEALTH GROUP, INC.
A/K/A MICHIGAN SPINE AND REHAB,
UGH MANAGEMENT, LLC,
PROFESSIONAL HEALTH SYSTEMS,
LLC A/K/A PROFESSIONAL MEDICAL
BILLING, LLC, SCOTT P. ZACK, D.C.,
DAVID M. KATZ, D.C., LOREN C.
CHUDLER, D.O., JOSEPH F. DESANTO,
HORIZON IMAGING, LLC, CLEAR
IMAGING, LLC, JEFF S. PIERCE, D.O.,
THOMAS D. CARUSO, D.O. and
KATHERINE H. KARO, D.O.,

       Defendants.
_____/

## **APPEARANCE**

     PLEASE TAKE NOTICE that Debra A. Geroux of Butzel Long, a professional corporation, hereby enters an appearance on behalf of Defendants Scott P. Zack, D.C. and David M. Katz, D.C., in the above-captioned matter.

1577216

Respectfully submitted,

**BUTZEL LONG, a professional corporation**

By: /s/ Debra A. Geroux
    Debra A. Geroux (P50955)
    Stoneridge West
    41000 Woodward Avenue
    Bloomfield Hills, MI 48304
    (248) 258-2603
    geroux@butzel.com
    Attorneys for Defendants Scott P.
    Zack, D.C. and David M. Katz, D.C.

Dated:  April 7, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2014, I electronically filed the above document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

        Respectfully submitted,

        **BUTZEL LONG, a professional corporation**

By: /s/ Debra A. Geroux
    Debra A. Geroux (P50955)
    Stoneridge West
    41000 Woodward Avenue
    Bloomfield Hills, MI 48304
    (248) 258-2603
    geroux@butzel.com
    Attorneys for Defendants Scott P. Zack, D.C. and David M. Katz, D.C.

1577216