UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

            Plaintiff(s),

v.

UNIERSAL HEALTH GROUP, INC., et al

            Defendant(s).
                                            /

Case No.  2:14-cv-10266-SJM-DRG

Judge  Stephen J. Murphy, III

Magistrate Judge  David R. Grand

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4,  HORIZON IMAGING, LLC

makes the following disclosure:  (NOTE: A negative report, if appropriate, is required.)

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐      No ☑

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐      No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date:  April 15, 2014

/s/ Peter L. Arvant

P52809
Stark Reagan
1111 W. Long Lake Road
Suite 202
Troy, MI  48098
(248) 641-9955
parvant@starkreagan.com