UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

                Plaintiff(s),                          Case No. 2:14-cv-10266-SJM-DRG

v.                                                  Judge  Stephen J. Murphy, III

UNIVERSAL HEALTH GROUP, INC., et al       Magistrate Judge  David R. Grand

                Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

        Pursuant to E. D. Mich. LR 83.4,  CLEAR IMAGING, LLC

makes the following disclosure:  (NOTE: A negative report, if appropriate, is required.)

1.       Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

          Yes ☐      No ☑

          If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

          Parent Corporation/Affiliate Name:
          Relationship with Named Party:

2.       Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

          Yes ☐      No ☑

          If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

          Parent Corporation/Affiliate Name:
          Nature of Financial Interest:

Date:  April 15, 2014                                    /s/ Peter L. Arvant

                                                          P52809
                                                          Stark Reagan
                                                          1111 W. Long Lake Road
                                                          Suite 202
                                                          Troy, MI  48098
                                                          (248) 641-9955
                                                          parvant@starkreagan.com