UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

State Farm Mutual Automobile
Insurance Company,

                Plaintiff(s),

v.                                     Case No. 5:14–cv–10266–JEL–DRG
                                              Hon. Judith E. Levy

Universal Health Group, Inc., et
al.,

                Defendant(s),

### NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Judith E. Levy at the United States District Court, Federal Building, 200 East Liberty Street, Ann Arbor, Michigan. Please report to Room 100. The following motion(s) are scheduled for hearing:

        Motion to Dismiss – #45
        Motion to Dismiss – #46
        Motion to Dismiss – #49
        Motion to Dismiss – #53
        Motion to Strike – #57

- MOTION HEARING: September 2, 2014 at 01:00 PM

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                    By: s/F. Moses
                                                        Case Manager

Dated: May 28, 2014