UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

                    Plaintiff,

v.

UNIVERSAL HEALTH GROUP, INC.
A/K/A MICHIGAN SPINE AND REHAB,
UHG MANAGEMENT, LLC,
PROFESSIONAL HEALTH SYSTEMS,
LLC A/K/A PROFESSIONAL MEDICAL
BILLING, LLC, SCOTT P. ZACK, D.C.,
DAVID M. KATZ, D.C.,
LOREN C. CHUDLER, D.O.,
JOSEPH F. DESANTO, HORIZON
IMAGING, LLC, CLEAR IMAGING, LLC,
JEFF S. PIERCE, D.O.,
THOMAS D. CARUSO, D.O., and
KATHERINE H. KARO, D.O.,

                    Defendants.

Case No. 14-10266
Hon. Judith E. Levy
Mag. Judge David R. Grand

_____/

**STIPULATION FOR EXTENSION OF DEADLINES AND PAGE LIMITS
REGARDING REPLY BRIEFS TO STATE FARM'S
RESPONSE TO MOTIONS TO DISMISS**

      This matter is brought before the Court upon the Stipulation of the undersigned parties and the Court is otherwise duly informed in the premises:

**IT IS HEREBY STIPULATED AND AGREED:**

1. The deadline for Defendants Scott P. Zack, D.C. ("Zack") and David M. Katz, D.C. ("Katz") to file a Reply Brief to State Farm's Response (Dkt. #58) is extended to Monday, June 16, 2014;

2. The page limit for Defendants Zack and Katz' Reply Brief shall be extended by 10 pages beyond the 15 pages allotted by the Court's April 3, 2014 Order – for a total of 25 pages;

3. Defendants Loren C. Chudler, D.O., Universal Health Group, UHG Management, Professional Medical Billing, LLC, Horizon Imaging, LLC and Clear Imaging, LLC may file joinders and/or concurrences in Defendants Zack and Katz' Reply Brief (not to exceed 5 pages) by June 16, 2014; and

4. State Farm may file a Sur-Reply Brief (not to exceed 10 pages) to Defendants Zack and Katz' Reply Brief by June 26, 2014.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

                              Plaintiff,

v.
                                              Case No. 14-cv-10266

UNIVERSAL HEALTH GROUP, INC.
A/K/A MICHIGAN SPINE AND REHAB,         Hon. Judith E. Levy
UHG MANAGEMENT, LLC,
PROFESSIONAL HEALTH SYSTEMS,
LLC A/K/A PROFESSIONAL MEDICAL
BILLING, LLC, SCOTT P. ZACK, D.C.,
DAVID M. KATZ, D.C.,
LOREN C. CHUDLER, D.O.,
JOSEPH F. DESANTO, HORIZON
IMAGING, LLC, CLEAR IMAGING, LLC,
JEFF S. PIERCE, D.O.,
THOMAS D. CARUSO, D.O., and
KATHERINE H. KARO, D.O.,

                              Defendants.
_____/

## ORDER FOR EXTENSION OF DEADLINES AND PAGE LIMITS REGARDING REPLY BRIEFS TO STATE FARM'S RESPONSE TO MOTIONS TO DISMISS

This matter is brought before the Court upon the Stipulation of the

relevant parties and the Court is otherwise duly informed in the premises:

**IT IS HEREBY ORDERED** that:

Error! Bookmark not defined.

1. The deadline for Defendants Scott P. Zack, D.C. ("Zack") and David M. Katz, D.C. ("Katz") to file a Reply Brief to State Farm's Response (Dkt. #58) is extended to Monday, June 16, 2014;

2. The page limit for Defendants Zack and Katz' Reply Brief shall be extended by 10 pages beyond the 15 pages allotted by the Court's April 3, 2014 Order – for a total of 25 pages;

3. Defendants Loren C. Chudler, D.O., Universal Health Group, UHG Management, Professional Medical Billing, LLC, Horizon Imaging, LLC and Clear Imaging, LLC may file joinders and/or concurrences in Defendants Zack and Katz' Reply Brief (not to exceed 5 pages) by June 16, 2014; and

4. State Farm may file a Sur-Reply Brief (not to exceed 10 pages) to Defendants Zack and Katz' Reply Brief by June 26, 2014.

**IT IS SO ORDERED.**

s/Judith E. Levy_____

Date: June 13, 2014          JUDITH E. LEVY
                             UNITED STATES DISTRICT JUDGE

**AGREED AND CONSENTED TO BY:**

| | |
|---|---|
| **MILLER CANFIELD PADDOCK & STONE PLC**<br>By:  /s/ Thomas W. Cranmer<br>Thomas W. Cranmer (P25252)<br>*Attorney for Plaintiff State Farm Mutual Automobile Insurance Company*<br>Dated:  June 9, 2014 | **BUTZEL LONG, a professional corporation**<br>By:  /s/ Michael J. Lavoie<br>Michael J. Lavoie (P32584)<br>*Attorney for Defendants Scott P. Zack, D.C. and David M. Katz, D.C*<br>Dated: June 9, 2014 |
| **LAW OFFICES OF BEN GONEK**<br>By:  /s/ Ben M. Gonek<br>Ben M. Gonek (P43716)<br>*Attorneys for Defendants Universal Health Group; UHG Management; and Professional Medical Billing, LLC*<br>Dated:  June 9, 2014 | **KOTZ SANGSTER WYSOCKI PC**<br>By:  /s/ Jovan Dragovic<br>*Attorney for Defendant Loren Chudler, D.O.*<br>Dated:  June 9, 2014 |

| | |
|---|---|
| **STARK REAGAN PC**<br>By: /s/ Peter Arvant<br>*Attorneys for Defendants Horizon Imaging, LLC and Clear Imaging, LLC*<br>Dated: June 9, 2014 | |