UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


State Farm Mutual Automobile
Insurance Company,

                    Plaintiff(s),

v.                                              Case No. 5:14–cv–10266–JEL–DRG
                                                Hon. Judith E. Levy

Universal Health Group, Inc., et
al.,

                    Defendant(s),

_____


**NOTICE OF TELEPHONIC CONFERENCE**

    PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District
Judge Judith E. Levy as follows:

    • STATUS CONFERENCE:  July 22, 2014 at 11:00 AM

    The conference shall be initiated by The call to be initiated by Eric Gortner by including the
Court when everyone is on the line.

    If possible, please refrain from the use of cell phones.  If a party wishes to be called at a
number other than the one listed on the docket, please give that information to the party
initiating the call.


**Certificate of Service**

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of
record were served.

                                     By: s/F. Moses_____
                                            Case Manager


Dated:   July 21, 2014