UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

                    Plaintiff,                    Case No. 14-cv-10266

                                                  Judge: Judith E. Levy
v.                                                Magistrate Judge: David R. Grand

UNIVERSAL HEALTH GROUP, INC.
A/K/A MICHIGAN SPINE AND REHAB,
UHG MANAGEMENT, LLC,
PROFESSIONAL HEALTH SYSTEMS,
LLC A/K/A PROFESSIONAL MEDICAL
BILLING, LLC, SCOTT P. ZACK, D.C.,
DAVID M. KATZ, D.C., LOREN C.
CHUDLER, D.O., JOSEPH F.
DESANTO, HORIZON IMAGING,
LLC, CLEAR IMAGING, LLC, JEFF
S. PIERCE, D.O., THOMAS D.
CARUSO, D.O., and KATHERINE H.
KARO, D.O.,

                    Defendants.
_____

**JOINT STIPULATION
ALLOWING WITHDRAWAL OF DAVID D. O'BRIEN
AS COUNSEL FOR PLAINTIFF**
_____


        Whereas, on January 21, 2014, David D. O'Brien of the law firm of Miller,

Canfield, Paddock and Stone, PLC ("Miller Canfield") entered his appearance as

counsel for Plaintiff State Farm Mutual Automobile Insurance Company ("State Farm") in this matter;

Whereas Mr. O'Brien desires to withdraw his appearance as counsel for State Farm in this case; and

Whereas the withdrawal of Mr. O'Brien will cause no delay or prejudice as State Farm is still being represented by Thomas W. Cranmer of Miller Canfield as well as Ross O. Silverman, Eric T. Gortner, and Jared T. Heck of Katten Muchin Rosenman LLP, all of whom have filed appearances on State Farm's behalf;

Now, therefore, the parties stipulate and agree that David D. O'Brien of the law firm of Miller, Canfield, Paddock and Stone, PLC shall be permitted to withdraw his appearance as counsel for State Farm.

Approved as to form and content:

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By:  s/ David D. O'Brien
     David D. O'Brien (P65532)
     101 N. Main St., 7th Fl.
     Ann Arbor, MI 48104
     Tel:  (734) 668-7761
     obrien@millercanfield.com
     *Counsel for Plaintiff State Farm*
     *Mutual Automobile Insurance Company*

By: s/ Eric T. Gortner
     Eric T. Gortner
     Katten Muchin Rosenman LLP
     525 West Monroe Street, Suite 1900
     Chicago, Illinois 60661-3693
     (312) 902-5200
     eric.gortner@kattenlaw.com
     *Co-Counsel for Plaintiff State Farm*
     *Mutual Automobile Insurance Company*

By: s/ Peter L. Arvant
     Peter L. Arvant (P52809)
     Stark Reagan
     1111 W. Long Lake Rd., Ste. 202
     Troy, MI 48098
     (248) 641-9955
     Arvant parvant@starkreagan.com
     *Counsel for Defendants Horizon Imaging LLC*
     *and Clear Imaging, LLC*

By: *s/ Ben M. Gonek*
     Ben M. Gonek (P43716)
     500 Griswold Street, Suite 3500
     Detroit, MI 48226
     (313) 962-5210
     ben@goneklaw.com
     *Counsel for Defendants Professional Health*
     *Systems, LLC, UHG Management, LLC, and*
     *Universal Health Group, Inc.*

By:   s/ Dennis K. Egan
Dennis K. Egan (P29116)
Jovan Dragovic (P64578)
Kotz Sangster Wysocki P.C.
400 Renaissance Center, Suite 3400
Detroit, MI 48243
(313) 259-8300
degan@kotzsangster.com
jdragovic@kotzsangster.com
*Counsel for Defendant Loren C. Chudler, D.O*

By:   s/ David Fink
David Fink (P28235)
Darryl Bressack( P67820)
Fink + Associates Law
100 West Long Lake Rd., Ste. 200
Troy, Michigan 48098
248-971-2500
dfink@finkandassociateslaw.com
dbressack@finkandassociateslaw.com
*Counsel for Defendant Joseph F. DeSanto*

By:   s/Gary R. Blumberg
Gary R. Blumberg (P29820)
Gary R. Blumberg, PC
Dearborn, MI 48126
(313) 230-1121
grblumberg@gmail.com
*Counsel for Defendants Jeff Pierce and
Thomas D. Caruso*

By:   s/ Peter W. Joelson
Peter W. Joelson (P51468)
David W. Warren (P32449)
Joelson Rosenberg PLC
30665 Northwestern IIwy, Suite 200
Farmington Hills, MI 48334
(248) 626-9966
pjoelson@joelsonrosenberg.com
dwwarren@joelsonrosenberg.com
*Counsel for Defendants Jeff Pierce and
Thomas D. Caruso*

4

By:   /s/ Stuart M. Schwartz
     Stuart M. Schwartz (P62752)
     John D. Dakmak (P58210)
     Clark Hill PLC
     500 Woodward Avenue, Suite 3500
     Detroit, MI 48226
     (313) 965-8300
     sschwartz@clarkhill.com
     jdakmak@clarkhill.com
     *Counsel for Defendant Katherine H. Karo, D.O.*


By:   s/ Michael J. Lavoie
     Debra A. Geroux (P32584)
     Butzel Long, a professional corporation
     150 West Jefferson, Suite 100
     Detroit, MI 48226
     (313) 225-7080
     lavoie@butzel.com
     *Counsel for Defendants Scott P. Zack, D.C.*
     *and David M. Katz, D.C.*

Dated:  August 13, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

                 Plaintiff,              Case No. 14-cv-10266

                                               Judge: Judith E. Levy

v.                                        Magistrate Judge: David R. Grand

UNIVERSAL HEALTH GROUP, INC.
A/K/A MICHIGAN SPINE AND REHAB,
UHG MANAGEMENT, LLC,
PROFESSIONAL HEALTH SYSTEMS,
LLC A/K/A PROFESSIONAL MEDICAL
BILLING, LLC, SCOTT P. ZACK, D.C.,
DAVID M. KATZ, D.C., LOREN C.
CHUDLER, D.O., JOSEPH F.
DESANTO, HORIZON IMAGING,
LLC, CLEAR IMAGING, LLC, JEFF
S. PIERCE, D.O., THOMAS D.
CARUSO, D.O., and KATHERINE H.
KARO, D.O.,

                 Defendants.

_____

**ORDER ALLOWING WITHDRAWAL OF DAVID D. O'BRIEN
AS COUNSEL FOR PLAINTIFF**

    This Court having considered the parties' Joint Stipulation Allowing

Withdrawal of David D. O'Brien of the law firm of Miller, Canfield, Paddock and

Stone, PLC as Counsel for Plaintiff in this matter,

It is hereby ordered that David D. O'Brien's appearance as counsel for State Farm is withdrawn.

                                          s/Judith  E. Levy

Date: August 14, 2014                Honorable Judith E. Levy

22763808.1\150450-00007

7