UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Plaintiff,

v.

UNIVERSAL HEALTH GROUP, INC.
A/K/A MICHIGAN SPINE AND REHAB,
UHG MANAGEMENT, LLC,
PROFESSIONAL HEALTH SYSTEMS,
LLC A/K/A PROFESSIONAL MEDICAL
BILLING, LLC, SCOTT P. ZACK, D.C.,
DAVID M. KATZ, D.C., LOREN C.
CHUDLER, D.O., JOSEPH F.
DESANTO, HORIZON IMAGING,
LLC, CLEAR IMAGING, LLC, JEFF
S. PIERCE, D.O., THOMAS D.
CARUSO, D.O., and KATHERINE H.
KARO, D.O.,

    Defendants.

Case No. 14-cv-10266
Judge: Stephen J. Murphy, III
Magistrate Judge:
Laurie J. Michelson

_____/

## APPEARANCE OF MATTHEW P. ALLEN

PLEASE TAKE NOTICE that Matthew P. Allen of the law firm Miller, Canfield, Paddock and Stone, PLC, has this day entered an appearance as counsel for Plaintiff State Farm Mutual Automobile Insurance Company in the above-entitled matter.

Respectfully submitted,

By:   s/Matthew P. Allen
      Matthew P. Allen (P57914)
      Miller, Canfield, Paddock and Stone, P.L.C.
      840 West Long Lake Road, Suite 200
      Troy, MI  48098
      (248) 879-2000
      allen@millercanfield.com
      *Counsel for Plaintiff*

Dated:  October 21, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2014, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record:

Respectfully submitted,


By:  s/Matthew P. Allen
Matthew P. Allen (P P57914)
Miller, Canfield, Paddock and Stone, P.L.C.
840 West Long Lake Road, Suite 200
Troy, Michigan 48098
(248) 879-2000
cranmer@millercanfield.com
*Counsel for Plaintiff*

23102403.1\150450-00007