UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Plaintiff,

v.

UNIVERSAL HEALTH GROUP, INC.
A/K/A MICHIGAN SPINE AND REHAB,
UHG MANAGEMENT, LLC,
PROFESSIONAL HEALTH SYSTEMS,
LLC A/K/A PROFESSIONAL MEDICAL
BILLING, LLC, SCOTT P. ZACK, D.C.,
DAVID M. KATZ, D.C., LOREN C.
CHUDLER, D.O., JOSEPH F.
DESANTO, HORIZON IMAGING,
LLC, CLEAR IMAGING, LLC, JEFF
S. PIERCE, D.O., THOMAS D.
CARUSO, D.O., and KATHERINE H.
KARO, D.O.,

    Defendants.
_____/

Case No. 14-cv-10266
Judge: Judith E. Levy
Magistrate Judge: David R. Grand

## APPEARANCE OF JEFFREY A. CRAPKO

23102552.1\150450-00007

PLEASE TAKE NOTICE that Jeffrey A. Crapko of the law firm Miller, Canfield, Paddock and Stone, PLC, has this day entered an appearance as counsel for Plaintiff State Farm Mutual Automobile Insurance Company in the above-entitled matter.

Respectfully submitted,

By:   s/Jeffrey A. Crapko
      Jeffrey A. Crapko (P78487)
      Miller, Canfield, Paddock and Stone, P.L.C.
      840 West Long Lake Road, Suite 200
      Troy, MI  48098
      (248) 879-2000
      crapko@millercanfield.com
      *Counsel for Plaintiff*

Dated:  October 22, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2014, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,

By:   s/Jeffrey A. Crapko
      Jeffrey A. Crapko (P78487)
      Miller, Canfield, Paddock and Stone, P.L.C.
      840 West Long Lake Road, Suite 200
      Troy, MI  48098
      (248) 879-2000
      crapko@millercanfield.com