UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

STATE FARM MUTUAL AUTOMBILE,
*et al.*,                                                      Case No. 14-10266
                                                              Honorable Judith E. Levy
        Plaintiff,

   v.

UNIVERSAL HEALTH GROUP, *et al.*,
_____/

### NOTICE TO APPEAR FOR CASE MANAGEMENT STATUS AND SCHEDULING CONFERENCE

**YOU ARE NOTIFIED TO APPEAR ON DECEMBER 3, 2014 at 1:00 P.M.** for a Case Management Status and Scheduling Conference at 200 E. Liberty Street, Suite 300, Ann Arbor, Michigan 48104.

Counsel shall comply with Fed. R. Civ. Proc. Rule 26(f) and submit to the Court a joint discovery plan no later than 4 business days before the conference. In addition to the contents required under Rule 26(f), the joint discovery plan shall contain a case summary that:

- Summarizes the background of the action, the principal factual and legal issues for both sides, and the relief sought by the plaintiff(s);

- Outlines the proposed discovery and proposes an appropriate management plan, including a proposed discovery cut-off and trial date; and

- Describes any outstanding or anticipated discovery disputes, the bases for any objections, and any anticipated motions, including dispositive motions; whether entry of the Model Order Relating to the Discovery of Electronically Stored Information (ESI).

The proposed discovery plan and case summary must be filed with the Court.

Please be prepared to discuss the following at the Scheduling Conference:

      i.      The issues and narrowing the issues;

    ii.     Subject matter jurisdiction;
    iii.    Relationship to other cases;
    iv.    Necessity of amendments to pleadings, additional parties, third-party complaints, etc.;
    v.     Settlement, including alternative dispute resolution;
    vi.    Progress of discovery (counsel are instructed to commence significant discovery prior to the conference);
    vii.   Issues which may appropriately be resolved by motion; and
    viii.  Estimated trial length.

Dated: October 29, 2014

s/Felicia M. Moses
Felicia Moses, Case Manager
(734) 887-4701

## Certificate of Service

I hereby certify on this date a copy of the foregoing notice was served upon the parties and/or counsel herein electronic means or first class U. S. mail on October 29, 2014.

s/Felicia M. Moses
FELICIA M. MOSES
Case Manager