# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

State Farm Mutual Automobile
Insurance Company,

                Plaintiff,

v.

Universal Health Group, Inc.,
a/k/a Michigan Spine and Rehab;
UGH Management, LLC;
Professional Health Systems, LLC,
a/k/a Professional Medical Billing,
LLC; Scott P. Zack, D.C.; David M.
Katz, D.C.; Loren C. Chudler,
D.O.; Joseph F. DeSanto; Horizon
Imaging, LLC; Clear Imaging,
LLC; Jeff S. Pierce, D.O.; Thomas
D. Caruso, D.O.; and Katherine H.
Karo, D.O.,

                Defendants.

Case No. 14-cv-10266
Hon. Judith E. Levy
Mag. Judge David R. Grand

_____/

## ORDER CLARIFYING THE COURT'S PROCEDURE FOR DISCOVERY DISPUTE CALLS

    On December 3, 2014, the Court held a scheduling conference involving all of the parties in this matter. At that conference, the Court informed the parties of its standard practice with regard to discovery

disputes: that the parties having the dispute first confer with each other, and if unable to resolve the dispute, the parties are to call the Court and schedule a time for a telephonic conference prior to the filing of any discovery motions.

On January 26, 2015, counsel for State Farm informed the Court that there was a dispute between it and defendants Horizon Imaging and Clear Imaging. The Court issued a notice to appear by telephone, but did not specify which parties were to appear.

To alleviate confusion with regard to notices that appear on the docket, it is hereby ordered that:

When contacting the Court to schedule a discovery dispute, the party contacting the Court must relay which parties are involved in the dispute. The Court will note on the docket which parties are to be involved in the telephonic conference. Parties not involved in a given discovery dispute are not required to call in for the corresponding telephonic conference unless otherwise ordered by the Court.

IT IS SO ORDERED.

Dated: January 27, 2015          s/Judith E. Levy
Ann Arbor, Michigan              JUDITH E. LEVY
                                 United States District Judge

## **CERTIFICATE OF SERVICE**

  The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 27, 2015.

            <u>s/Felicia M. Moses</u>
            FELICIA M. MOSES
            Case Manager