## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**,

                Plaintiff,

v.

**UNIVERSAL HEALTH GROUP, INC. A/K/A MICHIGAN SPINE AND REHAB, UHG MANAGEMENT, LLC, PROFESSIONAL HEALTH SYSTEMS, LLC A/K/A PROFESSIONAL MEDICAL BILLING, LLC, SCOTT P. ZACK, D.C., DAVID M. KATZ, D.C., LOREN C. CHUDLER, D.O., JOSEPH F. DESANTO, HORIZON IMAGING, LLC, CLEAR IMAGING, LLC, JEFF S. PIERCE, D.O., THOMAS D. CARUSO, D.O.,** and **KATHERINE H. KARO, D.O.**,

                Defendants.

Case No. 2:14-cv-10266-SJM-DRG
Hon. Judith E. Levy
Mag. Judge David R. Grand

| APPEARANCE OF CHANTAL WENTWORTH-MULLIN |
| --- |

---

ROSS O. SILVERMAN (IL 6226560)
ERIC T. GORTNER (IL 6275017)
JARED T. HECK (IL 6289711)
**KATTEN MUCHIN ROSENMAN, LLP**
*Attorneys for Plaintiff*
525 West Monroe Street
Chicago, IL 60661-3693
(312) 902-5200
ross.silverman@kattenlaw.com
eric.gortner@kattenlaw.com

PETER L. ARVANT (P52809)
CHANTAL WENTWORTH-MULLIN (P78168)
**STARK REAGAN, P.C.**
*Attorneys for Defendants Horizon Imaging, LLC and Clear Imaging, LLC*
1111 W. Long Lake Rd., Ste. 202
Troy, MI  48098
(248) 641-9955
Fax (248) 641-9921
parvant@starkreagan.com

---

---

## APPEARANCE OF CHANTAL WENTWORTH-MULLIN

---

**PLEASE ENTER** the appearance of Chantal Wentworth-Mullin of the law

firm of STARK REAGAN, P.C., as counsel for Defendants HORIZON

IMAGING, LLC, and CLEAR IMAGING, LLC, in the above-captioned matter.

**STARK REAGAN**

 /s/ Chantal Wentworth-Mullin
CHANTAL WENTWORTH-MULLIN
(P78168)
Attorney for Defendants Horizon Imaging,
LLC and Clear Imaging, LLC
1111 W. Long Lake Rd., Ste. 202
Troy, MI  48098
Date: May 5, 2015                (248) 641-9955

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2015, I electronically filed the *Appearance of Chantal Wentworth-Mullin* with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

I certify under penalty of perjury that the foregoing is true and correct.

 /s/ Jessica Foster
JESSICA FOSTER

6673-2LIT
6003-8LIT