UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

        Plaintiff,        Case No: 14-10266

-vs-        Hon. Judith E. Levy

UNIVERSAL HEALTH GROUP, INC.
a/k/a MICHIGAN SPINE AND REHAB;
UHG MANAGEMENT LLC.;
PROFESSIONAL HEALTH SYSTEMS, LLC
a/k/a PROFESSIONAL MEDICAL BILLNG, LLC.;
SCOTT P. ZACK, D.C.; DAVID M. KATZ, D.C.;
LOREN C. CHUDLER, D.O.; JOSEPH F. DESANTO;
HORIZON IMAGING, LLC; CLEAR IMAGING, LLC.;
JEFF S. PIERECE, D.O.; THOMAS D. CARUSO, D.O.
And KATHERINE H. KARO, D.O.
_____

## **DEFENDANT DAVID M. KATZ, D.C.'S OFFER OF JUDGMENT**

Defendant DAVID M. KATZ, D.C., by and through his attorney, BEN M. GONEK, make an Offer of Judgment to Plaintiff pursuant to FRCP 68 in the amount of Twenty-Five Thousand and 00/00 ($25,000.00) Dollars, inclusive of attorneys' fees and costs.

Respectfully submitted,

*/s/ Ben M. Gonek*
BEN M. GONEK (P43716)
Attorney for David M. Katz, D.C.
500 Griswold Street, Suite 3500
Detroit, MI  48226
(313) 962-5210

Dated:  June 17, 2015

## CERTIFICATE OF SERVICE

Ben M. Gonek hereby states that on the 17th day of June 2015, he caused the foregoing Offer of Judgment to be filed electronically with the United States District Court and that copies of same were forwarded to all counsel of record using the ecf system.

*/s/ Ben M. Gonek*
BEN M. GONEK (P43716)