UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

      Plaintiff,

v.

UNIVERSAL HEALTH GROUP, INC.
A/K/A MICHIGAN SPINE AND REHAB,
UHG MANAGEMENT, LLC,
PROFESSIONAL HEALTH SYSTEMS,
LLC A/K/A PROFESSIONAL MEDICAL
BILLING, LLC, SCOTT P. ZACK, D.C.,
DAVID M. KATZ, D.C.,
LOREN C. CHUDLER, D.O.,
JOSEPH F. DESANTO, HORIZON
IMAGING, LLC, CLEAR IMAGING, LLC,
JEFF S. PIERCE, D.O.,
THOMAS D. CARUSO, D.O., and
KATHERINE H. KARO, D.O.,

      Defendants.

Case No. 14-CV-10266
Honorable Judith E. Levy
Magistrate David R. Grand

_____

**NOTICE OF APPEARANCE**

TO: ALL COUNSEL OF RECORD

      PLEASE TAKE NOTICE that the undersigned has of this date, entered his Appearance as attorney for Non-Party Anthony Sereno, in the within cause.

      Respectfully submitted,

      */s/JUSTIN HAAS*
      JUSTIN HAAS (P53153)
      HAAS & GOLDSTEIN, P.C.
      Attorney for Non-Party Anthony Sereno
      31275 Northwestern Highway, Ste. 225
      Farmington Hills, MI 48334
Dated: June 30, 2015      (248) 702-6550

# UNITED STATES DISTRICT COURT
# IN THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Plaintiff,

v.

UNIVERSAL HEALTH GROUP, INC.
A/K/A MICHIGAN SPINE AND REHAB,
UHG MANAGEMENT, LLC,
PROFESSIONAL HEALTH SYSTEMS,
LLC A/K/A PROFESSIONAL MEDICAL
BILLING, LLC, SCOTT P. ZACK, D.C.,
DAVID M. KATZ, D.C.,
LOREN C. CHUDLER, D.O.,
JOSEPH F. DESANTO, HORIZON
IMAGING, LLC, CLEAR IMAGING, LLC,
JEFF S. PIERCE, D.O.,
THOMAS D. CARUSO, D.O., and
KATHERINE H. KARO, D.O.,

    Defendants.
_____

Case No. 14-CV-10266
Honorable Judith E. Levy
Magistrate David R. Grand

## **APPEARANCE**

NOW COMES JUSTIN HAAS, and hereby enters his Appearance on behalf of Non-Party Anthony Sereno.

    Respectfully submitted,

    */s/JUSTIN HAAS*
    JUSTIN HAAS (P53153)
    HAAS & GOLDSTEIN, P.C.
    Attorney for Non-Party Anthony Sereno
    31275 Northwestern Highway, Ste. 225
    Farmington Hills, MI 48334
    (248) 702-6550

Dated: June 30

## **CERTIFICATE OF SERVICE**

I, Pauline M. Jesue certify that on June 30, 2015, she electronically filed the foregoing Notice of Appearance and Appearance, with the Clerk of the Court using the United States District Court Eastern District of Michigan electronic Efiling system which will send notification of such filing to the above attorneys of record.

*/s/Pauline M. Jesue*