UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

                   Plaintiff,

v.

UNIVERSAL HEALTH GROUP, INC.
A/K/A MICHIGAN SPINE AND REHAB,
UHG MANAGEMENT, LLC,
PROFESSIONAL HEALTH SYSTEMS,
LLC A/K/A PROFESSIONAL MEDICAL
BILLING, LLC, SCOTT P. ZACK, D.C.,
DAVID M. KATZ, D.C.,
LOREN C. CHUDLER, D.O.,
JOSEPH F. DESANTO, HORIZON
IMAGING, LLC, CLEAR IMAGING, LLC,
JEFF S. PIERCE, D.O.,
THOMAS D. CARUSO, D.O., and
KATHERINE H. KARO, D.O.,

                   Defendants.
_____/

Case No. 14-10266
Hon. Judith E. Levy
Mag. Judge David R. Grand

**STIPULATION FOR AMENDMENT OF THE
SCHEDULING ORDER (DKT. NO. 88) TO EXTEND THE
DEADLINE FOR AMENDMENT TO THE PLEADINGS**

This matter is brought before the Court upon the Stipulation of the undersigned parties and the Court is otherwise duly informed in the premises:

THE UNDERSIGNED PARTIES ACKNOWLEDGE that the current deadline for amendment to the pleadings in the Court's December 4, 2014 Scheduling Order (Dkt. No. 88) is November 6, 2015. The parties further

acknowledge that Plaintiff State Farm Mutual Automobile Insurance Company has requested to extend that deadline approximately 60 days – up to an including January 15, 2016 – and the other parties have consented to that extension.

THEREFORE IT IS HEREBY STIPULATED AND AGREED that the new deadline for amendment to the pleadings is Friday, January 15, 2016.

AGREED AND CONSENTED TO BY:

**KATTEN MUCHIN ROSENMAN LLP**
By: /s/ Jared T. Heck
Jared T. Heck (IL 6289711)
*Attorney for Plaintiff State Farm Mutual Automobile Insurance Company*
Dated:  October 16, 2015

**LAW OFFICES OF BEN GONEK**
By: /s/ Ben M. Gonek
Ben M. Gonek (P43716)
*Attorney for Defendants Universal Health Group; UHG Management; Professional Medical Billing, LLC; Scott P. Zack, D.C.; David M. Katz, D.C; and Loren Chudler, D.O.*
Dated:  October 16, 2015

**STARK REAGAN PC**
By: /s/ Peter Arvant
Peter Arvant (P52809)
*Attorneys for Defendants Horizon Imaging, LLC and Clear Imaging, LLC*
Dated:  October 16, 2015

**FINK + ASSOCIATES LAW**
By: /s/ Darryl Bressack
Darryl Bressack (P67820)
*Attorneys for Defendant Joseph F. DeSanto*
Dated:  October 16, 2015

**JOELSON ROSENBERG PLC**

By: /s/ Peter W. Joelson
Peter W. Joelson (P51468)
*Attorney for Defendants Jeff S. Pierce, D.O. and Thomas D. Caruso, D.O.*
Dated:  October 16, 2015

**CLARK HILL PLC**
By: /s/ Stuart M. Schwartz
Stuart M. Schwartz (P62752)
*Attorneys for Defendant Katherine H. Karo, D.O.*
Dated:  October 16, 2015

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

                Plaintiff,

v.

UNIVERSAL HEALTH GROUP, INC.
A/K/A MICHIGAN SPINE AND REHAB,
UHG MANAGEMENT, LLC,
PROFESSIONAL HEALTH SYSTEMS,
LLC A/K/A PROFESSIONAL MEDICAL
BILLING, LLC, SCOTT P. ZACK, D.C.,
DAVID M. KATZ, D.C.,
LOREN C. CHUDLER, D.O.,
JOSEPH F. DESANTO, HORIZON
IMAGING, LLC, CLEAR IMAGING, LLC,
JEFF S. PIERCE, D.O.,
THOMAS D. CARUSO, D.O., and
KATHERINE H. KARO, D.O.,

                Defendants.
_____/

Case No. 14-cv-10266

Hon. Judith E. Levy

Magistrate Judge
David R. Grand

## **AMENDED SCHEDULING ORDER**

| EVENT | DEADLINE |
|---|---|
| Amendment to the Pleadings: | January 15, 2016 |
| Completion of Fact Discovery: | October 28, 2016 |
| Plaintiff's Initial Expert Report: | December 2, 2016 |
| Defendants' Initial Expert Report: | January 16, 2017 |
| Completion of Expert Discovery, Including Rebuttal Reports: | March 01, 2017 |
| Dispositive Motions Due: | April 14, 2017 |

| | |
|---|---|
| Motions *in Limine* Due: | August 9, 2017 |
| Final Pretrial Order Due: | September 6, 2017 |
| Final Pretrial Conference: | September 13, 2017 at 1:00 p.m. |
| Trial date | September 27, 2017 at 8:30 a.m. |
| **JURY TRIAL** ||

Date: October 19, 2015

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge