**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.**

          **Plaintiff,**                            **Case # 14-10266**

**-vs-**                                           **HON. JUDITH LEVY**

**UNIVERSAL HEALTH GROUP INC. et al,**

          **Defendants.**
_____/

**ENTRY OF APPEARANCE**

Please enter the appearance of the undersigned as co-counsel for Scott Zack and David Katz, co-Defendants in the above-entitled cause.

                          s/ Steven Fishman
                          Steven Fishman (P23049)
                          615 Griswold, Suite #1125
                          Detroit, MI 48226
                          (313)962-4090
                          e-mail: sfish66@yahoo.com

Dated: February 9, 2016

## CERTIFICATE OF SERVICE

I certify that on December 17, 2012, I served a copy of the attached motion upon Wayne

Pratt and Gjon Juncaj, Assistant United States Attorneys, by filing same electronically.


s/ Steven Fishman
Steven Fishman (P23049)
Attorney for Defendant Awada
615 Griswold, Suite #1125
Detroit, MI 48226
(313) 962-4090
e-mail: sfish66@yahoo.com