UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

State Farm Mutual Automobile
Insurance Company,

           Plaintiff,

Case No. 14-cv-10266
Hon. Judith E. Levy
Mag. Judge David R. Grand

v.

Universal Health Group, Inc. a/k/a
Michigan Spine and Rehab, *et al.*,

           Defendants.

_____/

**STIPULATION FOR ENTRY OF AN ORDER
DISMISSING DEFENDANTS HORIZON IMAGING, LLC
AND CLEAR IMAGING, LLC WITH PREJUDICE**

This matter is brought before the Court upon the Stipulation of the undersigned Parties and the Court is otherwise duly informed in the premises: THE UNDERSIGNED PARTIES ACKNOWLEDGE THAT:

1. On January 21, 2014, Plaintiff State Farm Mutual Automobile Insurance Company ("State Farm") filed its Complaint, which asserts five causes of action against Horizon Imaging, LLC ("Horizon"), Clear Imaging, LLC ("Clear"), and ten other named

defendants. (Dkt. No. 1.)

2. Horizon and Clear were served with Summons and the Complaint on January 24, 2014. (Dkt. Nos. 12, 13.)

3. Horizon and Clear filed a Counter-Complaint against State Farm on December 23, 2014. (Dkt. Nos. 95, 96.) The Court granted State Farm's motion to dismiss the Counter-Complaint on May 1, 2015, and entered an order dismissing the Counter-Complaint with prejudice on June 2, 2015. (Dkt. Nos. 111, 117.) Horizon and Clear currently have no pending causes of action against State Farm in this lawsuit.

4. State Farm, Horizon, and Clear have mutually agreed to State Farm's voluntary dismissal of all causes of action it has asserted against Horizon and Clear in this lawsuit.

5. Pursuant to Local Rule 7.1, the undersigned Parties conferred in good faith and stipulate to entry of an order dismissing Horizon and Clear from this lawsuit with prejudice and without costs to any Party pursuant to Federal Rule of Civil Procedure 41(a)(2).

6. A proposed Order awarding the relief sought herein is being filed concurrently with this Stipulation.

THEREFORE IT IS HEREBY STIPULATED AND AGREED that Defendants Horizon Imaging, LLC and Clear Imaging, LLC are voluntarily dismissed from this matter with prejudice and without costs or fees awarded to any party.

**AGREED AND CONSENTED TO BY:**

**KATTEN MUCHIN ROSENMAN LLP**
By: /s/ Jared T. Heck
Jared T. Heck (IL 6289711)
*Attorney for Plaintiff State Farm Mutual Automobile Insurance Company*

Dated: March 31, 2016

**STARK REAGAN, P.C.**
By: /s/ Peter L. Arvant
Peter L. Arvant (P52809)
*Attorney for Defendants Horizon Imaging, LLC and Clear Imaging, LLC*

Dated: March 31, 2016

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

State Farm Mutual Automobile
Insurance Company,

                                                Case No. 14-cv-10266

              Plaintiff,        Hon. Judith E. Levy

                                                 Mag. Judge David R. Grand

v.

Universal Health Group, Inc. a/k/a
Michigan Spine and Rehab, *et al.*,

              Defendants.

_____/

## ORDER DISMISSING DEFENDANTS HORIZON IMAGING, LLC AND CLEAR IMAGING, LLC WITH PREJUDICE

This matter is brought before the Court upon the Stipulation of the relevant parties and the Court is otherwise duly informed in the premises:

IT IS HEREBY ORDERED that all of Plaintiff's causes of action in the above-referenced matter are dismissed with prejudice as to Defendants Horizon Imaging, LLC and Clear Imaging, LLC and Defendants Horizon Imaging, LLC and Clear Imaging, LLC are hereby

dismissed from this lawsuit with prejudice, without costs or fees awarded to any party.

**IT IS SO ORDERED.**

Dated: April 1, 2016  s/Judith E. Levy
Ann Arbor, Michigan  JUDITH E. LEVY
 United States District Judge