UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

State Farm Mutual Automobile
Insurance Company,

                Plaintiff(s),

v.                                Case No. 5:14–cv–10266–JEL–DRG
                                          Hon. Judith E. Levy

Universal Health Group, Inc., et
al.,

                Defendant(s),
_____

## NOTICE OF TELEPHONIC CONFERENCE

PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Judith E. Levy as follows:

- STATUS CONFERENCE:  June 1, 2016 at 09:30 AM

The conference shall be initiated by .

If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

**ADDITIONAL INFORMATION:**   The parties jointly will call into 734.887.4700

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                        By: s/F. Moses
                                                            Case Manager

Dated:  May 31, 2016