# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

State Farm Mutual Automobile
Insurance Company,

                      Plaintiff,

v.

Universal Health Group, *et al.*,

                      Defendants.

_____/

Case No. 14-cv-10266

Judith E. Levy
United States District Judge

Mag. Judge David R. Grand

## **ORDER REGARDING DISCOVERY DISPUTE**

On August 29, 2016, the Court held a telephonic conference with counsel for plaintiff, defendant Joseph DeSanto, and non-parties Clear and Horizon Imaging regarding a discovery dispute. Pursuant to that call, counsel for DeSanto will inform the Court and the other parties whether it intends to file a motion to compel by September 7, 2016. Any motion DeSanto seeks to file is due on or before September 16, 2016.

    IT IS SO ORDERED.

Dated: August 29, 2016             s/Judith E. Levy
Ann Arbor, Michigan              JUDITH E. LEVY
                                        United States District Judge

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 29, 2016.

s/Kelly Winslow for
FELICIA M. MOSES
Case Manager
