## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF MICHIGAN

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

                              Plaintiff,

v.

UNIVERSAL HEALTH GROUP, INC.
A/K/A MICHIGAN SPINE AND REHAB,
UHG MANAGEMENT, LLC,
PROFESSIONAL HEALTH SYSTEMS,
LLC A/K/A PROFESSIONAL MEDICAL
BILLING, LLC, SCOTT P. ZACK, D.C.,
DAVID M. KATZ, D.C.,
LOREN C. CHUDLER, D.O.,
JOSEPH F. DESANTO,
JEFF S. PIERCE, D.O., and
THOMAS D. CARUSO, D.O.,

                              Defendants.

Case No. 14-cv-10266

Hon. Judith E. Levy
Mag. Judge David R. Grand

_____

## STIPULATION TO EXTEND TIME PERIOD TO FILE REPLY IN SUPPORT OF MOTION TO COMPEL SETTLEMENT AGREEMENTS

It is hereby stipulated and agreed by and between Plaintiff and Defendant Joseph F. DeSanto, by their respective attorneys as set forth below, that the time period for Defendant Joseph F. DeSanto to file any reply brief in support of his Motion to Compel Settlement Agreements (Dkt. # 141) be extended to and include Friday, October 7, 2016.

Stipulated and agreed to this 4th day of October, 2016.

Respectfully submitted,

**KATTEN MUCHIN ROSENMAN LLP**

/s/ Jared T. Heck (with consent)
Jared T. Heck (IL 6289711)
Attorneys for Plaintiff
525 West Monroe St.
Chicago, IL 60661-3693
Tel.: (312) 902-5200
jared.heck@kattenlaw.com

**FINK + ASSOCIATES LAW**

/s/ Darryl Bressack
Darryl Bressack (P67820)
Attorneys for Defendant Joseph DeSanto
38500 Woodward Ave., Ste. 350
Bloomfield Hills, MI 48304
Tel.: (248) 971-2500
dbressack@finkandassociateslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2016, I electronically filed the foregoing paper with the Clerk of the court using the ECF system which will send notification of such filing to all counsel of record registered for electronic filing.

**FINK + ASSOCIATES LAW**

By: */s/ Schuyler von Oeyen*
Schuyler von Oeyen (P74048)
38500 Woodward Ave., Suite 350
Bloomfield Hills, MI  48304
(248) 971-2500
svonoeyen@finkandassociateslaw.com

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF MICHIGAN

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

                              Plaintiff,

v.

UNIVERSAL HEALTH GROUP, INC.
A/K/A MICHIGAN SPINE AND REHAB,
UHG MANAGEMENT, LLC,
PROFESSIONAL HEALTH SYSTEMS,
LLC A/K/A PROFESSIONAL MEDICAL
BILLING, LLC, SCOTT P. ZACK, D.C.,
DAVID M. KATZ, D.C.,
LOREN C. CHUDLER, D.O.,
JOSEPH F. DESANTO,
JEFF S. PIERCE, D.O., and
THOMAS D. CARUSO, D.O.,

                              Defendants.

Case No. 14-cv-10266

Hon. Judith E. Levy
Mag. Judge David R. Grand

_____

## ORDER EXTENDING TIME PERIOD TO FILE REPLY IN SUPPORT OF MOTION TO COMPEL SETTLEMENT AGREEMENTS

This matter having come before the Court upon stipulation of the parties, and the Court being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that the time period for Defendant Joseph F. DeSanto to file any reply brief in support of his Motion to Compel Settlement Agreements (Dkt. # 141) is extended to and includes Friday, October 7, 2016.

IT IS SO ORDERED.

DATE:<u>10/5/16</u>                      <u>s/David R. Grand</u>
                                        MAGISTRATE JUDGE DAVID GRAND